will be based on the training unit/program-based orientation/preceptoring matter, which shall include skills checklists and competencies and shall include written objective, measurable and time-limited goals. All documents are to be provided to the Nurse Manager/designee at the end of the preceptor period.

5.5.2 Nurses assigned by a facility to perform as a preceptor shall attend a preceptor training program at the request of the facility. The cost of the training program shall be borne by the Facility, and the nurse shall be paid her/his regular hourly rate of pay for attending the training and will receive continuing education units for participation in the training.

5.5.3 The Nurse shall be paid a premium of $1.00 for each hour the RN is engaged in preceptoring.

### 5.6 Standby and Call-Back Pay

5.6.1 **Conventional Standby.** Nurses on standby shall be paid at the rate of one-half (½) the straight-time rate when on standby, including shift differential.

5.6.2 **Holiday Standby.** Nurses on standby on a paid holiday will be paid at the rate of three quarters (¾) the straight-time rate for each Nurse, including shift differential.

5.6.3 **On Standby.** If called to work when on standby, a Nurse shall be compensated at time and one-half (1½) the straight-time rate, including shift differential, for all time worked when on standby.

5.6.4 **Not on Standby.** A regular Full-time Nurse called back on the Nurse's regularly scheduled days off under the provisions of this paragraph shall receive pay at the rate of time and one-half (1½) including shift differential for all hours worked when called back.

5.6.5 **Guaranteed Pay.** Nurses required to work in accordance with this section will be guaranteed three (3) hours of work or payment in lieu thereof, except that a Nurse who is not on standby and who is called back within the Nurse's working day shall receive a guarantee of four (4) hours' work or payment in lieu thereof.

### 5.7 Early Call-In

Nurses who are called in and agree to begin work prior to the commencement of their assigned shifts shall be compensated as follows:

**Day Shift.** A day shift Nurse will receive NOC shift differential for all hours worked on the NOC shift. When the day shift begins, the day shift rate will apply.

**PM Shift.** A PM shift Nurse will receive PM shift differential for all hours worked when work commences on the day shift.

---

**NOC Shift.** A NOC shift Nurse will receive NOC shift differential for all hours worked when work commences on the PM shift.

### 5.8 Late Call-In

In the case where an employee is called to work less than one hour prior to the start of a shift and only works seven hours of the shift, such Nurse shall be compensated for eight (8) hours of work. In cases where a Nurse is called to work less than one hour prior to the start of a shift and arrives within one (1) hour of the time the Nurse was called, the Nurse will be paid for time worked plus an additional hour, not to exceed eight (8) hours.

### 5.9 Charge Pay

Each unit and shift shall have an RN assigned to be in charge when more than one staff member is present. All RNs so assigned shall receive additional compensation of $1.50 per hour. Nurses relieving the Charge Nurse will be specifically designated and oriented to the role and responsibilities prior to assignment. Such designation and assignment shall be voluntary, except that the Medical Center may assign the relief Charge role to a regular Nurse on duty if no previously designated Nurse is available on duty on that shift in that unit. Regular Nurses will not be assigned the Charge, and shall not per per diem Nurses will be assigned only if regular task staff are not available. For the purposes of this subsection only, "staff member" means either a second RN, or another nursing employee. Pay does not mean that the unit under the clinical supervision of the RN. Eligibility for Charge Pay does not mean that the Nurse receiving this compensation is defined as a Charge Nurse for any other purpose.

### 5.10 Specialty Certification

From July 1, 2000, to and including May 31, 2001, Article 5.10 will apply to SMC Nurses only. The role of specialty certification in the ABSMC Clinical Ladder program shall be discussed by the Clinical Ladder task force. Effective June 1, 2001, this Article shall also apply to ABSMC Nurses, unless the parties otherwise mutually agree.

5.10.1 Any regular, Short-hour or Casual Nurse who receives certification (as defined in Appendix C, Examples of Certification in Specialty) in her/his area of specialty shall receive additional compensation of two percent (2%) above the Nurse's current salary. The Nurse shall continue to be compensated at this increment salary rate as long as she maintains the certification and continues to work in the specialty area for which she has attained certification. The date upon which the Nurse procures proof of certification shall be the effective date of the Nurse's increased compensation.

5.10.2 A Nurse assigned to work in more than one specialty area shall receive compensation among those areas for specialty in which s/he becomes certified.

5.10.3 If no certification currently exists in a Nurse's area of specialty, the Nurse may choose to acquire certification either as CCRN or through the ANA Med-Surg Certification Exam.

The current list of certifications (Appendix D) shall be updated as certification becomes available in a particular specialty.

**5.11    Effective Date of Increase**

Wage increases will be implemented on the nearest starting biweekly payroll period to the effective date set forth above.

**5.12    Standard Remedies**

All wage increases will be calculated on the basis of standard rounding to the nearest one cent.

**ARTICLE 6.    CHANGES IN STATUS**

**6.1    Application**

When a Nurse changes from a Full-time to a Part-time schedule or from a Per-time to a Full-time schedule, the Nurse shall be subject to the following rules with respect to tenure days and accumulation of fringe benefits.

**6.2    Regular Full-Time to Regular Part-Time**

(a)    stay in same tenure step;

(b)    keep same anniversary date for accrue and benefits;

(c)    carry over fringe benefits accumulation to date of change; prorated fringe benefits after date of change.

**6.3    Regular Full-Time or Part-time) To Short-hour or Casual**

(a)    may in same tenure step;

(b)    further tenure step movement on next anniversary date, provided the Nurse the one thousand (1,000) hour work requirement as set forth above (Article 5.2.2, Short-hour and Casual Abroad);

(c)    pay off the earned and accrued vacation for which the Nurse is eligible and pay off unused and unpaid holidays.

**5.4    Regular Part-Time to Regular Full-Time**

(a)    stay in same tenure step;

(b)    keep same anniversary date for accrue and benefits;

(c)    carry over fringe benefits accumulated as of date of change; after date of change, accumulate fringe benefits at Full-time rate.

**6.5    Short-hour Casual to Regular Full-Time**

(a)    stay in same tenure step;

(b)    further tenure step movement on next anniversary date, provided the Nurse meets the one thousand (1,000) hour work requirement as set forth above (Article 5.2.2);

(c)    starts fringe benefit accumulation at Full-time rate as of date of change in status. However, if the Nurse previously was a regular Full-time or regular Part-time Nurse at the Medical Center with no break in service, the Nurse retains her fringe benefit accumulation the same date the Nurse had when a regular Full-time or regular Part-time Nurse, adjusted forward for the length of time in Short-hour or Casual status. The Nurse also in each cases retain any unused sick leave accumulated while in regular Full-time or regular Part-time state.

**6.6    Short-hour or Casual to Regular Part-Time**

(a)    stay in same tenure step;

(b)    further tenure step movement on next anniversary date, provided the Nurse meets the one thousand (1,000) hour work requirement as set forth above (Article 5.2.2);

(c)    starts fringe benefit accumulation at prorated basis as of date of change in status. However, if the Nurse previously had been a regular Full-time or regular Part-time Nurse at the Medical Center with no break in service, the Nurse retains her fringe benefit accumulation the same date the Nurse had when a regular Full-time or regular Part-time Nurse, adjusted forward for the length of time in Short-hour state. The Nurse also in each cases retain any unused sick leave accumulated while in regular Full-time or regular Part-time state.

**ARTICLE 7.    HOURS OF WORK**

**7.1    Straight-Time**

The straight-time work week shall be forty (40) hours, five (5) days per week. A straight-time day's work will consist of no more than eight (8) hours. For provisions applying to 12-hour shifts, see Appendix I.

15

14

## 7.5 Weekends Off

**7.5.1 Definition of Weekend.** A weekend means Saturday and Sunday, except in the case of a night shift it means Friday and Saturday. By mutual agreement a night shift Nurse may elect to designate Saturday and Sunday as her/his regular weekend shift, subject to staffing requirements and the approval of the Medical Center. Availing of this option shall be done on a seniority basis.

**7.5.2 Coverage of Weekends Off.** The Medical Center shall grant each regular full-time, Part-time and Short-hour Nurse every other weekend off. Nurses with 15 years of service as a Registered Nurse in a CNA bargaining unit position in the Medical Center will be granted two out of every three weekends off. Nurses with 20 years of service as a Registered Nurse in a CNA bargaining unit position in the Medical Center will not be required to work weekends. This provision for Nurses with 15 years of service will be in effect only at Summit Medical Center until July 1, 2001, when it will take effect at Alta Bates Medical Center as well. This weekend off guarantee may be waived at the written request of the individual Nurse.

**7.5.3 Consecutive Weekend Premium.** If the Medical Center requires a Nurse to work more than every other weekend, the Nurse will receive pay at time and one-half (1½) for additional weekends worked.

**7.5.4 Split Days Off And Eighty-Hour Option.** Also, in order to accomplish the back-to-back weeks and the "eighty-hour option" under the Fair Labor Standards Act for the purposes of computing overtime, except as modified in Article 7.7. Premium Pay After Seven Consecutive Days of Work.

**7.5.5 Waiver In Case of Catastrophe.** In the event of a major catastrophe, the Association will waive any penalty payment provided for above. (Article 7.5.3).

**7.5.6 Every Weekend Beneficial Position.** The Medical Center and the Association recognize that quality of care is enhanced by the continuity provided by a permanent and stable work force on all shifts and days of the week. The parties also recognize that due to overall seniority or some units and shifts, many Nurses are no longer required to work every other weekend, resulting in the inability of regular staff on weekend shifts. To the extent necessary to provide regular, beneficial provisions of Article 7.5.2 Coverage of Weekends Off and 7.5.3 Consecutive Weekend Premium will not be applicable to total positions; however, Nurses in every-weekend-beneficial will be paid at the rate of time-and-one-quarter (1¼) for weekend work. One out of every eight (8) weekends worked, a Nurse shall be granted one weekend off, to be scheduled by mutual agreement between the Nurse and the Medical Center. The Medical Center will use its best efforts to grant the Nurse the weekend off.

**7.5.7 Holiday Pay re Weekend Holidays.** For his in Every Weekend Beneficial Positions: Every weekend beneficial Nurses who work on a holiday shall be paid at time and three-quarters (1¾) for all hours worked on that holiday.

---

### 7.3.7 Overtime Conversion Table

| Actual Minutes | Overtime |
|---|---|
| 1 through 7 minutes | None |
| 8 through 22 minutes | ¼ hour |
| 23 through 37 minutes | ½ hour |
| 38 through 52 minutes | ¾ hour |
| 53 through 67 minutes | 1 hour |
| and so on. | |

The Scripta-le applies as compensation only, and in no way does it modify the requirements for punctuality and adherence to a Nurse's schedule.

**7.3.8 Distribution of Overtime.** The Medical Center shall use its best efforts to distribute overtime work among regular part-time and regular full-time Nurses for each unit on each shift on an equitable basis.

**7.3.9 Limits on Overtime.** There shall be no mandatory overtime except in emergency situations declared by the local, state or federal government. The Recruitment and Retention Committee shall discuss the appropriate steps that should be taken to avoid the need for overtime.

In an effort to promote the safest clinical environment for our patients and staff, Nurses shall not work more than the following, except in an emergency:

(a) 16 hours in a 24-hour period
(b) 10 consecutive days or more than 84 hours (whichever comes first) without a 24-hour rest period between shifts.

**7.3.10 Method of Calculation.** The "weighted average" method of overtime calculation, shall be used to determine overtime compensation.

## 7.4 Rest Periods

Each Nurse shall be granted a rest period of ten (10) minutes during each half shift without deduction in pay. A more liberal policy of up to fifteen (15) minutes will not be refused by reason of this provision. In compliance with State Wage and Hour regulations, a Nurse who is not provided for by a manager or designee one or more breaks during a shift shall be paid a penalty of one hour's pay, at the employee's base rate of pay, (which includes shift differentials). "Penalty Pay" hours do not qualify as hours worked in the calculation of overtime.

19

18

## 7.10 Reduction of Hours For Medical Reason

Requests for reduction of hours by Nurses for medical reason shall be considered by the Medical Center on a case-by-case basis, and such requests shall not be unreasonably denied. A Nurse on an approved maternity LOA may elect to return to work on a Casual basis for the duration of the time the Nurse would have continued in the LOA.

## 7.11 Job Sharing Categories

Pairs of Nurses shall be allowed to enter into job share agreements with each other and with the Medical Center pursuant to Appendix G. The Program and applications are available from Nursing Administration.

## 7.12 Casual Nurses

7.12.1 A Nurse who is employed to work on an intermittent or availability basis, primarily to replace regular employees who are absent or on vacation. Casual Nurses may also be used to meet staffing requirements during intermittent periods of high census, increased acuity, or during the recruitment of staff for posted vacancies.

7.12.2 The Medical Center maintains the right to determine the number of benefitted positions which will be budgeted each fiscal year, based on perceived census levels. However the Medical Center agrees that the use of Casual per diem Nurses will not be used to circumvent the concept of regular benefitted employment.

## 7.13 Scheduling of Casual Nurses

7.13.1 Casual Nurses will communicate their availability in writing during the schedule preparation period. Deadlines for submitting availability will be consistent with those for schedule requests of benefitted staff.

7.13.2 Casual Nurses will be pre-scheduled in their home department to ensure that predetermined core staffing levels are met. Work will be scheduled on a availability basis according to the following procedures. The home department Casual Nurses submitting availability will be scheduled for 16 hours per week. Additional hours off the schedule and in last senior Casuals in turn. After all Casuals submitting availability have been scheduled for 16 hours additional hours will be awarded on a one (1) shift per person basis by seniority until open numbers are met.

7.13.3 Casual Nurses who are scheduled as "available" may cancel incremented before the start of a scheduled shift. Casual Nurses scheduled to leave may come sorting or waiting for a benefitted Nurse may not go self-cancel.

7.13.4 Should floating be necessary, Casuals scheduled as delinated above will float in turn with the regular staff. Casuals scheduled after the final schedule is posted will be the first to float, should floating be necessary.

7.13.5 Nurses submitting availability which if scheduled would exceed core staffing levels, will be assigned work on an availability basis. A Nurse not submitting availability during the preparation period will also be assigned work on an availability basis.

7.13.7 Casual Nurses must make themselves available two (2) weekend shifts per four (4) week ANSOS schedule (in areas where ANSOS is not used for scheduling, the minimum commitment is two (2) weekend shifts per calendar month). Weekend shifts worked in plus of 4 regularly scheduled Staff Nurses do not meet the weekend availability requirement. All Casual Nurses hired prior to September 1, 1995 at Alta Bates will be grandfathered to one (1) eight-hour shift per schedule.

7.13.8 Casual Nurses must make themselves available for at least two (2) holiday shifts per calendar year.

7.13.9 Casual Nurses are eligible for medical and maternity LOA up to 180 days.

7.13.10 A Casual Nurse may elect to be exempt from weekend work up to 3 ANSOS (total of 12 weeks) schedules per calendar year. This request must be submitted in writing to the Nurse Manager in advance of the request period.

7.13.11 Casual Nurses interested in overtime should indicate their interest on their Nurse Manager. All overtime will be scheduled and/or canceled as deemed necessary by Nursing Management. Pre-scheduled overtime hours are not guaranteed.

## ARTICLE 8   SICK LEAVE

### 8.1 Accumulation

Each regular Nurse shall accumulate sick leave at the rate of one (1) day for each month of employment until the Nurse has accumulated a total of one thousand (1000) hours in all.

### 8.2 Waiting Period

8.2.1 A Nurse is not entitled to any paid sick leave during the first ninety (90) days or continuous employment, thereafter credit on the above basis is granted from the first day of employment.

8.2.2 Paid sick leave shall commence with the first day of illness upon the completion of ninety (90) days of continuous employment.

## 8.3  Method of Payment

**8.3.1**  Sick leave shall be paid for the Nurse's regularly scheduled working hours up to a maximum of five (5) days, forty (40) hours a week. A paid holiday to which a Nurse is entitled will not be counted as paid sick leave accumulation.

**8.3.2**  Pay for sick leave shall be based upon pay plan any shift differential to which the Nurse would have been entitled had the Nurse worked the regular schedule on the day or days of illness. Paid sick leave shall be counted as time worked for purposes of computing weekly overtime.

**8.3.3**  A Nurse who has exhausted her/his sick leave may, at the Nurse's option, utilize accrued vacation.

## 8.4  Proof

The Medical Center may require reasonable proof of physical disability sufficient to justify the Nurse's absence from work for the period claimed.

## 8.5  Integration

**8.5.1**  Payments of sick leave shall not affect and shall be supplementary to disability payments or Worker's Compensation. A Nurse entitled to disability or Worker's Compensation benefits that the amount, such portion of accumulated sick leave as will meet but not exceed the stipulated coverage of such Nurse for her/his normal work week, up to a maximum of five (5) days.

**8.5.2**  Sick leave pay subject to integration with Unemployment Compensation Disability (UCD) or Worker's Compensation (WC) shall be paid only to the extent that when it, together with the UCD and WC payments is not immediately available.

**8.5.3**  Job Protection for Injured Workers. Nurses will not be disciplined for an injury or for injury-related absence, nor can state worker's compensation absences count as part of the basis for discipline.

**8.5.4**  The parties understand that policies and procedures with respect to safe working conditions and safe working practices consist with 8.5.3 above.

## 8.6  Part-time Nurses

A regular Part-time Nurse shall be entitled to sick leave benefits prorated on the basis of continuing employment for twenty (20) or more hours a week. Accumulation is based on scheduled hours (PWS) plus any additional straight-time hours worked up to a maximum of forty (40) hours per week.

## 8.7  Vacation

A Nurse becoming injured or sick while on vacation is eligible to utilize unused sick leave, provided the Nurse is admitted to a hospital.

## 8.8  Pay Checks

The Nurses' pay checks will include sick leave accumulation on each regular paycheck.

## 8.9  Appointments

Earned sick leave shall be granted to a Nurse where circumstances make it impossible to schedule a doctor or dental appointment during non-working hours. When it is necessary to schedule an appointment during working hours, a Nurse, insofar as possible, shall endeavor to schedule such appointments at the beginning or at the end of the Nurse's shift. At least forty-eight (48) hours advance notice shall be given to the Nurse manager by the Nurse, except in case of emergency.

## 8.10  Sick Leave Payout

A Nurse with ten (10) or more years of continuous service may convert accumulated sick leave to pay at the rate of three (3) days sick leave to one (1) day's pay in the event of termination. The maximum payout for any Nurse under this provision is ten (10) days' pay.

## 8.11  Donation of Sick Leave

Nurses may donate up to one day of sick leave per year to a co-worker on the same basis and for the same purposes as nurses presently are donating vacation days to the Foundation's Good Samaritan Fund.

## ARTICLE 9.  VACATIONS

## 9.1  Full-Time

Nurses shall accrue paid vacation, on a pay period basis, at the rate of two (2) weeks per year for the first year of benefited service, three (3) weeks per year for the second through the fourth year, four (4) weeks per year for the fifth through the ninth year, and five (5) weeks per year for the tenth year and each year thereafter.

## 9.2  Regular Part-Time

Prorated vacation benefits shall accrue to pay period to regular Part-time Nurses according to the schedule above. Benefits shall be in the same ratio that the Nurse's schedule bears to a Full-time schedule, based on scheduled hours (PWS) plus any additional straight-time hours worked up to a maximum of forty (40) hours per week.

24

25

**9.5** Vacation Scheduling

Vacation may be taken in daily segments. Requests for less than full-week vacation blocks which are submitted by February 1 will be granted on a seniority basis after full-week requests have been granted in accordance with Articles 9.4 and 9.5, above. Requests submitted after February 1 will be granted in accordance with Article 9.4.

**9.7** No Seasonal Pay

A request for vacation shall not unreasonably be denied because of the season of the year.

**9.8** Deferred Vacation

It is the intention of the parties to this agreement that the vacation time to which a Nurse is entitled shall be taken each year. A Nurse may, because of a disability which may necessitate a postponement of the vacation or because of an approved absence or through normal, written agreement with the Medical Center, defer earned vacation beyond the year during which the vacation would otherwise be taken. Earned vacation shall not be lost by reason of the provision of this paragraph.

**9.9** Proration of Termination

Any Nurse who is eligible for vacation under the terms of this Agreement and whose service has been terminated shall be entitled to terminal vacation pay as accrued at the time of termination.

**9.10** Short-hour Nurses

Short-hour Nurses shall be eligible for prorated vacation each year. The amount of such vacation and scheduling thereof shall be determined in the same manner as specified in this Article for Regular Nurses.

**ARTICLE 10. HOLIDAYS**

**10.1** Recognized Holidays

The following holidays shall be recognized:

New Year's Day          Labor Day
Martin Luther King, Jr.'s Day   Thanksgiving Day
President's Day          Christmas Day
Memorial Day            Employee's Birthday
Independence Day         One Floating Holiday

27

---

**9.3** Vacation Option

Nurse's option. Each Nurse who is eligible for two (2) weeks or more of vacation may, at the option of vacation may be received in this summer, except as provided in Article 9.3.3, below. To implement this provision, each Nurse who wishes to consider this option shall, at any time prior to the completion of his/her year of employment, notify the Medical Center in writing. The option shall continue in effect until the Nurse notifies the hospital of his/her intention to rescind the option. When Nurse has exercised this vacation option prior to the effective date of this provision shall have the option to continue from anniversary year to anniversary year until the Nurse notifies the Medical Center of his/her desire to rescind the option. In all cases a Nurse may only exercise the option on an anniversary-year basis.

**9.3.2** A Nurse exercising this option shall receive the extra week(s) vacation, and such vacation in accordance with the vacation provisions of the contract. A Nurse shall schedule his/her extra week(s) of vacation in conjunction with the scheduling of his/her annual accrual of paid vacation.

**9.3.3** An Ahn Rater Nurse who has four or more years of service and who has accrued a normal annual week of vacation pursuant to Section 9(B) of the Ahn Rater/CNA contract in effect through June 30, 2000, may continue to elect a second imposed week of vacation, pursuant to the provisions set forth above.

**9.4** Scheduling of Vacation

Nurses shall submit their vacation performed by February 1 of each year. No later than March 1 of each year, the Medical Center shall open a schedule of vacations covering the period April 1 through March 31 of the following year. Upon a Nurse who shall be scheduled on a Monday through Sunday basis, except for the night shift, which shall be included on a Saturday through Saturday term. Vacation requests for weeks not already claimed by a senior nurse on the vacation schedule shall be granted on a first-come, first-served basis. If no RN requests any one of the vacation schedule... on a waiting list of RNs who submitted requests by February 1st, but who has any requests were denied because the time requested was filled by a senior nurse. In the event that a senior nurse... vacation time, the most senior RN on the waiting list shall be granted that time from turnover... will be granted on a first-come, first-served basis, with written confirmation to the Nurse within two (7) weeks of receipt of the February 1, not at least three (3) months prior to the date(s) requested, will be granted on a first-come... Vacation requests submitted within three (3) months of the date(s) requested will be granted in accordance with Article 7.3.2, Scheduling Process.

26

---

**9.3** Length of Service

If staffing and period care requirements do not permit all Nurses requesting a certain vacation preference to take their vacations over the same time period, length of service in the Medical Center shall be the determining factor within each unit.

**10.2   Floating Holiday**

Each Nurse with ninety (90) days of employment shall become eligible for one (1) floating holiday per year. Each anniversary year the Medical Center and the Nurse shall agree on the day which will be taken by the Nurse as a floating holiday. If the Medical Center and the Nurse can not reach such agreement, one (1) day shall be added to the Nurse's next vacation.

**10.3   Birthday Option**

A Nurse's birthday holiday may be exchanged for another day by mutual consent.

**10.4   Scheduling of Holiday Time Off**

Requests for time off for the floating and birthday holiday will be handled in the same manner as requests for daily vacation requests (see Article 9.6, Vacation Segments).

**10.5   Major Holiday Off**

The Medical Center agree to grant holiday time off to all regular Nurses on at least one of the following holidays: Christmas Day or New Year's Day.

**10.6   Date of Observance**

Fixed Holidays as above designated shall be observed on those days designated by Federal and state law.

**10.7   Major Holiday Option for PM Shift**

The Medical Center agrees to grant time off to all regular PM shift nurses on at least two of the following four days: Christmas Eve, Christmas Day, New Year's Eve and New Year's Day. No PM shift Nurse will be required to work both the eve of a major holiday and the PM shift of that major holiday. If the Nurse works only on the eve of a major holiday, the nurse will be compensated at the rate of time and one half the Nurse's hourly rate. In the event a PM shift nurse is to work both the eve of a major holiday and the PM shift of the same major holiday, the nurse will be compensated at the rate of time and one half for only one of the two shifts worked and will receive only one compensatory day off.

**10.8   Eligibility**

No Nurse will be entitled to a paid holiday until such Nurse has been on the Medical Center payroll for at least thirty (30) calendar days, except for the Nurse's birthday, and when effective, the floating holiday which, in both cases, shall be applicable after ninety (90) days of employment.

**10.9   Definition of Holiday Shift**

A holiday shift is defined as a shift in which the major portion of the shift is worked on the holiday.

**10.10   Holiday on Day Off**

If the holiday falls on the Nurse's regular day off the Nurse shall be granted another day off as holiday time. If the holiday falls within the Nurse's vacation, one (1) day shall be added to the Nurse's vacation.

**10.11   Work on a Holiday**

Any Nurse who works on a recognized holiday shall, in addition to holiday pay (if any) receive one and one-half (1½) times the Nurse's regular hourly pay for all hours so worked. In order to be eligible for premium pay on the Nurse's birthday, the next specified request the birthday off during its schedule planning period. If the Medical Center is unable to grant the day, the Nurse will not be granted such holiday off, and the Nurse will have the option to receive the holiday pay, if any, to which the Nurse is entitled (not the time and one-half (1½) hours worked on the holiday) and instead of holiday pay to receive compensatory time off unless set only by mutual agreement. The time upon which the Nurse takes the compensatory time off shall be on a date cannot be reached, the Nurse shall take such compensatory time off without loss of salary at the conclusion of the Nurse's next vacation period or be paymented upon termination from the Medical Center, whichever occurs first.

**10.12   Holiday Time Off**

The Medical Center shall use its best efforts to rotate equitably holiday time off among all regular Nurses for each unit. This provision shall not affect Article 10.5, guaranteeing each regular Nurse at least one of the following holidays off: Christmas Day or New Year's Day.

**10.13   Holiday While on Sick Leave**

A paid holiday to which a Nurse is entitled will not be subtracted from paid sick leave accumulation.

**10.14   Part-time Nurses**

A regular Part-time Nurse shall be entitled to holiday benefits granted on the basis of combining employment for twenty (20) or more hours a week.

**10.15   Sunday on Holidays**

For saturday pay on holidays, see Article 5.6.2, Holiday Standby.

28

29

**10.16 Holidays in Units Closed on Holidays**

Holiday schedules identifying the ABSMC-recognized holidays will be posted on all units by December 1st of each year. If the Medical Center departments (excluding inpatient care units) chose to remain open to provide patient care during any of the above identified holiday days, staff will be notified six weeks in advance of the date in question. RNs on the unit will then be given the opportunity to submit vacation requests over a 14-day period outside of the normal vacation bidding period. Such requests will be honored by seniority so long as more staffing requirements are met. Vacation requests approved during the January vacation bidding process shall not be rescinded by virtue of this paragraph, however.

## ARTICLE 11. GROUP HEALTH, DENTAL AND DRUG PLANS

### 11.1 Health Plan

11.1.1 The Medical Center shall provide to benefited staff the choice of the Medical Center's a self-insured medical plan or the Health Net HMO Plan. Copies of the summary plan description will be provided annually.

11.1.2 The Medical Center reserves the right to make modifications to or substitute the plans provided such changes do not differ in medical benefits to the Nurse. If the Medical Center seeks to change the level of benefits provided, they will notify the Association and no such change will be implemented without the agreement of both parties.

### 11.2 Dental Plan

The Medical Center will continue to enroll all eligible Full-time and regular Part-time Nurses covered by this agreement in the dental programs for ABSMC and SMC Nurses, respectively. With the agreement of the Association, the Medical Center may substitute the proposed Delta Dental Plans for the existing dental plans currently offered to Nurses. If no such agreement is reached, the existing dental plans will continue to be offered to the Nurses in each category, except that the annual cap shall be increased to $2000 from $1500 effective April, 2001. Orthodontics shall have a lifetime maximum cap of $2000.

### 11.3 Prescription Drug Plan

The Medical Center will continue to enroll all eligible Full-time and regular Part-time Nurses covered by this agreement in the current Prescription Drug Plans for ABSMC and SMC Nurses, respectively, at the Medical Center's expense.

### 11.4 Vision Plan

The Medical Center will continue to enroll all eligible Full-time and regular Part-time Nurses covered by this agreement in the current Vision Plans for ABSMC and SMC Nurses, respectively, at the Medical Center's expense.

### 11.5 Notice

An outline of benefits of the above Plans will be sent to the Association and will be distributed to the Nurses at the Medical Center.

### 11.6 Eligibility of Nurses

An eligible Nurse is a regular Nurse who has worked continuously for the Medical Center for twenty (20) or more hours a week for a period of ninety (90) days and who continues to work with a schedule.

### 11.7 Access/Rights to Health Plan For Short-hour Nurses

Short-hour Nurses who are regularly scheduled on a predetermined work schedule of item (1) seven (7) hours a week (as defined in Article 4.1.3, Short-hour) may be covered by the above group health insurance, dental, drug, and vision plans if they pay for such coverage themselves. This may only be done where arrangements permit (70%) or more of the Nurses in such Short-hour classification are employed by the Medical Center elect to obtain and continue such coverage. If the figure goes below seventy percent (70%) in any year, such coverage will be discontinued. A Short-hour Registered Nurse who elects such coverage will make his/his payment to the Medical Center monthly by the fifth day of each month. If the Short-hour Nurse fails to pay premium for such coverage is not made to the Medical Center on a timely basis, such coverage shall be discontinued. The Medical Center and a Short-hour Nurse may agree that such payment will be made by the Nurse to the Medical Center on a payroll deduction basis upon written authorization of the individual Nurse, but this can only be done by mutual agreement.

### 11.8 Family Coverage

11.8.1 At Summit Medical Center, an eligible Nurse's spouse or domestic partner, and dependent children up to nineteen (19) years of age may be enrolled without charge in the Health, Dental and Vision and Drug Programs. Dependent children who are Full-time students will be covered without charge up to age 24.

11.8.2 At Alta Bates Medical Center, an eligible Nurse's spouse or spousal equivalent, and dependent children up to nineteen (19) years of age and dependent students up to twenty-five (25) years of age, may be enrolled without charge in the Health, Dental, Vision and Drug Programs.

30

31

### 11.9 Continuation of Coverage

The Medical Center will continue coverage of a Nurse disabled for work by a job-connected injury or illness as determined by the Worker's Compensation Appeals Board during such disability up to a maximum of eighteen (18) months.

### 11.10 Pre-Tax Reimbursement Account

The Medical Center will provide dependent care and health care pre-tax reimbursement accounts to all Nurses.

### 11.11 Last Day of Coverage

Health plan coverage will cease to exist immediately following the last day of the calendar month in which a Nurse terminates employment or changes his/her employment category to Start Bank or Casual. Dental and vision benefits will cease to exist the day immediately following a Nurse's last day of work due to termination or change in employment category to Start Bank or Casual.

### 11.12 Cobra Continuation Coverage

11.12.1   As a result of the Consolidated Omnibus Budget Reconciliation Act (COBRA), Nurses and dependents covered under Medical Center plans can elect to continue health, dental and vision coverage if coverage under the plans would end as a result of certain qualifying events outlined in the following paragraphs:

11.12.2   In case of cessation of employment or reduction in hours, a Nurse will be notified by a representative from the Human Resources Department of his/her right to elect continuation coverage. The Nurse will have sixty (60) days to make a written election.

11.12.3   In the case of divorce or legal separation, death, or a change in dependent child's status, a beneficed Nurse or his/her dependent must notify the Human Resources representative of the event and request COBRA information and election forms within sixty (60) days of the qualifying event, otherwise COBRA continuation coverage will not be available.

## ARTICLE 12. GROUP LIFE INSURANCE

### 12.1 Amount of Insurance

The Medical Center will provide each regular Nurse with $5,000.00 group life insurance and $5,000.00 accidental death and dismemberment coverage, and the cost of such coverage shall be paid by the Medical Center.

### 12.2 Eligibility

Such coverage shall become effective the first day of the month following completion of ninety (90) days of continuous employment.

### 12.3 Additional Options

Each regular Nurse will have the option to purchase dependent life insurance and additional employee life insurance and AD&D.

## ARTICLE 13. LONG TERM DISABILITY INSURANCE

The Medical Center will provide each regular Nurse with Long Term Disability Insurance which will replace 60% of the Nurse's salary for 25 months when disabled from the Nurse's own occupation, or until age 65 when disabled from any occupation, after a waiting period of 180 days. The cost for such coverage shall be paid by the Medical Center.

## ARTICLE 14. BENEFITS FOR NURSES WORKING LESS THAN FULL-TIME

### 14.1 Nurses Working Over 20 Hours Each Week

Upon employment, each Nurse employed on a regular predetermined schedule of twenty (20) hours per week or more shall have applicable the terms and conditions as set forth in Article 5.2 (Tenure Differential); Article 5.3 (Credit For Previous Experience); Article 5.5 (Differentials); Article 5.6 (Shift Pay); Article 5.7 and 5.8 (Call Back); Article 5.9 (Charge Pay); Article 9 (Vacation); Article 10 (Holidays); Article 11 (Salary Health, Dental, Vision And Drug Plans); Article 12 (Group Life Insurance); and Article 16 (Retirement Program). The Compensation of these benefits for regular Part-time Nurses shall be in the same ratio that the Nurse's regular schedule hours are to a Full-time schedule.

### 14.2 Part-Time Nurses

#### 14.2.1 Regular Part-time Nurses

Regular Part-time Nurses who are regularly assigned for a period of ninety (90) days to work shifts in addition to their initial schedule shall receive retroactive credit for the additional hours worked.

#### 14.2.2 Regular Part-time Nurses

Regular Part-time Nurses who have accrued vacation credit due to working shifts in addition to their regular schedule (PWS), shall, at the request of the Nurse, be compensated for up to forty (40) hours of vacation pay per week when on vacation provided they have sufficient accrued paid time but they will accrue vacation credit only up to their usual PWS accruals for vacation taken.

32

33

extended up to an additional six (6) months upon mutual agreement between the Medical Center and the Nurse.

15.5.2  The Medical Center agrees that they will not unreasonably withhold consent to extending the maternity leave. Three (3) weeks' notice in writing to the Medical Center is required for return from maternity leave of absence.

### 15.6  Family Leave

The Medical Center shall grant unpaid parental leave of up to 90 days for the care of a newborn or newly-adopted child. The Medical Center will not unreasonably withhold consent of extending such leave to six (6) months.

### 15.7  No Seniority Bar

A leave of absence request shall not be unreasonably denied because of the senior of the year.

### 15.8  Return From Leave

15.8.1  When a Nurse returns from an approved medical, maternity or family leave of absence not exceeding six months real time, or an approved personal leave not exceeding sixty days real time, in compliance with the approved terms of the leave, such Nurse shall be assigned to the same classification, position, unit and shift the Nurse held before the leave.

15.8.2  If the approved medical, maternity or family leave is in excess of six months real time and the Nurse returns in compliance with the approved terms of the leave, the Medical Center will use their best efforts to, and will not unreasonably deny, return of the Nurse to the same classification, position, unit and shift the Nurse held before the leave.

15.8.3  The procedures for a Nurse to obtain clearance for return to work from an approved medical-related leave of absence shall comply with applicable law. Such procedures may include, where allowed by law, clearance to return to work by the Medical Center's Occupational Health department.  The Medical Center will notify a Nurse in writing, with a copy to the Association, when a Nurse is referred to the Occupational Health department for clearance to return to work.

### 15.9  Association Leaves of Absence

#### 15.9.1  Extended Association Leave

Upon at least thirty (30) calendar days advance written request from the Association and the Nurse, one (1) Association-represented Nurse per charge; (2) shall be granted an extended leave of absence without pay to engage in Association business. In the situation shall the leave of absence be granted for a period of more than three (3) years. During the leave of absence the Nurse shall be in a

---

### 14.5  Short-hour Nurses

Short-hour and Casual Nurses are ineligible for all fringe benefits such as, but not necessarily limited to, the following: holidays, group life insurance, long term disability insurance, hospital-medical-surgical insurance, dental insurance, or accumulative benefits, such as vacation pay, sick leave, and accident service toward pension benefits and any Medical Center contribution to the Retirement Plan. Such Nurses will, however, be compensated at the rate of time and one-half (1½) for work performed on a recognized holiday listed in Article 10.1. Such Nurses may have accessibility to coverage under the Group Health, Dental, Drug, and Vision plans as provided in Article 11.1-11.4. Such Nurses may participate in the Retirement Program in accordance with Article 16. Such Nurses will be eligible for Charge Pay in accordance with Article 5.9. Such Nurses will be eligible for unpaid leaves of absence in accordance with Article 15.

## ARTICLE 15. LEAVES OF ABSENCE

### 15.1  Accrual of Rights

Authorized leave of absence for any purpose shall not affect previously accumulated sick leave, vacation time, or tenure. While on an approved leave of absence in a paid status, all health, dental and vision insurance benefits will continue. Health, dental and vision benefits will continue for an additional 30 days as if the Nurse were still active. Thereafter, a Nurse may elect to pay health, dental and vision insurance premiums to cohere to maintain coverage. All election to pay such premiums will be in writing.

### 15.2  Written Authorization

At the time of each leave, the Nurse, upon request, may receive a written copy of leave of absence authorization.

### 15.3  Change of Anniversary Date

Anniversary date for the purpose of salary tenure steps and vacation eligibility will run in cases the Nurse exceeds thirty (30) consecutive days leave of absence without pay.  In all cases the first thirty (30) days shall not be counted when the anniversary date is changed.

### 15.4  Professional Leave

The parties agree that it is desirable for the Nurse to participate in professional activities as long as they are not inconsistent with staffing requirements of the Medical Center and does the Medical Center should grant such leave.

### 15.5  Maternity Leave

15.5.1  Maternity leave without pay up to six (6) months shall be granted to Full-time and regular Part-time Nurses with one or more years of continuous service.  This leave may be

---

34

35

## 16.2 Sutter Health Retirement Plan

16.2.1 Retirement Options Offered Effective January 1, 2003. Two retirement options shall be available to eligible Nurses covered by this Agreement. The two options are the Sutter Health Retirement Plan—Cash Balance Benefit Design (formerly known as the Sutter Health Retirement Plan—Traditional Defined Benefit Design) (formerly known as the Mills-Peninsula Retirement Plan). These plans will contain the terms and conditions set forth in Section 16.3 of this Article.

16.2.2 Sutter Health Retirement Plan Election. Eligible Nurses may elect to participate in either the Sutter Health Retirement Plan—Cash Balance Design, or the Sutter Health Retirement Plan—Defined Benefit Design, as set forth below.

16.2.3 Nurses who are participants in the CNA TDA Plan as of December 31, 2002, will be provided a one-time, irrevocable election between the Sutter Health Retirement Plan—Cash Balance Design and the Sutter Health Retirement Plan—Defined Benefit Design, but not the CNA TDA Plan. This one-time, irrevocable choice shall be effective January 1, 2003.

16.2.4 Nurses hired on or after January 1, 2003, will be provided a one-time, irrevocable election between the Sutter Health Retirement Plan—Cash Balance Design and the Sutter Health Retirement Plan—Defined Benefit Design. This one-time, irrevocable choice shall be effective January 1, 2003, or the date of hire, whichever is later.

16.2.5 Any Nurse failing to make the choices required by the preceding subsections by March 31, 2003 or ninety (90) calendar days after becoming eligible for this benefit whichever is later, will automatically be enrolled in the Sutter Health Retirement Plan—Cash Balance Design.

16.2.6 "Decision tree" including personalized statements and other information shall be made available in the first quarter 2003 to eligible Nurses to help them make decisions regarding their choice.

## 16.3 Terms and Conditions of the Sutter Health Retirement Plan.

16.3.1 Eligibility for participation in the Plan(s) is determined in accordance with the terms of the applicable plan document(s).

16.3.2 The Sutter Health Retirement Plan—Defined Benefit Design will be amended to contain the following terms and conditions, effective January 1, 2003:

16.3.2.1 The definition of "compensation" will be enhanced to include overtime, differentials (including weekend differentials), and bonus pay, in order to match the definition of "compensation" under the Sutter Health Retirement Plan—Cash Balance Design.

---

"without pay and without benefits" status and during the term of the leave of absence the employer shall in no way be obligated to provide the pay or benefits for the Nurse. While in an unpaid status, a regular employee shall be entitled to continue his or her health benefits under COBRA, under the conditions provided by law. The hospital shall grant such leave except on those occasions when such leave would seriously affect staffing requirements.

15.9.2 At least forty-five (45) calendar days prior to the completion of the stated term of the leave of absence, the Association shall notify the employer of the Nurse's intent to return to work and the Nurse shall likewise so advise the employer. Upon return, the Nurse shall be returned to the same or similar position or the step left, provided they meet the position's comprehensive requirements, without loss of seniority, from which the nurse took the leave of absence, consistent with staffing reductions and/or layoffs which may have occurred during the period of the leave of absence without pay.

### 15.9.3 Short Term Association Leave

Nurses may apply for short term leaves and shall receive, at the Nurse's option, vacation pay, paid time off, or unpaid personal leave in order to participate in bona fide Association activities. The duration of the requested time away from work shall not exceed thirty (30) days. The hospital shall grant such leaves except on those occasions when such leaves would seriously affect staffing requirements.

## ARTICLE 16  RETIREMENT

### 16.1  Tax Deferred Annuity Program

The Medical Center agrees to provide for a tax-deferred annuity plan under Internal Revenue Code Section 403 (b) or (k). Except as provided in Appendix H (Retirement Plan Options for Nurses Employed on December 31, 1995), the CNA Tax-Deferred Annuity Plan(s) for Certain Nurses at the Alta Bates Medical Center and Summit Medical Center (hereinafter referred to as the CNA TDA Plan shall be the exclusive retirement plan limited by Medical Center contributions for Nurses covered under this Agreement, until December 31, 2002. The Medical Center shall make contributions to the CNA TDA Plan in the manner and for the benefit of those eligible Nurses as described in the CNA CBA of July 1 2000-June 30, 2002.

After December 31, 2004, the Medical Center agrees to maintain a tax-deferred savings program under IRS Code 403(b) to which RNs may make voluntary contributions. Each Nurse covered by this Agreement may elect to make voluntary salary reduction contributions to a separate tax-deferred annuity plan subject to the restrictions and limitations in such plan and indexed by any applicable Request and Return withholding.

Instead, employer contributions shall no longer be made to the CNA TDA, effective January 1, 2003.

Instead, employer contributions shall be made to the Sutter Health Retirement Plan beginning January 1, 2003.

The vesting schedule will be increased to 100% vesting after three years of service.

16.3.2.1　Per Diem Nurses will be included as an eligible employment classification.

16.3.2.2　The waiting period to enter and to earn a benefit will be shortened, so that a Nurse may enter the plan on date of hire, and earn a benefit if the Nurse works at least 1,000 hours in the calendar year of hire.

16.4　Except as expressly provided above, eligibility for participation in the plans is determined in accordance with the terms of the applicable plan document.

16.5　There shall be no loss of retirement benefits under vesting rights by virtue of the execution of this Agreement.

16.6　Retiree health provisions are spelled out in Appendix J of this Agreement.

16.7　Retired Nurses.

16.7.1　The Medical Center will continue to provide retirement benefit as provided in the Medical Center Plan for Nurses who have retired pursuant to the Medical Center Plan prior to January 1, 1976 (see Appendix H).

16.7.2　The Medical Center shall pay directly the amount of $9.20 per month to any Nurse who retires after January 1, 1980 from the Medical Center with ten (10) years or more employment, is eligible for Medicare, and is at least 65, or any Nurse who is currently receiving benefits under the Medical Center Plan (including any applicable successor plan).

16.8　Early Retirement

Recognizing that incentives for early retirement are in the interest of both the Medical Center and Registered Nurses, the parties agree to establish a Task Force to explore the possibility of offering early retirement incentives to RNs. The Task Force will be established and begin meeting no later than January 1, 1998.

## ARTICLE 17. PAID EDUCATIONAL LEAVE

### 17.1　Eligibility Criteria

A Nurse shall be entitled to leave with pay each year accumulative over two years to attend courses, institutes, workshops, or classes of an educational nature, provided:

　(a)　the Nurse applies in advance in writing specifying the course, institute, workshop, or class the Nurse wishes to attend;

39.

---

16.3.2.2　The hours required for counting a "year of credited service" will be reduced to 1000 hours in a calendar year for both benefit and per diem accrual, in order to match the definitions of "year of credited service" under the Sutter Health Retirement Plan – Cash Balance Design.

16.3.2.3　Per Diem Nurses will be included as an eligible employment classification.

16.3.2.4　A disability benefit will be provided when a participant in the Sutter Health Retirement Plan – Defined Benefit Design, regardless of age becomes disabled within the meaning of the Federal Social Security Act while employed by AKSMC or another Sutter Health affiliate participating in the Sutter Health Retirement Plan – Defined Benefit Design, and has at least five years of credited service under this design prior to the date the participant becomes disabled. The sole evidence the Sutter Health Retirement Plan – Defined Benefit Design will consider regarding the existence of a disability, and the date the disability began, is a written determination by the Social Security Administration. If a Sutter Health Retirement Plan – Defined Benefit Design participant qualifies for a disability benefit, the benefit will be calculated as of the participant's age 65 years of age and earned as of the date of disability. There is no reduction for the entry start of benefits, and payments will be retroactive to the date of disability (as determined by Social Security Act), up to a maximum of 12 months retroactively from the date the Sutter Health Retirement Plan – Defined Benefit Design receives the participant's application for the disability benefit. The disability benefit will be paid only until the earliest of the following dates, whichever comes first: (1) the date the participant is no longer disabled, (2) the date the participant dies, or (3) the first day of the calendar month in which the participant reaches the age of 65.

16.3.3　The Sutter Health Retirement Plan – Cash Balance Design will be amended to contain the following terms and conditions, effective January 1, 2008:

The contribution schedule will be increased to the following:

| Years of Service | Percentage of Pay Contribution |
| --- | --- |
| 0-5 | 5% |
| 6-10 | 6% |
| 11-15 | 7% |
| 16-20 | 8% |
| 21-23 | 9% |
| 24-26 | 10% |
| 27-29 | 11% |
| 30+ | 12% |

38

understood that an individual Nurse shall have a choice in the selection of the type of educational program in which the Nurse will participate.

### 17.8 Leave At Option of Medical Center

Nurses may request unpaid leaves of absence not to exceed ninety (90) days for professional activities such as, but not necessarily limited to, educational workshops, seminars, continuing education courses, and participation in bona fide activities of the Association. The Medical Center will grant such leaves except on those occasions when such leave would seriously affect staffing requirements.

### 17.9 Guidelines

17.9.1 The following shall serve as guidelines for the programs covered by paid educational leave:

(a) formally organized courses in nursing;

(b) formally organized courses in related subjects leading to a degree in nursing;

(c) formally organized seminars and symposia dealing with the contemporary practices of nursing;

(d) formally organized specialized courses relating to nursing practice;

(e) formally organized clinical courses meeting teachers and institutions such as maternity and child health and medical-surgical;

(f) formally organized programs for the health professionals open to Registered Nurses and which deal with issues involving patient care;

(g) formally organized specialized programs not directly involving nursing but primarily relevant to patients' health and welfare (e.g., child development, counseling, home care, community health).

17.9.2 The various areas covered above shall include items sponsored by a hospital, educational institution, government agency, or professional association.

17.9.3 It is agreed that the above set forth activities shall be related to nursing practices within the Medical Center.

### 17.10 Certificate of Attendance

The Nurse may be requested by her/his supervisor to submit a certificate of attendance at the time of her/his annual performance review.

41

---

(c) the Nurse obtains permission from the Nurse Manager.

(d) such leave shall not interfere with staffing.

### 17.2 No Unreasonable Denial

Permission for such educational leave will not be unreasonably denied. No Nurse shall be denied more than two (2) programs in a six (6) month period.

### 17.3 Accrual

Accrual of hours is determined by the Nurse's predetermined work schedule plus eight (8) hours, i.e. 40 hours/week—8 hours paid educational leave per year, 32 hours/week—40 hours paid educational leave per year. Each Nurse eligible for paid leave may be required to use eight (8) hours each calendar year for a mandatory class or inservice if deemed necessary by the Nursing Director to maintain skills or knowledge on the particular unit. A Charge Nurse shall be eligible for thirty-four (64) hours paid education leave per year, all other provisions of Article 17, including accrual, shall apply.

### 17.4 Yearly Basis

Paid education leave is granted on a calendar-year basis. The Nurse shall be granted paid education leave hours based upon his/her accrual rate (see Article 17.3 above), on the first day of each year.

### 17.5 New Hire Eligibility

Newly hired Nurses are eligible to use paid education leave following ninety (90) days of employment. Paid education leave for the first year of employment will be prorated, based upon the number of pay periods after the date of hire and the accrual rate (see Article 17.3).

### 17.6 Accommodation

If a Nurse requests educational leave and does not receive it in a particular year for which qualified, the Nurse may accumulate it for the following Year.

### 17.7 Leave At Request of Medical Center

If the Medical Center wishes the Nurse to engage in an educational program other than in-Service Education Programs, the Medical Center and the Nurse may mutually agree that this is charged against the Nurse's educational leave. If the Nurse declines to engage in such educational program, the Medical Center has the option to withdraw the request or to require the Nurse to engage in such program, in which event it is not charged against the Nurse's educational leave. It is

40

## 17.11 Education Leave on Scheduled Day Off

Educational Leave shall be paid if the educational program occurs on a day the Nurse is not scheduled to work, provided the above criteria are satisfied.

## 17.12 Education Leave on Scheduled Work Day

If the educational program occurs on a day the Nurse is scheduled to work, the following principles shall govern:

17.12.1 If the educational program has a duration of four (4) or more hours within or without a shift in whole or in part, the Nurse will be excused from her/his shift and receive eight (8) hours educational leave pay for each day, or up to a maximum of the Nurse's regular schedule if less than eight (8) hours.

17.12.2 If the educational program has a duration of less than four (4) hours and falls within the Nurse's shift in whole or in part, the Nurse will be paid for hours spent at the educational program and will use the balance of her/his shift or, at the option of the Medical Center, the Nurse can be excused from her/his shift into third and be paid eight (8) hours educational leave pay or up to a maximum of the Nurse's regular schedule if less than eight (8) hours. The Medical Center shall notify the Nurse of the option they elect at the time they approve the leave request. In no case shall the combination of paid work time and paid educational leave exceed eight (8) hours per day or the Nurse's regular schedule if less than eight (8) hours.

17.12.3 If the educational program has a duration of less than four (4) hours and falls entirely outside the Nurse's shift, the Nurse shall not receive educational leave pay. In view of the fact that Nurses assigned to the night shift often work educational programs available during their normal hours of work, an exception to this subsection will be as follows: a night shift Nurse who attends educational programs which would otherwise quickly make the educational leave and pay provisions but fall entirely outside of the Nurse's night shift, may accumulate such educational leave time until s/he has accumulated the equivalent of a full shift. At that time, equivalent paid time off at the normal convenience of the Medical Center and the Nurse will be arranged.

## 17.13 Education Leave for Night Shift Nurses

If the approved educational program is four (4) hours or more in duration, the Medical Center will excuse the Nurse from the night shift either immediately preceding or immediately following the program. The night shift from which the Nurse shall be excused shall be determined by mutual agreement between the Nurse and the Medical Center, and the deduction from accrued educational leave shall be equal to the Nurse's normally scheduled shift.

## 17.14 Home Study

If the course is a home study program, the Nurse will receive compensation to which s/he is entitled based on a conversion formula of one (1) hour's pay for each continuing education unit (CEU) the course provides.

## 17.15 Confirmation

If written application for a paid or unpaid education leave is received at least three (3) months prior to the effective date of the leave, the Medical Center will give written confirmation of approval or disapproval within two (2) weeks of receipt of the application. If multiple requests for the same event are submitted within the two (2) week period, and if staffing and patient care requirements do not permit all Nurses requesting that event to be on leave simultaneously, seniority shall be the determining factor within each unit. Requests for education leave that are received within three (3) months of the effective date of the leave will be handled in accordance with Article 7.4.1, Scheduling Process.

## 17.16 Perales Hospital Part-Time Nurses

Part-time Nurses hired at Perales Hospital prior to October 1, 1985 will not have educational leave granted.

# ARTICLE 18. SABBATICAL

## 18.1 Definitions

A leave with pay granted for professional study and/or research which corresponds to allows for a respite from the normal nursing activities.

## 18.2 Purpose

To encourage professional growth, increase competence and relieve areas by subsidizing significant research, creative work, or other programs of study subject to be of significant value. Such leave will not be granted automatically, rather the Nurse will present a proposal to support a program of work, planned for a specific period of time.

## 18.3 Eligibility

18.3.1 A three (3) week sabbatical with full pay will be available to Nurses working the following schedules:

(a) Nurses working Full-time (40 hours per week) or the day or evening shift;

(b) Nurses working 4/5 time (32 hours per week) on the night shift or Full-time (40 hours per week) on the night shift.

42

43

### 18.6  Annual

Approval of sabbatical will be the responsibility of the PNEB upon recommendation of the department manager with final approval by the Vice President of Patient Care Services or her/his designee.

### 18.7  Report Back

Upon return to work a full report of the study and/or research will be submitted to the department head and the Vice President of Patient Care Services. Depending on the nature of the sabbatical, the report may include an interview or formal presentation to colleagues. A copy of the report will be placed in the Nurse's employment file.

## ARTICLE 19.  PAY FOR JURY DUTY

### 19.1  Compensation

A Nurse called for jury duty will receive the difference between jury pay and normal straight-time earnings. As a condition to jury pay, the Nurse must notify the Medical Center as soon as is reasonable after receiving notice to report (normally within 24 hours).

### 19.2  Proof Of Jury Service

Also, as a condition to receiving jury pay, the Nurse must produce a receipt from the Jury Commissioner that the Nurse has been called or served including telephone standby, if such receipts are provided.

### 19.3  Acting If Excused From Duty

If a Nurse is excused from serving in time to complete a portion of the Nurse's shift, the Nurse will advise the Medical Center by telephone and, if requested to do so, return to the Medical Center to complete the shift. A Nurse placed on telephone standby by the court will not be required to report to work until released from potential jury service for that day. If a night shift Nurse on telephone standby calls the court in the evening as instructed, and is further instructed to call the next morning for possible jury service that day, s/he will not be required to report to work the intervening night shift.

### 19.4  Hours Of Work And Jury Duty

A Nurse excused from work at the Medical Center as provided above shall not be required to work in the Medical Center to insure that the combination of service on jury duty and hours worked in the Medical Center exceeds a normal eight (8) hour day. Night shift Nurses shall be excused from work, at the Nurse's option, on the night immediately preceding or immediately following service on jury duty including telephone standby, as provided above. In the event that a combination of service on jury duty and hours worked in the Medical Center exceeds a normal forty

45

---

(c) Nurses working three (3) twelve hour shifts and receiving jury hours of pay.

18.3.2  The sabbatical is not accrued pro-rata over the three (3) year period but is earned only upon completing a full three (3) year work period.

18.3.3  The sabbatical must be taken in consecutive weeks only. The Nurse may extend the time of the sabbatical by adding accrued vacation to the three (3) week period for up to a total of eight (8) consecutive weeks.

18.3.4  The sabbatical is approved with the clear understanding that the Nurse will return to the Medical Center to the same classification, position, unit, and shift s/he held before the sabbatical.

18.3.5  To avoid adverse effects on individual departments, a limit on the number of sabbaticals in a given year may need to be set by the individual department manager. Requests will not be unreasonably denied.

### 18.4  Benefits

Sabbatical leave time is paid leave, therefore the Medical Center will continue to pay the Nurse's standard benefits.

### 18.5  Application Process

18.5.1  A Nurse seeking to take sabbatical time shall take the following action:

(a) Submit a written request for time off through the individual department manager. The department manager is responsible for determining how the work load will be run during the applicant's absence.

(b) Submit a written proposal for the planned research, creative work, or planned period of study. This major criteria for approval of sabbatical time will be that it contributes to the advancement of the profession or the professional. The written proposal will be specific and include a description of the project, research or travel, a summary of any funds or grants received, any planned papers or publications, etc. The applicant will also state how the sabbatical time will be valuable to her/himself professionally, and/or how the time will benefit her/his particular department or the profession of nursing.

18.5.2  Consultation for development of sabbatical projects or for the process of applying for sabbatical shall be available through the individual department managers, as well as other Nurse managers and clinicians in the Medical Center.

44

seniority credit for such continuous service as they may have accrued under the terms of such other collective bargaining agreement;

for each 160 hours worked, or thirty (30) days, whichever comes later.

23.1.3  The seniority of Short-hour and Casual Nurses shall be calculated quarterly each year based on accruals as of the commencing period closest to January 1, April 1, July 1, and October 1, and said seniority date shall be applicable for all purposes other than filling of vacancies pursuant to Article 24, Posting, Bidding, and Filling of Vacancies, in which case, an individual's calculation of the Nurse's then current seniority credit shall be made.

23.1.4  A quarterly seniority report for all Nurses, including regular, Short-hour and Casual will be sent to the Association; the report will be due in the accounting period closest to January 1, April 1, July 1, and October 1.

### 23.2  Temporary Layoff

23.2.1  In the case of a temporary layoff, including unit closure, of fourteen (14) days or less, layoffs shall be conducted on the basis of seniority and personnel category within each of the affected shifts and nursing areas, as defined in Appendix A, provided that in the judgment of the Medical Center the competency and ability of the Nurses are equal. Layoffs shall affect Nurses in the various personnel categories in the following order (re-employment in the reverse order):

1. Probationary
2. Temporary
3. Casual, and Regular-per-diem or extra shift beyond his/her regularly scheduled hours.
4. Regular (Full-time/Part-time and Short-hour) not working an extra shift

23.2.2  The Medical Center will utilize voluntary reduction of hours prior to implementing a reduction as provided above. If in their opinion such a reduction will meet their needs and shall not use registry proven if qualified Nurses are available.

23.2.3  The Medical Center further agrees that this temporary layoff provision shall not be used to circumvent the indefinite layoff procedures set forth below.

23.2.4  Notice of Temporary Layoff. In case of temporary layoff, Nurses will be called ninety (90) minutes before the start of the shift.

23.2.5  Daily Cancellation. The Medical Center shall not consider there to be an overstaffed situation, (and thereby subject a nurse to a temporary layoff) unless:

(a)  The Charge Nurses within that cluster are free of a patient assignment;

(b)  Each unit within that cluster has licensed nurse coverage for meal and break relief; and

47

---

(40) hour work week, the Medical Center will use its best efforts to grant to regular Nurses the weekend off, if such Nurse is scheduled to work the weekend. The terms of Section 7.5.8 shall apply for Nurses working in every-weekend beneficial positions.

### 19.3  Witness Pay

A Nurse who loses work time as a result of being subpoenaed as a witness in a case related to the Nurse's employment at the Medical Center (other than a case where the Nurse is a principal party) shall be eligible for witness pay equal to and under the same conditions which would have applied had the Nurse been called for jury duty.

## ARTICLE 20. BEREAVEMENT LEAVE

Three (3) days of paid bereavement leave shall be granted to regular Nurses after ninety (90) days of employment in cases of death in the Nurse's immediate family, which shall be defined to include spouse or significant other, mother, father, daughter, son, sister, brother, current mother-in-law, current father-in-law, current daughter-in-law, current son-in-law and grandparent. Additionally, the Medical Center will accommodate every Nurse's request for two (2) additional days of unpaid bereavement leave in the event that travel in excess of one-hundred (100) miles is necessary.

## ARTICLE 21. UNEMPLOYMENT & DISABILITY COMPENSATION

The Medical Center will continue its obligation under the California Unemployment Compensation and Disability Law. Coverage may be affected during the life of this Agreement in the event future legislation is enacted that is applicable to non-profit hospitals.

## ARTICLE 22. PHYSICAL EXAMINATION

Pre-employment physical examinations and, at the request of the Nurse, annual physical examinations shall be scheduled by the Medical Center without charge to the Nurse. Such examination shall include V.D.R.L., C.B.C., urinalysis, chest film and/or Tuberculin, examination and review of medical history by M.D., certification by M.D. that employee is free of communicable disease and physically able to perform work assigned. Pay means regional for females, Sickle Cell Anemia test optional for black employees. Any existing physical is acceptable, with advance notice to Administration, in case other diagnostic tests are deemed appropriate.

## ARTICLE 23. SENIORITY

### 23.1  Accrual of Seniority

23.1.1  Seniority shall be based upon accumulated length of service within the bargaining unit. Employees transferring into the bargaining unit who have been previously employed by the Medical Center in SEIU/UHW, CHEU, or Local 29 bargaining units shall be given

46

(c) No registry or traveler RN is performing nursing duties on the campus where the RN is hired for consolidation, provided the RN has the established competencies to substitute for the registry or traveler RN.

In the event that the above conditions are met and an OnceaShift situation will exists in which RNs would be involuntarily subject to temporary layoff, the Medical Center agrees that for the day and pm shifts one RN per cluster who otherwise would have been temporarily laid off instead shall be reassigned by the Medical Center to other duties, as determined by the Medical Center. If the reassigned duties are at another campus of the Medical Center, the RN shall have the right not to accept the reassignment and instead may take a voluntary reduction of hours (i.e., OnceaHad Absence). RNs can elect to be cancelled in lieu of accepting reassignment under this provision.

### 23.2.6 Temporary Nurse in Temporary RN. In the case of a Nurse who bids on, and is awarded, a temporarily vacant position, such Nurse shall assume the status of the temporarily vacant position and shall exercise her/his seniority rights, as such, in the event of a temporary reduction.

23.2.7 In the event of a reduction in force of 21 days or more, a Registered Nurse on the affected unit(s) may elect to be removed from the schedule in two-week renewable increments. The number of RNs who shall be granted this option shall be determined by the Medical Center based on staffing needs.

### 23.3 Indefinite Layoffs

23.3.1 Voluntary Reduction in Hours. Prior to position elimination on any unit and shift, the Medical Center shall offer Nurses on the affected unit and shift the option to reduce their FWS if they so choose. The option to reduce hours shall be offered on a seniority basis.

The Medical Center will use its best efforts to schedule according to the choice of reduction(s) chosen by the Nurses. If the Medical Center determined that such a schedule is not feasible, the Medical Center will eliminate the position(s) in accordance with the terms of this Agreement without prior voluntary reduction in hours.

23.3.2 Application of Seniority. Indefinite layoffs, including position elimination, shall be conducted by the affected unit and shift in the order of positions in inverse order of seniority, provided that in the judgment of the Medical Center (the competency and ability of the affected Nurses are equal. Prior to the layoff, the Medical Center shall consider the therapy of injury and per diem Nurses in the affected unit(s), unless regular Nurses are unavailable. Layoffs shall affect the Nurses in the various personnel categories in the following order: (casual) in the reverse order: First, probationary, then temporary, then per diem, then all other categories. The layoffs shall continue successively within each category in the order of least senior to next senior.

23.3.3 Layoff Procedure. In the event of an indefinite layoff, the Medical Center will identify those positions to be eliminated. The seniority date of the more senior Nurse whose position

48

---

has been eliminated shall become the threshold time at which bidding will begin. The Nurses whose positions have been eliminated or identified in the above procedure will then bid on available positions in order of seniority. During the bidding process, nurses must accept an available position which exactly matches the Nurse's current permanent assignment (unit, shift and hours). Before a Nurse bids, s/he will be provided with a description of available positions, including unit and shift. It is understood that, for purposes of this Article, a Nurse (or whom a position is available in her/his cluster and shift will be considered qualified to bid for a position outside the cluster only if in the judgment of the Medical Center.

    (a) s/he has the withstand relevant experience and qualifications, and

    (b) s/he has the competency as evidenced by written testing or demonstration, as appropriate for the unit, prior to bidding, and

    (c) s/he can fully perform the duties of the position after an exhaustion of no more than ninety (90) shifts, in which case the Nurse will serve a ninety (90) day probationary period. If during or at the end of this sixty (60) day period, the Nurse is unable to carry out the duties of the position, s/he will return to Casual status, at the Nurse's option.

23.3.4 If the Nurse is forced to bid outside her/his current cluster because there are no positions available in her/his cluster and shift, Article 23.3.6 will thereupon apply and the Nurse will serve a ninety (60) day probationary period. If, during or at the end of the sixty (60) day probationary period, the Nurse is unable to carry out the duties of the position, s/he will revert to Casual status on her/his original hours unit in accordance with the provisions of Article 23.4, or to layoff status, at the Nurse's option.

23.3.5 Any Nurse displaced by the procedure shall have successive rights as outlined herein until the least senior Nurse are affected.

23.3.6 It is understood that, for purposes of this Article, a Nurse will be considered qualified if, in the judgment of the Medical Center, s/he can fully perform the duties of the position after reasonable orientation.

### 23.4 Recall

Registered Nurses who have benefits as a result of an indefinite layoff will be given preference for available work within their home department over Casual Nurses and will be given preference over Casual Nurses when bidding for posted benefitted vacancies for which they are qualified for up to one year after layoff.

Short-hour Nurses who has a position as a result of an indefinite layoff will be given preference for available work within their home department over Casual Nurses and will be given preference over Casual Nurses when bidding for posted Short-hour positions for which they are qualified for a period of up to one year after layoff.

49

## 23.5   Use of Seniority

Seniority may only be utilized as provided above if the Nurse is willing to accept the work offered by the Medical Center.

## 23.6   Work-Share

In the event of a reduction in force, on the request of the Association or the Medical Center, the parties shall investigate the feasibility of a work-share arrangement among RNs and may, by mutual agreement, institute such a work-share arrangement.

## 23.7   Break in Seniority

23.7.1   After the probationary period as defined in Article 27.5, accumulated length of service will be broken by voluntary resignation, dismissal for just cause, twelve (12) consecutive months of layoff without recall as a regular employee, failure to return from an approved leave of absence, or acceptance of severance. In case a leave of absence, if any, is taken the Nurse shall, upon re-employment, be considered as a new employee. However, if the Nurse is re-employed within six (6) months of a break in service, upon re-employment, the Nurse's previously accrued seniority, salary step and benefit accrual rate (if applicable) will be restored. If, during this period, a Nurse is rehired into a position in a classification in which the Nurse was regularly assigned within the two (2) year period prior to his/her date of re-hire, the probationary period will be waived.

23.7.2   Nurses who have non-blocked seniority as described above and who move to a position not covered by this Agreement will not accrue further seniority. In the event that such a Nurse returns to a bargaining unit position, s/he will at that time be credited with the seniority previously accrued, provided time out of the bargaining unit does not exceed eighteen (18) months.

## 23.8   Shut-down and Casual Nurse Negotiators

A regular Shut-down or Casual Nurse who serves on the Nurses' negotiating committee shall be granted seniority credit for hours spent in attending negotiation sessions.

## 23.9   Severance

In addition to any other form of pay for which the Nurse is otherwise eligible, regular Part-time and regular Full-time Nurses who are involuntarily laid off due to lack of work shall be eligible for severance pay according to the following schedule:

1. At least one (1) but fewer than two (2) years of continuous service — one (1) week's pay.

2. At least two (2) but fewer than three (3) years of continuous service — two (2) weeks' pay.

3. At least three (3) but fewer than six (6) years of continuous service — three (3) weeks' pay.

4. At least six (6) but fewer than ten (10) years of continuous service — four (4) weeks' pay.

5. Ten (10) or more years of continuous service — five (5) weeks' pay.

Eligible Nurses shall have thirty (30) days from the date of notification of the indefinite redemption of force resulting in permanent layoff to elect to receive severance pay. The seniority and reemployment rights of employees shall be terminated upon their election and receipt of severance pay.

## 23.10   Completion of Units

In the event of accumulation of units between ABSMC and SMC, the Medical Center shall offer ten (10) weeks' training in an available position in any Nurse who is displaced as a result of each consolidation and who does not qualify for any position available under its terms of Article 23.3.3, Layoff Procedure, above. If there are no available positions for such a displaced benefited Nurse, or if a Nurse who is eligible for training under this provision evidences, s/he shall be eligible for the severance package provided above, plus an additional two weeks' pay.

## ARTICLE 24.   TERMINATION NOTICE

In case of termination of employment by the Medical Center, except for discharge for just cause, the Medical Center shall give to a regularly employed Nurse with six (6) months or more of continuous service, fourteen (14) calendar days' notice, or fourteen (14) days' notice of termination. Similarly, the Nurse shall give to the Medical Center at least fourteen (14) days' notice of resignation. A Nurse who is dismissed by the Medical Center will be promptly given a written notice of the reason for the dismissal upon his/her request. A copy of such discharge notice will be sent to the Association.

## ARTICLE 25   BULLETIN BOARDS

The Medical Center will provide and will mutually agree with the Association to a central and convenient location(s) for a minimum of one (1) bulletin board for each one hundred (100) Nurses or portion thereof on the staff. A designated Association representative shall be responsible for posting material submitted by the Association, a copy of which shall be furnished to the Medical Center before posting. The Association agrees that no controversial material shall be posted.

## ARTICLE 26.   PROFESSIONAL PERFORMANCE COMMITTEE

### 26.1   Establishment of Committee

A Professional Performance Committee shall be established at each Medical Center.

50

51

**26.4.4 Special Meetings.** The Administration may request special meetings with the Professional Performance Committee and the Committee may request special meetings with the Administration, but such meeting shall not take the place of regularly scheduled meetings of the Committee. At the request of the Professional Performance Committee, an Association staff representative who is a Registered Nurse may attend such meetings on an advisory basis.

**26.5 Objectives**

The objectives of the Professional Performance Committee shall be:

(a) to consider cooperatively the professional practice of Nurses.

(b) to work cooperatively for the improvement of patient care and nursing practice.

(c) to recommend to the Medical Center ways and means to improve patient care.

(d) to make recommendations to the Medical Center where, in the opinion of the Committee, a critical Nurse staffing shortage exists;

(e) to consider cooperatively the improvement of safety and health conditions which may be hazardous. The Medical Center Safety Committee shall provide the Professional Performance Committee with copies of the minutes of its regular meeting. The Professional Performance Committee may notify the Safety Committee in advance and place health and safety items affecting Nurses on the Safety Committee agenda. It may send a representative to the Safety Committee to present the agenda item of concern to Nurses.

**26.6 Limitations**

The Committee will not deal with issues of contract interpretation or with grievances. The Committee's recommendations are advisory and are not subject to the Association grievance procedure.

**26.7 Review Committee**

26.7.1 Differences of opinion between the Committee and Administration may be referred to a Review Committee of four (4) for consideration and review. The four (4) on the Review Committee shall be: the Vice-President of the Association, or her designee, who shall be an RN; an elected RN member of the Professional Performance Committee; and two (2) representatives of the Medical Center, one of whom shall be a member of the Board of Trustees who is not an employee of the Medical Center.

26.7.2 Review Committee members may invite resource persons to attend and participate in such Review Committee meetings. Such resource persons may review all relevant

53

**26.2 [Intent]**

The Medical Center recognizes the responsibility of the Professional Performance Committee to recommend measures objectively to improve patient care and will duly consider such recommendations and will so advise the Professional Performance Committee of action taken. Responses to specific Professional Performance Committee suggestions or recommendations shall be given in writing. Such responses shall be made in a timely fashion, not to exceed sixty (30) days unless extended by mutual agreement between the Vice-President of Patient Care Services and the Professional Performance Committee.

**26.3 Membership**

The Professional Performance Committee at each facility (Summit Medical Center and Alta Bates Medical Center) shall be composed of fifteen (15) Registered Nurses employed at that facility and covered by this Agreement. The Committee members shall be elected by the Registered Nurse staff at each facility.

**26.4 Meetings**

**26.4.1 Regular Meetings, Compensation, and Minutes.** The Professional Performance Committees shall each schedule one regular meeting per month and may schedule additional meetings in a given month. The two PPC's shall schedule joint regular meetings at least quarterly and may send representatives to both PPC meetings. PPC members together from each facility shall be entitled to a total maximum of forty-eight (48) hours per facility from each facility per month for the purpose of attending such meetings and carrying out the work of the PPC. Such meetings shall not constitute time worked for any purpose under this Agreement. Such Committees shall be scheduled so as not to conflict with the routine. The Professional Performance Committees shall prepare an agenda and keep minutes of all meetings, a copy of which shall be provided to the Vice-President of Patient Care Services.

**26.4.2** The Vice-President of Patient Care Services, or designee, shall meet with the Professional Performance Committees at the regularly scheduled quarterly joint meetings.

**26.4.3 Informational Meetings.** The Professional Performance Committee may request meetings with the head of any department for the purpose of obtaining information on their nursing functions. Such meetings shall be arranged through the Vice-President of Patient Care Services, who may also attend. Such persons agree to meet with the Committee within a reasonable time. The PPC may request that Staff Nurses appointed to designated Medical Center technology committees attend a PPC meeting for the purpose of obtaining information relating to the impact of technology on the delivery of nursing care to patients. Such matters appearing at a PPC meeting shall be on paid time, subject to a limit of one hour of time per quarter for all such staff nurses. The paid time shall be considered work time, up to a time limit of no more than five (5) hours of paid pay per quarter for each such Staff Nurse and a total limit of no more than five (5) hours of paid Staff Nurses and on the PPC, shall not be included within the paid time allowed for PPC members.

52

information before the Committee pertaining to the subject matter under consideration and other advice to resolve differences between the parties. Different parties under consideration and other Committee on, if necessary, by majority vote of the four (4) members of the Committee in Executive Session. The Review Committee members invited the parties to mend their obligations or her organization must resource person unless otherwise mutually agreed.

Articles 26.7.1 and 26.7.2, above, the parties, by mutual agreement, will select an expert familiar with hospital staffing issues to conduct an inquiry and render an advisory decision. The parties will mutually agree upon the procedures to be used.

### 26.8 Standardized Procedures Under Nursing Practice Act

Any individual(s) designated by the Medical Center to implement standardized procedures pursuant to the Nursing Practice Act shall meet with the Professional Performance Committee (PPC) to discuss proposed provisions to be included in the standardized procedures prior to submission of such procedures to the approving parties identified by the Nursing Practice Act.

## ARTICLE 27 STAFFING

### 27.1 Purpose

The Medical Center and the Association agree that it is the goal of both parties to provide high quality nursing care to all patients. The Medical Center and the Association also recognize that Nurses have a right and responsibility to participate in decisions affecting the delivery of care. Staffing patterns will be designed and implemented to meet the nursing care needs of patients.

### 27.2 Patient Classification Committee

Three members designated by each of the two Professional Performance Committees shall be designated as the staffing subcommittee of the Professional Performance Committee to monitor and evaluate the implementation of the safety staffing system and recommend improvements to management. This staffing subcommittee and no more than six representatives of Nursing Administration shall serve as the Committee required by Section 70217(c) of Title 22. The committee shall meet within thirty (30) days of ratification of this Agreement and shall meet regularly thereafter. Upon request, the Medical Center will provide the committee with necessary and relevant information.

### 27.2.1 Implementation of Safe Staffing Law

AB 394 recognizes that the California Department of Health Services (DHS) has conducted a two-year process to evaluate the safe standards. It realizing in acute care hospitals and acknowledges that the proposed ratios will be implemented. To reflect this cost, AKSMC agrees to implement patient ratios on or before the legally required implementation date. Within the framework of AB 394 and shift staffing based on these requirements. The ratios developed by the Medical Center shall include but not be limited to, the following elements:

...

adjust implementation issues, including optional RN to patient ratios and other recommendations regarding implementation of staffing ratios. The Hospital and CNA agree to work cooperatively to ensure the highest quality of patient care and optimal outcomes.

### 27.2.2 Patient Classification System

The Staffing Committee shall review a proposed change in nursing master staffing matrices prior to implementation of the change. The Hospital shall have the right to implement the proposed change following the first regularly scheduled meeting of the Staffing Committee after the proposed change is presented to the Staffing Committee.

### 27.3 Patient Classification Task Force

27.3.1 In addition to the Patient Classification Committee (PCC), the Patient Classification Task Force shall assist with the selection, implementation and validation of the Patient Classification System and the Patient Classification Tool through unit based data collection, education of staff and other tasks as directed by the PCC.

27.3.2 Con resource Nurse from each unit will be selected by their peers to represent the unit on the Patient Classification Task Force. The PPC members of the Patient Classification Committee shall also serve on the Patient Classification Task Force. PPC members serving on the PCC and Resource Nurses serving on the task force will be paid at the Nurse's regular rate of pay for all PCC and task force work. Upon request, a Nurse thereof shall meet with the PCC at their request. The PCC meetings will be open to all Staff Nurses and minutes will be available to all Staff Nurses.

27.3.3 Each unit will designate a Nurse or such shift or peers to serve as the unity resource to nursing staff in the completion of patient classification tools. The Medical Center will provide education/concepts to the Nurses regarding the purpose of the Patient Classification System (PCS), the elements of the PCS and how to accurately use the PCS.

### 27.4 Process for Selection of the Patient Classification System

The Patient Classification Committee will be included in selection and/or modification of the acuity system used at the Medical Center. The selection/modification process will include annual review of available systems and their adaptability to patient care at the Medical Center.

### 27.5 Implementation of the Patient Classification System

27.5.1 The Medical Center shall implement a patient classification system as defined in section 70053.2 of Title 22, for determining nursing care needs of individual patients that reflects the acuity assessment, intensity of Nurse and provides patient information on the Side Letter Regarding Staffing and Patient Care issues, from 1, RN Scope of Practice, of patient requirements and provides for third-by-shift staffing based on these requirements. The system developed by the Medical Center shall include but not be limited to, the following elements:

51

(1) Individual patient care requirements.

(2) The patient care delivery System.

(3) Generally accepted standards of nursing practice, as well as regulatory reflective of the unique nature of the Medical Center' population.

Care Services, or a designee, based on patient care needs determined by the patient classification system. The staffing plan shall be developed and implemented for each patient care unit and shall identify patient care requirements and the staffing levels for Registered Nurses and other licensed and unlicensed personnel. The plan shall include the following:

(1) Staffing requirements as determined by the patient classification system for each unit, documented on a day-to-day, shift-by-shift basis.

(2) The actual staff and staff mix provided, documented on a day-to-day, shift-by-shift basis.

(3) The variance between required and actual staffing patterns, documented on a day-to-day, shift-by-shift basis.

(4) The staffing plan shall be reviewed for the time period between licensing surveys, which includes the Consolidated Accreditation and Licensing Survey process.

27.5.3 The reliability of the patient classification system for validating staffing requirements shall be reviewed at least annually by the Patient Classification Committee, to determine whether or not the system adversely measures patient care needs.

27.5.4 Shift-by-Shift Implementation. The staffing requirements generated by the acuity system will be reviewed every 8 hours, prior to making staffing decisions. Consideration will be given to such variables as admissions, transfers, discharges patient education and the psychosocial needs of the patient's family and/or other support systems. Patient care assignments shall be consistent with the acuity system.

27.5.5 A staffing manual will be limited on each nursing unit. The manual will include comprehensive information which summarizes and explains the acuity system and will be available at all times for review by Staff Nurses.

27.6   Joint Review

Nursing Administration and the PPC will work together to review quality of care issues relating to patient needs and/or other staffing considerations on a month-by-month basis. This process will be implemented immediately.

27.7   Identifying Staffing Issues and Concerns

An RN who has a concern about staffing should raise that concern with his or her manager. The RN's manager or designee shall respond to the RN within ten (10) days about the concern. If the RN is not satisfied with the manager's or designee's response, the RN may transmit the concern to the Staffing Committee, which shall discuss the issue at the Staffing Committee's next regularly scheduled meeting.

27.8   Dispute Resolution

27.8.1   Special Review Panel. In the event at least 30% of the Staffing Committee identifies a pattern that indicates staffing does not address patient needs, either party may appeal the issue to the Special Review panel for resolution, provided such submission is presented in writing to the Hospital within thirty (30) days of the failure of the Staffing Committee to resolve the issue.

27.8.2   The Special Review Panel shall consist of three (3) members, one (1) selected by CNA, one (1) selected by the Vice President of Acute Care Services of his or her designee and the third selected by the other two (2) panel members to serve as a neutral chairperson. The parties will make a good faith effort to select a Chairperson who is experienced in the healthcare industry and with expertise in staffing in acute care hospitals. If they are unable to find such a person within thirty (30) days after the appeal is filed, the parties shall select an adequate forum for panel enforcement in Article 27 to serve as chairperson.

27.8.3   In reaching a resolution, the review panel must take into consideration any standards regarding staffing, applicable state and federal laws, and any other relevant information presented by the parties.

27.8.4   If the Special Review Panel is unable to agree on a resolution within thirty (30) days of the selection of the Chairperson, the neutral third party may resolve the difference and such decision shall be final and binding on the parties. Any resolution of the Special Review Panel, including any decision by the neutral third party, must be consistent with applicable state and federal legislation governing staffing levels and ratios. The Special Review Panel, including the neutral third party, shall not have jurisdiction to fashion any remedy that imposes an obligation on the Hospital which exceeds, and/or is inconsistent with requirements of Title 22 of the California Code of Regulations, as amended, or any other applicable state or federal law.

27.8.5   Either party may seek to overturn (or vacate) the decision of the Special Review Panel or of the neutral third party under any basis permitted by law regarding private labor arbitration. Either party may seek to overturn (or vacate) a decision due to outside of law.

27.8.6   In the event permitted by law, the Hospital and CNA agree that the process contained herein shall be the exclusive means of resolving all disputes/issues arising under the Side Letter Regarding Staffing and Patient Care Issues and specifically, except to the extent either party seeks to vacate a decision under paragraph 4, above, the parties agree to waive their rights to initiate litigation or to seek administrative remedies, including unfair labor practices under the National

57

56

## 28.5 Selection Process

A pool of eight, four from Patient Care Administration and four from Staff RNs appointed by the Association, shall develop a job-description and position requirements. The panel shall complete its work no later than 90 days following ratification of the Agreement. The positions will be posted per the Agreement. The PPC shall meet with potential candidates for the position and shall recommend three candidates for each position. From those recommended candidates, the Medical Center shall then select the individuals to fill the positions.

## 28.6 Duration and Evaluation of Positions

In order to maintain continuity, each QCL position shall have a duration of three (3) years, with rotating dates staggered so that only one position opening per facility shall occur each year. The initial QCL position shall be for terms of two (2) and three (3) years, respectively, at each facility. Performance reviews will be completed at the end of three months, and at least annually thereafter, by the Director of Nursing. A QCL may be removed from his or her position only for just cause.

## 28.7 Hours of Work, Salary and Benefits

QCL positions shall be benefited. QCLs will maintain their regular shift run, no matter when hours they actually work. Additionally, hours worked as a QCL will count as hours in the specialty for Clinical Ladder purposes. A Nurse who is certified in accordance with Article 5.10 will maintain the certification premium while s/he is a QCL. If such Nurse fails to qualify for the recertification solely due to too few clinical hours as a result of working in the QCL position, the Nurse will continue to receive this premium while in the QCL position.

## 28.8 Scheduling

Each QCL, in consultation with the Director of Nursing at each facility, shall be responsible for scheduling her/his own time for performance of the duties of the QCL responsibilities. However, QCLs shall not be eligible for overtime pay for hours in excess of eight (8) per day or forty (40) per week if the overtime situation is caused by the QCL's self-scheduling. Additional hours must be pre-approved by Nursing Director(s).

## 28.9 Temporary Filling of Clinical Hours

The Medical Center will post a temporary benefited position(s) to back-fill the QCL(s). When the QCL completes her/his term, or resigns entry from the QCL position, the QCL shall resume her/his original regular clinical position.

## 28.10 Office and Equipment

Appropriate desk space and equipment/supply access will be provided as necessary to fulfill responsibilities of the QCLs.

59

---

Labor Relations Act arising out of such disputes, except the time frames set forth in this section,
or Section 8(b)(3) changes.

27.2.7   By mutual agreement, the parties may extend the time frames set forth in this
section.

## ARTICLE 28. QUALITY CARE LIAISON PROGRAM

Due to the recent merger of Alta Bates Medical Center and Summit Medical Center, the Association and the Medical Center recognize the need to work jointly to identify opportunities that will improve the delivery of patient care. As a result, the parties have established the following Quality Care Liaison Program. It will work together proactively and in good faith to ensure quality patient care to the Medical Center in a manner that ensures patient confidentiality.

### 28.1   Purpose

In order to develop and maintain a common understanding of how Staff RNs can participate in and influence quality outcomes at the Medical Center, a framework to optimize 24 hour participation in patient care quality improvement efforts, and a mechanism to improve communication between Medical Center management and Staff RNs has will assist in timely resolution of patient care issues, the parties have agreed to establish this Quality Care Liaison Program.

### 28.2   QCL Position

Two (2) QCL positions will be established at each facility. Each QCL will work 50% time (3-5) performing the duties of the QCL, and additionally will work 50%-50% (3-5) in the Nurse's regular clinical assignment. Except as otherwise explicitly modified in this Article, all provisions of this Agreement shall apply to the QCLs.

### 28.3   Duties

The QCL shall be responsible to investigate, evaluate, coordinate and act as a liaison to management on quality issues. Activities will include, but not be limited to, working with Risk Management, appropriate Medical Committees, and other quality-of-care committees, working with the facility PPC, and seeking Staff Nurse input and participation on quality issues. The QCL's supervisor shall be the Director of Nursing at his/her respective site. The QCL shall report regarding his/her activities, which shall be self-directed within the scope of the position, to the facility PPC and Director of Nursing. The QCL shall submit written monthly activity summaries to the PPC and to the Vice President, Patient Care Services or designee.

### 28.4   Meetings

There shall be a joint monthly meeting of all QCLs to coordinate their activities. Additionally, there shall be a regular monthly meeting with one Medical Center(s) quality structure, either on a facility basis or jointly.

58

# ARTICLE 29. PROGRAMS FOR BCLS, ACLS AND SAFETY

## 29.1  BCLS and ACLS Certification

The Medical Center will determine the hours necessary for re-certification of BCLS and for certification and/or recertification of ACLS. Time paid will be not less than four (4) hours for BCLS, eight (8) hours for ACLS recertification and sixteen (16) hours for ACLS certification. The Medical Center will provide BCLS and ACLS classes on site without charge to the Nurse. Each Nurse will be notified approximately ninety (90) days prior to the expiration of her/his BCLS/ACLS certification. The Medical Center will offer a reasonable number of classes and each Nurse has a responsibility to enroll in appropriate sessions. The Medical Center will offer a two-day ACLS course, six times per year on site, that staff nurses may attend for certification or recertification. However, nurses recertifying must use PBL for the first day of the two-day course. The 8 (eight) hours of PBL for RN uses will not be considered as management-directed PBL referenced in the contract. The Medical Center will provide continuing education contact hours, free of charge for either the one-day recertification or the two-day certification class. (The above provisions for ACLS will also apply to NALS and PALS, as appropriate.)

## 29.2  Safety Training

Nurses are required to complete the mandatory training program including safety related issues. If a Nurse is unable to attend all modules during scheduled work time, she will be provided up to four (4) hours of straight-time pay to complete the training at the Medical Center. If the Medical Center modifies the current training program, the parties will meet and confer to determine the time necessary to complete the modified program(s). Unless the parties agree otherwise, however, each Nurse shall remain eligible for up to four (4) hours of paid time to complete the training program, pursuant to the terms set forth above.

# ARTICLE 30. IN-SERVICE EDUCATION

There shall be an in-service education program (which shall include new equipment and drugs) for Nurses of the Medical Center, the contents of which shall be determined by the facility. The in-service education program is a permanent subject for discussion between the PPC and the Medical Center. The Medical Center will use its best efforts to see that the in-service education sessions are available monthly to all Nurses on all shifts. In the event that such best efforts are unsuccessful, the Medical Center will meet with the Association for the purpose of working out a mutually acceptable solution.

# ARTICLE 31. CONSCIENTIOUS OBJECTION

Each hospital that permits therapeutic abortion procedures shall establish a written policy recognizing the fact that a Nurse may object to participation in such procedures. Such a policy, where applicable, shall be uniform and shall be communicated at the same time of this agreement. With respect to any dispute arising under such policy, the grievance procedure of this agreement will apply.

# ARTICLE 32. REGISTERED NURSE VACANCIES AND REPLACEMENTS

## 32.1  RN Vacancies Not Filled

If a Registered Nurse position under this agreement becomes permanently vacant and is not filled, the Association may request discussion of the vacancy with the Medical Center. If the parties cannot agree, the issue shall be submitted to the grievance procedure. If the issue goes to an arbitrator, she shall not have jurisdiction to order the vacancy filled if the vacancy has been caused by a curtailment at the Medical Center, which allows other nursing service. Nor shall s/he have jurisdiction to order the vacancy filled unless other causes advanced by the Medical Center prove to be unjustifiable.

## 32.2  RN Vacancies Filled by Non-RN

If a Registered Nurse under this agreement is permanently replaced by other personnel, the grievance procedure shall be applicable only if the resulting total nursing duties and responsibilities assigned by the Medical Center to the remaining Registered Nurses are unreasonable.

## 32.3  Coverage of the Contract

Nothing contained herein shall supersede the definition of the collective bargaining unit contained in Article 2, Coverage.

# ARTICLE 33. UTILIZATION OF SPECIALTIES IN CASUAL ASSIGNMENTS

Any Registered Nurse who is available for Casual assignments may, if the Nurse desires, indicate in writing to the Nursing Office the areas of specialty due to training and/or experience. When making Casual assignments, the Medical Center shall, if they call the Nurse who has indicated a specialty, inform the Nurse if a position is available in such specialty.

# ARTICLE 34. POSITION POSTING AND FILLING OF VACANCIES

## 34.1  Posting

### 34.1.1  Registered Nurse positions under this agreement which are permanently vacated or newly created by the Medical Center shall be posted on the Medical Center's internal, effective no later than January 30, 2005. In addition, the Medical Center shall maintain in the Staffing Office at the Alta Bates, Herrick, and Summit campuses a binder containing the currently available job postings within the bargaining unit represented by the Association. These binders shall be updated on a weekly basis.

The Medical Center shall notify the Association when the designated job postings have been made available on the Intranet. Until such notification, the Medical Center shall continue to post positions pursuant to the procedures in place in the parties' 2002 - 2005 Agreement.

## 34.6    Temporary Vacancies

In order to provide continued and competent patient care, it is the intent of this Medical Center to hire regular, short-hour, and casual nurses into all open positions. It is not the intent of the Medical Center to use supplemental agency staffing to avoid the terms of this Agreement.

The above does not prevent the Medical Center from filling the vacancy on a temporary basis for a temporary period up to a maximum of ninety (90) days unless such temporary period is extended by mutual consent. The Association agrees that it will not unreasonably withhold consent to extending the temporary period. Prior to such an extension, the Medical Center shall offer any regular employees on the traveler status, pursuant to the Medical Center's standard bidding procedures. Temporary vacancies may exist as the result of extended absences of regular staff or inability to fill regular permanent vacancies. Such temporary vacancies will be posted. Casual Nurses are encouraged to apply for and fill temporary vacancies. Job sharing will also be considered. A temporary vacancy which is not filled by a bargaining unit Nurse after completion of the seven (7) day posting period may be filled by the Medical Center with a permanent registry block. Once registry block would be cancelled only if a temporary or indefinite layoff were implemented.

34.6.1 The Medical Center will provide the Association with a list of the hours worked by casual, short-hour, and temporary nurses on a quarterly basis when requested by the Association.

34.6.2 Mandatory Rotation of Positional Employment into Positional Status. In the event a short-hour, casual or temporary employee is regularly assigned for a period in excess of ninety calendar days to a work schedule of twenty hours a week or more on a particular unit and shift, any RN covered by the Agreement may petition the Hospital for the creation of a benefited position. The Medical Center shall determine the number of hours and shall post the position within fourteen (14) calendar days. The posted position shall be awarded in accordance with the contract. In the event a bona fide benefited position does not exist, this provision 34.6.2 may be waived in writing and such waiver shall not be unreasonably denied.

### 34.6.3    Temporary Increase of FTE Status

Regular part-time, short hour, and casual nurses, upon written notice to the Medical Center, may request to increase their FTE status for a minimum of sixty (60) days. Such requests shall be granted based on Medical Center staffing needs and unit seniority, pursuant to the following procedures.

(a)    Registered Nurses interested in temporarily increasing their FTE status shall submit their written request, detailing the number of additional days per pay period they wish to add to their current FTE status.

(b)    The temporary increase in FTE status will be in place for a minimum of 60 days, but may be extended in 4-week increments by mutual agreement of the nurse and the Medical Center.

(c)    Benefits accrue for regular part-time nurses shall be based on the increased FTE status.

---

(90) days or more, upon request from CNA, the Medical Center shall meet with CNA to consider the best methods to fill the posted position.

34.1.3    The Medical Center may report a temporary 8-hour position that remains unfilled after seven (7) calendar days as a temporary 12-hour position, which may be filled subject to the provisions of this Agreement and applicable law.

34.1.4    It is the intent of the Medical Center to hire Registered Nurses into all vacant and newly posted positions, requiring nursing licensure in the Critical Care, Medical/Surgical, Emergency Departments, and Women and Infants units.

## 34.2    Notification

For Nurses on vacation or leave of absence who have requested such in writing, notices of vacancies shall be sent to and address delivered by the Nurse. A Nurse who is on leave of absence in excess of thirty (30) days and is granted the position need be available to return to work within at least thirty (30) days from the date of the posting of the position if reopened by the Medical Center.

## 34.3    Application of Seniority

Full-time, regular Part-time, Short-hour and Casual Nurses employed by the Medical Center may apply for such permanent vacancy or newly-created position and shall be given preference in filling such vacancy as a seniority basis, provided: a) the Nurse is qualified to fill the vacant position and b) approval of the application will not adversely affect patient care. The seniority of Short-hour Nurses shall be determined as set forth in Article 23, Seniority.

## 34.4    Priority for Displaced Nurses

In the event of a newly created vacancy or a reassigned position, any RN displaced from that unit or from that shift on that unit as a result of layoff shall have priority over any other applicant for a period of one year. In the event of a vacancy created by a Nurse leaving a position, any RN displaced from that unit or from that shift on that unit as a result of layoff shall have priority over applicants from other units not over non-displaced Casual RNs from the same unit, for a period of one year.

An RN must apply for the position to obtain priority. Where more than one RN has priority pursuant to this section, seniority will govern.

## 34.5    Other Sources

If, during the seven (7) day posting period, there is no application for the permanent vacancy or newly-created position by any Full-time, regular Part-time, Short-hour or Casual Registered Nurses employed by the Medical Center, the Medical Center may fill the position from any source.

### 36.2 Function of Nurse Representatives

The function of the Nurse representatives shall be: (1) to handle grievances; (2) to ascertain that the terms and conditions of the contract are observed; (3) to appoint Nurses in investigations and disciplinary action consistent with applicable law and Article 37.6.2. The Nurse representatives shall also answer questions and provide information to Nurses regarding their membership on breaks or on unpaid time.

### 36.3 Grievance

In handling grievances, the Nurse representative shall only deal with representatives of the Medical Center designated to handle grievances. The Medical Center's designated representatives are only required to meet with one (1) Nurse representative on any grievance.

### 36.4 Activities of Nurse Representatives

The activities of the Nurse representative, or any other Nurse on behalf of the union, under this article shall not interfere with that Nurse's work or the work of any other employee. A Nurse Representative who attends a Step Two Grievance Meeting or Grievance Meeting with the Chief Nurse Executive/designee and/or the Director of Human Resources, shall be compensated for attendance at any particular Grievance Meeting. In addition, the Nurse Representative, including the Chief Nurse Representative, shall be paid up to one hour per Weingarten meeting. The total paid time that the Medical Center shall pay for attendance of all Nurse Representatives at Grievance, Weingarten meetings, and arbitration sessions shall be not be more than 24-hours per month.

### 36.5 Nurse Representatives

In the event of an indefinite layoff, the Chief Nurse Representative may be subject to bidding and bumping, but will not be laid off from a benefited position, provided the Chief Nurse Representative remained a benefited position prior to the indefinite layoff.

### ARTICLE 37. ADJUSTMENT AND ARBITRATION

### 37.1 Association Visitation Rights

The Medical Center shall allow representatives of the Association to visit the Medical Center at all reasonable times to ascertain whether or not the contract is being observed and to assist in affecting grievances. No time shall be lost unnecessarily to the Medical Center, and the Association representative shall advise the Medical Center of such visits before or at the time of entering the Medical Center.

---

(4)    Short hour and casual nurses who increase their FTE status, including above a .5 FTE, shall continue to be paid at the per diem/casual rate and shall not be eligible for transfer.

(c)    The initial round of requests shall be submitted by August 1, 2005. Granted requests maintained by August 1, 2005, shall be made effective on September 1, 2005.

(f)    Requests after August 1, 2005 are to be submitted in accordance with the timing outlined in 7.2.2 Scheduling Process, and shall be honored by seniority, subject to Medical Center staffing needs.

### 34.7 Stockpile Rule

A Full-time or regular Part-time Registered Nurse employed by the Medical Center who applies for and is awarded a posted position may not re-apply for another vacancy for six (6) months unless there is mutual agreement among the Medical Center, the Nurse, and the Association. If no other Nurses have applied for such vacancy within the seven (7) day posting period, the six (6) month rule applies to Nurses within the later vacancy within the six (6) month period. The above limitation will be automatically waived for Nurses affected by layoff, bumping or involuntary transfer.

### 34.8 Core Staffing

The Medical Center will determine the appropriate core staffing for each unit and shall invest upon average daily census (which shall be reviewed at least twice each year) and the nursing hours necessary to care for the patients. The Medical Center will make a reasonable effort to ensure that core staffing for each unit and shift is filled by benefited positions. In determining the number of FTEs for each unit and shift, the Medical Center will include a replacement factor of at least 30% of non-productive time.

### ARTICLE 35. REFERRAL SOURCE

Once a month the Medical Center will notify the Association of any vacancies in Nurses' positions subject to this agreement which have not been filled through the posting provisions of Article 34, Position Posting and Filling of Vacancies, and which have been nominated vacant thereafter.

### ARTICLE 36. NURSE REPRESENTATIVES

### 36.1 Appointment of Nurse Representatives

The Association may appoint a Chief Nurse Representative at each facility and additional Nurse Reps as the Association deems necessary. Nurse representatives shall be employees of the Medical Center who shall have completed their probationary period. The Medical Center shall be notified in writing of each appointment.

**37.2  Grievance Procedure**

the Nurse supervisor or, if necessary, with the Vice-President of Patient Care Services. However, if the grievance is not resolved in this manner, the grievance shall be handled in accordance with the procedure set forth below. If the grievance is not adjusted or the Nurse has not resolved an answer within seven (7) calendar days of the date of the meeting with the Nurse supervisor or Vice-President of Patient Care Services, the grievance shall automatically be eligible to go to Step Two.

37.2.2  **Step Two.** Any grievance between the Association and the Medical Center or the Nurse and the Medical Center shall be reduced to writing, and a representative of the Association shall meet with a representative of the Medical Center who is authorized to resolve grievances and adjust such matters. Together, they shall attempt to resolve the grievance. The Step Two meeting shall be held within fourteen (14) calendar days from the date of filing. Within seven (7) calendar days of such meeting, the Medical Center shall respond in writing to the Association representative.

37.2.3  **Time Limit.** No grievance shall be presented under this article unless it has been first presented in this step within thirty (30) calendar days of the date when the Nurse, or the Nurse's grievance, or the Association, in its grievance, had knowledge (or in the normal course of events, should have had knowledge) of the event constituting the grievance. In the case of a discharge or suspension, no grievance shall be processed under this article unless it has been first presented at this step within seven (7) calendar days of the discharge or suspension. A grievance involving clerical errors may be presented within one (1) year from the date of such error.

37.2.4  **Step Three.** If the Medical Center's response is not satisfactory, the Association may, in writing, submit the grievance to a Grievance Review Committee consisting of two (2) representatives of the Medical Center and two (2) representatives of the Association. A decision by a majority of the Grievance Review Committee shall be binding upon the parties. Reference to Step Three must be made not later than fourteen (14) calendar days following receipt of the Medical Center's Step Two response. The Grievance Review Committee shall be regularly scheduled no more at least one day per month. Additional meetings may be scheduled by mutual agreement, and regularly scheduled meetings may be cancelled by mutual agreement.

37.2.4.1  **Alternative Step Three - Mediation.** In lieu of Step Three described above, the parties may agree instead to utilize the services of a mediator to resolve the grievance and to avoid unnecessary use of the arbitration process. If this alternative Step Three is agreed to in writing by the parties within fourteen (14) days of the Step 2 response, the following shall govern the Step:

(a)  The period for referring the grievance to arbitration will be tolled while the parties select a mediator, arrange a date for resolution, and participate in the mediation.

(b)  Neither the Medical Center nor the Association shall be bound by any recommendation of the mediator.

66

(c)  The costs of mediation, if any, shall be split equally by the parties.

(d)  Either the Medical Center or the Association may terminate the mediation process immediately by written notice at any time.

**37.3  Step Four - Arbitration**

37.3.1  If the grievance is not satisfactorily resolved at Step Three or because the Grievance Committee was not set up at Step Three, the Association may submit in writing that the matter be submitted to an impartial arbitrator for determination. The impartial arbitrator shall be chosen by the parties from the following list:

| Charles Askin | Anita Christian Knowlton |
| Armon Barsamian | David Navius |
| Barbara Chvany | Donald Wollett |
| John Kagel | |

37.3.2  In the event of a vacancy in the panel of arbitrators, such vacancy shall be filled by the parties within fifteen (15) days. If the parties cannot agree upon a successor within the time specified, the slot shall be selected from a list submitted by the Federal Mediation and Conciliation service by a process identical to that of selecting an arbitrator from the panel for a specific grievance. The parties shall alternately strike one name each from the above list (the first strike being determined by a flip of a coin), and the last name remaining shall be the arbitrator.

37.3.3  The arbitration in writing that the matter be submitted to an impartial arbitrator must be made not later than ten (10) days after either the Step Three meeting or receipt of written notice terminating mediation proceedings, whichever is applicable.

37.3.4  **Accelerated Arbitration Procedure.** The parties have a paid holds mutual objective in having discharge, suspension, and similar cases heard and decided as promptly as possible without sacrificing or limiting any necessary aspect of due process.

37.3.5  In other cases, the grievance must be presented in Step Two in writing within thirty (30) days of the event giving rise to the grievance.

37.3.6  In the case of discharge or suspension, a grievance must be presented in writing in Step Two within seven (7) calendar days of such discharge or suspension. Upon completion of the Step Two meeting, the parties will determine if any or several of the following accelerated procedures can be agreed upon under the circumstances of the particular case:

(a)  Agreement to waive the adjournment board step and proceed to arbitration within ten (10) days or at the earliest date on which the arbitrator is available.

67

Step 2 (30 days before contract expiration, only or both parties notifies the Federal Mediation and Conciliation Service of bargaining) therefore a potential labor dispute.

Step 3  Not less than 90 days before contract expiration, FMCS shall have the authority to initiate (or not initiate) the following procedures:

(a)  The Federal Mediator shall select one of the following persons— Kathy Kelly, Thomas Angelo, or John Kagel—to act as chairperson of a Board of Inquiry to hear and make advisory recommendations for settlement on all unresolved issues in bargaining. In addition to the neutral chairperson, the Medical Center and the affected Union shall each appoint one person to the Board of Inquiry.

(b)  The Board of Inquiry shall adopt its own rules of procedures and shall have the authority to convene meetings of the principal parties and of all affected Unions as the Board deems appropriate.

(c)  The Board of Inquiry shall submit its report, including recommendations for settlement, to the parties and the Federal Mediator at least 15 days before the contract expiration.

(d)  The Board of Inquiry may make its reported recommendations public, at the Board's discretion.

(e)  Costs of the Board of Inquiry process shall be borne equally by the parties.

Step 4  Subsequent to receiving the Board of Inquiry report and recommendations, all involved unions must comply with the N.L.R.A. Section 8(g) (10 day strike notice, and shall be supersede to proceedings called by FMCS under the law.

The foregoing is not to be construed so as to limit in any way the rights of an individual employee in respect lawful, primary picket lines.

37.5   Probation Period — Regular and Short-hours/Casual Nurses

A regular Full-time or Part-time Nurse may be classified without recourse to the grievance procedure during the first ninety (90) days of employment in a classification within the bargaining unit. Short-hours/Casual Nurses may be dismissed without recourse to the grievance procedure during the first 304 hours of work or 180 days of continuous in a classification within the bargaining unit, whichever comes first. A Registered Nurse employed by the Medical Center in a non-bargaining unit position who accepts a position within the bargaining unit will not be subject to a new probationary period.

69

---

hearing.

(b)  Agreement to stipulate to the facts in advance of its arbitration

(c)  Agreement to waive transcript and/or written brief unless the

arbitrator required the same.

(d)  Agreement to obtain an expedited transcript and/or submission of a summary agreement before receipt of a transcript unless the arbitrator requires otherwise.

(e)  Agreement to require an award with a condensed decision by the arbitrator within ten (10) days of the hearing and, at the request of either party, to receive an expanded opinion from the arbitrator at a later date.

37.3.7  Execution of Time Limits.  The time limits above may be extended by mutual agreement of the parties.

37.3.8  The arbitrator shall render his or her decision within thirty (30) days after the matter has been fully submitted, unless the parties, by mutual agreement, extend such time limit. In discharge and suspension cases, the parties shall respect the issuance of an award and rendered opinion within ten (10) days after submission, except in situations where either party requires a written brief, in which case the award and condensed opinion shall be due within ten (10) days following receipt of such written brief. At the request of either party, the arbitrator will render an expanded opinion at a later date.

37.3.9  Scope of Arbitrator's Power.  The impartial arbitrator shall have no power to add to, subtract from, or to change any of the terms or conditions of this agreement.

37.3.10  Final and Binding Decision.  The decision of the impartial arbitrator shall be final and binding upon the parties.

37.3.11  Expenses of Arbitrator.  Expenses of any arbitration will be shared equally by the Medical Center and the Association. However, each party itself bear its own expenses of representation and witnesses.

37.4   No Strikes or Lockouts

The Medical Center, the Association and employer members of the Association recognize their obligations to maintain services to the patients and to provide health care services to the community. There shall be no strikes, lockouts, or other interruptions of work during the life of this Agreement. Notwithstanding the foregoing, it shall not be deemed a violation of this Agreement for the Association to respect the lawful, primary picket line of another union representing the Medical Center's employees provided the following procedures have been exhausted by the bargaining union.

Step 1  90 days before contract expiration, one or both parties notifies the other in writing of its intent to renegotiate contract.

68

### 37.6  Just Cause

37.6.1  The Medical Center shall have the right to discharge or demote disciplinary action for just cause.

### 37.7  Disciplinary Investigations

Prior to a final determination by the Medical Center that discipline is for just cause, the Medical Center may place an employee on an unpaid investigatory suspension only if there are significant allegations of misconduct, supported by evidence the Medical Center believes in good faith to be reliable, such that allowing the employee to remain on the job could jeopardize patient or employee safety.

37.7.1  Examples of such alleged incidents are serious clinical errors that bring into question the Nurse's clinical competency, alleged patient abuse or neglect, significant incidents of sexual or other forms of prohibited harassment, threats or acts of violence in or related to the workplace, being under the influence or the use of drugs or alcohol in the workplace, or substantial evidence of drug diversion.

37.7.2  The parties agree than whenever or not a Nurse has been placed on an investigatory suspension shall be irrelevant to any later accusation or other proceeding in which the employee challenges the legitimacy of the Medical Center disciplinary action.

37.7.3  Prior to placing a Nurse on disciplinary investigation, the Medical Center will use all reasonable efforts (1) to notify the Nurse of the reasons that he or she is being placed on investigatory suspension and, (2) consistent with the Nurse's right of representation, to obtain the Nurse's version of events that takes in the alleged misconduct.

37.7.4  Disciplinary investigation shall be concluded by the Medical Center as expeditiously as reasonably possible. Except by mutual agreement of the parties, no Nurse shall remain on unpaid investigatory suspension longer than 7 days; excluding weekends and holidays and any time period that the Nurse and/or the Nurse representative is unable to meet with the Medical Center to discuss the alleged misconduct. The Association's consent in the Medical Center's request to extend the period of the unpaid investigatory suspension shall not be unreasonably withheld.

37.7.5  These provisions regarding disciplinary investigations shall not affect the common rules of admissibility of evidence in any proceeding challenging any discipline imposed by the Medical Center.

### 37.8  Personnel Records

37.8.1  Access to Personnel Records. The Nurse and/or the Nurse representative and/or an Association representative, if authorized in writing by the Nurse, may examine any written warning, factual evaluation, or written record of an oral warning, which is issued after the ratification date of this agreement with respect to such Nurse. Such material is not subject to the grievance procedure unless it results in or is relied upon to support future disciplinary action. The Nurse may place in the file written comments upon such material within two (2) weeks of the time of inspection.

37.8.2  Authorized staff representatives of the Association shall be allowed, at Step Two or later, upon request to the Medical Center designee, to inspect appropriate material in personnel files, which is related to an alleged contract violation if the employee's written consent is procured to the Medical Center designee. In situations the Medical Center will not submit any such material for which it has denied right of inspection to the Association.

37.8.3  Changes in Personnel Records. In any case where agreement has been reached between the Medical Center and the Association to make revisions in the personnel records, the Association shall be allowed, upon request to the Medical Center designee, to inspect such personnel records.

### 37.9  Notice to the Association

Notice in writing of discharge or suspension shall be sent to the Association within seventy-two (72) hours of such action, excluding holidays and weekends. The seven (7) calendar days provided for filing in Step Two shall commence from the date that the notice to the Association is postmarked.

## ARTICLE 38. CHILD CARE COMMITTEE

A joint committee shall be established to explore the feasibility of on-site child care facilities. The committee shall be composed of two (2) representatives of the Medical Center and two (2) Staff Nurses appointed by the Association. The committee shall meet on a regular basis commencing no later than thirty (30) days after ratification of the Agreement. The committee shall have a report to the Medical Center and the Association no later than six (6) months after the initial meeting of the committee.

## ARTICLE 39. SUCCESSORS

39.1  It is the intent of the parties that this Agreement shall remain in force and effect for its full term. In the event of a sale, merger, consolidation, assignment, divestiture, or other transfer of ownership of the Medical Center in whole or in part in which Nurses are regularly assigned to work, the Medical Center will notify the Association at least thirty (60) days prior to the effective date of such action.

39.2 The Medical Center shall not use any sale, transfer or other mechanism for the purpose of evading the terms of this Agreement.

39.3 The Medical Center agrees to meet and confer regarding any proposed relocation, transfer or reassignment of any unit or patient care area and will notify the Association at least thirty (30) days in advance of the effective date of such action, except in situations in which such actions are caused by disasters or emergencies.

39.4 The Agreement shall be binding on the Medical Center and its successors.

## ARTICLE 40. NURSE MANAGER EVALUATIONS

40.1 Annually, all Staff Nurses in a Nursing unit may complete an evaluation of their Nurse Manager. These evaluations may be signed and placed in sealed envelope and may be sent to the appropriate director. Forms will be available on the Nursing Unit and in the Nursing Administration Office.

40.2 The Director will meet annually with the Nurses to discuss the functioning of the unit.

## ARTICLE 41. ANNUAL PERFORMANCE APPRAISALS

Each Staff Nurse will receive an annual performance appraisal. Appraisals may be conducted on or about the Nurse's anniversary date or, at the option of the Nurse manager, appraisals of all Staff Nurses in a unit may be conducted at the same time each year. The Nurse manager will post a notice of the schedule for appraisals in a prominent place on the unit. Each Staff Nurse appraisal meeting will be set at a time that is mutually agreeable to the Staff Nurse and Nurse manager.

## ARTICLE 42. PARKING

42.1 Each Registered Nurse working on the night shift will be provided with parking at the Summit or Alta Bates garage at no charge to the Nurse. If the hospital implements a card system on the night shift for security purposes, Nurses may be charged a $10.00 fee to replace a lost card.

42.2 Medical Center security officers will be present during the change of the night shift at or near the Summit and Alta Bates garages to ensure the safety of the Nurses unless an emergency requires the presence of such security officers at a different location. Escorts will be provided to and from the garages after the shift at the request of the Nurse.

42.3 The monthly parking rate at the Summit Garages for day and PM shift Nurses shall not exceed $35.00. Each Nurse shall have the right to purchase a parking stall either at the Summit North or Summit North garage.

72

## ARTICLE 43. WORKPLACE SAFETY & SECURITY

43.1 The Medical Center will provide a safe and secure workplace including adequate control of visitors, a rapid response team to deal with volatile situations, and visible security at change of shifts.

43.2 Lift Equipment. The Medical Center shall provide supportive equipment designed to assist Medical Center staff in the lifting of patients. The Medical Center shall insure that Hoyer lifts are operational and continuously functioning.

43.3 Protocols for Labour and Moving Heavy Objects. Protocols for moving and lifting heavy patients or equipment shall be developed and widely distributed on the units.

43.4 Supportive Equipment. The Medical Center shall provide supportive equipment through the JIP committee or storage.

43.5 Right to Refuse Unsafe Work. No Nurse shall be disciplined, penalized, coerced, intimidated or discriminated for refusing to work in any workplace to operate any supplies, equipment or machinery to perform any unit where s/he has a reasonable good faith belief that it would be unsafe or unhealthy to oneself, a coworker, a patient or the public.

43.6 Eliminating Hazardous Conditions. The Medical Center recognizes that it is the responsibility of all employees to identify unsafe working conditions and if feasible to correct those conditions. If conditions cannot be corrected, nurses should promptly bring them to the attention of the appropriate manager, and Safety Coordinator if appropriate, for correction.

43.7 Biomedical Segment on Body Mechanics. The Medical Center shall expand the segment on body mechanics in the annual safety training practice.

43.8 The Hospital recognizes that the nursing staff can provide key input and support for establishing safe work practices and safe working conditions at the Medical Center. To develop this input and support the Medical Center proposes the following:

1. Two Staff Nurse Appointments to the Hospital Illness and Injury Prevention Committee. At a meeting between the FPC and the CNO, the FPC shall propose a list of six staff nurses as potential appointments to the Hospital Illness and Injury Committee. The FPC and the CNO shall then jointly appoint two staff nurses to the Committee from the list of proposed RNs.

2. A safety coordinator shall be appointed yearly for each of the 10 departments at each campus with the most injuries. A CNA member from the department shall be selected for the nursing departments, if available and a member who so part of the non-nursing departments can express an interest in these roles in these departments. The

73

## ARTICLE 45. TERM OF AGREEMENT

Except as otherwise provided herein, this agreement shall become effective as of July 3, 2005, and shall continue in effect without change, addition, or amendment through July 1, 2007. This agreement shall be automatically renewed or expanded from year-to-year thereafter unless either party serves notice in writing on the other party at least ninety (90) days prior to the expiration date of this agreement, or subsequent anniversary date, of its design to terminate or amend this agreement. If a new agreement is not reached prior to July 3, 2007, or any subsequent anniversary date thereafter, the parties may, by mutual consent, extend the existing agreement.

IN WITNESS WHEREOF, the undersigned parties, duly authorized to do so, have executed this Agreement this _____ day of _____, 2005.

FOR THE CALIFORNIA NURSES
ASSOCIATION

Zenei Triunfo, RN
Executive Director

Carissa Gross
Asst. Care Director

Cynthia Oslon, RN

Claude Atkison, RN

Margareth Besseller, RN
Triage Readers, RN

Donna Carter, RN

Mary Hoagland, RN

Michael _____ , RN

Christine McCarran, RN

Monica Mollie, RN

Charise Milliron, RN

FOR ALTA BATES SUMMIT
MEDICAL CENTER

Warren Kirk
Chief Executive Officer

Mark Bettin
Vice President, Human Resources

Viki Antin, RN
Chief Operating Officer

Richard D. Hindman
Director, Employee and Labor
Relations

---

purpose of these rules shall be to analyze risks that have resulted in injuries and to facilitate the removal of hazardous conditions and develop appropriate protocols. Safety coordinators shall receive 4 hours of training to prepare them for this role. They work closely with the Manager of those units to improve conditions. 16 hours of project work will be allocated for that role each year. The Manager and Safety Coordinator shall determine the scheduling of this time.

3.     The Manager and Safety Coordinator shall make recommendations for safety equipment and protocols to be used within the unit. Recommendations for equipment and protocols to be used throughout the Medical Center shall be made by the injury and illness prevention committee, which shall have two make representatives. These groups shall also examine new equipment for safety purposes and unless appropriate now consideration for safety and ergonomic consideration.

## ARTICLE 44. TECHNOLOGY

The parties agree to the following principles regarding the introduction of new technology at the Medical Center that affect the delivery of nursing care:

(a)     Technology must be consistent with the provision of safe, therapeutic, effective care, which promotes patient safety. Deployment of technology shall not limit the RN from following the nursing process, including use of clinical judgment in assessment, evaluation, planning and implementation of care; nor from acting as a patient advocate. The parties acknowledge that new technology may affect nursing duties, but shall not be used to replace the RN's delivery of care to patients.

(b)     The manner in which technology is used shall guarantee patient confidentiality.

(c)     Technology is intended to enhance, not degrade nursing skill.

(d)     Technology is intended to provide information and options for clinical decision-making. Clinicians will maintain accountability for sound clinical decision-making, including incorporating individualized patient needs, complications, co-morbidities, as appropriate.

(e)     The Medical Center shall provide opportunities for Staff Nurses, in the affected unit(s) and non-Staff Nurses designated by the PPC's participation, as appropriate, in the selection, design, build and validation processes whenever new technology affecting the delivery of nursing care is being considered. Such Staff Nurses will represent the institutional needs of the Association and the Medical Center shall discuss the obligations and expectations of the Staff Nurse(s) participating in the technology initiative prior to the commencement by the PPC.

(i)     The Medical Center shall survey and inform on affected unit(s) within three (3) months after the introduction of new technology. Concerns identified will be addressed by the Medical Center in writing to the nurses in the affected unit(s), with a copy to the PPC.

74

75

**APPENDIX A**

**CLUSTERS FOR REDUCTIONS IN FORCE GUEL AND DAILY CANCELLATIONS AND CLINICAL CLUSTERS FOR FLOATING**

Limitations on Floating, Training, and Orientation to Work in Specialized Areas:

Nurses may volunteer to float to any unit in the Hospital. Nurses may be required to float within the nursing areas outlined in this appendix, provided they have the requisite competencies as outlined in the document entitled "Side Letter Regarding Staffing and Patient Care Issues." (2) Patient Care Assignment, referring to Competency Validation, attached to this agreement.

Registry and Traveling Nurses shall be required to float before the permanent staff of the Martinal Center. Floating shall occur according to the written guidelines established by staff nurses for each unit.

Nurses who have transferred from a clinical cluster (Interval as lettered sections of I and II below) to another clinical cluster may be floated back to their former clinical cluster for up to six months, provided they still retain their competencies.

**I. Sample Units:**

A. Emergency Department
B. ICU, CTU
C. Telemetry: 3North, 3West, 5West, Special Care Unit (SCU), Pre-Post Cardiovascular Unit
D. Non-Invasive Cardiology, Cath Lab
E. Medical-Surgical: 4East, 4West, 3East, 5South, 2East, 2North, M/S Float Pool, SNF, Short Stay, Infection, PICC*
R. Ambulatory Testing
G. Operating Rooms
H. PACU, Same Day Surgery, GI Lab**
I. Chemical Dependency (MPI)
J. Dialysis
K. Career Education and Prevention
L. Adult Day Health / Alzheimer's Units

\* There will be no floating in or out of the PICC position.
\*\* PACU/SDS may float into GI Lab to provide Moderate Sedation procedures or recovery. GI Lab does not float into PACU/SDS.

77

76

Jim Rodela, RN
Ruth Smith Sandler, RN
Ruth Sandler, RN
Pat Shackleford, RN
Pat Shackleford, RN

II. Alta Bates Units:

A. Emergency Department
B. Critical Care East, West and ITC
C. Cath Lab, Radiology
D. Medical-Surgical: 4South, 6Southwest, 4East, 4North-East, MSU Float Pool, (EBAC, Outpatient Infusion Center, IV Therapy/MICC*)
B. Perinatal: Labor and Delivery, 3West, 3Southwest, NICU, Antepartum Testing, Perinate)
   Ricu Pool, 3NW, Antepartum
F. Operating Room
G. PACU, Same Day Surgery, GI Lab**, Pre-op Testing
H. Behavioral Health, 4East, 5East A, 5East B, 5North, 4North
I. BCT
J. Pulmonary Sciences
K. SB Rehab

* There will be no floating into or out of EBAC, OPTC, IV Therapy/MICC
** OR staff may float to the GI Lab, but GI Lab staff do not float to Same Day Surgery, PACU or the OR.

III. Cross Campus Floats

The Medical Center may establish designated cross-campus float pool positions, paid at the rates in Article 5.1.

TRAINING AND ORIENTATION FOR WORK IN SPECIALIZED UNITS

The Medical Center and the Association recognize that Nurses may not have training and/or experience in Intensive Care Unit (ICU), Intensive Care Nursery (ICN), Cardio-Pulmonary Unit (CPU), Post Anesthesia Recovery Rooms (PAR), Renal Dialysis, or in other areas where special training and/or experiences may be needed. Except in cases of emergency (understood as a civil authority) or acts of God or fires or accidents acts or internal or external disaster, Nurses without appropriate training, orientation and/or experience shall not be assigned to such areas. Nurses may request to be assigned to ICU, ICN, CCU, PAR, Renal Dialysis, and/or other specialty areas for training purposes. However Nurses shall not be required to float outside the nursing care areas listed under limitations to Floating.

In order to provide a greater number of qualified personnel to work in such specialized areas the Medical Center may:

(a) provide an in-service program or other programs for Nurses on staff;
(b) either a pool of regular, Slime-hour, and Casual Nurses qualified to be assigned to
such units as relief.

78

APPENDIX B
CLINICAL LADDER

Pending acceptance by the parties of the recommendation of the Clinical Ladder Coordination Task Force (see Article 42.8), the provisions below shall apply to Nurses at Summit Medical Center only and the existing clinical ladder providers at Alta Bates will continue to apply to Nurses at that facility.

Clinical Ladder — Summit Medical Center

A. Admission And Review Process

(1) Applicant obtains application from Nursing Department.

(2) Completed application form and documentation needed to complete portfolios submitted to Vice-President of Patient Care Services.

(3) Applicant is responsible to ensure that portfolio is complete. The Review Board will interview only applicants with completed portfolios.

(4) Applications will be received semi-annually in February and September.

(5) Application period to begin on the first of the month and conclude on the 21st of the month.

(6) The Review Board will organize to review applications, complete the review process, and schedule an interview with each applicant within three weeks of the end of the application period. The formal interview with the applicant will be 40 to 60 minutes in length.

(7) The Review Board will submit its recommendations regarding each applicant to the Vice-President of Patient Care Services within two (2) working days of the interview with the applicant.

(8) Within ten (10) working days of receipt of all the Review Board's recommendations, the Vice-President of Patient Care Services will notify all applicants of the final decision. Any applicant who is denied advancement will receive a complete written description of the reasons for denial.

(9) Salary adjustments will become effective the first payroll period following the final decision.

B. Maintenance of Clinical Ladder Position.

79

D. Review Board

(1) Composition

One (1) CN II
Two (2) CN IIIs and three (3) CNIVs; or three (3) CNIIIs and two (2) CNIVs.
One (1) Nurse Manager
Two (2) Clinical Nurse Specialists
One (1) Nursing Administration representative
One (1) College Faculty member

Alternates will serve in place of a Review Board member when that member is unavailable for applicant's complete review process or when there is a conflict of interest for that member.

During the application/interview process, the Board may appoint additional CNIII/IV members if necessary in the area of the applicant's specialty.

(2) Appointment/Duration. Vacancies on the Review Board which occur due to resignation or expiration of term will be posted and the existing Review Board will interview and select the replacement members.

(3) Term of Service. Appointments will be for two (2) years to provide continuity; members will not be allowed to serve for more than two (2) consecutive terms.

A term of resignation must be submitted to the Vice-President of Patient Care Services by any member unable to complete his/his term of office. This must be done at least one (1) month prior to vacating the Review Board for an alternate member to be appointed/placed.

(4) Responsibilities

(a) The Review Board will post a notice of application periods at least thirty (30) days prior to the commencement of each period. This notice shall be posted on each nursing unit and on the Association bulletin boards.

(b) The Review Board will convene semi-annually to consider any applicants. All meetings before the Review Board will be conducted according to the time frames specified and the proceedings as outlined herein.

(5) Professional Performance Committee Review

(a) The PPC shall receive a report on the proceedings of the Review Board which includes the number of applicants for CN III and CN IV, the number of those

81

---

(1) No later than sixty (60) days after the advancement or transfer into a CN III or CN IV, the Nurse will submit in writing to both the PNRS and the Nurse Manager evidence of substantial progress documenting the unit, Medical Center or community contribution. Upon written request, the Nurse will be provided an additional thirty (30) days to submit the progress report to the PNRS and the Nurse Manager. Failure by the Nurse to submit the written progress report within ninety (90) days of advancement or removal will result in the Nurse being reclassified to the Staff Nurse II classification.

(2) All CN IIIs and IVs will be evaluated annually to determine that their performance remains at the CN III/IV level.

(3) The Nurse manager will conduct the performance appraisal based on the CN III or CN IV position performance standards and annual goal achievement.

(4) Three (3) months prior to the annual performance appraisal, the CN III or IV initiates a conference with the Nurse manager to discuss the forthcoming evaluation.

(5) If position performance standards are not being satisfactorily met, the Nurse manager will initiate a counseling session with the CN III or IV at least three (3) months prior to the annual performance appraisal. The CN III or IV must be counseled in writing by the Nurse manager.

(6) The CN III or IV will have three (3) months following the counseling session to again consistently practice at the CN III/IV level. If the CN IV, after three (3) months, does not meet the CN III/IV performance criteria, s/he will be reassigned to the next lower classification. The Nurse manager will submit documentation and rationale for reclassification to the Nurse and the Vice-President of Patient Care Services (to be placed in the CN Portfolio).

(7) The CN III or IV, upon notification of reclassification, may appeal the reclassification using the appeal process. The applicant must submit a written appeal statement identifying areas of concern to the Vice-President of Patient Care Services within ten (10) working days of the Nurse's receipt of the reclassification notice from the Nurse. The Vice-President of Patient Care Services will consider each appeal and inform the Nurse of the decision within ten (10) working days of receipt of appeal. A reclassification will be initiated pending the outcome of the appeal process. If no appeal is made within the specified time frame, reclassification will be initiated by the Vice-President of Patient Care Services to be effective the first day of the following pay period.

Reclassification. Voluntary reclassification out of the area of specialization will result in the CN III and CN IV unexpiringly reverting to the next lower classification.

C

80

applicants who are reclassified, and the number of those applicants who are denied reclassification and the general reasons for the denial.

(2) The PPC shall review the experience of the Clinical Ladder and shall make recommendations to the Vice President of Patient Care Services based on their review.

E. **Minimum Qualifications:** All applicants must have worked at least 1000 hours at the Medical Center in the 12 months preceding the date of application.

### CN III—Education

(1) **Academic:**
   (a) Graduation from an accredited School of Nursing.
   (b) Current RN licensure to practice Nursing in California.

(2) **Continuing Education:** Thirty-eight (38) contact hours including fifteen
(15) contact hours in specialty area over a two-year period preceding application.

(3) **Certification:**
   (a) Current PR certification.
   (b) Current ACLS and CCU certification, if required in specialty area.

(4) **Interview:** (refer to Leadership Performance Standards)
   (a) Attends 80% of unit and Medical Center inservices.
   (b) Coordinates unit inservice programs.

(5) **Experience:**
   (a) Diploma degree, one (1) year clinical experience in specialty area, the most recent six (6) months of employment in specialty area as a CN II.
   (b) AA degree, two (2) years clinical experience with clinical experience in specialty area, the most recent six (6) months of employment at the Medical Center in specialty area as a CN II.
   (c) Bachelor's degree in Nursing, one (1) year clinical experience in specialty area, the most recent six (6) months of employment at the Medical Center in specialty area as a CN II.
   (d) Master's degree in Nursing, six (6) months clinical experience in specialty area, the most recent six (6) months of employment at the Medical Center in specialty area as a CN II.

### CN IV—Education

(1) **Academic:**
   (a) Graduation from an accredited School of Nursing.
   (b) Current RN licensure to practice Nursing in California.

(2) **Continuing Education:** Forty-five (45) contact hours including fifteen (15) contact hours in specialty area over a two-year period preceding application.

(3) **Certification:**
   (a) Current CPR certification.
   (b) Current ACLS and CCU certification, if required in specialty area.
   (c) Certification in specialty (examples in Appendix D).

(4) **Interview:** (refer to Leadership Performance Standards)
   (a) Attends eighty percent (80%) of unit and Medical Center inservice.
   (b) Coordinates and conducts unit and/or Medical Center inservice programs.
   (c) Systems and inservices.
   (d) Acts as a unit resource to staff presenting inservices.

(5) **Experience:**
   (a) Diploma, Bachelor's degree in Nursing, three (3) years clinical experience, with two (2) years in specialty area, the most recent six (6) months of employment at SMC in specialty area as a CN II.
   (b) AA degree, four (4) years clinical experience, with two (2) years in specialty, the most recent six (6) months of employment at SMC in specialty area as a CN II.
   (c) Master's degree in specialty area, two (2) years clinical experience with one (1) year in specialty area, the most recent six (6) months of employment at SMC in specialty area as a CN II.

F. **Portfolio Requirements CN III and CN IV**
(1) Application Form.
(2) Self-evaluation.
(3) Most recent performance appraisal.
(4) Peer data: Applicant should submit name of one (1) peer. Nurse Manager selects peer. One of the peers selected must come from the same shift and one from oncoming shift. Nurse Manager will distribute evaluation requesting data on applicant's qualifications for CN III position.

# APPENDIX C

## EXAMPLES OF CERTIFICATIONS IN SPECIALTY

NAACOG (OB)    Critical Care
AACN (CCRN)

ANA    Community Health Nurse
Adult Nurse Practitioner
Family Nurse Practitioner
School Nurse Practitioner
Gerontological Nurse Practitioner
Maternal & Child Health Nurse
Child & Adolescent Nurse
High-Risk Perinatal Nurse
Pediatric Nurse Practitioner
Medical Surgical Nurse
Clinical Specialist in Medical-Surgical
Psychiatric & Mental Health Nurse
Clinical Specialist in Adult Psychiatric & Mental Health Nursing
Clinical Specialist in Child Adolescent Psychiatric & Mental Health Nursing
General Nursing Practice
DCN
ENA (CEN)
AORN (OR)
NRCN (ER)

85

---

(5) Nursing practice — applicant is responsible to submit one (1) practice example that reflects actual clinical practice demonstrating characteristics of nursing practice at the proficient level (CNIII) or at the expert level (CNIV).

(6) Leadership Qualities: meets all Leadership criteria for CN III/IV job description.

(7) Unit/Medical Center/Community Coordination: Applicants for CNIII select four (4), including at least one (1) from each column; applicants for CNIV select five (5), including at least one (1) from each column.

Column A
1. primary care unit or Medical Center inservice
2. procedures 2 inservices
3. orienting aide
4. patient care guidelines
5. preceptorship
6. formal unit/interdisciplinary patient care conferences
7. active committee work

Column B
1. research
2. patient teaching programs
3. health related community activity
4. special projects
5. publication
6. college teaching
7. specialty unit council

(8) Compensation: CNIII and CNIVs will be eligible for three (5) additional paid education leave days per year. Both the project day and the PEL days will be prorated for Per-diem Nurses in accordance with Article 14.1.

84

## APPENDIX E
## RETENTION AND RECRUITMENT OF REGISTERED NURSES

This committee shall consist of a total of 6 Staff Nurses, 3 of whom shall be regularly assigned at ABSMC and 3 of whom shall be regularly assigned at SMC and 6 representatives from the Medical Center. Staff Nurses shall be paid straight time to attend the meetings and for other curricular work, as directed by the committee. Meetings will be held on a minimum of a quarterly basis with meetings not to exceed 2 hours each. A written report of recommendations and outcomes will be submitted quarterly to the Vice President, Human Resources and Vice President, Patient Care Services.

The goals of the committee may include, but are not limited to:

a) Identifying areas on both campuses where retention and recruitment difficulties arise, advising strategies for problem solving, and making recommendations for those identified needs;

b) Assisting with development and implementation of a recruitment and retention program for Registered Nurses;

c) Participating in all aspects of a Retention and Recruitment Program, including but not limited to preceptorships and attendance at Job Fairs, college presentations, and new grad programs;

d) Assisting the Medical Center in promoting the profession of nursing internally and externally;

e) Developing procedures for avoiding the need for overtime; and

f) Increasing recruitment methods and other procedures to help resolve weekend staffing issues.

87

## APPENDIX D
## CHARGE NURSES AT ALL ALTA BATES, SUMMIT, AND HERRICK CAMPUSES

1. One Charge Nurse position will be established on each unit and shift, charge for at the Sutter Dialysis Unit and CPU, each of which shall have one Charge Nurse on the day shift only, and in surgical services, where there shall be one Charge Nurse each on the day shift in SDS, PAR, OR-N and OR-S, and one Charge Nurse for the OR on the PM shift at Summit and one Charge Nurse each on the day shift in the OR, OR1st, PACU, and SDS at Alta Bates.

2. Charge Nurses will not float, unless their unit is temporarily closed, pursuant to Article 23.2.1, or relocated to an existing open unit. In such situations, the Medical Center will provide appropriate clinical orientation for Charge Nurses who do not have current clinical competencies.

3. In case of indefinite layoff, a Charge Nurse cannot be bumped by a Nurse from another unit.

4. In collaboration with Nurse Managers and Administrative Coordinators, the Charge Nurse or Relief Charge Nurse shall have authority to adjust staffing on the unit as necessary to provide appropriate patient care, including the authority to call in extra staff as needed.

5. Hours of the Charge Nurse and Relief Charge Nurse shall be considered in addition to the care staffing on a daily basis, and therefore not assigned a patient care assignment.

6. In case of a Charge Nurse vacancy, preference in filling such vacancy shall be based on work experience, demonstrated leadership, clinical competency and past performance. If the qualifications of two or more applicants are relatively equal, their seniority will apply.

7. Charge Nurse shall be granted two (2) out of every three (3) weekends off.

8. A Charge Nurse shall be eligible for sixty-four (64) hours paid education leave per year, all other provisions of Article 17 (Paid Educational Leave), including promotion, shall apply.

86

# APPENDIX F
## JOB SHARE AGREEMENT

The Job Share Program is available for Registered Nurses who desire to work either in a seven-tenths (7/10) benefited or five-tenths (5/10) un-benefited Job Share Status.

### SEVEN-TENTHS (7/10) BENEFITED JOB SHARE PROGRAM

1. Each Nurse should average 56 hours in each pay period and will receive 7/10th benefits. The job share partners may adjust their schedules so that each one works fewer or greater hours. This will be by agreement between the two Nurses and may be reviewed quarterly and reversed jointly. Neither Nurse can be scheduled for more than 40 hours per week or 80 hours in a bi-weekly pay period.

2. Because the two partners all 14 days of one size of each pay period will be covered.

3. The partners will be expected to cover each other's educational leaves.

4. Request for simultaneous vacations must be approved by the Nursing Director.

5. They will cover all holidays.

6. In the event of extended sick leave or maternity leave, the job share will continue if another qualified employee, as approved by the Medical Center, will fill the vacant hours not worked by the remaining partner. If this is not possible, the job share will be terminated.

7. Daily cancellation and long term layoff will apply to each partner according to his/she own seniority.

8. Application Procedure:

   - 20 to 25% of benefited positions will be designated for "Job Share."

   - The positions will be extended by seniority based on the combined seniority of the two partners. Each will have a minimum of one year seniority with the Medical Center.

   - Only Nurses on that unit and shift may apply - this is a conversion of current positions.

   - Each partner will sign the job share agreement.

   - As part of the application, the partners will submit a proposed schedule.

   - Charge Nurses are not eligible for job sharing.

9. Termination Procedure:

   In the event of termination or resignation or extended sick leave or maternity leave of one of the partners, the remaining partner will (a) revert back to his/her pre-job share status, or (b) may transfer to any available posted position for which he/she is qualified to be granted on a seniority basis, or (c) may find a permanent replacement, with approval from the Medical Center, to complete the contract.

10. Except as specifically modified by this job share agreement, all other policies of the Medical Center and Contract requirements apply. This includes, but is not limited to performance expectations, leave accruals and layoff procedure.

11. Modifications to these guidelines may be mutually agreed to by the Staff Nurses and their Nursing Director to meet unit needs.

### FIVE-TENTHS (5/10) UNBENEFITED JOB SHARE PROGRAM

1. These positions will be available on a limited basis as determined by the Nursing Director.

2. Per Diem pay rate instead of benefits. Each Nurse will be paid according to her individual pay category as determined by seniority and hospital contract.

3. Daily cancellation and long term layoff will apply to each partner according to his/her own seniority. This position will not be considered "on call."

4. Nurses will cover a Full-time position.

5. Each Nurse will work every other weekend, i.e., every weekend will be covered.

6. The Nurses will attempt to cover for each other on sick days, and notify staffing office of the change.

7. Each Nurse is entitled to accrued vacation time (unpaid share in lieu of benefits). The Nurse may take a regularly scheduled weekend off after six (6) months of employment. The Nurse may take herself/himself off for three (3) scheduled weekends normally without an approval by the Nursing Director. Both Nurses will not be gone at the same time unless approved by Nursing Director. Nurses will cover each other for at least one week of vacation.

8. They will cover all holidays.

9. Nurses in 5/10 Job Share may unite themselves available to perform extra work outside of Job Share hours, however, rates at these times will be viewed as "on call" and subject to cancellation as such.

## APPENDIX G

## RETIREMENT PLAN OPTIONS FOR NURSES EMPLOYED ON DECEMBER 31, 1975

### Option For Nurses with Vested Rights in Hospital Pension Plan

A.

**Definition.** A vested Nurse for purposes of this article shall be defined as a Nurse employed by a member hospital of the Associated Hospitals on December 31, 1975 who has ten (10) or more years of service, and according to the vesting provisions of the Hospital Plans, have a vested right as of December 31, 1975 to benefits under the Plan.

1.    **Option for Vested Nurses.** Vested Nurses employed by a member hospital on December 31, 1975 shall have a one-time irrevocable option to select either Option A or Option B below.

**Option A** - The Nurse shall cease to participate in the Hospital Pension Plan as of December 31, 1975, and the Medical Center shall contribute from Tax Deferred Annuity on the Nurse's behalf on and after January 1, 1976, all as provided in this article. The Nurse shall retain all vested rights accrued as of December 31, 1975.

**Option B** - The Nurse shall continue as participant in the Hospital Pension Plan on and after January 1, 1976 and shall not in any way be covered by or subject to the Tax Deferred Annuity provisions of this article.

2.    The Hospital agrees to obtain such a written option from each vested Nurse by April 5, 1976.

3.    **Future Benefits Under The Hospital Plans.** The retirement benefits for all Nurses who select Option B above and for those Nurses already retired on December 31, 1975 under the Hospital Plans shall be contributed to those set forth in the Hospital Pension Plans for employees covered by the collective bargaining agreement of Associated Nurses of Marcott Pension Hospitals covering the greatest number of employees other than Registered Nurses. Any improvements or increases granted in such Master Agreements are to be printed commensurately by Nurses covered by this subparagraph; provided, however, that already retired Nurses shall only receive such increases or improvements if retired employees under such Agreement also receive such increases of improvements. The Association shall be notified by the Hospitals of any such improvements or increases.

4.    A Nurse vested on December 31, 1975 under either of the Hospital Plans and who selects Option A above, shall, upon retirement, receive benefits earned by reason of years of service prior to December 31, 1975 under the benefit formula set forth in the Hospital Plans on December 31, 1975. A Nurse who becomes contingently vested under Section B.3, below, shall, upon retirement, receive benefits earned for years of service prior to December 31, 1975 under the benefit formula set forth in the Hospital Plan on December 31, 1975.

91

---

10.    In the event of organized unpaid sick leave, maternity leave, resignation or termination, the job there will continue if another qualified employee, as approved by the Medical Center, will fill the vacant hours not worked by the remaining person. If this is not possible, this job share will be reassigned and each of its participants will revert back to their pre-job share status or may transfer to any available nursed position for which they are qualified on a seniority basis.

11.    All existing job shares shall function according to their previously signed job share until one of the original partners has quit the program.

90

**D. Five-Year Reinstatement Rule**

A non-vested Nurse whose employment with a member hospital of the Associated Hospitals has terminated and who, at the date of termination, had five (5) or more years combined service in the Hospital Pension Plans and who, on or after January 1, 1976, is re-employed by the same or a different member hospital of the Associated Hospitals or by a incorporating hospital shall have years of service other than January 1, 1976 counted for the purposes of contingent vesting, as provided in Section B.1, above.

93

5. **Maintenance of Vested Rights.** In no event will a vested Nurse forfeit any rights vested as of December 31, 1975.

**B. Non-Vested Nurses—Contingent Vesting**

1. This provision applies to a regular Full-time or regular Part-time Nurse employed by a member hospital of the Associated Hospitals on December 31, 1975 with more than one (1) year of employment with such hospital, but with less than ten (10) years of membership in the Hospital Plans on that date.

2. Such Nurse shall immediately terminate his or her membership in the Hospital Plans and shall not accrue any further benefits under either of such Plans on and after January 1, 1976.

3. Such Nurse's years of service on and after January 1, 1976 shall count for vesting purposes under the Hospital Plans but not for any other purpose. If, in the future, such Nurse attains ten (10) or more years of membership in the Hospital Plans, he or she shall be deemed vested, but solely and only for benefits earned by reason of years of service prior to December 31, 1975.

4. On or after January 1, 1976, the Medical Center shall contribute on behalf of such a Nurse into a Tax Deferred Annuity as provided in Article 16, Retirement, provided that such Nurse remains his or her status as a regular Full-time or regular Part-time Nurse.

5. Names into a Tax Deferred Annuity account as set forth above.

**C. Ninety-Day Transfer Rule**

1. **A Non-Vested Nurse.** A non-vested Nurse whose employment with a member hospital has terminated and who, within ninety (90) days thereafter, is re-employed by the same or a different member hospital of the Associated Hospitals or by a incorporating hospital, as defined in the Hospital Plans, and who continues to be credited for years of service in this new employment for one (1) year or more shall continue to be credited for years of service for the contingent vesting purposes under the Hospital Pension Plans as provided in Section B.3, above.

2. **A Vested Nurse.** A vested Nurse who has elected to remain in the Hospital Plans and whose employment has subsequently terminated and who, within ninety (90) days thereafter, is re-employed by the same or a different member hospital of the Associated Hospitals and who continues in this new employment for one (1) year or more shall continue to participate in the Hospital Plans.

92

# APPENDIX X
## 12-HOUR SHIFTS

This Appendix establishes the conditions which apply when Nurses choose to work a 12-hour shift.

### 1. Positions

a. It is understood that in order to establish a viable 12-hour program, 12-hour positions must be created in pairs to provide 24-hour coverage. (In areas where 24-hour coverage is not required, single 12-hour shifts may be sufficient.)

b. The Medical Center will determine the number and types of positions designated as 12-hour positions. This does not preclude the Association from identifying units where there is an interest in 12-hour shift scheduling. The Medical Center agrees to assess the feasibility of 12-hour scheduling in those areas and respond to the Association in a timely manner.

### 2. Participation

a. Only Full-time and Part-time Staff Nurses in the affected unit may participate in a restructuring of unit staff positions (rather than a creation of new unit positions). Casual and Per-unit Nurses may apply only after the regular Full-time and Part-time Nurses have filled existing positions.

b. 12-hour shifts are strictly voluntary.

c. All 12-hour shift arrangements must be approved by a majority of Full-time and Part-time Nurses voting from the unit affected on a secret ballot with each Nurse entitled to one vote. Determinations shall be made on a unit-by-unit basis (e.g., ICU, Nursery, etc.). At least two (2) weeks prior to the vote, CNA and the Medical Center shall make available to the RN in the affected unit the details about the proposed 12-hour shifts and wages, hours, working conditions (including schedules) and benefits. Meeting(s) should be held at a time convenient to the RN group affected to discuss the effects and consequences of 12-hour shifts. A CNA representative shall be present.

d. Discontinuation of 12-hour shifts requires a majority vote of the Full-time and Part-time Staff Nurses on the unit affected, with each Nurse entitled to one vote. After a six-month period of time needed to give the 12-hour program a sufficient trial, a vote to discontinue 12-hour shifts in a unit may be held anytime than the CNA is presented with a petition by 30% of Part-time and Full-time Nurses in a unit. If the majority votes then the 12-hour program be discontinued, the 12-hour arrangement must be cancelled in not more than 60 days. Additionally, 12-hour shifts on a unit will be discontinued upon 60 days written notice by the Medical Center.

94

e. It is not the intent of CNA or the Medical Center that Nurses be displaced from their current unit or shift or be required to work less than their full shift, as a result of the creation of 12-hour positions. It is agreed that no Nurse working an 8-hour schedule will be required to work less than an 8-hour shift as a result of the existence of 12-hour shifts or convert to a 12-hour schedule, or to transfer to another work or shift to maintain an 8-hour schedule. (Nothing in this Agreement shall prohibit the 8-hour Nurse from electing to work more or less than the 8-hour shift should the Medical Center request it.)

f. Any vacancies shall be posted as 8 or 12 hours, as previously scheduled.

### 3. Shifts

a. Shift hours for the 12-hour shift will be identified on position postings. Shifts beginning at or after 0600 and before 1100 will be paid at the day rate for all hours worked; shifts beginning at or after 1100 and before 1900 will be paid at the PM rate for all hours worked; shifts beginning at or after 1900 and before 0600 will be paid at the night rate for all hours worked.

b. With the exception of the Operating Room, Post Anesthesia Room, or other units with special needs who can determine the hours of their 12-hour shifts according to the needs of the unit, 12-hour shifts will begin at 0700 and end at 1930 for the day shift and begin at 1900 and end at 0730 for the night shift.

### 4. Definitions

**Straight-time hours:** The hours actually worked.

**Registered hours:** The hours calculated according to the "Hourly Equivalent Grid" based on being paid 40 hours for 36 hours worked.

**Weekend:** A weekend is defined as the time between Friday at 1900 and Monday at 0700. A night shift Nurse may sign up for Friday-Saturday or Saturday-Sunday, according to the needs of the unit and then, by preference, in order of seniority.

### 5. Hours of Work

A full straight-time work week will be thirty-six (36) hours, three (3) days a week for 12-hour Nurses. A straight-time work day will consist of no more than twelve and one-half (12½) hours (including one 30-minute unpaid break) in 24 hours.

### 6. Overtime

a. If a Nurse works more than twelve (12) hours in any twenty-four (24) hour period, s/he will be paid double-time the straight-time rate for all hours in excess of twelve (12).

96

b. If a Nurse works in excess of thirty-six (36) hours in any one work week, s/he will be paid overtime at the rate of time and one-half (1½) for all hours in excess of 36 hours/week.

## 7. Compensation and Benefits

a. Nurses who work three (3) days per week, twelve (12) hours per day, will be considered Full-time employees for all purposes under the Agreement and will receive a full forty (40) hours of straight-time pay for thirty-six (36) hours worked.

b. Should a Full-time employee, as defined above, work less than 36 hours per week, the Nurse will be compensated for actual hours worked according to the attached "Thirty-Six Equivalent Grid."

c. Casual Nurses accepting pre-scheduled 12-hour shifts will be compensated according to the "Casual equivalent grid" (attached). Pre-scheduled is defined as signing up to work shifts at the time the unit's schedule is developed according to contract.

d. Casual Nurses who agree to work 12 hours on an as needed basis will be compensated at time and one-half (1½) for the last four (4) hours worked.

## 8. Rest Period

Each Nurse will receive one unpaid thirty (30) minute meal break and three (3) paid fifteen (15) minute breaks during each 12-hour shift. Several of these may be combined for up to a sixty (60) minute break.

## 9. Scheduling

a. Positions will be posted and filled in pairs or sets where 24-hour coverage is required. Staff will be scheduled so that 12-hour shifts are matched except in cases where non-productive time is being eliminated. Once posted, changes made to the schedule will only be approved if 24-hour coverage is maintained without involving premium pay. Each Nurse will be guaranteed at least two (2) consecutive days off.

b. If, as a result of a particular mixture of available 12-hour positions, the Medical Center is able to grant additional weekends off to 8-hour staff, such additional weekends off will be rotated equitably among the staff, beginning with the most senior Nurses of the affected unit and shift.

## 10. Sick Leave/Vacation

The Nurse may elect to receive sick leave/vacation pay at the rate of twelve (12), or thirteen point three (13.3) hours per day of leave, at the Nurse's option. Sick leave and vacation hours will then be deducted from the Nurse's accumulated sick and vacation leave credits.

96

## 11. Holidays

Paid holidays off will be paid at the rate of eight (8) hours' pay. 12-hour Nurses may request up to 5.3 hours of vacation pay to be paid along with the holiday pay, to maintain the Nurse's regular income. Vacation hours paid would then be deducted from accumulated vacation leave credits. Holidays worked will be at a rate of one and one-half (1½) times the Nurse's equivalent rate for all hours so worked, plus eight (8) hours' holiday pay.

## 12. Paid Educational Leave (CEU)

The Nurse may elect to receive educational leave benefits at the rate of eight (8), twelve (12), or 13.3 hours. Hours taken will be deducted from the Nurse's accumulated educational leave.

## 13. Jury Duty

12-hour Nurses called for Jury Duty will receive the difference between jury duty pay and their normal 13.3 hours of pay.

## 14. 4-Hour Shift Position

Establish a pool of RNs interested in working four (4) hours in order to facilitate staffing.

## 15. Part-time 12-Hour Positions

At the request of either party, the Medical Center and CNA will meet to discuss the feasibility of Part-time benefitted 12-hour positions.

## 16. Weekend-only 12-Hour Positions

Benefited 12-hour weekend positions may be established. Such positions will be paid at 32 hours' pay for 24 hours worked, and benefited at ?. At the request of management, the parties will meet to finalize remaining provisions for 12-hour weekend conditions. The provisions of Articles 7.9.2, Guarantee of Weekends Off and 7.8.3, Consecutive Weekend Premium, will not apply to 12-hour weekend positions.

## 17. 12-Hour Committee

Establish a 12-hour committee with representatives from several units, to help solve 12-hour problems throughout the Medical Center as the commitment to 12-hour shifts expands. This committee should consist of 12-hour and 8-hour Nurses, a representative from administration/staffing, and a CNA representative.

## 18. Temporary Layoffs

97

# APPENDIX I
## RETIREE HEALTH COVERAGE

The parties agree that Retiree Health Care Coverage will be provided as set forth below:

**Retiree Health Plan for Months Hospital Early Retirees (Age 55 Through 64 With 15 Years Of Credited Service)**

Employees age 55 or older with 15 years of credited service taking retirement prior to January 1, 1997 will continue participation in the current Health Care Plan at no cost for themselves and their eligible dependents until the death of the retiree. Dependent coverage will stop on the last day of the month following the death of the retiree.

**Retiree Health Plan for Retirees Age 65+ With Ten Years of Credited Service**

The following will apply to Nurses retiring from Peralta Hospital beginning January 1, 1984, from Merritt Hospital beginning January 1, 1987, from Summit Medical Center beginning March 1, 1972, and from Alta Bates Medical Center beginning July 1, 2000.

Nurses retiring at normal retirement age 65 with ten years of credited service will be eligible to enroll in the Medicare Supplement Plan.

**Eligibility:** Employees retiring at age 65 and later with ten years of credited service, and their eligible dependents.

**Plan Design:** Health Net Medicare Supplement Plan.

**Rates:** Beginning January 1, 2006, the Medical Center's maximum monthly contribution will be equal to 100% of full cost of the benefit on January 1, 2006. Beginning January 1, 2007, the Medical Center's maximum monthly contribution will be equal to 100% of the cost of the benefit effective on January 1, 2007.

**Retiree Cost:** A sliding scale of RN contributions to help defray Plan costs will apply to Plan premiums for the retiree and eligible dependents as follows:

| Years of Service | % of Monthly Rate |
| --- | --- |
| 25+ years | -0- |
| 20 - 24 years | 25% |
| 15 - 19 years | 50% |
| 10 - 14 years | 100% |

99

---

Temporary layoffs shall be conducted in accordance with Article 73.2, except that in the event of a 12-hour assignment or a 4-hour 11.0 at the beginning of the PM shift, the least senior 12-hour Nurse shall be laid off.

If a 12-hour Nurse is laid off for the first portion of a shift, the Nurse may choose to take the full shift off. (Nothing in this provision shall prohibit a Nurse from electing to work less than a full shift at the Medical Center request.)

98

# APPENDIX
## - PAYROLL PRACTICES

Set forth below are examples of the parties' understanding as to the contractual interpretation relating to payroll practices.

**1.  Call-In Pay.**

A Nurse is called and reported on scheduled day off.  How is the employee to be paid?

**Answer:**
(a)  Full-time employees are paid premium pay (base rate x 1½)

(b)  Part-time, Short-hour and Casual employees are not eligible for premium pay.  Call-in pay regardless of when last scheduled.

**2.  Call-Back Pay (Pyramiding Issue)**

A Nurse is scheduled to work P.M. shift for 40 hours (Sunday, Tuesday, Wednesday, Thursday and Friday P.M.s).  The Nurse is called back early Monday morning and receives Call-Back pay (base rate x 1½) for six (6) hours worked.  How is the employee paid on Friday?

**Answer:**  The employee is paid straight time on Friday for all eight (8) hours worked, since all hours worked on Monday were paid premium pay and do not apply toward overtime.

**3.  Overtime Accumulation...**

A Nurse is scheduled 40 hours (8 hours each day, Monday through Friday).  The employee works ten (10) hours on Monday through Thursday and earns eight (8) hours accumulated overtime (total: 40 hours by Thursday).  How is the employee paid on Friday?

**Answer:**  Straight time for all hours worked under eight (8) hours.  Only the 32 hours worked Monday-Thursday as straight time apply toward weekly overtime.

**4.  Education Leave Hours And Overtime**

An employee received eight (8) hours Education Leave on Monday but works 32 hours Tuesday through Friday.  If the employee works Saturday, how is (s)he paid?

**Answer:**  Straight time pay.  Only hours worked including holidays, vacation and sick leave, apply toward overtime in excess of 40 hours within a work week.  If, however,

101

---

Medicare Part "B" Supplement.  $93.50 per month toward the cost of current Medicare Part "B" premiums will be paid to employees retiring at age 65 and later.  Retirees must be enrolled in Medicare Part "B" to receive this benefit.

**Retiree Health Plan for Retirees Age 55 With Ten Years of Continued Service.**
On January 1, 2005, nurses retiring from a benefit-status job, with ten (10) continuous years in benefited status, who are at least fifty-five (55) years of age are eligible for continued health coverage if his/her age plus years of continuous service equals or exceeds seventy-five (75) at termination of employment.  The provisions of such coverage are described below:

1.  Retirees who choose a community-rated HMO-style program for pre-65 coverage will contribute a minimum of 20% of the cost of the premium and ABSMC will contribute 80% of the cost, up to a maximum of $215.00.  On January 1, 2006, the maximum ABSMC contribution will increase to $240.00.  On January 1, 2007, the maximum ABSMC contribution will increase to $265.00.

2.  For retirees who choose a retiree-group need indemnity plan for pre-65 coverage, ABSMC will contribute the same amount it would otherwise pay for the alternative HMO-style plan, up to a maximum of $215.00.  On January 1, 2006, the maximum ABSMC contribution will increase to $240.00.  On January 1, 2007, the maximum ABSMC contribution will increase to $265.00.

3.  Retirees who choose a HMO medical supplement for post-65 coverage will contribute a minimum of 20% of the cost of the premium and ABSMC will contribute 80% of the cost, up to a maximum of $225.00.  On January 1, 2006, the maximum ABSMC contribution will increase to $240.00.

4.  For retirees in the indemnity plan who elect the low or high level Medicare supplement, ABSMC will contribute the same amount toward the supplement as it would otherwise pay toward the HMO Medicare product, up to a maximum of $225.00.  On January 1, 2006, the maximum ABSMC contribution will increase to $240.00.

5.  If the retiree chooses dependent coverage, the retiree must pay the full cost of the additional dependent coverage for the HMO-style plan or, if chosen by the retiree, the full cost of the additional dependent coverage for the indemnity plan.

6.  A retiree accepting this early retirement health coverage is not eligible for the Medical Carrier's Medicare Supplement Plan.

100

the Medical Center requires the employee to take Education Leave, then such shall be considered as time worked.

**5. Rest Between Shifts.**

An employee leaves work at midnight Monday (at straight time) but works from 6 A.M. to 9 P.M. Tuesday. How is the employee paid?

Answer:  6 A.M. to 12 Noon —Base Rate x 1½ (Rest Between Shifts)
12 Noon to 6 P.M. —Straight Time Pay
6 P.M. to 9 P.M.—Double Time

**6. Double Shift**

A Nurse works a double shift. (had received Base Rate x 1½ for four (4) hours, and 2x Base Rate for four (4) additional hours) on a Sunday. The employee also works Tuesday through Friday. The week's time sheet shows the following:

| | |
|---|---|
| Sunday | 16 hours |
| Tuesday | 08 hours |
| Wednesday | 08 hours |
| Thursday | 08 hours |
| Friday | 08 hours |

How is the employee paid?

Answer:  08 hours overtime on Sunday
40 hours straight-time pay per pay
48 hours - Total worked

(The employee is not paid overtime on Friday since only 32 hours of straight-time pay have been worked.)

**7. Rest Between Shifts - Premium Pay.**

An employee works a double shift on Monday and leaves work at midnight. The employee reports back to work at 7 A.M. to 3:30 P.M. Tuesday, as scheduled. How is the employee paid on Tuesday?

Answer:  Straight time, extra hours paid on Monday night (second shift) were worked at premium pay and, do not apply toward the accumulation of additional premium pay or overtime. (Double pay for hours worked counts as rest periods for purposes covered in section 7.5 of the Contract.)

102

**8. On-Call Pay - Shift Differential.**

A Nurse is assigned On-Call duty for an evening or night shift. What rate of pay shall the Nurse receive?

Answer:  Nurse "On-Call" during evening/night shift shall receive one-half (½) his/his regular base rate plus this one-half (½) the shift differential for the appropriate shift. For example, if shift differential were $1.20 for all hours worked evenings/nights, a Nurse "On-Call" on these shifts would receive $0.60 shift differential "On-Call" standby rate.

**9. Double Shift Pay.**

A Nurse works a double shift. How shall she be paid?

Answer:  First shift worked:  8 hours straight time pay
Second shift worked:  4 hours 1¼ times base pay
4 hours 2 times base rate

103

(B) A Registered Nurse who has demonstrated competency for the patient care unit shall be responsible for providing nursing care as described in item 1, RN Scope of Practice above, and for providing clinical supervision and coordination of the care given by LVNs and unlicensed nursing personnel, and shall be assigned as a resource Nurse for those Registered Nurses and LVNs who have not completed competency validation for the unit.

(C) Registered Nurses shall not be assigned total responsibility for patient care including the duties and responsibilities described in item 1, RN Scope of Practice, above, or the providing clinical supervision and coordination of the care given by LVNs and unlicensed nursing personnel, until all the standards of competency for that unit have been validated.

3. RESOURCE NURSE/CLINICAL FLOAT

Each campus shall maintain the current provisions and practices relating to Resource Nurses/Clinical Floats. Thus, the current Clinical Float program will be maintained at ASSMC. The current Resource Nurse program will be maintained at SMC based on the following:

Summit Medical Center ... will maintain the current Resource Nurse positions outlined in the contract to provide assistance where needed within the clinical practice of nursing throughout the shift. Resource Nurses will not be given a patient care assignment and shall not be counted in the safety staffing numbers. Resource Nurses in the Critical Care Float Pool shall be available to assist on the nursing units identified in Appendix A in SMC clusters B, C, and E. As units or work is transferred between facilities, the Resource Nurse will follow the work.

4. FLOAT POOL

The Medical Center will create a Float Pool team of professional Nurses whose usual assignments varies from shift to shift. Within this Float Pool, there will be both benefitted and Casual positions. The purpose of the Float Pool is to augment staffing in the nursing areas when help is needed. Nurses will be assigned to each of the units to which they are expected to float.

105

---

SIDE LETTER
REGARDING STAFFING AND PATIENT CARE ISSUES

RN SCOPE OF PRACTICE

1.

(a) A Registered Nurse shall directly provide:

(1) Ongoing patient assessment as defined in the Business and Professions Code, Section 2725(d). Such assessment shall be performed, and the findings documented in the patient's medical record, for each shift, and upon receipt of the patient when he/she is transferred to another patient care area.

(2) The planning, supervising, implementation, and evaluation of the nursing care provided to each patient. The implementation of nursing care may be delegated by the Registered Nurse. Responsible for the patient to other licensed nursing staff or may be assigned to unlicensed staff, subject to any limitations of their licensure, certification, level of validated competency, and/or regulation.

(3) The assessment, planning, implementation and evaluation of patient education, including coaching discharge teaching of each patient. Any assignment of specific patient education tasks to patient care personnel shall be made by the Registered Nurse responsible for the patient.

(b) The Medical Center shall comply with Title 22, AB 394, applicable staffing regulations, and applicable laws regarding meal and break relief.

(c) The Medical Center shall provide information regarding RN and LVN scopes of practice to nursing managers and appropriate caregivers within the Medical Center.

(d) As provided by Title 22, every patient will have a documented RN with responsibility for the nursing process for every shift in the Critical Care, Medical/Surgical, Emergency Departments, and Women and Infants units.

2. PATIENT CARE ASSIGNMENTS.

All patient care personnel, including temporary staff as described in subsection 7021?(m) of Title 22 (registry staff), shall be subject to the process of competency validation for their assigned patient care unit or units. Prior to the completion of validation of the competency standards for a patient care unit, patient care assignments shall be subject to the following restrictions:

(A) Assignments shall include only those duties and responsibilities for which competency has been validated.

104

## MISCELLANEOUS SIDE LETTER AGREEMENTS

### 1. RN PATIENT ASSIGNMENTS UNDER AB 394

As referenced in Section 34.1 of the Agreement executed into on August 18, 2006, Alta Bates Summit Medical Center has issued its intention to hire only Registered Nurses into vacant and newly-posted positions requiring nursing licensure in certain designated units. As set forth in this agreement, it is the Medical Center's goal to assign all patients in these units to an RN. The parties recognize, however, that due to various factors, including the presence of certain units of trainable LVNs, many of whom are long-term employees of the Medical Center, this goal will be achieved over time through attrition and other steps taken by the Medical Center. These other steps shall include the following:

(a) LVNs in the designated units with patient assignments shall be assigned to designated relief positions, where such relief positions are available and when the LVNs has the competence to perform such work.

(b) LVN positions with patient assignments that become vacant as a result of the resignation of an LVN to a hired position shall be reported as an RN position.

(c) The patient care unit designated units shall be modified to reflect that LVN positions can be converted into RN positions.

(d) Absences by an LVN in a position with a patient assignment shall be backfilled by an RN, where such an RN is available.

The Medical Center and the Association will meet upon the request of either party to discuss potential alternative assignments for LVNs who have patient assignments, but the parties shall not be obligated to meet more often than quarterly.

The parties recognize that the Medical Center is committed, over time, to applying the nurse-to-patient ratios in AB 394 as RN-to-Patient ratios.

The parties recognize that certain changes contemplated by the Side Letter and Section 34.1 of the Agreement may require bargaining with other affected Labor Organizations. As a result, the parties understand that the effective date of certain of these changes may be delayed pending resolution of these bargaining obligations. The Medical Center agrees to pursue the resolution of those discussions in an efficient and prompt manner.

### 2. NURSING UNIT SUPPORT AND RESOURCE ASSIGNMENT

The Medical Center and the Association agree that:

1. Housekeeping employees will be made available to maintain a sanitary patient care environment, except in cases of extreme emergency.

2. NAC: The nursing management will emphasize the need for NACs and schedule as deemed appropriate.

3. Orientation Meetings and in-services: Units will be adequately staffed in order to ensure and encourage attendance at staff meetings and/or in-service training.

4. Transport System: The Medical Center will maintain a system of transport service to meet the transport and messenger needs of the nursing units.

### NURSE PARTICIPATION ON ADVISORY BOARD AFTER SUMMIT AFFILIATION WITH SUTTER/ALTA BATES

In the event an advisory board (such as the Local Advisory) is created to include community participation, the Medical Center will propose that a practicing staff Nurse employed by the Medical Center and selected by the bargaining unit be appointed to such board.

### FLEXIBLE SCHEDULING PATTERNS

Upon the request of either party, the Association and the Medical Center will meet to consider flexible scheduling patterns on a unit-by-unit basis.

106

107

The QCL shall report regarding his/her activities, which shall be self-directed within the scope of the position, to the facility PPC and the Director of Nursing.

Coordinates Quality Liaison work schedule and clinical work schedule with Administrative Director of Nursing and clinical manager.

The QLC shall submit written monthly activity summaries to the PPC and the Chief Nursing Officer or designee.

8. In conjunction with Quality Care Liaison peers and nursing management, periodically, but at least annually, evaluates the effectiveness of the Quality Care Liaison role.

### Position Criteria:

1. Four years current experience as RN at ABSMC.
2. Valid California RN license and current BLS-C card.
3. Scheduled hours to be a minimum of 64 hours per pay period, 40 hours dedicated to Quality Care Liaison.
4. Clinical and Quality Care Liaison roles will occur within the same facility (Summit or Alta Bates).
5. Demonstrates ability to problem solve and seek resolution within a given framework.
6. Demonstrates ability to effectively communicate verbally and in writing.
7. Basic computer competency.
8. Able to work flexible hours.
9. CNA bargaining unit member.
10. Completion, within six months of position acceptance, of a 2-day baseline course which provides an overview of quality, or equivalent experience.
11. Completion, within six months of position acceptance, of Medical Center specific quality training program.

These positions will be posted within 30 days of ratification of the contract.

---

## ADDENDUM: STAFF NURSE II
### Quality Care Liaison

**Job Summary:**

Under the direction of the Administrative Director of Nursing, the Quality Care Liaison will work in collaboration with the existing quality and administrative structure, attempts to improve quality patient care and outcomes.

**Responsibilities:**

1. **Education:**
Assists with education of nursing staff to improve knowledge of ABSMC quality structures and methodology, resulting in increased staff participation in the quality improvement process.

2. **Quality Issue Identification and Resolution:**
Responsible to investigate, evaluate, coordinate, and act as a liaison to management regarding quality issues.
Collaborates with management to identify ways to improve care in a process, including the feedback and communication loop.

3. Participates in agreed upon performance improvement/quality improvement processes or projects which may include:
- Member of committee/project team representing nursing
- Data collection.
- Data analysis
- Assists with implementation of mutual improvement interventions.

4. Serves as a Liaison with, and provides resources in, Medical Center committees as appropriate and in accordance with Medical Center coordinating guidelines. Committees may include facility PPC, Patient Classification Task Force, and other Medical Center committees as identified.

Acts as a resource regarding quality structures, facilitates identifying quality issues, and reflect issues through appropriate channels/processes, may help facilitate the process to address/respond.

5. Represents all areas of Nursing Practice throughout the organization.

6. **Committee/Membership:**
Acts as a conduit of information to and from nursing staff and nursing committees, utilizing direct feedback and group facilitation.
Elicits and/or promotes quality issues in the appropriate forums.
Develops and utilizes mechanisms for ongoing communication of project and processes, outcomes and practical application to nursing staff.
Provides information about the Quality Care Liaison role.

7. **Reporting Relationships:**
Reports to unit-based clinical manager for clinical work (24-40 hours per pay period).
Reports to campus Administrative Director of Nursing for quality liaison work (40 hours per pay period).

# INDEX

12-Hour Shifts, 15, 94, 95, 96, 97, 98
Access to Personnel Records, 71
ACLS Certification, 60
Acuity Staffing System, 54
Additional .60 FTE Positions, 16
Advisory Board, 107
Anniversary Date, 14, 15, 34, 72, 75
Annual Performance Appraisal, 72, 90
Appointments, 25, 73, 81
Arbitration, 57, 66, 67, 68, 70, 71
Association Leaves of Absence, 35
Association Visitation Rights, 65
Authorization of Overtime, 17
Automatic Shift, 2, 19, 46, 50, 61, 63, 69, 107, 109
Bargaining Unit, 1
BCLS and ACLS Certification, 60
Benefits, 10
  Nurses Working Over 20 Hours Each Week, 33
  Part-Time Nurses, 9
  Short-Hour Nurses, 4, 9, 27, 31, 34, 50
Bereavement Leave, 46
Birthday Holiday, 28
Break in Seniority, 50
Bulletin Boards, 51
Call-Back Pay, 21
Cancellation, 47
Career Pay, 13
Child Care Committee, 71
Classification, 2
Clinical Places, 105
Clinical Ladder, 79
Clinical Nurse III & IV, 4

Charges for Reductions in Force, 77
Cobra Continuation Coverage, 32
Conscientious Objection, 60
Consecutive Weekend Premium, 19
Consolidation of Units, 51
Continuation of Coverage, 32
Conventional Standby, 12
Core Staffing, 54
Credit For Previous Experience, 10
Cross-Campus Float Pool, 11
Cross-Campus Floating, 11
Deferred Vacation, 27
Dental Plan, 30
Differentials, 3, 11
Disciplinary Action, 63
Disciplinary Investigations, 70
Discipline, Procedure Relating of, 3
Dispute Resolution, 57
Distribution of Overtime, 18
Doctor or Dental Appointment, 25
Duration of Sick Leave, 25
Double Shifts, 102
Double-time, 17
Early Call In, 12
Early Retirement, 39
Educational Leave, 29
Effective Date of Increases, 14
Evaluations, 72
Flexible Scheduling, 20, 107
Float Pool, 77
Floating, 11, 12
Floating Holiday, 28
Floating to Specialty Area, 13
Floating to Work in Specialized Areas, 77
Four-Shift Schedule, 16
Full-Time Nurse, 4
Grave Anniversary Date, 34
Grievance Procedure, 60, 61
Grievances, 65
Grievances Involvement, 32
Grievance Plan, 30
Health Plan, 30
Holiday Standby, 12
Holiday Time Off, 28

Holidays, 14, 19, 27
Home Study, 43
Hours at Work, 9, 10, 13, 15, 16
Indefinite Layoff, 44, 45, 86
In-Service Education, 40, 60
Inter-Affiliate Employment, 10
Job Share Program, 83
Job-Sharing Committee, 22
Jury Duty, 20, 45, 97
Just Cause, 50, 51, 59, 70
Late Call-In, 13
Layoff, 47, 48
Layoffs, 45, 46, 97
Leaves of Absence, 34, 35
Life Insurance, 32, 33
Limits on Overtime, 18
Lockout, Prohibition of, 68
Long Term Disability Insurance, 33
Lunch Period, 17
Major Holiday Off, 28
Major Holiday Option for PM Shift, 21
Mandatory Class, 40
Mandatory Overtime, 18
Maternity Leave, 23, 34, 88
Membership, 2, 52
NALS, 60
New Employee Notices, 2
New Employee Orientation, 2
Newly Created Positions, 1
No Discrimination, 3
No Strikes or Lockouts, 68
Nurse Representatives, 64, 65
Nursing Practice Act, 54
Nursing Process, 2, 74, 104
Nursing Unit Support And Resource Agreement, 105
Overtime, 11, 17, 18, 20, 93, 101
Paid Educational Leave, 39
PALS, 60
Personal Leave, 35
Personal Life Balance, 35, 105
Part-time Nurse, 3, 15, 69
Parking, 72
Part-Time Nurses, 24, 73, 92
Part-Time Nurses Assignments, 56
Patient Care Assignments, 55, 57, 77
Patient Care Issues, 55, 57, 77

Patient Classification Committee, 54, 55, 56
Patient Classification System, 55
Patient Classification Task Force, 53, 108
Payroll Practices, 101
per diem Nurse, 22, 48
Per Diem Nurse, 13
Personnel Categories, 3
Personnel Records, 71
Physical Examination, 46
Position Posting, 47, 64
Posting, 20, 61, 63
Posting Of Work Schedules, 20
PPC, 51, 52, 53, 54, 55, 56, 58, 59, 60, 73, 74, 81, 108, 109
Premium Pay After Seven Consecutive Days of Work, 19, 20
Prescription Drug Plan, 30
Pre-Tax Reimbursement Accounts, 32
Priority in Layoff of Nurses, 62
Probation Period, 49
Professional Nurses, 34
Professional Performance Committee, 51
Promotion, 11
Proof Of Prior Service, 45
Quality Care Liaison Program, 58
Recognition, 1
Reduced Schedules, 16
Reduction of Hours For Medical Reasons, 23
Referral Source, 64
insurance Nurse, 105
Resource Nurse, 53
Rest Between Shifts, 21, 102
Rest Periods, 18
Retiree Health Care Coverage, 99
Retirement Plan, 13, 36, 37, 38, 39
Reference Plan Options For Nurses Employed On December 31, 1975, 91
Return From Leave, 35, 54
Review Committee, 53, 54
RN Vacancies Filled by Non-RN, 61
RN Vacancies Not Filled, 61
Sabbatical, 43
Safety Training, 60

Salaries, 4, 9
Schedules, 15, 20
Scheduling of Casual Nurses, 22
Scheduling of Holiday Time Off, 28
Scheduling of Vacation, 26
Scheduling Process, 20, 26, 43, 64
Scope of Bargaining Unit, 1
Security, 1,
seniority, 16, 19, 20, 21, 22, 26, 30, 25, 42, 45, 47, 44, 50, 51, 62, 63, 64, 86, 88, 89, 90, 95
Seniority, 10
severance pay, 51
Severance Pay, 50
Shift Differential While on Overtime, 11
Shift Differentials, 5, 6, 7, 8
Short-Hour Nurses, 9, 78, 101
sick leave, 15, 23, 24, 25, 23, 33, 34, 88, 89, 90, 96, 101
Sick Leave, 15
Sick Leave Payout, 23
Six-Month Point, 64
Speciality Certification, 10
Staff Nurse Classification, 4
staffing, 19, 20, 21, 22, 23, 30, 34, 35, 36, 39, 40, 42, 43, 45, 54, 55, 56, 57, 63, 64, 86, 87, 89, 97, 104, 105
Staffing, 21
Standardized Procedures Under Nursing Practice Act, 54
standards of nursing practice, 2, 56
Standards of Nursing Practice, 2
Standby and Call-Back Pay, 12

straight-time, 12, 15, 17, 20, 24, 25, 45, 52, 60, 95, 96, 102
Straight-Time, 15
Successors, 71
Tax-Deferred Annuity Program, 36
Temporary Layoff, 47
Temporary Nurse, 48
temporary vacancies, 1, 63
Temporary Vacancies, 5, 33
Term Of Agreement, 75
Termination Notice, 51
Three-Shift Schedule, 16
Time Limit, 66, 68
Thanksgiving, 17
Unemployment Compensation and Disability, 46
Use of Seniority, 48
Vacation, 1
Vacation Option, 26
Vacation Segments, 27
Vacations, 25
Vision Plan, 31
Wages, 3, 5, 6, 7, 8, 9
Warren, 21
Weekend Differential, 11
Weekends Off, 16, 19, 97
Wilson Pay, 6
work on a holiday, 29
work week, 17, 24, 45, 95, 96, 101
Work Week, 15
Workday, 17
Work-Share, 50

NOTES



## PROOF OF SERVICE BY HAND DELIVERY

1

2        I am a citizen of the United States and employed in San Francisco County,

3  California. I am over the age of eighteen years and not a party to the within-entitled

4  action. My business address is One Post Street, Suite 2600, San Francisco, California

5  94104. On **November 20, 2007**, I served a true and correct copy of the within

6  documents:

7        **CIVIL CASE COVER SHEET**

8        **DEFENDANT'S NOTICE OF REMOVAL AND CERTIFICATION OF
         INTERESTED PARTIES - 28 U.S.C. §§ 1331 & 1441(b) - (Federal**

9        **Question Jurisdiction)**

10

11  on the interested parties in said action by placing true and correct copies in a sealed

12  envelope and giving it into the care of **FREEWHEELIN' ATTORNEY SERVICE** for

13  same-day hand delivery to the parties as follows:

14

15        **C. Donald Amamgbo**
          **Amagbo & Associates, APC**
          **7901 Oakport Street, Suite 4900**

16        **Oakland, CA  94621**

17        I declare under penalty of perjury under the laws of the State of California that the

18  above is true and correct.

19        Executed on **November 20, 2007**, at San Francisco, California.

20

21

22

23                              Janice M. Tasista

24

25

26

27

28

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE: (415) 421-3111

DEFENDANT'S NOTICE OF REMOVAL AND CERTIFICATION OF
INTERESTED PARTIES

CASE NO.                (ALAMEDA COUNTY
SUPERIOR COURT CASE NO. RG 07352598)