**NOC Shift.** A NOC shift Nurse will receive NOC shift differential for all hours worked when work commences on the PM shift.

### 5.8    Late Call-In

In the case where an employee is called to work less than one hour prior to the start of a shift and only works seven hours of the shift, such Nurse shall be compensated for eight (8) hours of work. In cases where a Nurse is called in work less than one hour prior to the start of a shift and arrives within one (1) hour of the time the Nurse was called the Nurse will be paid for time worked plus an additional hour, not to exceed eight (8) hours.

### 5.9    Charge Pay

Each unit and shift shall have an RN assigned to be in charge when none from one staff member is present. All RNs so assigned shall receive additional compensation of $2.40 per hour. Nurses relieving the Charge Nurse will be specifically designated and assigned to that role and responsibilities prior to assignment. Such designation may be done on the shift by the voluntary, except that the Medical Center may assign the rated Charge role to a regular Nurse on duty if no designated Nurse is available on duty on that shift in that unit. Regular Nurses will not be assigned the charge role, and their or pro diem Nurses will be assigned only if regular unit staff are not available. For the purpose of this subsection only, "staff member" means either a tenured RN, or another standing department employee assigned to that unit under the clinical supervision of the RN. Eligibility for Charge Pay does not mean that the Nurse receiving this compensation is defined as a Charge Nurse for any other purpose.

### 5.10    Specialty Certification

From July 1, 2000, to and including May 21, 2001, Article 5.10 will apply to SMC Nurses only. The related specialty certifications in the ABSMC Critical Ladder program shall be discussed by the Clinical Ladder task force. Effective June 1, 2001, this Article shall also apply to ABSMC Nurses, unless the parties otherwise mutually agree.

5.10.1 Any regular, Short-hour or Casual Nurse who acquires certification (as defined in Appendix C, Examples of Certifications in Specialty) in her/his area of specialty shall receive additional compensation of two percent (2%) above the Nurse's current salary. The Nurse shall continue to be compensated at this increased salary rate as long as she/he maintains the certification and continues to work in the specialty area for which s/he has obtained certification. The time upon which the Nurse presents proof of certification, shall be the effective date of the Nurse's increased compensation.

5.10.2 A Nurse assigned to work in more than one specialty area shall choose her area using those areas that specialty in which s/he becomes certified.

5.10.3 If no certification currently exists in a Nurse's area of specialty, the Nurse may choose to acquire certification either as a CCRN or through the ANA Med-Surg Certification Exam.

13

---

will be based on the existing multi-program-based integration (prescribing pocket), which shall include skills checklists and competencies and shall include written objective, measurable and time-limited goals. All documents are to be provided to the Nurse Manager/designee at the end of the preceptor period.

5.5.5.2 Nurses assigned to a facility to perform as a preceptor shall attend a preceptor training program at the support of the facility. The cost of the training program shall be borne by the facility, and the nurse shall be paid her/his regular hourly rate of pay for attending the training, and will receive the continuing education units for participation in the training.

5.5.5.3 The Nurse shall be paid a premium of $1.00 per each hour the RN is engaged in precepting.

### 5.6    Standby and Call-Back Pay

5.6.1    **Concurrent Standby.** Nurses on standby shall be paid at the rate of one-half (½) the straight-time rate when on standby, including shift differential.

5.6.2    **Holiday Standby.** Nurses on standby on a paid holiday will be paid at the rate of three quarters (3/4) the straight-time rate for such hours, including shift differential.

5.6.3    **On Standby.** If called to work when on standby, a Nurse shall be compensated at time and one-half (1½) the straight-time rate, including shift differential, for all time worked when on standby.

5.6.4    **Not on Standby.** A regular Full-time Nurse called back on the Nurse's regularly scheduled days off under the provisions of this paragraph shall receive pay at the rate of time and one-half (1½) including shift differential for all hours worked when called back.

5.6.5    **Guaranteed Pay.** Nurses recalled to work in accordance with this section will be guaranteed four (4) hours of work or payment in lieu thereof, except that a Nurse who is not on standby and who is called back within the Nurse's working day shall receive a guarantee of four (4) hours' work or payment in lieu thereof.

### 5.7    Shift Call-In

Nurses who are called in and agree to begin work prior to the commencement of their assigned shift shall be compensated as follows:

**Day Shift.** A day shift Nurse will receive NOC shift differential for all hours worked on the NOC shift. When the day shift begins, the day shift pay will apply.

**PM Shift.** A PM shift Nurse will receive PM shift differential for all hours worked when work commences on the day shift.

12

The current list of contributions (Appendix D) shall be updated as contribution increases available in a particular specialty.

### 5.11  Effective Date of Increases

Wage increases will be implemented on the nearest starting biweekly payroll period to the effective date set forth above.

### 5.12  Standard Computing

All wage increases will be calculated on the basis of standard rounding to the nearest one cent.

## ARTICLE 6.  CHANGE IN STATUS

### 6.1  Application

When a Nurse changes from a Full-time to a Part-time schedule or from a Part-time to Full-time schedule, the Nurse shall be subject to the following rules with respect to leave days and accumulation of fringe benefits.

### 6.2  Regular Full-time to Regular Part-time

(a)  stay in same tenure step;

(b)  keep same anniversary date for leave and benefits;

(c)  carry over fringe benefits in date of change, prorated fringe benefits after the date of change.

### 6.3  Regular Full-time or Part-time to Short-hour or Casual

(a)  stay in same tenure step;

(b)  further tenure step movement on next anniversary date, provided Nurse meets the one thousand (1,000) hour work requirement as set forth above (Article 5.2.2, Short-hour and Casual Nurse);

(c)  pay off the unused and accrued vacation for which the Nurse is eligible and pay off unused and unpaid holidays.

### 6.4  Regular Part-time to Regular Full-time

(a)  stay in same tenure step;

(b)  keep same anniversary date for leave and benefits;

(c)  carry over fringe benefits to Regular Full-Time.

### 6.5  Short-hour or Casual to Regular Full-Time

(a)  stay in same tenure step;

(b)  Another tenure step movement on next anniversary date, provided the Nurse meets the one thousand (1,000) hour work requirement as set forth above (Article 5.2.2);

(c)  meets fringe benefit accumulation at Full-time rate as of date of change in status. However, if the Nurse previously was a regular Full-time or regular Part-time Nurse at the Medical Center with no break in service, the Nurse retires for fringe benefit accumulation the start into the Nurse had when a regular Full-time or regular Part-time Nurse, adjusted forward for the length of time in Short-hour or Casual status. The Nurse also in such cases retains any unused sick leave accumulated while in regular Full-time or regular Part-time status.

### 6.6  Short-hour or Casual to Regular Part-Time

(a)  stay in same tenure step;

(b)  further tenure step movement on next anniversary date, provided the Nurse meets the one thousand (1,000) hour work requirement as set forth above (Article 5.2.2);

(c)  meets fringe benefit accumulation at prorated basis as of date of change in status. However, if the Nurse previously had been a regular Full-time or regular Part-time Nurse at the Medical Center with no break in service, the Nurse retires for fringe benefit accumulation the same time the Nurse had when a regular Full-time or regular Part-time Nurse, adjusted forward for the length of time in Short-hour status. The Nurse also in such cases retains any unused sick leave accumulated while in regular Full-time or regular Part-time status.

## ARTICLE 7.  HOURS OF WORK

### 7.1  Straight-Time

The straight-time work week shall be forty (40) hours, five (5) days per week. A straight-time day's work will consist of no more than eight (8) hours. For provisions applying to 12-hour shifts, see Appendix I.

14

15

7.2  Relevant Schedules

7.2.1  Four-Shift Schedule. Regular full-time Nurses on the night shift with one (1) of three years of service and regular full-time Nurses on the P.M. shift with four (4) or more years of service with the Medical Center shall have the right to elect a regularly scheduled four-shift work week. Such Nurses shall be compensated at [illegible] the right to elect a regularly scheduled four-shift week, 7.5, (Weekends Off), shall be applicable. A Nurse electing [illegible] (4/5th) of their regular weekly salary, and Article 7.5, (Weekends Off), shall be applicable. A Nurse electing this option shall be granted two (2) consecutive nights at P.M. shifts off, respectively, each week. Where the Medical Center has had a more liberal consecutive days off program for Nurses working four (4) nights or P.M.'s a week, such more liberal program shall not be reduced by reason of the foregoing provision.

7.2.2  Three-Shift Schedule. Regular full-time Nurses on the night shift for six (6) months or more, or regular part-time Nurses on the night shift for twelve (12) months or more, and all [illegible] the right to elect a regularly scheduled three-shift week on the night shift. Such Nurses shall be compensated at seven-tenths (7/8) of a regular full-time salary, and Article 7.5, (Weekends Off), shall be applicable.

7.2.3  Day-Shift Option. Regular Full-time Nurses on the day shift with four (4) or more years of service with the Medical Center shall have the right to elect a seventy-two (72) hour pay period for a sixty-four (64) hour pay period option.

7.2.4  Implementation. Regular full-time and regular part-time Nurses eligible to elect either of the above options shall be placed in such schedules as promptly as the vacancy created by the Nurse's election to reduce the hours of work can be satisfactorily filled. It is the intention of the parties, insofar as it is practical and possible, to re-schedule the Nurse no later than thirty (30) days from the date of election notification by the Nurse to the Medical Center.

7.2.5  Additional .60 FTE Positions. The Medical Center will establish fifty (50) new .60 FTE positions, as follows:

(a)  Within forty-five (45) days after the ratification of Agreement, thirty (30) positions at Alta Bates and twenty (20) positions at Summit shall be made available by seniority to the RNs currently employed at the Medical Center. For purposes of this provision, Alta Bates shall cover both Ashby and Herrick.

(b)  RNs on the Day and PM shift on each campus may bid on the newly created .60 FTE positions, with designated positions awarded to most senior nurses.

(c)  Positions currently held by Nurses are currently bidding for the newly created .60 FTE positions shall be reduced to a .60 schedule.

(d)  A once in a designated .60 position who leaves that position through a voluntary transfer shall not carry the .60 designation with her/him. The vacated designated .60 position will be re-posted for bidding for nurses on that campus by seniority.

(e)  Charge Nurses are not eligible to volume below .90 FTE.

7.3  Overtime

7.3.1  Work Week. If required to work in excess of forty (40) hours in any one (1) work week, a Nurse shall be paid overtime at the rate of time and one-half (1½) the straight-time pay except in the case of Article 7.5.4, Split Days Off and Eight-in-Row Option, below.

7.3.2  Premium. If a Nurse is required to work in excess of eight (8) hours in any one workday, excluding a meal period, on or in excess of eight (8) hours in consecutive time, excluding meal period, such Nurse shall be paid at time and one-half (1½) the Nurse's straight-time pay for such work in excess of eight (8) hours.

7.3.3  Double-time. If a Nurse is required to work in excess of twelve (12) hours in any one workday, excluding a meal period, each Nurse shall be paid at double (two times) the Nurse's straight-time rate for such work in excess of twelve (12) hours.

7.3.4  Authorization of Overtime. All overtime worked by a Nurse should be authorized in advance if possible, otherwise the claim for overtime shall be subject to review. If it is not possible on the day overtime is worked to secure authorization in advance, the Nurse shall record the overtime on the day overtime is worked and the reasons therefore on a record made available by the Medical Centre and give the same to the supervisor at the earliest opportunity.

7.3.5  Lunch Period And Payment For Lunch Time Worked. Full shift Nurses working the day and evening shifts who are scheduled to work eight (8) hours within a spread of eight and one-half (8½) hours shall receive not less than one-half (½) hour for lunch. If such Nurse is required to work during the lunch period, such lunch period shall be paid as time worked in addition to pay received in the full shift and shall be deemed time worked for the purpose of computing overtime. This provision does not prevent a night shift Nurse from working eight (8) hours within eight (8) hours without a meal period non-eating within the this unit, so long as in each case the eight (8) hours are all considered paid time. In compliance with State Wage and Hours regulations, in addition to the pay provided above, a Nurse who is not provided for by a meal or misses a 30-minute off-duty meal period shall be paid a penalty of one hour's pay at the employee's base rate of pay (which includes shift differentials). "Penalty Pay" hours do not qualify as hours worked in the calculation of overtime.

7.3.6  Timekeeping. Time records should be accurate, but it is recognized that the actual timekeeping systems are based upon a designated portion of an hour rather than, on the precise minute. The timekeeping system shall compute stop for minutes to the nearest one-quarter (¼) hour. Such a system of timekeeping should not, however, be unreasonably implemented not however, be unreasonably unreasonable work done. Nurses who are late than ten in permitting uncompensated work done.

16

17

## 7.3.7 Overtime Conversion Table

| Actual Minutes | Overtime |
|---|---|
| 1 through 7 minutes | None |
| 8 through 22 minutes | ¼ hour |
| 23 through 37 minutes | ½ hour |
| 38 through 52 minutes | ¾ hour |
| 53 through 67 minutes | 1 hour |
| and so on. | |

The foregoing applies to compensation only, and in no way does it modify the requirements for punctuality and adherence to a Nurse's schedule.

**7.3.8 Distribution of Overtime** The Medical Center shall use its best efforts to distribute overtime work among regular part-time and regular full-time Nurses for each unit on each shift on an equitable basis.

**7.3.9 Limits on Overtime** There shall be no mandatory overtime except in emergency situations declared by the local, state or federal government. The Recruitment and Retention Committee shall discuss the appropriate steps that should be taken to avoid the need for overtime.

In an effort to promote the safest clinical environment for our patients and staff, nurses shall not work more than the following, except in an emergency:

(a) 16 hours in a 24-hour period
(b) 20 consecutive days or more than 96 hours (whichever comes first) without a 24-hour rest period between shifts.

Hours paid as on-call will be excluded from the restriction above.

**7.3.10 Method of Calculation** The "weighted average" method of overtime calculation shall be used to determine overtime compensation.

## 7.4 Rest Periods

Each Nurse shall be granted a rest period of ten (10) minutes during each half shift without deduction in pay. A meal break of up to fifteen (15) minutes will also be reduced by reason of this provision. In compliance with State Wage and Hour regulations, a Nurse who is not provided for by a manager or designee one or more breaks during a shift shall be paid a penalty of one hour's pay, at the employee's base rate of pay, (which includes shift differentials). "Penalty Pay" hours do not qualify as hours worked in the calculation of overtime.

18

## 7.5 Weekends Off

**7.5.1 Definition of Weekend** A weekend means Saturday and Sunday, except in the case of a night shift it means Friday and Saturday. By mutual agreement, a night shift Nurse may elect to designate Saturday and Sunday as her/his regular weekend shift, subject to staffing requirements and the approval of the Medical Center. Avoidance of this option shall be done on a unit-by-unit basis.

**7.5.2 Guarantee of Weekends Off** The Medical Center shall grant each regular Part-time and Short-hour Nurse every other weekend off. Nurses with 15 years of service as a Registered Nurse in a CNA bargaining unit position in the Medical Center will be granted two out of every three weekends off. Nurses with 20 years of service as a Registered Nurse in a CNA bargaining unit position in the Medical Center will not be required to work weekends. This provision for Nurses with 15 years of service will be in effect only at Summit Medical Center until July 1, 2011, when it will take effect at Alta Bates Medical Center as well. This weekend off guarantee may be waived at the written request of the individual Nurse.

**7.5.3 Consecutive Weekend Premium** If the Medical Center requires a Nurse to work more than every other weekend, this Nurse will receive pay at time and one-half (1½) for additional weekends worked.

**7.5.4 Split Days Off and Eighty-Hour Option** Also, in order to accomplish the above, there shall be no restriction on split days off, and the Medical Center may utilize back-to-back weeks and the "eighty-hour option" under the Fair Labor Standards Act for the purposes of computing overtime, except as modified in Article 7.7, Overtime Pay After Seven Consecutive Days of Work.

**7.5.5 Waiver in Case of Catastrophe** In the event of a major catastrophe, the Association will waive any penalty payment provided for above (Article 7.5.3).

**7.5.6 Every Weekend Beneficial Positions** The Medical Center and the Association recognize that quality of care is enhanced by the continuity provided by a permanent and stable work force on all shifts and days of the week. The parties also recognize that due to overall seniority on some units and shifts, many Nurses are not being required to work every other weekend, resulting in advantage of regular and weekend shifts. To the extent necessary to provide regular, beneficial staffing on weekends and shifts, the Medical Center may establish every-weekend beneficial positions. The provisions of Articles 7.5.2 (Guarantee of Weekends Off) and 7.5.3 (Consecutive Weekend Premium) will not apply in such situations and positions; however, Nurses in every-weekend positions will be paid at the rate of time and one-quarter (1¼) for weekend work. One out of every eight (8) weekends worked, a Nurse shall be granted one weekend off to be scheduled by mutual agreement between the Nurse and the Medical Center. The Medical Center will use its best efforts to grant the Nurse the weekend off.

**7.5.7 Holiday Pay on Weekend** Every-weekend beneficial Nurses who work on a holiday shall be paid at time and three-quarters (1¾) for all hours worked on that holiday.

19

Consider, the Medical Center shall assign shifts to nurses on the schedule up to meet staffing levels in the following order:

(a) Regular benefited nurses working up in their FTE
(b) Short Hour nurses working up to their FTE status
(c) Regular and Short Hour nurses requesting extra, pre-premium shifts;
(d) Casual Nurses, pursuant to the provisions of Section 7.13.2; and
(e) Registry and Travelers.

Seniority shall be a primary factor within each of the categories (a) through (e) in assigning shifts, assuming appropriate competency requirements are met. It is not the intent of the parties that this provision change the existing procedures regarding the preparation of scheduling, including the granting of requested days off.

**7.5.4.  Scheduling in Women & Infants.** All nurses in the Women & Infants Campus shall be consolidated into the Alta Bates Campus under the preferred scheduling provisions. The hospital agrees that requests for schedules, changes due to changes in lifestyle or family commitments, will be accommodated based on seniority.

If a unit is not up to baseline for a given day and no individual nurse wishes to take the day off from the scheduled shift, the nurse will be allowed to do so as provided the nurse finds another RN to replace her, as long as the changes do not result in overtime for the hospital.

A nurse working an extra shift beyond her FWS will be considered before a nurse with less seniority, who has not yet completed her FWS. The decision above concerning will be made based on that day's schedule.

The Medical Center shall institute a total of 12 RN roles in Women and Infants. For all three shifts, there will be one in each of the four roles: Placement, 4th (Resource RN), Program Assist 4th (Resource RN), NICU (Team Leader), and L&D (Stork). These provisions will not be given a broader rate assignment and will be one of the staffing positions. The staffing of these positions will be by RNs moving into them.

**Transitional Nursery** — The Transitional Nursery will be grandfathered from nurses on both the third and fourth floors.

**7.9    Waivers**

The above provisions concerning weekends off (Article 7.5.2), rest between shifts (Article 7.6), and premium pay after seven (7) consecutive days of work (Article 7.7) may be waived on the written request of an individual Nurse and with the agreement of the supervisor. Such requests for waivers shall be in writing, and the individual Nurse shall indicate the time period during which each waiver shall be in effect. The Medical Center shall furnish a copy of each written waiver to the Nurse representative designated by the Association for such purpose.

---

**7.5.8    Existing Off for RNs in Rotary Weekend Benefited Positions.** RNs in every weekend benefited position may pick up to four (4) holidays off for the weekend shifts.

**7.5.9    Pay Days for Nurses in Rotary Weekend Benefited Position.** Nurses in every weekend benefited positions who are required to be present for jury duty for a minimum of four (4) hours each of four (4) or more days in a calendar week or more shift, at the request of the Nurse, be granted the following weekend off and shall be compensated at their regular straight-time pay up to Predetermined Work Schedule, less jury duty pay, when such jury duty was served provided they worked on the weekend preceding the jury duty.

**7.6    Rest Between Shifts**

Each regular Nurse shall have an unbroken rest period of at least twelve (12) hours between shifts and of at least fifty-five (55) hours between shifts within the Nurse is off on the weekend or two (2) consecutive days off and of at least thirty-one (31) hours between shifts when the Nurse is off on a holiday or on a single day off. All hours worked within the above rest periods shall be paid at the rate of time and one-half (1½). This provision may be waived on the request of the individual Nurse and with the agreement of the supervisor. Overtime for which premium pay is given shall count as rest periods for purpose of this paragraph.

**7.7    Premium Pay After Seven Consecutive Days of Work**

A Nurse required to work more than seven (7) consecutive days without a day off shall be compensated time and one-half and one-half (1½) for each day worked or portion thereof until granted a day off. This provision may be waived on the request of an individual Nurse and with the agreement of the supervisor.

**7.8    Posting Of Work Schedules**

**7.8.1    Time schedules and days off shall be posted fourteen (14) days in advance.** Time schedules and changes can be made by the nursing supervisor to assure adequate staffing.

**7.8.2    Scheduling Process.** The Medical Center shall use every reasonable effort to meet Nurses' requests for preferred workdays scheduled on the basis of each individual Nurse's seniority with the Medical Center. For those units with a "flexible" shifts, preferred start times will also be granted based on seniority.

**7.8.3    Option for Pre-Scheduling.** Using the factors consistently used by the Medical

## 7.10 Reduction of Hours For Medical Reasons

Requests for reduction of hours by Nurses for medical reasons shall be considered by the Medical Center on a case-by-case basis, and such requests shall not be unreasonably denied. A Nurse on an approved maternity LOA may elect to return to work on a Casual basis for the duration of the time the Nurse would have continued in the LOA.

## 7.11 Job Sharing Contracts

Pairs of Nurses shall be allowed to enter into job share agreements with each other and with the Medical Center pursuant to Appendix G. The Program and applications are available from Nursing Administration.

## 7.12 Casual Nurses

7.12.1 A Nurse who is employed to work on an intermittent or availability basis, used to replace regular employees who are absent or on vacation. Casual Nurses may also be used to meet staffing requirements during intermittent periods of high census, increased supply, or during the recruitment of staff for posted vacancies.

7.12.2 The Medical Center retains the right to determine the number of budgeted positions which will be budgeted each fiscal year, based on projected census levels. However the Medical Center agrees that its use of Casual/per diem Nurses will not be used to circumvent the concept of regular benefited employment.

## 7.13 Scheduling of Casual Nurses

7.13.1 Casual Nurses will communicate their availability in writing during the schedule preparation period. Deadlines for submitting availability will be contained with dates for schedule requests of benefited staff.

7.13.2 Casual Nurses will be pre-classified in their home department to ensure that predetermined core staffing levels are met. Work will be scheduled on a seniority basis according to the following procedure. The most senior Casual Nurse scheduling availability will be submitted up to 16 hours per week. Additional hours will be scheduled to less senior Casuals in turn. After all Casuals submitting availability have been scheduled for 16 hours additional hours will be awarded on a one (1) shift per person basis by seniority until core numbers are met.

7.13.3 Casual Nurses who are scheduled as "available" may cancel the same day before the start of a scheduled shift. Casual Nurses scheduled to meet core staffing or working for a benefited Nurse may not be self-cancel.

7.13.4 Should floating be necessary, Casuals scheduled as delineated above will float in turn with the regular staff. Casuals scheduled after the final schedule is posted will be the first to float, should floating be necessary.

22

7.13.1 Nurses will be assigned work on an availability basis.

7.13.5 Nurses not submitting availability during the preparation period will also be assigned work on an availability basis.

7.13.7 Casual Nurses must make themselves available two (2) weekend shifts per four (4) week ANSOS schedule (in areas where ANSOS is not used for scheduling, the minimum commitment is two (2) weekend shifts per calendar month). Weekend shifts worked in place of a regularly scheduled Staff Nurse do not meet the weekend availability requirement. All Casual Nurses hired prior to September 1, 1985 at Alta Bates will be grandfathered to one (1) eight-hour shift per schedule.

7.13.8 Casual Nurses may make themselves available for at least two (2) holiday shifts per calendar year.

7.13.9 Casual Nurses are eligible for medical unit maternity LOA's up to 180 days.

7.13.10 A Casual Nurse may elect to be exempt from weekend work up to 2 ANSOS (total of 12 weeks) schedules per calendar year. This request must be submitted in writing to the Nurse Manager in advance of the request period.

7.13.11 Casual Nurses interested in overtime should indicate their interest to their Nurse Manager. All overtime will be scheduled and/or cancelled as deemed necessary by Nursing Management. Pre-scheduled overtime hours are not guaranteed.

# ARTICLE 8.   SICK LEAVE

## 8.1   Accumulation

Each regular Nurse shall accumulate sick leave at the rate of one (1) day for each month of employment until the Nurse has accumulated a total of one thousand (1000) hours in all.

## 8.2   Waiting Period

8.2.1   A Nurse is not entitled to any paid sick leave during the first thirty (30) days of continuous employment; thereafter credit on the above basis is granted from the first day of employment.

8.2.2   Paid sick leave shall commence with the first day of illness upon the completion of ninety (90) days of continuous employment.

23

### 8.3 Method of Payment

8.3.1 Sick leave shall be paid for the Nurse's regularly scheduled working days up to a maximum of five (5) days, forty (40) hours a week. A paid holiday to which a Nurse is entitled will not be eliminated from paid sick leave accumulation.

Nurse would have been carried had the Nurse worked the regular schedule on the day or days of illness. Paid sick leave shall be counted as time worked for purposes of computing weekly overtime.

8.3.3 A Nurse who has exhausted her/his sick leave may, at the Nurse's option, utilize accrued vacation.

### 8.4 Proof

The Medical Center may require reasonable proof of physical disability sufficient to justify the Nurse's absence from work for the period claimed.

### 8.5 Integration

8.5.1 Payments of sick leave shall not affect and shall be supplementary to disability payments or Worker's Compensation. A Nurse entitled to disability or Worker's Compensation benefits shall receive, in addition thereto, such portion of accumulated sick leave as will meet but not exceed that standard earnings of such Nurse for her/his normal work week, up to a maximum of five (5) days.

8.5.2 Sick leave pay subject to integration with Unemployment Compensation Disability (UCD) or Worker's Compensation (WC) shall be paid promptly even if information as to the precise amount of UCD and WC payments is not immediately available.

8.5.3 Job Protection for Injured Workers. Nurses will not be disciplined for an injury or for injury-related absences, nor can these worker's compensation absences count as part of the basis for discipline.

8.5.4 The parties understand that policies and procedures with respect to safe working conditions and safe working practices coexist with 8.5.3 above.

### 8.6 Part-time Nurses

A Regular Part-time Nurse shall be entitled to sick leave benefits prorated on the basis of continuing employment for the twenty (20) or more hours a week. Accumulation is based on scheduled hours (PWS) Plus any additional straight-time hours worked up to a maximum of forty (40) hours.

### 8.7 Vacation

A Nurse becoming injured or sick while on vacation is eligible to utilize unused sick leave, provided the Nurse is admitted to a hospital.

### 8.8 Pay Checks

The Nurses' pay checks will include sick leave accumulation on each regular payment.

### 8.9 Agreements

Earned sick leave shall be granted to a Nurse where circumstances make it impossible to schedule a doctor or dental appointment during non-working hours. When it is necessary to reschedule an appointment during working hours, a Nurse, insofar as possible, shall endeavor to schedule such appointments at the beginning or at the end of the Nurse's shift. At least forty-eight (48) hours advance notice shall be given to the Nurse manager by the Nurse, except in case of emergency.

### 8.10 Sick Leave Payout

A Nurse with ten (10) or more years of continuous service may convert accumulated sick leave to pay at the rate of three (3) days sick leave to one (1) day's pay in the event of termination. The maximum payout for any Nurse under this provision is ten (10) days' pay.

### 8.11 Donation of Sick Leave

Nurses may donate up to one day of sick leave per year to a coworker on the same basis and for the same purposes as Nurses presently are donating vacation days to the Foundation's/ Good Samaritan Fund.

## ARTICLE 9. VACATIONS

### 9.1 Full-Time

Nurses shall accrue paid vacation, on a pay period basis, at the rate of two (2) weeks per year for the first year of Benefitted service, three (3) weeks per year for the second through the fourth year, four (4) weeks per year for the fifth through the ninth year, and five (5) weeks per year for the tenth year and away year thereafter.

### 9.2 Regular Part-Time

Prorated vacation benefits shall accrue by pay period to regular Part-time Nurses according to the schedule above. Benefits shall be in the same ratio that the Nurse's schedule bears to a Full-time hours (PWS) Plus any additional straight-time hours worked up to a maximum of forty (40) hours per week.

## 9.6 Vacation Sequence

Vacation may be taken in daily segments. Requests for less than full-week vacation blocks which are submitted by February 1 will be granted on a seniority basis after full-week requests have been granted in accordance with Articles 9.4 and 9.5, above. Requests submitted after February 1 will be granted in accordance with Article 9.4.

### 9.7 No Sequence Plan

A request for vacation shall not unreasonably be denied because of the season of the year.

### 9.8 Deferred Vacation

It is the intention of the parties to this agreement that the vacation time to which a Nurse is entitled shall be taken each year. A Nurse may, because of a disability which may necessitate a postponement of the vacation or because of an approved absence or through mutual written agreement with the Medical Center, defer earned vacation not beyond the year during which the vacation would otherwise be taken. Earned vacation shall not be lost by reason of the provision of this paragraph.

### 9.9 Pension at Termination

Any Nurse who is eligible for vacation under the terms of this Agreement and whose service has been terminated shall be entitled to earned vacation pay as accrued at the time of termination.

### 9.10 Shareholder Nurses

Shareholder Nurses shall be eligible for unpaid vacation each year. The amount of such vacation and scheduling thereof shall be determined in the same manner as specified in this Article for Regular Nurses.

## ARTICLE 10. HOLIDAYS

### 10.1 Recognized Holidays

The following holidays shall be recognized:

| | |
|---|---|
| New Year's Day | Labor Day |
| Martin Luther King Jr.'s Day | Thanksgiving Day |
| President's Day | Christmas Day |
| Memorial Day | Employee's Birthday |
| Independence Day | One Floating Holiday |

27.

## 9.3 Vacation Option

9.3.1    Each Nurse who is eligible for two (2) weeks or more of vacation may, at the option of the Nurse, elect to take an extra week of vacation without pay. No more than one (1) extra week of vacation may be exercised in this manner, except as provided in Article 9.3.2, below. To exercise this option, each Nurse who wishes to exercise this option shall, at any time prior to the completion of his/her year of employment, notify the Medical Center in writing. The option shall be effective during the anniversary year immediately following receipt of notification and shall continue in effect until the Nurse notifies the hospital of his/her desire to rescind the option. Nurses who have exercised this vacation option prior to the effective date of this provision shall have the option to continue their anniversary year to anniversary year until the Nurse notifies the Medical Center of his/her desire to rescind the option. In all cases a Nurse may only rescind the option on an anniversary-year basis.

9.3.2    A Nurse exercising this option shall receive the extra week(s) of vacation, and shall schedule his/her extra week(s) of vacation in accordance with the vacation provisions of the contract. A Nurse shall schedule his/her extra week(s) of vacation in conjunction with the scheduling of her/his normal accrual of paid vacation.

9.3.3    An Alta Bates Nurse who has four or more years of service and who has requested a second unpaid week of vacation pursuant to Section 9(B) of the Alta Bates-CNA contract in effect through June 30, 2000, may continue to elect a second unpaid week of vacation, pursuant to the provisions set forth above.

## 9.4 Scheduling of Vacation

Nurses shall submit their vacation preferences by February 1 of each year. Not later than March 1 of each year, the Medical Center shall post a schedule of vacations covering the period April 1 through March 31 of the following year. Vacation periods to be scheduled on a Monday through Sunday basis, except for the night shift, which shall be scheduled on a Sunday through Saturday basis. Vacation requests for weeks can be legally claimed by a senior Nurse up to the vacation schedule shall be granted on a first-come, first-served basis. It an RN requests, the RN's name shall be placed on a waiting list of RNs who submitted requests by February 1st, but when requests were denied because the time requested was filled by a senior nurse. In the event that a senior Nurse's vacation time, the next senior RN on the waiting list shall be granted that time requested, provided an RN has submitted a vacation request. Vacation requests submitted after February 1, but at least three (3) months prior to the date(s) requested, will be granted on a first-come, first-served basis, with written confirmation to the Nurse within two (2) weeks of receipt of the request. Vacation requests submitted within three (3) months of the date(s) requested will be granted in accordance with Article 7.8.2, Scheduling Process.

## 9.5 Length of Service

If staffing and patient care requirements do not permit all Nurses requesting a certain vacation preference to take their vacation over the same time period, length of service in the Medical Center shall be the determining factor within each unit.

26.

**10.2 Floating Holiday**

Each Nurse with ninety (90) days of employment shall become eligible for one (1) floating holiday per year. Each anniversary year the Medical Center and the Nurse shall agree on the day which will be taken by the Nurse as a floating holiday. If the Medical Center and the Nurse do not reach such agreement, one (1) day shall be added to the Nurse's next vacation.

**10.3 Birthday Option**

A Nurse's birthday holiday may be distinguished for another day by mutual consent.

**10.4 Scheduling of Holiday Time Off**

Requests for time off for the floating and birthday holidays will be handled in the same manner as requests for daily vacation requests (see Article 9.6, Vacation Segments).

**10.5 Major Holidays Off**

The Medical Center agrees to grant holiday time off to all regular Nurses on at least one of the following holidays: Christmas Day or New Year's Day.

**10.6 Days of Observation**

Fixed Holidays as above designated shall be observed on those days designated by federal and state law.

**10.7 Major Holiday Option for PM Shift**

The Medical Center agrees to grant time off to all regular PM shift nurses on at least two of the following four days: Christmas Eve, Christmas Day, New Year's Eve and New Year's Day. No PM shift Nurse will be required to work both the eve of a major holiday and the PM shift of that major holiday. If the Nurse works only on the eve of a major holiday, she will be compensated at the rate of time and one-half the Nurse's hourly rate. In the event a PM nurse chooses to work both the eve of a major holiday and the PM shift of the same major holiday, the times will be compensated at the rate of time and one half for only one of the two shifts worked, and will receive only one compensatory day off.

**10.8 Eligibility**

No Nurse will be entitled to a paid holiday until such Nurse has been on the Medical Center payroll for at least thirty (30) calendar days, except for the Nurse's birthday, and when effective, the floating holiday which, in both cases, shall be applicable after ninety (90) days of employment.

28

**10.9 Definition of Holiday Shift**

A holiday shift is defined as a shift in which the major portion of the shift is worked on the holiday.

**10.10 Holiday as Day Off**

If a holiday falls on the Nurse's regular day off, the Nurse shall be granted another day off as holiday time. If the holiday falls within the Nurse's vacation, one (1) day shall be added to the Nurse's vacation.

**10.11 Work on a Holiday**

Any Nurse who works on a recognized holiday shall, in addition to holiday pay (if any) receive one and one-half (1½) times the Nurse's regular hourly pay for all hours so worked. In order to be eligible for premium pay on the Nurse's birthday, the nurse specifically requests the birthday off during the scheduling period. If the Medical Center is unable to grant the day, the Nurse will receive premium pay as outlined above. However, a Nurse who works on a paid holiday may have the option to waive the holiday pay, if any, to which the Nurse is entitled (not the time and one-half (1½) for hours worked on the holiday) and instead of holiday pay take compensatory time off without loss of salary at a later date. The date upon which the Nurse takes the compensatory time off shall be set only by mutual agreement between the Nurse and the Medical Center. If such mutual agreement as to date cannot be reached, the Nurse shall take such compensatory time off without loss of salary at the conclusion of the Nurse's next vacation period or be paid therefore upon termination from the Medical Center, whichever comes first.

**10.12 Holiday Time Off**

The Medical Center shall use its best efforts to route equitably holiday time off among all regular Nurses for each unit. This provision shall not affect Article 10.5, guaranteeing each regular Nurse at least one of the following holidays off: Christmas Day or New Year's Day.

**10.13 Holiday While on Sick Leave**

A paid holiday to which a Nurse is entitled will not be subtracted from paid sick leave accumulation.

**10.14 Part-time Nurses**

A regular Part-time Nurse shall be entitled to holiday benefits granted on the basis of continuing employment for twenty (20) or more hours a week.

**10.15 Standby on Holidays**

For standby pay on holidays, see Article 5.5.2, Holiday Standby.

29

## 10.16  Holidays in Units Closed on Holidays

Each day scheduled by identifying the ABSMC recognized holidays will be prorated on all units by December 1st of each year. If the Medical Center/department (excluding impacted care units) choose to remain open to provide patient care during any of the above identified holiday days, staff will be notified six weeks in advance of the date in question. RNs on the unit will then be given the opportunity to submit vacation requests over a 14 day period outside of the normal Vacation Making period. Such requests will be honored by seniority as long as care staffing requirements are met. Vacation requests approved during the January vacation bidding process shall not be rescinded by virtue of this paragraph, however.

# ARTICLE 11.  GROUP HEALTH, DENTAL AND DRUG PLANS

## 11.1  Health Plan

Center's self-insured medical plan or the Health Net HMO Plan. Copies of the summary plan description will be provided annually.

11.1.1 The Medical Center shall provide to benefited staff the choice of the Medical

11.1.2 The Medical Center reserves the right to make modifications to or enhancements in group provided medical changes do not differ in medical benefits to the Nurse. If the Medical Center seeks to change the level of benefits provided, they will notify the Association and no such changes will be implemented without the agreement of both parties.

## 11.2  Dental Plan

The Medical Center will consider to enroll all eligible full-time and regular Part-time Nurses covered by this agreement in the current dental programs for ABSMC and SMC Nurses, respectively. With the agreement of the Association, the Medical Center may substitute the proposed Delta Dental Plans for the existing dental plans currently offered to Nurses. In no such agreement is reached, the existing dental plans will continue to be offered to the Nurses at usual charges, except that the annual dependent be increased to $2000 from $1500 effective April, 2003. Orthodontics shall have a separate lifetime cap of $2000.

## 11.3  Prescription Drug Plan

The Medical Center will continue to enroll all eligible Full-time and regular Part-time Nurses covered by this agreement in the current Prescription Drug Plans for ABSMC and SMC Nurses respectively, at the Medical Center expense.

## 11.4  Vision Plan

The Medical Center will continue to enroll all eligible Full-time and regular Part-time Nurses covered by this agreement in the current Vision Plans for ABSMC and SMC Nurses, respectively, at the Medical Center expense.

## 11.5  Notice

An outline of benefits of the above Plans will be sent to the Association and will be distributed to the Nurses at the Medical Center.

## 11.6  Eligibility of Nurses

An eligible Nurse is a regular Nurse who has worked continuously for the Medical Center for twenty (20) or more hours a week for a period of ninety (90) days and who continues to work such a schedule.

## 11.7  Accessibility to Health Plans Per Short-hour Nurses

Short-hour Nurses who are regularly scheduled on a predetermined work schedule of one (1) or two (2) shifts a week (as defined in Article 4.1.3, Short-hour) may be covered by the above group health insurance, dental, drug, and vision plans if they pay for such coverage themselves. This may only be done when seventy percent (70%) or more of the Nurses in such Short-hour classification is employed by the Medical Center. Enrollment and continued coverage. If the figure goes below seventy percent (70%) at any time, such coverage will be discontinued. A Short-hour Registered Nurse who elects such coverage must make his/her payment to the Medical Center monthly by the fifth day of each month. If the Short-hour Nurse's payment for such coverage is not made to the Medical Center on a timely basis, such coverage shall be discontinued. The Medical Center and a Short-hour Nurse may agree that such premium shall be made by the Nurse to the Medical Center on a payroll deduction basis upon written authorization of the individual Nurse, but this can only be done by mutual agreement.

## 11.8  Family Coverage

11.8.1 At Summit Medical Center, an eligible Nurse's spouse or domestic partner, and dependent children up to nineteen (19) years of age may be enrolled without charge in the Health, Dental and Vision and Drug Programs. Dependent children who are Full-time students will be covered without charge up to age 24.

11.8.2 At Alta Bates Medical Center, an eligible Nurse's spouse or approved equivalent, and dependent children up to nineteen (19) years of age and dependent students up to twenty-five (25) years of age, may be enrolled without charge in the Health, Dental, Vision and Drug Programs.

**11.9 Continuation of Coverage**

The Medical Center will continue coverage of a Nurse disabled for work by job-connected injury or illness as determined by the Worker's Compensation Appeals Board during such disabilities up to a maximum of eighteen (18) months.

**11.10 Pre-Tax Reimbursement Accounts**

The Medical Center will provide dependent care and health care pre-tax reimbursement accounts to all Nurses.

**11.11 Loss Dates of Coverage**

Health plan coverage will cease to exist immediately following the last day of the calendar month in which a Nurse terminates employment or changes his/her employment category to Short-hours or Casual. Dental and vision benefits will cease to exist the day immediately following Nurse's last day of work due to termination or change in employment category to Short-hours or Casual.

**11.12 Cobra Continuation Coverage**

11.12.1 As a limit of the Consolidated Omnibus Budget Reconciliation Act (COBRA), Nurses and dependents who are covered under a Medical Center plan can elect to continue health, dental and vision coverage if coverage under the plan would stop as a result of certain qualifying events confined in the following paragraphs:

11.12.2 In case of cessation of employment or reduction in hours, a Nurse will be notified by a Representative from the Human Resources Department of his/her right to elect continuing coverage. The Nurse will have sixty (60) days to make a written election.

11.12.3 In the case of divorce or legal separation, death, or a change in dependent child's status, a benefited Nurse or his/her dependent must notify the Human Resources requirements of the event and request COBRA. Information and election forms within sixty (60) days of the qualifying event, otherwise COBRA continuation coverage will not be available.

**ARTICLE 12. GROUP LIFE INSURANCE**

**12.1 Amount of Insurance**

The Medical Center will provide each regular Nurse with $3,000.00 group life insurance and $3,000.00 accidental death and dismemberment coverage, and the cost of such coverage shall be paid by the Medical Center.

**12.2 Eligibility**

Such coverage shall become effective the first day of the month following completion of ninety (90) days of continuous employment.

**12.3 Additional Options**

Each regular Nurse will have the option to purchase dependent life insurance and additional employee life insurance and AD&D.

**ARTICLE 13. LONG-TERM DISABILITY INSURANCE**

The Medical Center will provide each regular Nurse with Long Term Disability Insurance which will replace 60% of the Nurse's salary for 33 months when disabled from the Nurse's own occupation, or until age 65 when disabled from any occupation, after a waiting period of 180 days. The cost for such coverage shall be paid by the Medical Center.

**ARTICLE 14. BENEFITS FOR NURSES WORKING LESS THAN FULL-TIME**

**14.1 Nurses Working Over 40 Hours Each Week**

Upon employment, each Nurse employed on a regular predetermined schedule of twenty (20) hours per week or more shall have applicable the terms and conditions as set forth in Article 5.2 (Tuition Deferral), Article 5.3 (Credit For Previous Experience), Article 5.5 (Differentials), Article 5.6 (Standby), Article 5.8 (On-Call Back), Article 5.9 (Charge Pay), Article 8 (Sick Leave), Article 9 (Vacations), Article 10 (Holidays), Article 11 (Group Health, Dental, Vision And Drug Plans), Article 12 (Group Life Insurance), and Article 16 (Retirement Program). The Compensation of these off-benefits for regular Part-time Nurses shall be in the same ratio that the Nurse's regular schedule hours as a Full-time establish.

**14.2 Part-Time Nurses**

14.2.1 Regular Part-time Nurses who are regularly assigned for a period of ninety (90) days to work shifts in addition to their initial schedule shall receive retroactive credit for the additional hours worked.

14.2.2 Regular Part-time Nurses who have accrued vacation credit due to working their regular schedule (PWS), which, at the return of the Nurse, be compensated for up to thirty (30) hours of vacation pay per week when on vacation provided they have sufficient accrued paid time but they will accrue vacation credit only up to their usual PWS accrual for vacation taken.

### 14.3  Short-hour Nurses

Short-hour and Casual Nurses are ineligible for all fringe benefits such as, but not necessarily limited to, the following: holidays, group life insurance, long term disability insurance, hospital-medical-surgical insurance, dental insurance, or accumulative benefits, sick or vacation pay, sick leave, and credited service toward pension benefits and any Medical Center contribution under the Retirement Plan. Such Nurses will, however, be compensated at the rate of time and one-half (1½) for work performed on a recognized holiday listed in Article 10.1. Such Nurses may have accessibility to coverage under the Group Health, Dental, Drug, and Vision plans as provided in Article 11.1-11.1.A. Such Nurses may participate in the Retirement Program in accordance with Article 16. Such Nurses will be eligible for Charge Pay in accordance with Article 5.9. Such Nurses will be eligible for unpaid leaves of absence in accordance with Article 15.

## ARTICLE 15. LEAVES OF ABSENCE

### 15.1  Accrual of Rights

Authorized leave of absence for any purpose shall not affect previously accumulated sick leave, vacation time, or tenure. While on an approved leave of absence in a paid status, all health, dental and vision insurance benefits will continue. Finally, dental and vision benefits will continue for an additional 30 days as if the Nurse were still active. Thereafter, a Nurse may elect to pay health, dental and vision insurance premiums in order to maintain coverage. An election to pay such premiums will be in writing.

### 15.2  Written Authorization

At the time of such leave, the Nurse, upon request, may receive a written copy of leave of absence authorization.

### 15.3  Change of Anniversary Date

Anniversary date for the purpose of salary Steps and vacation eligibility will not be changed until the Nurse exceeds thirty (30) consecutive days Leave of absence without pay. In all cases the first thirty (30) days shall not be counted when the anniversary date is changed.

### 15.4  Probationary Leave

The parties agree that it is desirable for the Nurse to participate in professional activities so long as they are not inconsistent with staffing requirements of the Medical Center and that the Medical Center should grant such leave.

### 15.5  Maternity Leave

15.5.1  Maternity leave without pay up to six (6) months shall be granted to Full-time and regular Part-time Nurses with one or more years of continuous service. This leave may be

34

available in an additional six (6) months upon mutual agreement between the Nurse and the Medical Center.

15.5.2  The Medical Center agrees that they will not unreasonably withhold consent to extending the maternity leave. Three (3) weekly notice in writing to the Medical Center is required for return from maternity leave of absence.

### 15.6  Parental Leave

The Medical Center shall grant unpaid parental leave of up to 90 days for the care of a newborn or newly adopted child. The Medical Center will not unreasonably withhold consent of extending such leave to six (6) months.

### 15.7  No Sick Leave Bonus?

A leave of absence request shall not be unreasonably denied because of the nature of the year.

### 15.8  Return From Leave

15.8.1  When a Nurse returns from an approved medical, maternity or family leave of absence not exceeding six months and does, or on an approved personal leave not exceeding sixty days total time, in compliance with the approved terms of the leave, such Nurse shall be assigned to the same classification, position, unit and shift the Nurse held before the leave.

15.8.2  If the approved medical, maternity or family leave is in excess of six months leave will lose their lieu return to, and will not unreasonably delay, return of the Nurse to the same classification, position, unit and shift the Nurse held before the leave.

15.8.3  The procedures for a Nurse to obtain clearance for return to work from an approved medically-related leave of absence shall comply with applicable law. Such procedures may include, where allowed by law, clearance to return to work by the Medical Center's Occupational Health department. The Medical Center will notify a Nurse in writing, with a copy to the Association, when a Nurse is referred to the Occupational Health department for clearance to return to work.

### 15.9  Association Leaves of Absence

#### 15.9.1  Extended Association Leaves

Upon at least thirty (30) calendar days advance written request from the Association, and the Nurse, one (1) Association-represented Nurse per campus (2) shall be granted an extended leave of absence without pay to engage in Association business. In no situation shall the leave of absence be granted for a period of more than three (3) years. During the leave of absence the Nurse shall be in a

35

16.2 **Sutter Health Retirement Plan**

16.2.1 **Benefits Offered Effective January 1, 2003.** Two retirement options shall be available to Eligible Nurses covered by this Agreement. The two options are the Sutter Health Retirement Plan—Cash Balance Design and the Sutter Health Retirement Plan—Traditional Defined Benefit Design (formerly known as the Mills-Peninsula Retirement Plan). These plans will contain the terms and conditions as set forth in Section 16.3 of this Article.

16.2.2 **Sutter Health Retirement Plan Election.** Eligible Nurses may elect to participate in either the Sutter Health Retirement Plan—Cash Balance Design or the Sutter Health Retirement Plan—Defined Benefit Design, as set forth below:

16.2.3 Nurses who are participants in the CNA TDA Plan as of December 31, 2002, will be provided a one-time, irrevocable election between the Sutter Health Retirement Plan—Cash Balance Design and the Sutter Health Retirement Plan—Defined Benefit Design, but not the CNA TDA Plan. This one-time, irrevocable choice shall be effective January 1, 2003.

16.2.4 Nurses hired on or after January 1, 2003 will be provided a one-time, irrevocable election between the Sutter Health Retirement Plan—Cash Balance Design and the Sutter Health Retirement Plan—Defined Benefit Design. This one-time, irrevocable choice shall be effective January 1, 2003, or the date of hire, whichever is later.

16.2.5 Any Nurse failing to make the election required by the preceding subsections by March 31, 2003 or thirty (90) calendar days after becoming eligible for this benefit, whichever is later, will automatically be enrolled in the Sutter Health Retirement Plan—Cash Balance Design.

16.2.6 "Decision trees" including personalized statements and other information shall be made available in the first quarter 2003 to Eligible Nurses to help them make decisions regarding their choice.

16.3. **Terms and Conditions of the Sutter Health Retirement Plan**

16.3.1 Eligibility for participation in the Plan(s) is determined in accordance with the terms of the applicable plan document(s).

16.3.3 The Sutter Health Retirement Plan—Defined Benefit Design will be amended to contain the following terms and conditions, effective January 1, 2003:

16.3.2.1 The definition of "compensation" will be enhanced to include overtime, differentials (including weekend differentials), and bonus pay, in order to match the definition of "compensation" under the Sutter Health Retirement Plan—Cash Balance Design.

37

---

"without pay and without benefits" status and during the term of this leave of absence the employer shall in no way be obligated to provide pay or benefits for the Nurse. While in an unpaid status, a regular employee shall be entitled to continue his or her health benefits under COBRA, under the conditions provided by law. The hospital shall grant such leave except at those occasions when such leave would seriously affect staffing requirements.

15.9.2 At least forty-five (45) calendar days prior to the completion of the period of the leave of absence the employee of the leave of absence, the Association shall notify the employer of the Nurse's intent to return to work and the Nurse shall likewise so advise the employer. Upon return, the Nurse shall be returned to the same or similar position at the step left, provided they meet the previous's compensation, without loss of seniority, from which the nurse took the leave of absence, consistent with staffing reductions and/or layoffs which may have occurred during the period of the leave of absence without pay.

15.9.3 **Short Term Association Leave.**

Nurses may apply for short term leave and shall receive, at the Nurse's option, vacation pay, paid time off, or unpaid personal leave in order to participate in bona fide Association activities. The duration of the requested time away from work shall not exceed thirty (30) days. The hospital shall grant such leave except on those occasions when such leave would seriously affect staffing requirements.

**ARTICLE 16   RETIREMENT**

16.1 **Tax-Deferred Annuity Program**

The Medical Center agrees to provide for a tax-deferred annuity plan under Internal Revenue Code Section 403 (a) or (b). Except as provided in Appendix H (Retirement Plan Options for Nurses Employed on December 31, 1975), the CNA Tax-Deferred Annuity Plan(s) for Certain Employees of Alta Bates Medical Center and Summit Medical Center (hereinafter referred to as the CNA TDA Plan, shall be the exclusive retirement plan funded by Medical Center contributions for Nurses covered under this Agreement, until December 31, 2002. The Medical Center shall make contributions to the CNA TDA Plan in the amount of and for the benefit of those eligible Nurses as described in the CNA CBA of July 1 2000-June 30, 2002.

After December 31, 2002, the Medical Center agrees to continue providing this tax-deferred savings program under IRS Code 403(b) to which RNs may make voluntary contributions. Each Nurse covered by this Agreement may elect to make voluntary salary reduction contributions to separate tax-deferred annuity plans subject to the restrictions and limitations of such plan and internal by any applicable Federal and State withholding.

Instead, employee contributions shall no longer be made to the CNA TDA. Plan, effective January 1, 2003, employer contributions shall be made to the Sutter Health Retirement Plan beginning January 1, 2003.

36

16.3.2.2 The hours required for earning a "year of credited service" will be reduced to 1000 hours in a calendar year for both benefited and per diem nurses, in order to match the definition of "year of credited service" under the Sutter Health Retirement Plan – Cash Balance Design.

16.3.2.3 Per Diem Nurses will be included as an eligible employment classification.

16.3.2.4 A disability benefit will be provided when a participant in the Sutter Health Retirement Plan – Defined Benefit Design, regardless of age, becomes disabled within the meaning of the Federal Social Security Act while employed by ABSMC or another Sutter Health affiliate participating in the Sutter Health Retirement Plan – Defined Benefit Design, and has at least five years of credited service under this design prior to the date the participant became disabled. The sole evidence the Sutter Health Retirement Plan – Defined Benefit Design will consider regarding the existence of a disability, and the date the disability began, is a written determination by the Social Security Administration. If a Sutter Health Retirement Plan – Defined Benefit Design participant qualifies for a disability benefit, the benefit will be calculated as if the participant were 65 years of age and retired as of the date of disability. There is no reduction for the early start of benefits, and payments will be retroactive to the date of disability (as determined by Social Security Act), up to a maximum of 12 months retroactively from the date the Sutter Health Retirement Plan – Defined Benefit Design receives the participant's application for the disability benefit. The disability benefit will be paid only until one of the following dates, whichever occurs first: (1) the date the participant is no longer disabled; (2) the date the participant dies; or (3) the first day of the calendar month in which the participant reaches the age of 65.

16.3.3 The Sutter Health Retirement Plan – Cash Balance Design will be amended to contain the following terms and conditions, effective January 1, 2003:

| The contribution schedule will be increased to the following:<br>Years of Service | Percentage of Pay Contribution |
|---|---|
| 0-5 | 5% |
| 5-10 | 6% |
| 11-15 | 7% |
| 16-20 | 8% |
| 21-23 | 9% |
| 24-26 | 10% |
| 27-29 | 11% |
| 30+ | 12% |

38

The vesting schedule will be decreased to 100% vesting after three years of service.

16.3.3.1 Per Diem Nurses will be included as an eligible employment classification.

16.3.3.2 The vesting point to enter and to issue a benefit will be shortened, so that a Nurse may enter the plan on date of hire, and earn a benefit if the Nurse works at least 1,000 hours in the calendar year of hire.

16.4 Except as expressly provided above, eligibility for participation in the plans is determined in accordance with the terms of the applicable plan documents.

16.5 There shall be no loss of retirement benefits and/or vesting rights by virtue of the execution of this Agreement.

16.6 Retiree health provisions are spelled out in Appendix J of this Agreement.

16.7 Retired Nurses.

16.7.1 The Medical Center will continue to provide retirement benefits as provided in the Medical Center Plan for Nurses who have retired pursuant to the Medical Center Plan prior to January 1, 1996 (see Appendix K).

16.7.2 The Medical Center itself pay directly the amount of $9.30 per month to any Nurse who retires after January 1, 1990 from the Medical Center with ten (10) Years or more employment, is eligible for Medicare, and is at least 65; or any Nurse who is expressly receiving benefits under the Medical Center Plan (including any applicable successor plan).

16.8 Early Retirement.

Recognizing that incentives for early retirement are in the interest of both the Medical Center and Registered Nurses, the parties agree to establish a Task Force to explore the possibility of offering early retirement incentives to RNs. The Task Force will be established and begin meeting no later than January 1, 1998.

ARTICLE 17. PAID EDUCATIONAL LEAVE

17.1 Eligibility Criteria.

A Nurse shall be entitled to leave with pay each year accumulative over two years to attend courses, institutes, workshops, or classes or at educational center, provided:

(a) the Nurse applies in advance in writing specifying the course, institute, workshop, or class the Nurse wishes to attend;

39

understood that an individual Nurse shall have a choice in the selection of the type of educational programs in which the Nurse will participate.

**17.8    Leave At Option of Medical Center**

Nurses may request unpaid leaves of absence not to exceed thirty (30) days for professional activities such as, but not necessarily limited to, educational workshops, seminars, continuing education courses, and participation in bona fide activities of the Association. The Medical Center will grant such leaves except on those occasions when such leaves would seriously affect staffing requirements.

**17.9    Guidelines**

17.9.1    The following shall serve as guidelines for the programs covered by paid educational leave:

(a)    formally organized courses in nursing;

(b)    formally organized courses in related subjects leading to a degree in nursing;

(c)    formally organized seminars and symposia dealing with the contemporary practices of nursing;

(d)    formally organized specialized courses relating to nursing practice;

(e)    formally organized clinical nursing seminars and bedside study on maternity and child health and medical-surgical;

(f)    formally organized programs for health professionals open to Registered Nurses and which deal with issues involving patient care;

(g)    formally organized specialized programs not directly involving nursing but primarily related to patients' health and welfare (e.g., child development, counseling, home care, community health).

17.9.2    The various areas covered above shall include those sponsored by a hospital, educational institution, government agency, or professional association.

17.9.3    It is agreed that the above set forth activities shall be related to nursing practice within the Medical Center.

**17.10    Certificate of Attendance**

The Nurse may be requested by her/his unit manager to submit a certificate of attendance at the time of her/his annual performance review.

41

---

(b)    the Nurse obtains permission from the Nurse Manager;

(c)    such leave shall not interfere with staffing.

**17.2    No Unreasonable Denial**

Permission for such educational leave will not be unreasonably denied. No Nurse shall be limited more than two (2) requests in a six (6) month period.

**17.3    Accrual**

Accrual of leave is determined by the Nurse's predetermined work schedule plus eight (8) hours, i.e. 40 hours/week=48 hours paid educational leave per year, 32 hours/week=40 hours paid educational leave per year. Such Nurse shall be eligible for such leave as required to use eight (8) hours each calendar year for a mandatory class or inservice if deemed necessary by the Nursing Director to maintain skills or knowledge on the particular unit. A Charge Nurse shall be eligible for thirty-two (64) hours paid education leave per year, all other provisions of Article 17, including proration, shall apply.

**17.4    Yearly Basis**

Paid education leave is granted on a calendar year basis. The Nurse shall be granted paid education leave hours based upon her/his annual rate (see Article 17.3 above), on the first day of each year.

**17.5    New Hire Eligibility**

Newly hired Nurses are eligible to use paid education leave following ninety (90) days of employment. Paid education leave for the first year of employment will be prorated, based upon the number of pay periods after the date of hire and the arrival rate (see Article 17.3).

**17.6    Assumption**

If a Nurse requests educational leave and does not receive it in a particular year for which qualified, the Nurse may accumulate it for the following year.

**17.7    Leave At Request of Medical Center**

If the Medical Center within the Nurse to engage in an educational program other than the In-Service Education Program, the Medical Center and the Nurse may mutually agree that this is charged against the Nurse's educational leave. If the Nurse desires to engage in such educational program, the Medical Center has the option to either have the leave count or to require the Nurse to engage in such program, in which event it is not charged against the Nurse's educational leave. It is

40

## 17.11   Educational Leave on Scheduled Day Off

Educational leave shall be paid if the educational program occurs on a day the Nurse is not scheduled to work, provided the above criteria are satisfied.

## 17.12   Education Leave on Scheduled Work Day

If the educational program occurs on a day the Nurse is scheduled to work, the following principles shall govern:

17.12.1  If the educational program has a duration of four (4) or more hours within or without a shift in whole or in part, the Nurse will be excused from her/his shift and receive eight (8) hours educational leave pay for each day, or up to a maximum of the Nurse's regular schedule if less than eight (8) hours.

17.12.2  If the educational program has a duration of less than four (4) hours and falls within the Nurse's shift in whole or in part, the Nurse will be paid for hours spent at the educational program and will work the balance of her/his shift or, at the option of the Medical Center, the Nurse can be excused from her/his entire shift and be paid eight (8) hours educational leave pay or up to a maximum of the Nurse's regular schedule if less than eight (8) hours.  The Medical Center shall notify the Nurse of that option three (3) days prior to the time they approve the leave request. In no case shall the combination of actual work time and paid educational leave exceed eight (8) hours per day or the Nurse's regular schedule if less than eight (8) hours.

17.12.3  If the educational program has a duration of less than four (4) hours and falls entirely outside the Nurse's shift, the Nurse shall not receive educational leave pay.  In view of the fact that Nurses assigned to the night shift seldom, if ever, have educational programs available during their normal hours of work, an exception to this subsection will be as follows:  Night Shift Nurses who attend educational programs which would otherwise qualify under the educational leave and pay provisions but fall entirely outside of the Nurse's night shift, may accumulate such educational leave time until who has accumulated the equivalent of a full shift.  At that time, equivalent paid time off at the normal conversion of the Medical Center and the Nurse, will be arranged.

## 17.13   Education Leave for Night Shift Nurses

If the approved educational program is four (4) hours or more in duration, the Medical Center will excuse the Nurse from the night shift either immediately preceding or immediately following the program.  The night shift from which the Nurse shall be excused shall be determined by mutual agreement between the Nurse and the Medical Center, and the deduction from accrued educational leave shall be equal to the Nurse's normally scheduled shift.

## 17.14   Home Study

The course is a home study course, the Nurse will receive compensation in which s/he is entitled based on a correction formula of one (1) hour's pay for each continuing education unit (CEU) the course provides.

## 17.15   Confirmation

In writing application for a paid or unpaid education leave is received at least three (3) months prior to the effective date of the leave, the Medical Center will give written confirmation of approval or disapproval within two (2) weeks of receipt of the application.  If multiple requests for the same event are submitted within the two (2) week period, and if staffing and patient care requirements do not permit all Nurses requesting their event to be on leave simultaneously, seniority shall be the determining factor within each unit.  Requests for education leave that are received within three (3) months of the effective date of the leave, will be handled in accordance with Article 7.8.2.  Schedule Nurses.

## 17.16   Per Diem Hospital Part-Time Nurses

Per-diem Nurses hired at Peralta Hospital prior to October 1, 1985 will and have educational leave pursuant.

## ARTICLE 18.   SABBATICAL

### 18.1   Definition

A leave with pay granted for professional study and/or research which concurrently allows for a respite from the normal nursing activities.

### 18.2   Purpose

To encourage professional growth, increase competence and relieve stress by submitting significant research, creative work, or other programs of study judged to be of significant value.  Such leave will not be granted automatically, rather the Nurse will present a proposal to support a program of work, planned for a specific period of time.

### 18.3   Eligibility

18.3.1  A three (3) year sabbatical with full pay will be available to Nurses working the following schedules:

(a) Nurses working Full-time (40 hours per week) on the day or evening shift;

(b) Nurses working 4/5 time (32 hours per week) on the night shift or Full-time (40 hours per week) on the night shift.

**18.6    Approval**

Approval of sabbatical will be the responsibility of the department manager with final approval by the Vice President of Patient Care Services or benefit designee.

**18.7    Report-Back**

Upon return to work a full report of the study and/or research will be submitted to the department head and the Vice President of Patient Care Services. Depending on the nature of the sabbatical, the report may include an interview or formal presentation to colleagues. A copy of the report will be placed in the Nurse's employment file.

**ARTICLE 19. PAY FOR JURY DUTY**

**19.1    Compensation**

A Nurse called for jury duty will receive the difference between jury pay and normal straight-time earnings. As a condition to jury pay, the Nurse must notify the Medical Center as soon as is reasonable after receiving notice to report (normally within 24 hours).

**19.2    Proof Of Jury Service**

Also, as a condition to receiving jury pay, the Nurse must produce a receipt from the Jury Commissioner that the Nurse has been called or served including telephone standby, if such receipts are provided.

**19.3    Action Required From Duty**

If a Nurse is excused from serving in time to complete a portion of the Nurse's shift, the Nurse will advise the Medical Center by telephone and, if requested to do so, return to the Medical Center to complete the shift. A Nurse placed on telephone standby by the court will not be required to report to work until released from potential jury service for that day. If a night shift Nurse on telephone standby calls the court in the evening as instructed, and is further instructed to call the next morning for possible jury service that day, she will not be required to report to work the intervening night shift.

**19.4    Hours Of Work And Jury Duty**

A Nurse excused in time to work at the Medical Center as provided above shall not be required to work in the Medical Center to the extent that the combination of service on jury duty and hours worked in the Medical Center exceeds normal eight (8) hour day. Night shift Nurses shall be excused from work, at the Nurse's discretion, on the night immediately preceding, or immediately following service on jury duty including telephone standby, as provided above. In the event that a combination of service on jury duty and hours worked in the Medical Center exceeds a normal Nurse

45

---

(c) Nurses working three (3) twelve hour shifts and receiving forty hours of pay.

18.3.2    The sabbatical is not accrued pro-rata over the three (3) year period but is earned only upon completing a full three (3) year work period.

18.3.3    The sabbatical must be taken in consecutive weeks only. The Nurse may extend the time of the sabbatical by adding accrued vacation to the three (3) week period up to a total of eight (8) consecutive weeks.

18.3.4    The sabbatical is approved with the clear understanding that the Nurse will return to the Medical Center to the same classification, position, unit, and shift s/he held before the sabbatical.

18.3.5    To avoid adverse effects on individual departments, a limit on the number of sabbaticals in a given year may need to be set by the individual department manager. Requests will not be unreasonably denied.

**18.4    Benefits**

Sabbatical leave time is paid leave, therefore the Medical Center will continue to pay the Nurse's standard benefits.

**18.5    Application Process**

18.5.1    A Nurse seeking to take sabbatical time shall take the following action:

(a) Submit a written request for time off through the individual department manager. The department manager is responsible for determining how the work load will be met during the applicant's absence.

(b) Submit a written proposal for the planned research, creative work, or planned period of study. The major criteria for approval of sabbatical time will be that it contributes to the advancement of the profession or the individual. The written proposal will be specific and include a description of the project, research, or travel. The applicant will give details or grants received, any planned papers or publications, etc. The applicant will also state how the sabbatical time will be valuable to her/himself professionally, and/or how the time will benefit her/his particular department or the profession of nursing.

18.5.2    Consultation for development of sabbatical projects or for the process of applying for sabbatical shall be available through the individual department managers, as well as other Nurse managers and clinicians in the Medical Center.

44

Seniority credit for such continuous service as they may have accrued under the terms of such other collective bargaining agreement(s).

23.1.2 Short-hour and Casual employees shall accumulate one (1) month of seniority for each 100 hours worked, or thirty (30) days, whichever comes later.

23.1.3 The seniority of Short-hour and Casual Nurses shall be calculated and carried each year based on accruals as of the accounting period closest to January 1, April 1, July 1, and October 1, and said seniority date shall be the applicable date for all purposes other than filling of vacancies pursuant to Article 24, Posting Posting and Filling of Vacancies, in which case, an individual calculation of the Nurse's then accrued seniority credit shall be made.

23.1.4 A quarterly seniority report for all Nurses, including regular, Short-hour and Casual will be sent to the Association; the reports will be due in the accounting period closest to January 1, April 1, July 1, and October 1.

## 23.2 Temporary Layoff

23.2.1 In the case of temporary layoff, including unit closure, of fourteen (14) days or less, layoffs shall be conducted on the basis of seniority and permitted category within each of the affected shifts and nursing areas, as defined in Appendix A, provided that in the judgment of the Medical Center the competency and ability of the Nurses are equal. Layoffs shall affect Nurses in the various personnel categories in the following order (co-employment is in the reverse order):

1. Probationary
2. Temporary
3. Casual and Regular working on an area which is beyond his/his regularly scheduled hours.
4. Regular (Full-time, Part-time and Short-hour) not working an extra shift.

23.2.2 The Medical Center will utilize voluntary reduction of hours prior to imposing a reduction as provided above, if in their opinion, such a reduction will meet their needs and shall not use regulary nurses if qualified Nurses are available.

23.2.3 The Medical Center further agrees that this temporary layoff provision shall not be used to circumvent the indefinite layoff procedures set forth below.

23.2.4 Notice of Temporary Layoff. In case of temporary layoff, Nurses will be called ninety (90) minutes before the start of the shift.

23.2.5 Daily Cancellation. The Medical Center shall not cancel charge time to be in overcounted duration (and thereby subject a nurse to a temporary layoff) unless:

(a) The Charge Nurses within that charge are free of a patient assignment;
(b) Each unit within that charge has licensed nurse coverage for meal and break relief; and

47

---

(40) hour work week, the Medical Center will use its best efforts to grant a Regular Nurse this weekend off, if such Nurse is scheduled to work that weekend. The terms of Section 7.59 shall apply for Nurses working in every-weekend horizontal positions.

### 19.3 Witness Pay

A Nurse who loses work time as a result of being subpoenaed as a witness in a case related to the Nurse's employment at the Medical Center (other than a case where the Nurse is a principal party) shall be eligible for witness pay equal to and under the same conditions which would have applied had the Nurse been called for jury duty.

## ARTICLE 20. BEREAVEMENT LEAVE

Three (3) days of paid bereavement leave shall be granted to regular Nurses that the ninety (90) days of employment in cases of death in the Nurse's immediate family, which shall be defined to include spouse, or significant other, mother, father, daughter, son, sister, brother, current mother-in-law, current father-in-law, current daughter-in-law, current son-in-law and grandparents. Additionally, the Medical Center will use unreasonably deny a Nurse's request for two (2) additional days of unpaid bereavement leave in the event that travel in excess of one hundred (100) miles is necessary.

## ARTICLE 21. UNEMPLOYMENT & DISABILITY COMPENSATION

The Medical Center will continue its obligation under the California Unemployment Compensation and Disability Law. Coverage may be adjusted during the life of this Agreement in the event future legislation is enacted that is applicable to non-profit hospitals.

## ARTICLE 22. PHYSICAL EXAMINATION

Pre-employment physical examinations and, at the request of the Nurse, annual physical examinations shall be scheduled by the Medical Center without charge to the Nurse. Such examination shall include V.D.R.L., C.B.C., urinalysis, and skin test and/or Tuberculin, examination and review of medical history by M.D., certification by M.D. that employee is free of communicable disease and physically able to perform work assigned. Pap test (optional for females), Sickle Cell Anemia test (optional for black employees). Examining physician is authorized with advance notice to Administration, or use other diagnostic tests as deemed appropriate.

## ARTICLE 23. SENIORITY

### 23.1 Accrual of Seniority

23.1.1 Seniority shall be based upon accumulated length of service within the bargaining unit. Employees transferring into the bargaining unit who have been previously employed by the Medical Center in SEIU-UHW, CHEU, or Local 29 bargaining units shall be given

46

**23.5  Use of Seniority**

Seniority may only be utilized as provided above if the Nurse is willing to accept the work offered by the Medical Center.

**23.6  Work-Share**

In the event of a reduction in force, on the request of the Association or the Medical Center, the parties shall investigate the feasibility of a work-share arrangement serving RNs and may, by mutual agreement, institute such a work-share arrangement.

**23.7  Breaks in Seniority**

23.7.1  After the probationary period as defined in Article 27.4, accumulated length of service will be broken by voluntary resignation; dismissal for just cause; twelve (12) consecutive months of layoff without recall to a permanent position; failure to return from an approved leave of absence; or acceptance of severance. In cases where accumulated length of service is broken the Nurse shall, upon re-employment, be considered as a new employee. However, if the Nurse is previously employed within six (6) months of a break in service, upon rehire that Nurse's previously accrued seniority, salary step and benefit accrual rate (if applicable) will be restored. If during this period, a Nurse is rehired into a position in a cluster in which the Nurse was regularly assigned within the two (2) year period prior to her/his date of rehire, the probationary period will be waived.

23.7.2  Nurses who have established seniority as described above and who move to a position and retreat to a bargaining unit position, also will it that time be credited with the seniority previously accrued, provided time not of the bargaining unit does not exceed eighteen (18) months.

**23.8  Shutdowns and Casual Nurse Regulations**

A regular Short-term or Casual Nurse who served on the Nurses' negotiating committee shall be granted seniority credit for hours equal to meeting negotiation sessions.

**23.9  Severance**

In addition to any other form of pay for which the Nurse is otherwise eligible, regular Part-time and regular Per-diem Nurses who are indefinitely laid off due to lack of work shall be eligible for severance pay according to the following schedule:

1. At least one (1) but fewer than two (2) years of continuous service — one (1) week's pay.

2. At least two (2) but fewer than three (3) years of continuous service — two (2) weeks' pay.

3. At least three (7) but fewer than six (6) years of continuous service — three (3) weeks' pay.

4. At least six (6) but fewer than ten (10) years of continuous service — four (4) weeks' pay.

5. Ten (10) or more years of continuous service — five (5) weeks' pay.

Eligible Nurses shall have thirty (30) days from the date of notification of the indefinite reduction of force resulting in penalty and/or layoff to elect to receive severance pay. The seniority and reemployment rights of employees shall be terminated upon their election and receipt of severance pay.

**23.10  Consolidation of Units**

In the event of consolidation of units between ABSMC and SMC, the Medical Center shall offer ten (10) weeks' training in an available position to any Nurse who is displaced as a result of such consolidation and who does not qualify for any position available under the terms of Article 23.3.3, Layoff Procedure, above. If there are no available positions for such a displaced benefitted Nurse, or if a Nurse who is eligible for training under this provision so chooses, s/he shall be eligible for the severance package provided above, plus an additional two weeks pay.

**ARTICLE 24.  TERMINATION NOTICE**

In cases of termination of employment by the Medical Center, except for discharge for just cause, the Medical Center shall give to a regularly employed Nurse with six (6) months or more of continuous service, fourteen (14) calendar days' notice or ten (10) days' pay in lieu thereof. Similarly, the Nurse shall give to the Medical Center fourteen (14) days' notice of resignation. A Nurse who is dismissed by the Medical Center will be promptly given a written notice of the reasons for the discharge upon her/his request. A copy of such discharge notice will be sent to the Association.

**ARTICLE 25.  BULLETIN BOARDS**

The Medical Center will provide and will maintain agree with the Association to a central and convenient location(s) for a minimum of one (1) bulletin board for each one hundred (100) Nurses or portion thereof on the staff. A designated Association representative shall be responsible for posting material submitted by the Association, a copy of which shall be furnished to the Medical Center before posting. The Association agrees that no commercial material shall be posted.

**ARTICLE 26.  PROFESSIONAL PERFORMANCE COMMITTEE**

26.1  Establishment of Committees

A Professional Performance Committee shall be established at each Medical Center.

**26.2    Intent**

The Medical Center contemplates the responsibility of the Professional Performance Committee to recommend measures objectively to improve patient care and will only consider such recommendations and will so advise the Professional Performance Committee of action taken. Responses to specific Professional Performance Committee suggestions or recommendations shall be given in writing. Such responses shall be made in a timely fashion not to exceed thirty (30) days unless extended by mutual agreement between the Vice-President of Patient Care Services and the Professional Performance Committee.

**26.3    Membership**

The Professional Performance Committee at each facility (Summit Medical Center and Alta Bates Medical Center) shall be composed of fifteen (15) Registered Nurses employed at that facility and covered by this Agreement. The Committee members shall be elected by the Registered Nurse staff at each facility.

**26.4    Meetings**

**26.4.1    Regular Meetings, Compensation, and Minutes.** The Professional Performance Committee shall each schedule one regular meeting per month and may schedule additional meetings in a given month. The two PPCs shall conduct joint regular meetings at least quarterly and may send representatives to both PPC meetings. PPC members may attend at least eighty-hours (80) hours per pay period per meeting. FPC members are entitled to a total maximum of forty-eight (48) hours per pay facility a member of each employee-time rate for the purpose of attending such meetings and carrying out the work of the PPC. Such time shall not constitute time worked for any purpose under this Agreement. Such meetings shall be scheduled so as not to conflict with the routine. The Professional Performance Committee shall prepare separate and keep minutes of all meetings, a copy of which shall be provided to the Vice-President of Patient Care Services.

**26.4.2** The Vice-President of Patient Care Services, or designee, shall meet with the Professional Performance Committee at the regularly scheduled quarterly joint meetings.

**26.4.3    Informational Meeting.** The Professional Performance Committee may request meetings with the head of any department for the purpose of obtaining information on direct nursing functions. Such meetings shall be arranged through the Vice-President of Patient Care Services, who may also attend. Such parties agree to arrange with the Committee within a reasonable time as warranted in all parties. The FPC may request that Staff Nurses appointed to designated Medical Center technology committees attend a FPC meeting for the purposes of obtaining information relating to the impact of technology on the delivery of nursing care to patients. Such staff nurses appearing at a FPC meeting shall be on paid status, subject to a limit of one hour of time per quarter for all such staff nurses. This paid time shall not be considered work time and, for time per quarter but on the PPC, shall not be included within the paid time allowed for PPC members.

**Professional Performance Committee.** At the request of the Professional Performance Committee, an Association staff representative who is a Registered Nurse may attend such meetings on an advisory basis.

**26.4.4    Special Meetings.** The Administration may request special meetings with the Professional Performance Committee and the Committee may request special meetings with the Administration, but such meeting shall not take the place of regularly scheduled meetings of the Committee.

**26.5    Objectives**

The objectives of the Professional Performance Committee shall be:

(a)    to consider constructively the professional practice of Nurses.

(b)    to work constructively for the improvement of patient care and nursing practice;

(c)    to recommend to the Medical Center ways and means to improve patient care;

(d)    to make recommendations to the Medical Center where, in the opinion of the Committee, a serious Nurse staffing shortage exists;

(e)    to consider constructively the improvements of safety and health conditions which may be hazardous. The Medical Center Safety Committee shall provide the Professional Performance Committee with copies of the minutes of its regular meeting. The Professional Performance Committee may notify the Safety Committee in advance and place health and safety issues affecting Nurses on the Safety Committee agenda. It may send a representative on the Safety Committee to present the agenda item of concern to Nurses.

**26.6    Limitation**

The Committee will not deal with issues of contract interpretation or with grievances. The Committee's recommendations are advisory and are not subject to the Association grievance procedure.

**26.7    Review Committee**

**26.7.1** Differences of opinion between the Committee and Administration may be referred to a Review Committee of four (4) for consideration and review. The four (4) on the Review Committee shall be: the Executive Director of the Association, or her designee, who shall be an RN; an elected RN member of the Professional Performance Committee; and two (2) representatives of the Medical Center, one of whom shall be a member of the Board of Trustees who is not an employee on the Medical Center.

**26.7.2** Review Committee members may invite resource persons to attend and participate in such Review Committee meetings. Such resource persons may review all relevant

52

53

address implementation issues, including optional RN to patient ratios and other recommendations regarding implementation of staffing units. The Hospital and CNA agree to work cooperatively to ensure the highest quality of patient care and optimal outcomes.

### 27.2.2 Patient Classification System

The Staffing Committee shall review a proposed change in nursing master staffing practices prior to implementation of the change; the Hospital shall have the right to implement the proposed change following the first regularly scheduled meeting of the Staffing Committee after the proposed change is presented to the Staffing Committee.

### 27.3 Patient Classification Task Force

27.3.1 In addition to the Patient Classification Committee (PCC), the Patient Classification Task Force shall meet with the selection, implementation and validation of the Patient Classification System and the Patient Classification Tool through and based data collection, education of staff and other tasks as directed by the PCC.

27.3.2 One each Nurse from each unit will be subjected by their peers to proposed its unit on the Patient Classification Task Force. The PCC members of the Patient Classification Committee shall also serve on the Patient Classification Task Force. PCC members serving on the PCC and Registered Nurses serving on the task force will be paid at the Nurses' regular rate of pay for all PCC and task activities. The task force or any related thereof shall meet with the PCC at their request. The PCC meetings will be open to all Staff Nurses and subject to all Staff Nurses.

27.3.3 Each unit will designate a Nurse on each shift to serve as the unit's resource to evaluate/monitor/serve to the Nurses regarding the purpose of the Patient Classification System (PCS), the elements of the PCS and how to accurately use the PCS.

### 27.4 Process for Selection of the Patient Classification System

The Patient Classification Committee will be included in selection and/or ratification of the system used at the Medical Center. The selection/modification process will include actual review of available systems and their adaptability to patient care at the Medical Center.

### 27.5 Implementation of the Patient Classification System

27.5.1 The Medical Center shall implement a patient classification system as defined in Section 70053.2 of Title 22, for determining nursing care needs of individual patients that reflect the assessment, made by a Registered Nurse as specified in the State Labor Regarding Staffing that reflect the Patient Care Issues, from the framework of AB 394 and regulations for staffing, with staffing patterns, not their requirements. The system developed by the Medical Center shall include but not be limited to, the following elements:

55

information before the Committee pertaining to the subject matter under negotiation and other advice in case of differences between the parties. Differences may be resolved informally by the Committee or, if necessary, by majority vote of the four (4) members of the Committee. In Executive Session, The Review Committee member inviting the resource person to attend what obligations or has organization to compensate such resource person unless otherwise mutually agreed.

26.7.3 If disagreements are not resolved by the Review Committee pursuant to with hospital staffing issues or consider an inquiry and make an advisory decision. The parties will mutually agree upon the procedures to be used.

Articles 26.7.1 and 26.7.2, above, the parties, by mutual agreement, will select an expert familiar

### 26.8 Jurisdictional Procedures Under Nursing Practice Act

Any individual(s) designated by the Medical Center in employment standardized procedures pursuant to the Nursing Practice Act shall meet within the Professional Performance Committee (PPC) to discuss proposed provisions to be included in the standardized procedures prior to submission of such proposed provisions to the approving parties identified by the Nursing Practice Act.

## ARTICLE 27. STAFFING

### 27.1 Purpose

The Medical Center and the Association agree that it is the goal of both parties to provide high quality nursing care to all patients. The Medical Center and the Association also recognize that Nurses have a right and a responsibility to participate in decisions affecting the delivery of care. Staffing patterns will be designed and implemented to meet the nursing care needs of patients.

### 27.2 Patient Classification Committee

These members designated by each of the two Professional Performance Committees shall be designated as the staffing subcommittee of the Professional Performance Committee to monitor and evaluate the implementation of the nursing staffing system and recommend improvements to management. This staffing subcommittee and no more than six representing non-Nursing Administration shall serve as the Committee required by Section 70217(e) of Title 22. The committee shall meet within thirty (30) days of ratification of this Agreement and shall meet regularly thereafter. Upon request, the Medical Center will provide the committee with necessary and relevant information.

### 27.2.1 Implementation of Safe Staffing Law

AB394 recognizes that the California Department of Health Services (DHS) has commenced a two-year process to evaluate safe standards for staffing in acute care hospitals and acknowledges that this process... rules will be implemented. To that end, ABSMC agrees to implement patient ratios on or before the legally required implementation date. Within the framework of AB 394 (and regulations issued under that law) as well as Title 22 and Title 16, the Staffing subcommittee may

54

### 27.7 Unresolving Staffing Issues and Concerns

An RN who has a concern about staffing should raise that concern with his or her manager. The RN's manager or designee shall respond to the RN within ten (10) days about the concern. If the RN is not satisfied with the manager's or designee's response, the RN may submit the concern to the Staffing Committee, which shall discuss the issue at the Staffing committee's next regularly scheduled meeting.

### 27.8 Dispute Resolution

**27.8.1 Special Review Panel.** In the event at least 50% of the Staffing Committee identifies a pattern that indicates staffing does not address patient needs, either party may appeal (for some to the Special Review panel for resolution, provided such submission is presented in writing to the Hospital within thirty (30) days of the failure of the Staffing Committee to resolve the issue.

**27.8.2** The Special Review Panel shall consist of three (3) members, one (1) selected by CNA, one (1) selected by the Vice President of Patient Care Services or his or her designee and the third selected by both of these two (2) panel members. If two (2) panel members are not able to agree on the third person who is experienced in the healthcare industry and with experience in staffing in acute care hospitals. If they are unable to find such a person within thirty (30) days after the appeal is filed, the parties shall select an arbitrator from the panel referenced in Article 27 to serve as chairperson.

**27.8.3** In reaching a resolution, the review panel must take into consideration area standards regarding staffing, applicable state and federal laws, and any other relevant information provided by the parties.

**27.8.4** If the Special Review Panel is unable to agree on a resolution within sixty (60) days of the selection of the Chairperson, the general third party may resolve the difference and such a decision shall be final and binding on the parties. Any resolution of the Special Review Panel, including any decision by the neutral third party, must be consistent with applicable state and federal legislation governing staffing levels and ratios. The Special Review Panel, including the neutral third party, shall not have jurisdiction to fashion any remedy that imposes an obligation on the Hospital which exceeds, and/or is inconsistent with requirements of Title 22 of the California Code of Regulations, as amended, or any other applicable state or federal law.

**27.8.5** Either party may seek to overturn (or vacate) the decision of the Special Review Panel and/or the neutral third party under any basis permitted by law regarding private labor arbitration. Either party may seek to overturn (or vacate) a decision due to a mistake of law.

**27.8.6** To the extent permitted by law, the Hospital and CNA agree that the process contained herein shall be the exclusive means of resolving all disputed issues arising under the Side Letter Regarding Staffing and Patient Care Issues and specifically, except to the extent either party seeks to vacate a decision under paragraph 4, above, the parties agree to waive their rights to initiate litigation or to seek administrative remedies, including, under labor practices under the National

(1) Individual, patient care requirements.
(2) The patient care delivery system.
(3) Generally accepted standards of nursing practice, as well as elements reflective of the unique nature of the Medical Center's population.

**27.5.2** A written staffing plan shall be developed by the Vice-President of Patient Care Services, or a designee, based on patient care needs determined by the patient classification system. The staffing plan shall be developed and implemented for each patient care unit and shall specify patient care requirements and the staffing levels for Registered Nurses and other licensed and unlicensed personnel. The plan shall include the following:

(1) Staffing requirements as determined by the patient classification system for each unit, documented on a day-to-day, shift-by-shift basis.
(2) The actual and staff are provided, documented on a day-to-day, shift-by-shift basis.
(3) The variance between required and actual staffing patterns, documented on a day-to-day, shift-by-shift basis.
(4) The staffing plan shall be revised for the time period between licensing surveys, which includes the Consolidated Accreditation and Licensing Survey process.

requirements shall be reviewed at least annually by the Patient Classification Committee to determine whether or not the system accurately measures patient care needs.

**27.5.4 Shift-to-Shift Implementation.** The staffing requirements generated by the acuity system will be reviewed every 8 hours, prior to making staffing decisions. Consideration will be given to such variables as admissions, transfers, discharges, patient education and/or potential needs of the patient's family and/or other support system. Patient care assignments shall be consistent with the acuity system.

**27.5.5** A staffing manual will be located on each nursing unit. The manual will contain comprehensive information which summarizes and explains the acuity system and will be available at all times for review by Staff Nurses.

### 27.6 Joint Review

Nursing Administration and the PPC will work together to review quality of care issues relating to patient needs and/or other staffing considerations on a unit-by-unit basis. This process will be implemented immediately.

Labor Relations Act, arising out of such disputes, except for information requests and Section 8(A)(3) or Section 8(b)(1) charges.

27.A.7 By mutual agreement, the parties may extend the time frames set forth in this section.

## ARTICLE 28. QUALITY CARE LIAISON PROGRAM

Due to the recent merger of Alta Bates Medical Center and Summit Medical Center, the Association and the Medical Center recognize the need to work jointly to identify opportunities that will continue to improve patient care. As a result, the parties have established the following Quality Care Liaison Program and will work together proactively and in good faith to ensure quality patient care in the Medical Center in a manner that ensures patient confidentiality.

### 28.1 Purpose

In order to develop and maintain a common understanding of how Staff RNs can work open-ly and influence quality outcomes in the Medical Center, a framework to optimize RN participation in patient care quality improvement efforts, and a mechanism to improve communications between Medical Center management and Staff RNs that will result in timely resolution of patient care issues, the parties have agreed to establish this Quality Care Liaison Program.

### 28.2 QCL Positions

Two (2) QCL positions will be established at each facility. Each QCL will work 50% time (.5) performing the duties of the QCL, and additionally will work 50% 50% (.5-.5) in the Nurse's regular clinical assignment. Except as otherwise explicitly modified in this Article, all provisions of this Agreement shall apply to the QCL.

### 28.3 Duties

The QCL shall be responsible to investigate, evaluate, coordinate and act as a liaison to management on quality issues. Activities will include, but are not limited to, working with Risk Management, appropriate Medical Committees, and other quality/patient care committees, working with the facility PPC and seeking Staff Nurse input and participation on quality issues. The QCL's supervisor shall be the Director of Nursing at his/her respective campus. The QCL shall self-direct regarding his/her activities, which shall be self-directed within the scope of the position, to the facility PPC and Director of Nursing. The QCL shall submit various monthly activity summaries to the PPC and to the Vice President, Patient Care Services or designee.

### 28.4 Meetings

There shall be a joint monthly meeting of all QCLs to coordinate their activities. Additionally, there shall be a regular monthly meeting with the Medical Center(s) quality structure, either on a facility basis or jointly.

### 28.5 Selection Process

A panel of eight, four from Patient Care Administration and four from Staff RNs appointed by the Association, shall develop a job-description and position requirements. The panel shall complete its work no later than 90 days following ratification of the Agreement. The positions will be posted per the Agreement. The PPC shall meet with potential candidates for the position and shall recommend three candidates for each position. From those recommended candidates, the Medical Center shall then select the individuals to fill the positions.

### 28.6 Duration and Evaluation of Positions

In order to maintain continuity, each QCL position shall have a duration of three (3) years, with existing union suggestion so that only one per/that one posities opening per facility shall occur each year. The initial QCL positions shall be for terms of two (2) and three (3) years, respectively, at each facility. Performance reviews will be completed at the end of three months, and at least annually thereafter, by the Director of Nursing. A QCL may be removed from this or her position only for just cause.

### 28.7 Hours of Work, Salary and Benefits

QCL positions shall be benefited. QCL will maintain their regular shift rate, no matter what hours they normally work. Additionally, hours worked as a QCL will count as hours in the specialty for Clinical Ladder purposes. A Nurse who is certified in accordance with Article 5.10 will maintain the certification premium while s/he is a QCL. If each Nurse fails to qualify for the recertification solely due to too few clinical hours as a result of working in the QCL position, the Nurse will continue to receive the premium while in the QCL position.

### 28.8 Scheduling

Each QCL, in coordination with the Director of Nursing at each facility, shall be responsible for scheduling his/her own time for performance of the QCL responsibilities. However, QCL shall not be eligible for overtime pay for hours in excess of eight (8) per day or forty (40) per week if the overtime situation is brought about by the QCL's self-scheduling. Additional hours must be pre-approved by Nursing Director(s).

### 28.9 Temporary Filling of Clinical Hours

The Medical Center will post a temporary benefited position(s) to back-fill the QCL(s). When the QCL completes her/his term, or redeploy early from the QCL position, the QCL shall resume her/his original regular clinical position.

### 28.10 Offices and Equipment

Appropriate desk space and equipment/supply access will be provided as necessary to fulfill responsibilities of the QCL.

## ARTICLE 29. PROGRAMS FOR BCLS, ACLS AND SAFETY

### 29.1 BCLS and ACLS Certification

The Medical Center will determine the hours necessary for the recertification of BCLS and for certification under recertification of ACLS. That paid will be not less than four (4) hours for BCLS, eight (8) hours for ACLS recertification and sixteen (16) hours for the ACLS certification. The Medical Center will provide BCLS and ACLS classes on its without charge for Nurses. Each Nurse will be notified approximately ninety (90) days prior to the expiration of her/his BCLS/ACLS certification. The Medical Center will offer a reasonable number of classes and each Nurse has a responsibility to enroll in appropriate sessions. The Medical Center will offer a two-day ACLS course, six times each year on site, then staff nurses may attend for certification or recertification. However, nurses recertifying must use PEL for the first day of the two-day course. The 8 (eight) hours of PEL the RN Nurse will not to be considered as management-directed PEL referenced in the contract. The Medical Center will provide continuing education contract hours, free of charge for either the one-day recertification or the two-day recertification class. (The above provisions for ACLS will also apply to NALS and PALS, as appropriate.)

### 29.2 Safety Training

Nurses are required to complete the mandatory training program including safety-related issues. If a Nurse cannot complete all modules during scheduled work time, s/he will be provided up to four (4) hours of straight-time pay to complete the training at the Medical Center. If the Medical Center modifies the current training program, then s/he will meet and confer to determine the time necessary to complete the modified program(s). Unless the parties agree otherwise, however, each Nurse shall remain eligible for up to four (4) hours of paid time to complete the training program, pursuant to the terms set forth above.

## ARTICLE 30. IN-SERVICE EDUCATION

There shall be an in-service education program (which shall include new equipment and drugs) for Nurses at the Medical Center, the contents of which shall be determined by the facility. The in-service education program is a pertinent subject for discussion between the PPC and the Medical Center. The Medical Center will use its best efforts to see that the in-service education sessions are available mutually to all Nurses on all shifts. In the event that such best efforts are unsuccessful, the Medical Center will meet with the Association for the purpose of working out a mutually acceptable solution.

## ARTICLE 31. CONSTRUCTIVE DIRECTION

Each hospital thus permits therapeutic abortion procedures shall establish a written policy recognizing the fact that a Nurse or employee who is object to participation in such procedures. Such a policy, where applicable, shall be uniform and shall be applied on its terms of its terms of its agreement. With respect to any dispute arising under such policy, the grievance procedures of this agreement will apply.

60

## ARTICLE 32. REGISTERED NURSE VACANCIES AND REPLACEMENTS

### 32.1 RN Vacancies Not Filled

If a Registered Nurse position under this agreement becomes permanently vacant and is not filled, the Association may request documentation of the vacancy with the Medical Center. If the parties cannot agree, the issue shall be submitted to the grievance procedure. If the issue goes to an arbitrator, s/he shall not have jurisdiction to order the vacancy filled if the vacancy has been caused by a curtailment at the Medical Center, which affects nursing service. Nor shall s/he have jurisdiction to order the vacancy filled unless other causes advanced by the Medical Center prove to be unjustifiable.

### 32.2 RN Vacancies Filled by Non-RN

If a Registered Nurse under this agreement is permanently replaced by other personnel, the grievance procedure shall be applicable only if the remaining total nursing duties and responsibilities assigned by the Medical Center to the remaining Registered Nurses are unreasonable.

### 32.3 Coverage of the Classes

Nothing contained herein shall supersede the definition of the collective bargaining unit contained in Article 1, Coverage.

## ARTICLE 33. UTILIZATION OF SPECIALTIES IN CASUAL ASSIGNMENTS

Any Registered Nurse who is available for Casual assignments may, if the Nurse desires, indicate in writing to the Nursing Office the areas of specialty due to training and/or experience. When making Casual assignments, the Medical Center shall, if they call the Nurse who has indicated a specialty, inform the Nurse if a position is available in such specialty.

## ARTICLE 34. POSITION POSTING AND FILLING OF VACANCIES

### 34.1 Posting

34.1.1 Registered Nurses provides under this agreement which are permanently vacant or newly created at the Medical Center shall be posted on the Medical Center's intranet, effective no later than January 1, 2005. In addition, the Medical Center shall maintain in the Staffing Offices at the Alta Bates, Herrick and Summit campuses a binder containing the currently available job postings within the bargaining unit represented by the Association. These binders shall be updated on a weekly basis.

The Medical Center shall notify the Association, when the then current job postings have been made available on the intranet. Until such notification, the Medical Center shall continue to post positions pursuant to the procedures in place in the parties' 2002 – 2005 Agreement.

61

34.1.2  In the event a position is not filled after being posted for a period of ninety (90) days or more, upon request from CNA, the Medical Center shall meet with CNA to consider the best methods to fill the posted position.

34.1.3  The Medical Center may repost a temporary 8-hour position that remains unfilled after seven (7) calendar days as a temporary 12-hour position, which may be filled subject to the provisions of this Agreement and applicable law.

34.1.4  It is the intent of the Medical Center to hire Registered Nurses into all vacant and newly posted positions requiring nursing licensure in the Critical Care, Medical/Surgical, Emergency Departments, and Women and Infants units.

### 34.2    Notification

For Nurses on vacation or leave of absence who have requested such in writing, notices of vacancies shall be sent to an address indicated by the Nurse. A Nurse who is on leave of absence in excess of thirty (30) days and is granted the position must be available to return to work within, at least thirty (30) days from the time of the posting of the position if required by the Medical Center.

### 34.3    Application of Seniority

Full-time, regular Part-time, Short-time and Casual Nurses employed by the Medical Center may apply for each posted vacancy or newly-created position and shall be given preference in filling such vacancy on a seniority basis, provided: a) the Nurse is qualified to fill the vacant position and b) approval of the applications will not adversely affect patient care. The seniority of Short-hour Nurses shall be determined as set forth in Article 25, Seniority.

### 34.4    Priority for Displaced Nurses

In the event of a newly created vacancy or a vacated position, any RN displaced from that unit or from that shift on that unit as a result of layoff shall have priority over any other applicant for a period of one year. In the event of a vacancy created by a Nurse leaving a position, any RN displaced from that unit or from that shift on that unit as a result of layoff shall have priority over applicants from other units and over non-displaced Casual RNs from the time unit, for a period of one year.

An RN must apply for the position to obtain priority. When more than one RN has priority pursuant to this section, seniority will govern.

### 34.5    Other Sources

If, during the seven (7) day posting period, there is no application for the permanent vacancy or newly-created position by any Full-time, regular Part-time, Short-time or Casual Registered Nurses employed by the Medical Center, the Medical Center may fill the position from any source.

### 34.6    Temporary Vacancies

In order to provide continued and temporary patient care, it is the intent of the Medical Center to hire regular, short-hour, and casual nurses into all open positions. It is also the intent of the Medical Center to use the supplemental agency staffing to avoid the terms of this Agreement.

The above does not prevent the Medical Center from filling the vacancy on a temporary basis for a temporary period up to a maximum of ninety (90) days unless such temporary period is extended by mutual consent. The Association agrees that it will not unreasonably withhold consent to extending the temporary period. Prior to such an extension, the Medical Center shall offer regular employment to the traveler nurse, pursuant to the Medical Center's standard hiring procedures. Temporary vacancies may exist as the result of extended absences of regular staff or inability to fill regular permanent vacancies. Such temporary vacancies will be posted. Casual Nurses are encouraged to apply for and fill temporary vacancies. Job sharing will also be considered. A temporary vacancy which in part filled by a bargaining unit Nurse/or Nurses after completion of the seven (7) day posting period may be filled by the Medical Center with a guaranteed registry block. Once filled, the registry block would be canceled only if a temporary or indefinite layoff were implemented.

34.6.1  The Medical Center will provide the Association with a list of the hours worked by casual, short-hour, and temporary nurses on a quarterly basis when requested by the Association.

34.6.2  Mandatory Posting of Positions Equivalent to Recognized Status. In the event a short-hour, casual or temporary employee is regularly assigned for a period in excess of ninety calendar days to a work schedule of twenty hours a week or more on a job classification and shift, any RN covered by the Agreement may petition the Hospital for the posting of the position. The Medical Center shall determine the number of hours and shall post the position within fourteen (14) calendar days. The posted position shall be awarded in accordance with the contract. In the event a bona fide beneficial position does not exist, this provision 34.6.2 may be waived in writing and such waivers shall not be unreasonably denied.

### 34.6.3    Temporary Increase of FTE Status

Regular part-time, short hour, and casual nurses, upon written notice to the Medical Center, may request to increase their FTE status for a minimum of thirty (60) days. Such requests shall be granted based on Medical Center staffing needs and unit seniority, pursuant to the following:

(a)  Registered Nurses interested in temporarily increasing their FTE status shall submit their written request, detailing the number of additional days per pay period they seek to add to their current FTE status.

(b)  The temporary increase in FTE status will be in place for a minimum of 60 days, but may be extended in 4-week increments by mutual agreement of the nurse and the Medical Center.

(c)  Benefit accruals for regular part-time nurses shall be based on the increased FTE status.

53

### 36.2  Function of Nurse Representatives

The function of the Nurse representatives shall be: (1) to handle grievances; (2) to ensure that the terms and conditions of the contract are observed; (3) to represent Nurses in investigatory and disciplinary actions consistent with applicable law and Article 37.6.2. The Nurse representatives shall also answer questions and provide information to Nurses regarding their membership on breaks or on unpaid time.

### 36.3  Grievances

In handling grievances, the Nurse representatives shall only deal with representatives of the Medical Center designated to handle grievances. The Medical Center's designated representatives are only required to meet with one (1) Nurse representative on any grievance.

### 36.4  Activities of Nurse Representatives

The activities of the Nurse representatives, or any other Nurse on behalf of the union, under this article shall not interfere with that Nurse's work or the work of any other employee. A Nurse Representative who attends a Step Two Grievance Meeting or a meeting with the Chief Nurse Executive/designee and/or the Director of Human Resources shall be compensated for attendance provided that only one (1) Nurse Representative shall be compensated for attendance at any particular Grievance Meeting. In addition, the Nurse Representative, including the Chief Nurse Representative, shall be paid up to one hour per Weingarten meeting. The total paid time that the Medical Center shall pay for the attendance of all Nurse Representatives at Grievance, Weingarten meetings, and orientation sessions shall be not be more than 24 hours per month.

### 36.5  Nurse Representatives

In the event of an indefinite layoff, the Chief Nurse Representative may be subject to bidding and bumping, but will not be laid off from a beneficial position, provided the Chief Nurse Representative occupied a beneficial position prior to the indefinite layoff.

## ARTICLE 37.  ADJUSTMENT AND ARBITRATION

### 37.1  Association Visitation Rights

The Medical Center shall allow representatives of the Association to visit the Medical Center at all reasonable times to ascertain whether or not the contract is being observed and to assist in adjusting grievances. No time shall be lost unnecessarily to the Medical Center, and the Association representative shall advise the Medical Center of such visits before or at the time of entering the Medical Center.

65

---

(4)  Short hour and casual nurses who increase their FTE share, including above a .5 FTE, shall continue to be paid as per displacement and shall not be eligible for benefits.

(e)  The temporary FTE increase shall not require a position posting.

(f)  The initial round of requests shall be submitted by August 1, 2005. Granted requests submitted by August 1, 2005, shall be made effective on September 1, 2005.

(g)  Requests made after August 1, 2005 are to be submitted in accordance with the timing outlined in 7.3.2 Scheduling Process, and shall be honored by seniority, subject to Medical Center staffing needs.

### 34.7  Six-Month Rule

A Full-time or regular Part-time Registered Nurse employed by the Medical Center who applies for and is awarded a posted position may not apply for another vacancy for six (6) months unless there is mutual agreement among the Medical Center, the Nurse, and the Association. If no other Nurse has applied for such less vacancy within the seven (7) day posting period, then a Nurse of the Association is not needed for such Nurse to apply for and fill the later vacancy within the six (6) month period. The above limitation will be automatically waived for Nurses affected by layoff, bumping or involuntary transfer.

### 34.8  Case Shifting

The Medical Center will determine its appropriate care staffing for each unit and shift based upon average daily census (which shall be reviewed at least twice each year) and the nursing hours necessary to care for the patients. The Medical Center will make a reasonable effort to ensure that staffing for each unit and shift is filled by beneficial positions. In determining the number of FTEs for each unit and shift, the Medical Center will include a replacement factor of at least 50% of non-productive time.

## ARTICLE 35.  REFERRAL SOURCE

Once a month the Medical Center will notify the Association of any vacancies in Nurses positions subject to this agreement which have not been filled through the posting provisions of Article 34, Position Posting and Filling of Vacancies, and which have remained vacant thereafter.

## ARTICLE 36.  NURSE REPRESENTATIVES

### 36.1  Appointment of Nurse Representatives

The Association may appoint a Chief Nurse Representative at each facility and additional Nurse Reps as the Association deems necessary. Nurse representatives shall be the employees of the Medical Center who shall have completed their probationary period. The Medical Center shall be notified in writing of such appointments.

64

(c) The costs of mediation, if any, shall be split equally by the parties.

(d) Either the Medical Center or the Association may terminate the mediation proceed immediately by written notice at any time.

### 37.3 Step Four - Arbitration

37.3.1 If the grievance is not settled because of deadlock in Step Three or because the Grievance Committee was not set up in Step Three, the Association may submit in writing that the matter be submitted to an impartial arbitrator for determination. The impartial arbitrator shall be chosen by the parties from the following list:

| | |
|---|---|
| Charles Askin | Attila Cherubino Knowlton |
| Aurora Bernstein | David Nevins |
| Barbara Clymey | Donald Wolfert |
| John Kage | |

37.3.2 In the event of a vacancy in the panel of arbitrators, such vacancy shall be filled by the parties within fifteen (15) days. If the parties cannot agree upon a successor within the time specified, the shall be selected from a list submitted by the Federal Mediation and Conciliation service by a proper identical to that of selecting an arbitrator from the panel for a specific grievance. The parties shall alternately strike one name each from the above list (the first strike being determined by a flip of a coin), and the last name remaining shall be the arbitrator.

37.3.3 The submission in writing that the matter be submitted to an impartial arbitrator must be made not less than ten (10) days after the Step Three meeting or receipt of within notice terminating mediation proceedings, whichever is applicable.

37.3.4 Accelerated Arbitration Procedure. The parties have a good faith mutual objective in having discharge, suspension, and similar cases heard and decided as promptly as possible without sacrificing or denying any necessary aspect of due process.

37.3.5 In other cases, the grievance must be presented in Step Two in writing within thirty (30) days of the event giving rise to the grievance.

37.3.6 In the case of discharge or suspension, a grievance must be presented in writing in Step Two within seven (7) calendar days of such discharge or suspension. Upon completion of the Step Two meeting, the parties will determine if any or several of the following accelerated procedures can be agreed upon under the circumstances of the particular case.

(a) Agreement to waive the arbitrator board step and proceed to arbitration within ten (10) days or at the earliest time on which the arbitrator is available.

---

### 37.2 Grievance Procedure

37.2.1 Step One. A Nurse with a grievance is encouraged to discuss the matter with the Nurse supervisor or, if necessary, with the Vice-President of Patient Care Services. However, if the grievance is not resolved in this manner, the grievance after shall be handled in accordance with the procedure as set below. If the grievance is not adjusted or the Nurse does not concurred in answer within seven (7) calendar days of the date of the meeting with the Nurse supervisor or the Vice-President of Patient Care Services, the grievance shall automatically be eligible to go to Step Two.

37.2.2 Step Two. Any grievance between the Association and the Medical Center or between the Nurse and the Medical Center shall be reduced to writing and a representative of the Association shall meet with a representative of the Medical Center who is authorized to resolve grievances and adjust such matters. Together, they shall arrange to resolve the grievance. The Step Two meeting shall be held within fourteen (14) calendar days from the date of filing. Within seven (7) calendar days of such meeting, the Medical Center shall respond in writing to the Association representative.

37.2.3 Time Limit. No grievance shall be processed under this article unless it has been first presented in this step within thirty (30) calendar days of the time when the Nurse, or in the Nurse's supervisor, or the Association, as the case may be, had knowledge (or is the normal course of events should have had knowledge) of the event constituting the grievance. In the case of a discharge or suspension, no grievance shall be processed under this article unless it has been first presented in this step within seven (7) calendar days of the discharge or suspension. A grievance involving clerical errors may be presented within one (1) year from the date of such error.

37.2.4 Step Three. If the Medical Center's response is not satisfactory, the Association may, by motion in writing, submit the grievance to a Grievance Committee consisting of two (2) representatives of the Medical Center and two (2) representatives of the Association. A decision by a majority of the Grievance Committee shall be binding upon the parties. If there is no Step Three must be made not later than fourteen (14) calendar days following receipt of the answer to Center's Step Two response. The Grievance Committee shall be regularly scheduled to meet at least one day per month. Additional meetings may be scheduled by mutual agreement, and regularly scheduled meetings may be canceled by mutual agreement.

37.2.4.1 Alternative Step Three - Mediation. In lieu of Step Three described above, the parties may agree instead to utilize the services of an outside mediator to resolve the grievance and to avoid unnecessary use of the arbitration process. If this alternative Step Three is agreed to in writing by the parties within fourteen (14) days of the Step 2 response, the following shall govern this Step:

(a) The period for referring this grievance to arbitration will be stayed, while the parties subject a mediator, arrange a date for mediation, and participate in the mediation.

(b) Neither the Medical Center nor the Association shall be bound by any recommendation of the mediator.

**Step 2** (60 days before contract expiration, one or both parties notifies the Federal Mediation and Conciliation Service of Paragliding; therefore a potential labor dispute.)

**Step 3** Not less than 30 days before arbitral expiration, FMCS shall have the authority to arbitrate (or not arbitrate) the following procedure:

(a) The Federal Mediator shall select one of the following persons— Kathy Kelly, Thomas Angelo, or John Kagel—to act as chairperson of a Board of Inquiry to hear and make advisory recommendations for agreement on all unresolved issues in bargaining. In addition to the neutral chairperson, the Medical Center and the affected Union shall each appoint one person to the Board of Inquiry.

(b) The Board of Inquiry shall adopt its own rules of procedure and shall have the authority to convene meetings of the principal parties and of all affected Unions as the Board deems appropriate.

(c) The Board of Inquiry shall submit its report, including recommendations for settlement, to the parties and the Federal Mediator at least 15 days before the contract expiration.

(d) The Board of Inquiry may make its report and recommendations public, at the Board's discretion.

(e) Costs of the Board of Inquiry process shall be borne equally by the parties.

**Step 4** Subsequent to receiving the Board of Inquiry report and recommendations, all involved unions must comply with the N.L.R.A. Section 8(g) 10 day strike notice, and shall be responsive to meetings called by FMCS under the law.

The foregoing is not to be construed so as to limit in any way the rights of an individual employee to respect lawful, primary picket lines.

**37.5  Probation Period — Recruits and Short-hour Casual Nurses.**

A regular Full-time or Part-time Nurse may be dismissed without recourse to the grievance procedure during the first ninety (90) days of employment in a classification within the bargaining unit. Short-hour/Casual Nurses may be dismissed without recourse to the grievance procedure during the first 304 hours of work or 180 days of employment in a classification within the bargaining unit, whichever comes first. A Registered Nurse employed by the Medical Center in a non-bargaining unit position who accepts a position within the bargaining unit will not be subject to a new probationary period.

---

(e) Agreement to stipulate to the facts in advance of the arbitration hearing.

(f) Agreement to waive transcript and/or written brief unless the arbitrator requires the same.

(g) Agreement to obtain an expedited transcript and/or submission of a statement before receipt of the transcript unless the arbitrator requires otherwise.

(h) Agreement to require an award with a condensed decision by the arbitrator within ten (10) days of the hearing and, at the request of either party, to receive an expanded opinion from the arbitrator at a later date.

**37.3.7  Retention of Time Limits.** The time limits above may be extended by mutual agreement of the parties.

**37.3.8** The arbitrator shall render his or her decision within thirty (30) days after the matter has been fully submitted, unless the parties, by mutual agreement, extend such time limit. In discharge and suspension cases, the parties shall request the issuance of an award and condensed opinion within ten (10) days after the submission; except in situations where either party requires a written brief, in which case the award and condensed opinion shall be due within ten (10) days following receipt of such written briefs. At the request of either party, the arbitrator will render an expanded opinion at a later date.

**37.3.9  Scope of Arbitrator's Power.** The impartial arbitrator shall have no power to add to, subtract from, or to change any of the terms or conditions of this agreement.

**37.3.10  Final and Binding Decision.** The decision of the impartial arbitrator shall be final and binding upon the parties.

**37.3.11  Expenses of Arbitrator.** Expenses of any arbitration will be shared equally by the Medical Center and the Association. However, each party shall bear its own expense of representation and witnesses.

**37.4  No Strikes or Lockouts.**

The Medical Center, the Association and employees recognize their mutual obligations to maintain services to the patients and to provide health care services to the community. There shall be no strikes, lockouts, or other interruptions of work during the life of this Agreement. Notwithstanding the foregoing, it shall not be deemed a violation of this Agreement for the Association to respect the lawful, primary picket line of another union representing the Medical Center's employees provided the following procedures have been exhausted by the bargaining union.

**Step 1** 90 days before contract expiration, one or both parties notifies the other in writing of reopener to renegotiate contract.

## 37.6  Just Cause

37.6.1  The Medical Center shall have the right to assess disciplinary action for just cause.

37.6.2  A Nurse may request to have an Association representative present at a meeting with the Medical Center when the Nurse reasonably believes such meeting may result in disciplinary action. Furthermore, the Medical Center shall advise a Nurse in advance if it is requested if a meeting may result in suspension or discharge of the Nurse.

## 37.7  Disciplinary Investigations

Prior to a final determination by the Medical Center that discipline is for just cause, the Medical Center may place an employee on an unpaid investigatory suspension only when an employee's acts of misconduct, supported by evidence the Medical Center believes in good faith to be reliable, such that allowing the employee to remain on the job could jeopardize patient or employee safety.

37.7.1  Examples of such alleged incidents are serious clinical errors that bring into question the Nurse's clinical competency, alleged patient abuse or neglect, significant incidents of sexual or other forms of prohibited harassment, threats or acts of violence in or related to the workplace, being under the influence or the use of drugs or alcohol in the workplace, or substantial evidence of drug diversion.

37.7.2  The parties agree that whether or not a Nurse has been placed on an investigatory suspension shall be irrelevant to any later arbitration or other proceeding in which the employee challenges the legitimacy of the Medical Center disciplinary action.

37.7.3  Prior to placing a Nurse on disciplinary investigation, the Medical Center will use all reasonable efforts (1) to notify the Nurse of the reasons that he or she is being placed on investigatory suspension and, (2) consistent with the Nurse's right of representation, to obtain the Nurse's version of events that relate to the alleged misconduct.

37.7.4  Disciplinary investigations shall be concluded by the Medical Center as expeditiously as reasonably possible. Except by mutual agreement of the parties, no Nurse shall remain on unpaid investigatory suspension longer than 3 days, excluding weekends and holidays and any time period that the Nurse and/or the Nurse representative is unable to meet with the Medical Center to discuss the alleged misconduct. The Association's request to the Medical Center's request to extend the period of the unpaid investigatory suspension itself not be unreasonably withheld.

37.7.5  These provisions regarding disciplinary investigations shall not affect the customary rules of admissibility of evidence in any proceeding challenging any discipline imposed by the Medical Center.

## 37.8  Personnel Records

37.8.1  Access to Personnel Records. The Nurse and/or an Association representative, if authorized in writing by the Nurse, may examine any written warning, formal evaluation, or written record of an oral warning, which is issued after the ratification date of this agreement with respect to each Nurse. Such material is not subject to the grievance procedure unless it results in or is relied upon to support future disciplinary action. The Nurse may place in the file written commentary upon such material within two (2) weeks of the time of issuance.

37.8.2  Amendment and/or representatives of the Association shall be allowed, at Step Two or later, upon request to the Medical Center designate, to inspect appropriate material in personnel files, which is related to an alleged contract violation if the employee's written consent is presented to the Medical Center designate. In situations the Medical Center will not submit any such material for which it has denied right of inspection to the Association.

37.8.3  Changes in Personnel Records. In any case where agreement has been reached between the Medical Center and the Association to make revisions in the personnel records, the Association shall be allowed upon request to the Medical Center designate, to inspect such personnel records.

## 37.9  Notice to the Association

Notice in writing of challenges or suspension shall be sent to the Association within seventy-two (24) hours of such action, excluding holidays and weekends. The seven (7) calendar days provided for filing in Step Two shall commence from the date that the notice to the Association is postmarked.

## ARTICLE 38.  CHILD CARE COMMITTEE

A joint committee shall be established to explore the feasibility of on-site child care facilities. The committee shall be composed of two (2) representatives of the Medical Center and two (2) Staff Nurses appointed by the Association. The committee shall meet on a regular basis commencing no later than thirty (30) days after ratification of the Agreement. The committee shall issue a report to the Medical Center and the Association no later than six (6) months after the initial meeting of the committee.

## ARTICLE 39.  SUCCESSORS

39.1  It is the intent of the parties that this Agreement shall remain in force and effect for its full term. In the event of a sale, merger, consolidation, assignment, divestiture, or other transfer of ownership of the Medical Center in whole or in part in which Nurses are regularly assigned to work, the Medical Center will notify the Association at least sixty (60) days prior to the effective date of such action.

# ARTICLE 43. WORKPLACE SAFETY & SECURITY

43.1 The Medical Center will provide a safe and secure workplace including adequate control of visitors, a rapid response team to deal with volatile situations, and visible security at change of shifts.

43.2 **Lift Equipment.** The Medical Center shall provide adequate equipment designed to assist Medical Center and in the lifting of patients. The Medical Center shall insure that Home lifts are operational and continuously functioning.

43.3 **Protocols for Lifting and Moving Heavy Objects.** Protocols for moving and lifting heavy patients or equipment shall be developed and widely distributed on the units.

43.4 **Supportive Equipment.** The Medical Center shall make reasonable requests for supportive equipment for Registered Nurses who make reasonable requests for supportive equipment through the ITP committee or employer.

43.5 **Right to Refuse Unsafe Work.** No Nurse shall be disciplined, penalized, coerced, intimidated or perform any task where s/he has a reasonable good faith belief that it would be unsafe or unhealthy to oneself, a coworker, a patient or the public.

43.6 **Eliminating Hazardous Conditions.** The Medical Center recognizes that it is the responsibility of all employees to identify unsafe working conditions and if feasible to correct these conditions. If conditions cannot be corrected, nurses should promptly bring them to the attention of the appropriate manager, and Safety Coordinator if appropriate, for correction.

43.7 **Repeated Sequence on Body Mechanics.** The Medical Center shall expend the support on body mechanics in the annual safety training period.

43.8 The Hospital recognizes that the nursing staff can provide key input and support for establishing safe work procedures and safe working conditions at the Medical Center. To develop this input and support the Medical Center proposes the following:

1. Two Staff Nurse Appointments to the Hospital Illness and Injury Prevention Committee. At a meeting between the PPC and the CNO, the PPC shall propose a list of six staff nurses as potential appointments to the Hospital Illness and Injury Committee. That PPC and the CNO shall then jointly appoint two staff nurses to be Committee from the list of proposed RNs.

2. A safety coordinator shall be appointed yearly for each of the 10 departments within the house with the most injuries. A CNA member from the department shall be selected for the nursing departments. If available staff members who are part of the nursing department can express an interest in those roles in those departments. The

73

---

39.2 The Medical Center shall not use any sale, transfer or other mechanism for the purpose of evading the terms of this Agreement.

39.5 The Medical Center agrees to meet and confer regarding any proposed relocation, transfer or reassignment of any unit or project new unit and will notify the Association at least thirty (30) days in advance of the effective date of such action, except in situations to which such actions are caused by closures or emergencies.

39.4 This Agreement shall be binding on the Medical Center and its successors.

# ARTICLE 40. NURSE MANAGER EVALUATIONS

40.1 Annually, all Staff Nurses in a Nursing unit may complete an evaluation of their Nurse Manager. These evaluations may be signed and placed in a sealed envelope and kept for sent to the appropriate director. Forms will be available on the Nursing Unit and in the Nursing Administration Office.

40.2 The Director will meet annually with the Nurses to discuss the functioning of the unit.

# ARTICLE 41. ANNUAL PERFORMANCE APPRAISALS

Each Staff Nurse will receive an annual performance appraisal. Appraisals may be conducted on or about the Nurse's anniversary date or at the option of the Nurse manager, appraisals of all Staff Nurses in a unit may be coordinated at the same time each year. The Nurse manager will post a notice of the schedule for appraisals in a prominent place on the unit. Each Staff Nurse appraisal meeting will be at a time that is mutually agreeable to the Staff Nurse and Nurse manager.

# ARTICLE 42. PARKING

42.1 Each Registered Nurse working on the night shift will be provided with parking in the Summit or Alta Bates garage at no charge to the Nurse. If the hospital implements a card system on the night shift for security purposes, Nurses may be charged a $10.00 fee to replace a lost card.

42.2 Medical Center security officers will be present during the change of the night shift at or near the Summit and Alta Bates garages to assure the safety of the Nurses unless an emergency requires the presence of such security officers at a different location. Nurses will be provided to said from the garages after dark at the request of the Nurse.

42.3 The monthly parking rate at the Summit Garage for day and PM shift Nurses shall not exceed $55.00. Each Nurse shall have the right to purchase a parking card either for the Summit North or Summit Sound garage.

72

## ARTICLE 45. TERM OF AGREEMENT

Except as otherwise provided herein, this agreement shall become effective as of July 3, 2005, and shall continue in effect without change, addition, or amendment through July 1, 2007. This agreement shall be automatically renewed or extended from year-to-year thereafter unless either party serves notice in writing on the other party at least ninety (90) days prior to the expiration date of this agreement, or subsequent anniversary date, of its desire to terminate or amend this agreement. If a new agreement is not reached prior to July 1, 2007, or any subsequent anniversary date thereafter, the parties may, by mutual consent, extend the existing agreement.

IN WITNESS WHEREOF, the undersigned parties, duly authorized to do so, have executed this Agreement this _____ day of _____, 2005.

FOR THE CALIFORNIA NURSES ASSOCIATION

Kris Ann DeLeon
Executive Director

_____
Contract Counsel

Anna Cate Director

Cheryl Carlson
Carolyn Adamson, RN

Margarita Edwards, RN

_____
Joseph Resetko, RN

Liana Carter, RN

Mary Edgerel, RN

_____ RN

Christine McGovern, RN

Monica McGhee, RN
Carrie Mulligan, RN

FOR ALTA BATES SUMMIT
MEDICAL CENTER

Warren Kirk
Chief Executive Officer

Mark Behling
Vice President, Human Resources

Vici Austin, RN
Chief Nursing Officer

Richard D. Fischer
Director, Employee and Labor Relations

75

---

purposes of these rules shall be to analyze tasks that have resulted in injuries and to facilitate the removal of hazardous conditions and develop appropriate protocols. Safety coordinators shall receive 4 hours of training to perform these for this role. They work closely with the Manager of these units to improve conditions. 16 hours of project work shall be allowed for this role each year. The Manager and Safety Coordinator shall determine the scheduling of this time.

3.  The Manager and Safety Curriculum shall make recommendations for safety equipment and protocols to be used within the unit. Recommendation for equipment and protocols to be used throughout the Medical Center shall be made by the injury and illness prevention committee, which shall have two nurse representatives. These groups shall also examine new equipment for safety purposes and witness appropriate new construction for safety and ergonomic considerations.

## ARTICLE 44. TECHNOLOGY

The parties agree to the following principles regarding the introduction of new technology at the Medical Center that affect the delivery of nursing care:

(a)  Technology must be consistent with the provision of safe, therapeutic, effective care, which promotes patient safety. Deployment of technology shall not limit the RN from following the nursing process, including use of clinical judgement in the assessment, evaluation, planning and implementation of care, nor from acting as a patient advocate. The parties acknowledge that new technology may effect nursing duties, but shall not be used to replace the RN's delivery of care to patients.

(b)  The manner in which technology is used shall guarantee patient confidentiality.

(c)  Technology is intended to enhance, nor degrade nursing skills.

(d)  Technology is intended to provide information and options the clinical decision-making. Clinicians will maintain accountability for actual clinical decision-making, including incorporating individualized patient needs, complications, co-morbidities, as appropriate.

(e)  The Medical Center shall provide timely opportunities for Staff Nurses in the affected unit(s) and/or Staff Nurses designated by the FPC to participate, as appropriate, in the selection, design, build and validated processes whenever new technology effecting the delivery of nursing care is being considered. Such Staff Nurses will represent the unit(s) affected. The Association and the Medical Center shall discuss the obligations and expectations of the Staff Nurse(s) participating in the technology initiative prior to the designation by the FPC.

(f)  The Medical Center shall survey staff nurses on affected unit(s) within three (3) months after the introduction of new technology. Concerns identified will be addressed by the Medical Center in writing to the nurses in the affected unit(s), with a copy to the FPC.

74

**APPENDIX A**

**CLUSTERS FOR REDUCTIONS IN FORCE (RIFs) AND DAILY CANCELLATIONS AND CLINICAL CLUSTERS FOR FLOATING**

Limitations on Floating, Training, and Orientation to Work in Specialized Areas

Nurses may volunteer or float to any unit in the Hospital. Nurses may be required to float within the nursing areas outlined in this appendix, provided they have the requisite competencies as outlined in the document entitled "Side Letter Regarding Staffing and Patient Care Issues," (2) Patient Care Assignment, referring to Competency Validation, attached to this agreement.

Registry and Traveling Nurses shall be required to float before the permanent staff of the Medical Center. Floating shall occur according to the various guidelines established by staff nurses for each unit.

Nurses who have transferred from a clinical cluster (viewed as internal transfers of I, and float/ers) to another clinical cluster may be floated back to their former clinical cluster for up to six months, provided they still retain their competencies.

I. **Saratoga Units:**

A. Emergency Department
B. ICU, CPU
C. Telemetry: 3North, 3West, 5West, Special Care Unit (SCU), Post-Post Cardiovascular Unit
D. Non-Invasive Cardiology, Cath Lab
E. Medical-Surgical: 4East, 4West, 5East, 6South, 2East, 2North, M&S Float Pool, SNF, Short Stay, Infusion, PICC*
F. Acupuncture Testing
G. Operating Rooms
H. PACU, Same Day Surgery, GI Lab**
I. Chemical Dependency (OP)
J. Dialysis
K. Cancer Education and Prevention
L. Adult Day Health / Alzheimer's Units

*   There will be no floating in or out of the PICC position.
**  PACU/SDS may float into GI Lab to provide Moderate Sedation procedures as necessary. GI Lab does not float into PACU/SDS.

77

76


En. Acosta, RN
Ruth Sandberg, RN
Pat Strickland, RN

## APPENDIX B
## CLINICAL LADDER

Pending acceptance by the parties of the recommendations of the Clinical Ladder Coordinating Task Force (see Article 4.I.E), the provisions below shall apply to Nurses at Summit Medical Center only and the existing Clinical Ladder provisions at Alta Bates will continue to apply to Nurses at that facility.

**Clinical Ladder – Summit Medical Center**

A.   **Application And Review Process**

(1) Applicant obtains application form from Nursing Department.

(2) Completed application form and documentation needed to complete portfolios submitted to Vice-President of Patient Care Services.

(3) Applicant is responsible to ensure that portfolio is complete. The Review Board will interview only applicants with completed portfolios.

(4) Applications will be received semi-annually in February and September.

(5) Application periods begin on the first of the month and conclude on the 21st of the month.

(6) The Review Board will convene to review applications, complete the review process, and schedule an interview with each applicant within three weeks of the end of the application period. The formal interview with the applicant will be 40 to 60 minutes in length.

(7) The Review Board will submit its recommendation regarding each applicant to the Vice-President of Patient Care Services within two (2) working days of the interview with the applicant.

(8) Within ten (10) working days of receipt of all the Review Board's recommendations, the Vice-President of Patient Care Services will notify all applicants of the final decision. Any applicant who is denied advancement will receive a complete written description of the reasons for denial.

(9) Salary adjustments will become effective the first payroll period following the final decision.

B.   **Maintenance of Clinical Ladder Position**

79

---

II. **Alta Bates Units:**

A. Emergency Department
B. Critical Care-East, West and ITC
C. Cath Lab, Radiology
D. Medical-Surgical: 6North, 6Southwest, 6East; 4North-East, MS Float Pool, (5EBAC, Outpatient Infusion Center, IV Therapy/PICC*)
E. Pediatric: Labor and Delivery, 5West, 3Southwest, NICU, Antepartum Testing, Perinatal Float Pool, 3NW/Antepartum
F. Operating Room
G. PACU, Same Day Surgery, GI Lab**, Pre-Op Testing
H. Behavioral Health, 4East, 3East A, 3East B, 3North, 4North
I. RCT
J. Pulmonary Subacute
K. SE Rehab

* There will be no floating into or use of 5EBAC, OPIT, IV Therapy/PICC OR staff may float to the GI Lab, but GI Lab staff do not float to Same Day Surgery, PACU or the OR.

** GI Lab staff

III. **Cross Campus Floats**

The Medical Center may establish designated cross-campus float pool positions, paid at the rates in Article 9.1.

**TRAINING AND ORIENTATION FOR WORK IN SPECIALIZED UNITS**

The Medical Center and the Association recognize that Nurses may not have training and/or experience in Intensive Care Unit (ICU), Intensive Care Nursery (ICN), Cardio-Pulmonary Unit (CPU), Post Anesthesia Recovery Room (PAR), Renal Dialysis, or in other areas where special training and/or experience may be needed. Except in cases of emergency declared by a civil authority or acts of God or tacit or catastrophic or internal or external disaster, Nurses without appropriate training, orientation and/or experience shall not be assigned to such areas. Nurses may request to be assigned to ICU, ICN, CCU, PAR, Renal Dialysis, and/or other specialty areas for training purposes. However, Nurses shall not be required to float outside the nursing care area hired under limitations in Staffing.

In order to provide a greater number of qualified, personnel to work in such specialized areas, the Medical Center shall:

(a) provide an in-service program or other program for Nurses on staff;
(b) utilize a pool of regular, Short-hour, and Casual Nurses qualified to be assigned to work units as called.

78

D. **Review Board**

(1) **Composition.**

One (1) CN II
Two (2) CN IIIs and three (3) CNIVs, or three (3) CNIIIs and two (2) CNIVs.
One (1) Nurse Manager
Two (2) Clinical Nurse Specialists
One (1) Nursing Administration representative
One (1) College Faculty member

Alternates will serve in place of a Review Board member when that member is unavailable for applicant's complete review process or when there is a conflict of interest for that member.

During the application/interview process, the Board may appoint additional CNIII/IV members if necessary in the area of the applicant's specialty.

(2) **Appointment Process.** Vacancies on the Review Board which occur due to resignation or expiration of term will be posted and the minimum Review Board will interview and select the replacement members.

(3) **Term of Service.** Appointments will be for two (2) years to provide continuity; members will not be allowed to serve for more than two (2) consecutive terms.

A letter of resignation must be submitted to the Vice-President of Patient Care Services by any member unable to complete his/her term of office. This must be done at least one (1) month prior to convening the Review Board for an alternate member to be appointed/selected.

(4) **Responsibilities.**

(a) The Review Board will post a notice of application periods at least thirty (30) days prior to the commencement of each period. This notice shall be posted on each nursing unit and on the Association bulletin boards.

(b) The Review Board will convene semi-annually to consider any applicants. All matters before the Review Board will be conducted according to the time frames specified and the proceedings as outlined herein.

(5) **Professional Performance Committee Review.**

(a) The PPC shall receive a report on the proceedings of the Review Board which indicates the number of applicants (for CN III and CN IV, the number of those

81

---

(1) No later than sixty (60) days after advancement or renewal in a CN III or CN IV, the Nurse will submit in writing to both the PNBR and the Nurse Manager evidence of substantial progress demonstrating the unit, Medical Center or community contribution. Upon written request, the Nurse will be provided an additional thirty (30) days to submit the progress report to the PNBR and the Nurse Manager. Failure by the Nurse to submit the written progress report within ninety (90) days of advancement or renewal will result in the Nurse being reclassified to the Staff Nurse II classification.

(2) All CN IIIs and IVs will be evaluated annually to determine that their performance remains at the CN III/IV level.

(3) The Nurse manager will conduct the performance appraisal based on the CN III or CN IV position performance standards and annual goal achievement.

(4) Three (3) months prior to the annual performance appraisal, the CN III or IV initiates a conference with the Nurse manager to discuss the forthcoming evaluation.

(5) If position performance standards are not being satisfactorily met, the Nurse manager will initiate a counseling session with the CN III or IV at least three (3) months prior to the annual performance appraisal. The CN III or IV must be counseled in writing by the Nurse manager.

(6) The CN III or IV will have three (3) months following the counseling session to again consistently practice at the CN III/IV level. If the CN III, after three (3) months, does not meet the CN III/IV performance criteria, s/he will be returned to the next lower classification. The Nurse manager will submit documentation and rationale for reclassification to the Nurse and the Vice-President of Patient Care Services (to be placed in the CN Portfolio).

(7) The CN III or IV, upon notification of reclassification, may appeal the reclassification using the appeal process. The applicant must submit a written appeal statement identifying areas of concern to the Vice-President of Patient Care Services within ten (10) working days of the Nurse's receipt of the reclassification note from the Nurse manager. The Vice-President of Patient Care Services will consider each appeal and inform the Nurse of the decision within ten (10) working days of receipt of appeal. A reclassification will not be instituted pending the outcome of the appeal process. If no appeal is made within the established time frame, reclassification will be initiated by the Vice-President of Patient Care Services or be effective the first day of the following pay period.

J. **Reclassification.** Voluntary reclassification of the area of specialization will result in the CN III and CN IV automatically reverting to the next lower classification.

80

applicants who are reclassified, and the number of those applicants who are denied reclassification and the general reasons for their denial.

(b) The FPC shall review the experience of the Clinical Ladder and shall make recommendations to the Vice President of Patient Care Services based on their review.

## E. CN II—Education

**Minimum Qualifications.** All applicants must have worked at least 1000 hours at the Medical Center in the 12 months preceding the date of application.

### CN II—Education

(1) **Academic**
 (a) Graduation from an accredited School of Nursing.
 (b) Current RN licensure to practice Nursing in California.

(2) **Continuing Education.** Thirty-eight (38) contact hours including fifteen (15) contact hours in specialty area over a two-year period preceding application.

(3) **Certification**
 (a) Current CPR certification.
 (b) Current ACLS and CCU certification, if required in specialty area.

(4) **Inservice.** (refer to Leadership Performance Standards)
 (a) Attends 80% of unit and Medical Center inservices.
 (b) Coordinates unit inservice programs.

(5) **Experience**
 (a) Diploma degree, one year clinical experience in specialty area; the most recent six (6) months of employment in the Medical Center in specialty area as a CN II.
 (b) AA degree, two (2) years clinical experience with clinical experience in the last one (1) year in specialty area; the most recent six (6) months of employment at the Medical Center is specialty area as a CN II.
 (c) Bachelor's degree in Nursing, one (1) year clinical experience in specialty area, the most recent six (6) months of employment at the Medical Center in specialty area as a CN II.
 (d) Master's degree in Nursing, six (6) months clinical experience in specialty area, the most recent six (6) months of employment at the Medical Center in specialty area as a CN II.

## CN IV—Education

(1) **Academic**
 (a) Graduation from an accredited School of Nursing.
 (b) Current RN licensure to practice Nursing in California.

(2) **Continuing Education.** Forty-five (45) contact hours including fifteen (15) contact hours in specialty area over a two-year period preceding application.

(3) **Certification**
 (a) Current CPR certification.
 (b) Current ACLS and CCU certification, if required in specialty area.
 (c) Certification in specialty (examples in Appendix D).

(4) **Inservice.** (refer to Leadership Performance Standards)
 (a) Attends eighty percent (80%) of unit and Medical Center inservices.
 (b) Coordinates and employs unit and/or Medical Center inservice programs.
 (c) Evaluates unit inservices.
 (d) Acts as a unit resource to staff presenting inservices.

(5) **Experience**
 (a) Diploma, Bachelor's degree in Nursing, three (3) years clinical experience with two (2) years in specialty area, the most recent six (6) months of employment at SMC in specialty area as a CN II.
 (b) AA degree, four years clinical experience, with two (2) years in specialty, the most recent six (6) months of employment at SMC to specialty area as a CN II.
 (c) Master's degree in specialty area, two (2) years clinical experience with one (1) year in specialty area, the most recent six (6) months of employment at SMC in specialty area as a CN II.

### Portfolio Requirements CN III and CN IV.

(1) Application Form.
(2) Self-evaluation.
(3) Most recent performance appraisal.
(4) Peer done. Applicant selects name of one (1) peer. Nurse Manager selects peer. One of the peers selected must come from the same shift and one from concurring shift. Nurse Manager will distribute evaluation regarding data on applicant's qualifications for CN III position.

## APPENDIX C

### EXAMPLES OF CERTIFICATIONS IN SPECIALTY

NAACOG (OB)        Obstetric Care
AACN (CCRN)        Critical Care

ANA
Adult Nurse Practitioner
Family Nurse Practitioner
School Nurse Practitioner
Gerontological Nurse
Gerontological Nurse Practitioner
Maternal & Child Health Nurse
Child & Adolescent Nurse
High-Risk Perinatal Nurse
Pediatric Nurse Practitioner
Medical Surgical Nurse
Clinical Specialist in Medical-Surgical
Psychiatric & Mental Health Nurse
Clinical Specialist in Adult Psychiatric & Mental Health Nursing
Clinical Specialist in Child Adolescent Psychiatric & Mental Health Nursing
General Nursing Practice
OCN
ENA (CEN)
AORN (CRO)
MCN (SR)

85

(5)    Nursing practice—applicant is responsible to submit one (1) practice exemplar that reflects actual clinical practice demonstrating characteristics of nursing practice at the proficient level (CNIII) or at the expert level (CNIV).

(6)    Leadership Qualities: meets all Leadership criteria for CN III/IV job description.

(7)    Unit/Medical Center/Community Contribution: Applicant for CNIII select four (4), including at least one (1) from each column; applicant for CNIV select five (5), including at least one (1) from each column.

Column A
1.    give care unit or Medical Center inservice
2.    coordinate 2 inservice
3.    learning labs
4.    peer case guidelines
5.    preceptorship
6.    formal multidisciplinary patient care conference
7.    active committee work

Column B
1.    research
2.    patient teaching programs
3.    health related community activity
4.    special projects
5.    publication
6.    college teaching
7.    specialty unit course

(8)    Compensation:    CNIIIs and CNIVs will be allowed one paid project day per month, and will be eligible for three (3) additional paid education leave days per year. Both the project day and the PBL days will be provided for Peer-Line Nurses in accordance with Article 14.1.

84

## APPENDIX E

### RETENTION AND RECRUITMENT OF REGISTERED NURSES

This committee shall consist of a total of 6 Staff Nurses, 3 of whom shall be regularly assigned at ABSMC and 3 of whom shall be regularly assigned at SMC and 6 representatives from the Medical Center. Staff Nurses shall be paid straight time to attend the meetings and for other committee work, as directed by the committee. Meetings will be held on a minimum of a quarterly basis with meetings not to exceed 2 hours each. A written report of recommendations and outcomes will be submitted quarterly to the Vice President, Human Resources and Vice President, Patient Care Services.

The goals of the committee may include, but are not limited to:

a) Identifying areas on both campuses where retention and recruitment difficulties exist, advising strategies for problem solving, and making recommendations for those identified areas;

b) Assisting with development and implementation of a recruitment and retention program for Registered Nurses;

c) Participating in all aspects of a Retention and Recruitment Program including but not limited to preceptorship and attachment at Job Fairs, college presentations, and new grad programs;

d) Assisting the Medical Center in promoting the profession of nursing internally and externally;

e) Developing procedures for avoiding the need for overtime; and

f) Reviewing recruitment methods and other procedures to help prevent weekend staffing issues.

87

---

## APPENDIX D

### CHARGE NURSES AT ALL ALTA BATES, SUMMIT, AND HERRICK CAMPUSES

1. One Charge Nurse position will be established on each unit and shift, except for at the Summit District Unit and CPU, each of which shall have one Charge Nurse on the day shift only, and in surgical services, where there shall be one Charge Nurse each on the day shift in SDS, PAR, OR-R and OR-S, and one Charge Nurse for the OR on the PM shift at Summit and one Charge Nurse each on the day shift in the OR, GI Lab, PACU, and SDS at Alta Bates.

2. Charge Nurses will not float, unless their unit is temporarily closed, pursuant to Article 20.21, or relocated to an existing open unit. In such situations, the Medical Center will provide appropriate clinical orientation for Charge Nurses who do not have current clinical competencies.

3. In case of indefinite layoff, a Charge Nurse cannot be bumped by a Nurse from another unit.

4. In collaboration with Nurse Managers and Administrative Coordinators, the Charge Nurse or Relief Charge Nurse shall have authority to adjust staffing on the unit as necessary to provide appropriate patient care, including the authority to call in extra staff as needed.

5. Hours of the Charge Nurse and Relief Charge Nurse shall be considered in addition to the core staffing on a daily basis, and therefore not assigned a patient care assignment.

6. In case of a Charge Nurse, vacancy, preference in filling such vacancy shall be based on work experience, demonstrated leadership, clinical competency and past performance. If the qualifications of two or more applicants are substantially equal, then seniority will apply.

7. Charge Nurses shall be granted two (2) out of every three (3) weekends off.

8. A Charge Nurse shall be eligible for sixty-four (64) hours education leave per year, all other provisions of Article 17 (Paid Educational Leave), including probation, shall apply.

86

## APPENDIX I
## JOB SHARE AGREEMENT

The Job Share Program is available for Registered Nurses who desire to work either in a seven-tenths (7/10) benefited or five-tenths (5/10) unbenefited Job Share Status.

### SEVEN-TENTHS (7/10) BENEFITED JOB SHARE PROGRAM:

1. Each Nurse should average 56 hours in each pay period and will receive 7/10th benefits. The job share partners may adjust their schedules so that each one works fewer or greater hours. This will be by agreement between the two Nurses and may be reviewed quarterly and renewed yearly. Neither Nurse can be scheduled for more than 40 hours per week or 80 hours in a bi-weekly pay period.

2. Between the two partners all 14 days of one slot of each pay period will be covered.

3. The partners will be expected to cover each other's educational leave.

4. Requests for itself-absences vacations must be approved by the Nursing Director.

5. They will cover all holidays.

6. In the event of extended sick leave or maternity leave, the job share will continue if another qualified employee, as approved by the Medical Center, will fill the vacant hours not worked by the remaining partner. If this is not possible, the job share will be terminated.

7. Daily cancellation and long term layoff will apply to each partner according to his/her own seniority.

### Application Procedure:

- 20 to 25% of benefited positions will be designated for "Job Share."

- The positions will be awarded by seniority based on the combined seniority of the two partners. Each will have a minimum of one year seniority with the Medical Center.

- Only Nurses on that unit and shift may apply - this is a conversion of current positions.

- Each partner will sign the job share agreement.

- As part of the application, the partners will submit a proposed schedule.

- Charge Nurses are not eligible for job sharing.

36.

---

9. Termination Procedure:

In the event of termination or resignation or extended sick leave or maternity leave of one of the partners, the remaining partner will (a) revert back to his/her pro-job share status, or (b) may transfer to any available posted position for which he/she is qualified, or be granted on a seniority basis, or (c) may find a permanent replacement, with approval from the Medical Center, to continue the contract.

10. Except as specifically modified by the job share agreement, all other policies of the Medical Center and Contract requirements, apply. This includes, but is not limited to performance expectations, leave accruals and layoff procedures.

11. Modifications to these guidelines may be mutually agreed to by the Staff Nurses and their Nursing Directors to meet unit needs.

### FIVE-TENTHS (5/10) UNBENEFITED JOB SHARE PROGRAM:

1. These positions will be available on a limited basis as determined by the Nursing Director.

2. Per Diem pay one instead of benefits. Each Nurse will be paid according to her individual pay category as determined by seniority and hospital contract.

3. Daily cancellation and long term layoff will apply to each partner according to his/her own seniority. This position will not be considered "on call."

4. Nurses will cover a Full-time position.

5. Each Nurse will work every other weekend, i.e., every weekend will be covered.

6. The Nurses will attempt to cover for each other on sick days, and notify staffing office of the change.

7. Each Nurse is entitled to limited vacation time (unpaid since in lieu of benefits). The Nurse may take a regularly scheduled weekend off after six (6) months of employment. The Nurse may take herself/himself off for three (3) scheduled weekends annually subject to approval by the Nursing Director. Both Nurses will not be gone at the same time unless approved by Nursing Director. Nurses will cover each other for at least one week of vacation.

8. They will cover all holidays.

9. Nurses in 5/10 Job Share may make themselves available to perform extra work outside of Job Share hours, however, status at those times will be deemed to be "on call" and subject to cancellation as such.

69.

## APPENDIX G

### RETIREMENT PLAN OPTIONS FOR NURSES EMPLOYED ON DECEMBER 31, 1975

**A.    Options For Nurses with Vested Rights in Hospital Pension Plans**

**Definition.** A vested Nurse for purposes of this article shall be defined as a Nurse employed by a member hospital of the Association of Hospitals on December 31, 1975 who has ten (10) or more years of service and, according to the vesting provisions of the Hospital Plans, has a vested right as of December 31, 1975 to benefits under the Plan.

1.    **Option for Vested Nurses.** Vested Nurses employed by a member hospital on December 31, 1975 shall have a one-time irrevocable option to select either Option A or Option B below.

**Option A** - The Nurse shall agree to participate in the Hospital Pension Plan as of December 31, 1975, and the Medical Center shall contribute into Tax Deferred Annuity on the Nurse's behalf on and after January 1, 1976, all as provided in this article. The Nurse shall retain all vested rights accrued as of December 31, 1975.

**Option B** - The Nurse shall continue to participate in the Hospital Pension Plan on and after January 1, 1976 and shall not in any way be covered by or subject to the Tax Deferred Annuity provisions of this article.

2.    The Nurse agrees to obtain such a written option from each vested Nurse by April 5, 1976.

3.    **Future Benefits Under The Hospital Plan.** The retirement benefits for all Nurses who select Option B above and for those Nurses already retired on December 31, 1975 under the Hospital Plans shall be those provided to them as set forth in the Hospital Pension Plans for employees covered by the collective bargaining Agreement. Nurse or Nurses Pension Hospitals covering the greatest number of employees other than Registered Nurses. Any improvements or increases granted in such Master Agreements are to be granted concurrently. No Nurses covered by this subparagraph is provided, however, that already retired Nurses shall only receive such increases or improvements if retired employees under such Agreement also receive such increases or improvements. The Association shall be notified by the Hospitals of any such improvements or increases.

4.    A Nurse vested on December 31, 1975 under either of the Hospital Plans and who selects Option A above, shall, upon retirement, receive benefits earned by reason of years of service prior to December 31, 1975 under the benefit formula set forth in the Hospital Plans on December 31, 1975. A Nurse who becomes contingently vested under Section B.3, below, shall upon retirement, receive benefits earned for years of service prior to December 31, 1975 under the benefit formula set forth in the Hospital Plan on December 31, 1975.

91

10.    In the event of extended unpaid sick leave, maternity leave, resignation or termination, the job share will continue if another qualified employee, as approved by the Medical Center, will fill the vacant hours not worked by the remaining partner. If this is not possible, the job share will be terminated and each of the participants will revert back to their pre-job share status or may transfer to any available normal position for which they are qualified on a seniority basis.

11.    All existing job shares shall function according to their previously signed job share unit, one of the original partners has quit the program.

90

5. **Reinstatement of Vested Rights.** In no event will a vested Nurse's rights may vest in vested as of December 31, 1975.

B. **Non-Vested Nurses — Contingent Vesting**

1. This provision applies to a regular Full-time or regular Part-time Nurse employed by a member hospital of the Associated Hospitals on December 31, 1975 with more than one (1) year of employment with such hospital but with less than ten (10) years of membership in the Hospital Plans on that date.

2. Such Nurse shall immediately terminate his or her membership in the Hospital Plans and shall not accrue any further benefits under either of such Plans on and after January 1, 1976.

3. Such Nurse's years of service on and after January 1, 1976 shall count for vesting purposes under the Hospital Plans but for no other purpose. If, in the future, such Nurse accrues ten (10) or more years of membership in the Hospital Plans, he or she shall be deemed vested, but totally and only for benefits earned by reason of years of service prior to December 31, 1975.

4. On or after January 1, 1976, the Medical Center shall contribute on behalf of each a Nurse into a Tax Deferred Annuity as provided in Article 16, Retirement, provided that such Nurse retains his or her status as a regular Full-time or regular Part-time Nurse.

5. Effective July 1, 1984, the Medical Center shall contribute on behalf of such a Nurse into a Tax Deferred Annuity account as set forth above.

C. **Ninety-Day Transfer Rule**

1. **A Non-Vested Nurse.** A non-vested Nurse whose employment with a member hospital has terminated and who, within ninety (90) days thereafter, is re-employed by the same or a different member hospital of the Associated Hospitals or by a reciprocating hospital, as defined in the Hospital Plans, and who continues in that new employment for one (1) year or more shall continue to be credited for years of service for contingent vesting purposes under the Hospital Pension Plans as provided in Section B.3, above.

2. **A Vested Nurse.** A Vested Nurse who has elected to remain in the Hospital Plans and whose employment has subsequently terminated and who, within ninety (90) days thereafter, is re-employed by the same or a different member hospital of the Associated Hospitals and who continues in this new employment for one (1) year or more shall continue to participate in the Hospital Plans.

D. **Five-Year Reinstatement Rule**

A non-vested Nurse whose employment with a member hospital of the Associated Hospitals has terminated and who, as of the date of termination, had five (5) or more years credited service in the Hospital Pension Plans and who, as of the date, or any other January 1, 1976, is re-employed by the same or a different member hospital of the Associated Hospitals or by a reciprocating hospital shall have years of service after January 1, 1976 credited for purposes of contingent vesting as provided in Section B.3, above.

## APPENDIX H
## 12-HOUR SHIFTS

This Appendix establishes the conditions which apply when Nurses choose to work a 12-hour shift.

### 1. Purpose

a. It is recognized that in order to maintain a viable 12-hour program, 12-hour positions must be created in pairs to provide 24-hour coverage. (In areas where 24-hour coverage is not required, single 12-hour shifts may be sufficient.)

b. The Medical Center will determine the number and types of positions designated as 12-hour positions. This does not preclude the Association from identifying units where there is an interest in 12-hour shift scheduling. The Medical Center agrees to evaluate the feasibility of 12-hour scheduling in those areas and respond to the Association in a timely manner.

### 2. Participation

a. Only Full-time and Part-time Staff Nurses in the affected unit may participate in a restructuring of unit staff positions (rather than a creation of new unit positions). Casual and non-unit Nurses may apply only after the regular Full-time and Part-time Nurses have filled existing positions.

b. 12-hour shifts are entirely voluntary.

c. All 12-hour shift arrangements must be approved by a majority of Full-time and Part-time Nurses voting from the unit affected in a secret ballot with each Nurse entitled to one vote. Determinations shall be made on a unit-by-unit basis (e.g. ICU, Nursery, etc.). At least two (2) weeks prior to the vote, CNA and the Medical Center shall make available to the RNs in the affected unit the details of the proposed 12-hour shifts and make efforts to identify and arrange for a full discussion of effects of 12-hour shifts on wages, hours, working conditions (including scheduling) and benefits. Meeting(s) should be held at a time convenient to the RN group affected to discuss the effects and consequences of 12-hour shifts. A CNA representative shall be present.

d. Discontinuation of 12-hour shifts requires a majority vote of the Full-time and Part-time Staff Nurses on the unit affected, with each Nurse entitled to one vote. After a six-month period of time needed to give the 12-hour program a sufficient trial, a vote to discontinue 12-hour shifts in a unit may be held anytime the CNA is presented with a petition by 30% of Part-time and Full-time Nurses in a unit. If the majority votes that the 12-hour program be discontinued, the 12-hour arrangement must be cancelled in not more than 60 days. Additionally, 12-hour shifts on a unit will be discontinued upon 60 days written notice by the Medical Center.

e. It is not the intent of CNA or the Medical Center that Floor Nurses be displaced from their current unit or shift or be required to work less than their full shift, as a result of the creation of 12-hour positions. It is agreed that no Nurse working an 8-hour schedule will be required to work less than an 8-hour shift as a result of the existence of 12-hour shifts or convert to a 12-hour schedule, or to transfer to another unit or shift or reassignment on 8-hour schedule. (Nothing in the Agreement shall prohibit the 8-hour Nurse from electing to work more or less than the 8-hour shift should the Medical Center request it.)

f. Any vacancies shall be treated as 8 or 12 hours, as presently scheduled.

### 3. Shifts

a. Shift hours for the 12-hour shift will be identified on position postings. Shifts beginning at or after 0600 and before 1100 will be paid at the day rate for all hours worked; shifts beginning at or after 1100 and before 1900 will be paid at the PM rate for all hours worked; shifts beginning at or after 1900 and before 0600 will be paid at the night rate for all hours worked.

b. With the exception of the Operating Room, Post Anesthesia Room, or other units with special needs who can determine the hours of their 12-hour shifts according to the needs of the unit, 12-hour shifts will begin at 0700 and end at 1930 for the day shift and begin at 1900 and end at 0730 for the night shift.

### 4. Definitions

**Straight-time hours:** The hours actually worked

**Equivalent hours:** The hours calculated according to the "Hourly Equivalent Grid," based on being paid 40 hours for 36 hours worked.

**Weekend:** A weekend is defined as the time between Friday at 1900 and Monday at 0700. A night shift Nurse may sign up for Friday-Saturday or Saturday-Sunday, according to the needs of the unit and then by preference, in order of seniority.

### 5. Hours of Week

A full straight-time work week will be thirty-six (36) hours, three (3) days a week for 12-hour Nurses. A straight-time work day will consist of no more than twelve (12) and one-half (12½) hours (including one 30-minute unpaid break) in 24 hours.

### 6. Overtime

a. If a Nurse works more than twelve (12) hours in any seventy-two (72) hour period, she will be paid double time for straight-time rate for all hours in excess of twelve (12).

94

95

**11. Holidays**

Paid holidays off will be paid at the rate of eight (8) hours' pay. 12-hour Nurses may request up to 5.3 hours of vacation pay to be paid along with the holiday pay, to maintain the Nurse's regular income. Vacation hours paid would then be deducted from accumulated vacation leave credits. Holidays worked will be at a rate of one and one-half (1½) times the Nurse's equivalent hourly rate for all hours so worked, plus eight (8) hours' holiday pay.

**12. Paid Educational Leave (PEL)**

The Nurse may elect to receive educational leave benefits at the rate of eight (8), twelve (12), or 13.3 hours. Hours taken will be deducted from the Nurse's accumulated educational leave.

**13. Jury Duty**

12-hour Nurses called for Jury Duty will receive the difference between jury duty pay and their normal 13.3 hours of pay.

**14. 4-Hour Shift Position**

Establish a pool of RNs interested in working four (4) hours in order to facilitate staffing.

**15. Part-time 12-Hour Positions**

At the request of either party, the Medical Center and CNA will meet to discuss the feasibility of Part-time benefited 12-hour positions.

**16. Weekend-only 12-Hour Positions**

Benefited 12-hour weekend positions may be established. Such positions will be paid at 12 hours' pay for 24 hours worked, still benefited at X. At the request of management, the parties will need to finalize remaining provisions for 12-hour weekend positions. The provisions of Articles 7.5.2, Guarantee of Weekends Off, and 7.5.3, Consecutive Weekend Rotation, will not apply to 12-hour weekend positions.

**17. 12-Hour Committee**

Establish a 12-hour committee with representatives from several units, to help solve 12-hour problems throughout the Medical Center as the commitment to 12-hour shifts expands. This committee should consist of 12-hour and 8-hour Nurses, a representative from administration/staffing, and a CNA representative.

**18. Temporary Levels**

97

---

b. If a Nurse works in excess of thirty-six (36) hours in any one work week, s/he will be paid overtime at the rate of time and one-half (1½) for all hours in excess of 36 hours/week.

**7. Compensation and Benefits**

a. Nurses who work three (3) days per week, twelve (12) hours per day, will be considered Full-time employees for all purposes under the Agreement and will receive a full forty (40) hours of straight-time pay for thirty-six (36) hours worked.

b. Should a Full-time employee, as defined above, work less than 36 hours per week, the Nurse will be compensated for actual hours worked according to the attached "Hourly Equivalent Grids."

c. Casual Nurses accepting pre-scheduled 12-hour shifts will be compensated according to the "hourly equivalent grid" (attached). Pre-scheduled is defined as signing up to work shifts at the time the unit's schedule is developed, according to contract.

d. Casual Nurses who agree to work 12 hours on an as-needed basis will be compensated at time and one-half (1½) for the last four (4) hours worked.

**8. Rest Period**

Each Nurse will receive one unpaid thirty (30) minute meal break and three (3) paid fifteen (15) minute breaks during each 12-hour shift. Several of these may be combined for up to a sixty (60) minute break.

**9. Scheduling**

a. Positions will be posted and filled in pairs on units where 24-hour coverage is required. Staff will be scheduled so that 12-hour shifts are matched except in cases where non-productive time is being scheduled. Once posted, changes made to the schedule will only be approved if 24-hour coverage is maintained without involving premium pay. Each Nurse will be guaranteed at least two (2) compensable days off.

b. If, as a result of a sufficient number of available 12-hour positions, the Medical Center is able to grant additional weekends off to 8-hour staff, such additional weekends off will be counted equitably among the staff, beginning with the most senior Nurse of the affected unit and shift.

**10. Sick Leave/Vacation**

The Nurse may elect on a twelve-hour sick leave/vacation pay at the rate of twelve (12), or thirteen point three (13.3) hours per day of leave, at the Nurse's option. Sick leave and vacation hours will then be deducted from the Nurse's accumulated sick and vacation leave credits.

96

## APPENDIX I
### RETIREE HEALTH COVERAGE

The parties agree that Retiree Health Care Coverage will be provided as set forth below:

**Retiree Health Plan for Merrin Hospital Early Retirees (Ages 55 Through 64 With 15 Years Of Credited Service)**

Employees age 55 or older with 15 years of credited service taking retirement prior to January 1, 1987 will continue participation in the current Health Care Plan at no cost for themselves and their eligible dependents until the death of the retiree. Dependent coverage will stop on the last day of the month following the death of the retiree.

**Retiree Health Plan for Retirees Age 65+ With Ten Years of Credited Service**

The following will apply to Retirees retiring from Petaluma Hospital beginning January 1, 1984, from Merrin Hospital beginning January 1, 1987, from Summit Medical Center beginning March 1, 1992, and from Alta Bates Medical Center beginning July 1, 1990.

Nurses retiring at normal retirement age 65 with ten years of credited service will be eligible to enroll in the Medicare Supplement Plan.

**Eligibility:** Employees retiring at age 65 and later with ten years of credited service, and their eligible dependents.

**Plan Design:** Equate Net Medicare Supplement Plan

**Rates:** Beginning January 1, 2006, the Medical Center's maximum monthly contribution will be equal to 100% of full cost of the benefits on January 1, 2006. Beginning January 1, 2007, the Medical Center's maximum monthly contribution will be equal to 100% of the cost of the benefit effective on January 1, 2007.

**Retiree Cost:** A sliding scale of RN contributions to help defray Plan costs will apply as Plan premiums for the retiree and eligible dependents as follows:

| Years of Service | % of Monthly Rate |
|---|---|
| 25+ years | -0- |
| 20 - 24 years | 25% |
| 15 - 19 years | 50% |
| 10 - 14 years | 100% |

98

98

Temporary layoffs shall be conducted in accordance with Article 23.2, except that in the event of a 12-hour mismatch or a 4-hour TLO at the beginning of the PM shift, the least senior 12-hour Nurse shall be laid off.

If a 12-hour Nurse is laid off for the first portion of a shift, the Nurse may choose to take the full shift off. (Nothing in the provision shall prohibit a Nurse from electing to work less than a full shift at the Medical Center's request.)

# APPENDIX I
## - PAYROLL PRACTICES

Set forth below are examples of the parties' understanding as to the contractual interpretation relating to payroll practices.

**1.** *Call-in Pay.*

A Nurse is called and requested on scheduled day off. How is the employee to be paid?

**Answer:**
(A) Full-time employees are paid premium pay (base rate x 1½)
(B) Part-time, Short-hour and Casual employees are not eligible for premium Call-in pay regardless of when last scheduled.

**2.** *Call-Back Pay (Pyramiding Issue).*

A Nurse is scheduled to work P.M. shift for 40 hours (Sunday, Tuesday, Wednesday, Thursday and Friday P.M.). The Nurse is called back early Monday morning and receives Call-Back pay (base rate x 1½) for six (6) hours worked. How is the employee paid on Friday?

**Answer:** The employee is paid straight time on Friday for all eight (8) hours worked, since all hours worked on Monday were paid premium pay and do not apply toward overtime.

**3.** *Overtime Accumulation.*

A Nurse is scheduled 40 hours (8 hours each) Monday through Friday. The employee works ten (10) hours on Monday through Thursday and earns eight (8) hours accumulated overtime (total: 40 hours by Thursday). How is the employee paid on Friday?

**Answer:** Straight time for all hours worked under eight (8) hours. Only the 32 hours worked Monday-Thursday at straight time apply toward weekly overtime.

**4.** *Education Leave Hours And Overtime.*

As an employee received eight (8) hours Education Leave on a Monday but works 32 hours Tuesday through Friday. If the employee works Saturday, how is she paid?

**Answer:** Straight time pay. Only hours worked including holidays, vacation and sick leave, apply toward overtime in excess of 40 hours within a work week. If, however,

---

Medicare Part "B" Supplement: $9.30 per month toward the cost of the Medicare Part "B" premium will be paid to employees retiring at age 65 and later. Retirees must be enrolled in Medicare Part "B" to receive this benefit.

**Retiree Health Plan for Retirees Age 55+ With Ten Years of Qualified Service**
On January 1, 2005, nurses retiring from a benefit-status job, with ten (10) continuous years in benefited status, who are at least fifty-five (55) years of age are eligible for continued health coverage if his/her age plus plan years of continuous service equals or exceeds seventy-five (75) at termination of employment. The provisions of such coverage are dependent below:

1. Retirees who choose a community-rated HMO-style program for pre-65 coverage will contribute a minimum of 20% of the cost of the premium and ABSMC will contribute 80% of the cost, up to a maximum of $225.00. On January 1, 2006, the maximum ABSMC contribution will increase to $250.00. On January 1, 2007, the maximum ABSMC contribution will increase to $265.00.

2. For retirees who choose a retiree-group rated indemnity plan for pre-65 coverage, ABSMC will contribute the same amount it would otherwise pay for the alternative HMO-style plan, up to a maximum of $225.00. On January 1, 2006, the maximum ABSMC contribution will increase to $250.00. On January 1, 2007, the maximum ABSMC contribution will increase to $265.00.

3. Retirees who choose a HMO medical supplement for the post-65 coverage will contribute a minimum of 20% of the cost of the premium and ABSMC will contribute 80% of the cost, up to a maximum of $225.00. On January 1, 2006, the maximum ABSMC contribution will increase to $240.00.

4. For retirees in the indemnity plan who elect the low or high level Medicare supplement, ABSMC will contribute the same amount toward the supplement as it would otherwise pay toward the HMO MediCare product, up to a maximum of $225.00. On January 1, 2006, the maximum ABSMC contribution will increase to $240.00.

5. If the retiree chooses dependent coverage, the retiree must pay the full cost of the additional dependent coverage for the HMO-style plan, or if chosen by the retiree, the full cost of the additional dependent coverage for the indemnity plan.

6. A retiree accepting this early retirement health coverage is not eligible for the Medical Center's Medicare Supplement Plan.

8. *On-Call Pay - Shift Differential.*

A Nurse is assigned On-Call duty for an evening or night shift. What rate of pay shall the Nurse receive?

**Answer:** Nurse "On-Call" during evening/night shift shall receive one-half (½) his/his regular base rate, plus one-half (½) the shift differential for the appropriate shift. For example, if shift differential were $1.20 for all hours worked evening/nights, a Nurse "On-Call" on these shifts would receive $0.60/shift differential "On-Call" standby status.

9. *Double Shift Pay.*

A Nurse works a double shift. How shall it/he be paid?

**Answer:** First shift worked:   8 hours straight time pay
Second shift worked:   4 hours 1½ times base rate
                        4 hours 2 times base rate

103

---

the Medical Center requires the employee to take Education Leave, then each shall be considered as time worked.

5. *Rest Between Shifts.*

An employee leaves work at midnight Monday (at straight time) but works from 6 A.M. to 9 P.M. Tuesday. How is the employee paid?

**Answer:** 6 A.M. to 12 Noon—Base Rate x 1½ (Rest Between Shifts)
12 Noon to 6 P.M.—Straight Time Pay
6 P.M. to 9 P.M.—Double Time

6. *Double Shift.*

A Nurse works a double shift (and receives Base Rate x 1½ for four (4) hours, and 2x Base Rate for four (4) additional hours) on a Sunday. The employer also works Tuesday through Friday. The week's time sheet shows the following:

| | |
|---|---|
| Sunday | 16 hours |
| Tuesday | 08 hours |
| Wednesday | 08 hours |
| Thursday | 08 hours |
| Friday | 08 hours |
| | 48 hours |

How is the employee paid?

**Answer:** 08 hours overtime on Sunday
40 hours straight-time pay rate
48 hours - Total worked

(The employee is not paid overtime on Friday since only 32 hours of straight-time pay have been worked.)

7. *Rest Between Shifts - Premium Pay.*

An employee works a double shift on Monday and leaves work at midnight. The employee reports back to work at 7 A.M. to 3:30 P.M. Tuesday, as scheduled. How is the employee paid on Tuesday?

**Answer:** Straight time, since hours paid on Monday night (second shift) were worked, at premium pay and do not apply toward the accumulation of additional premium pay or overtime.

(Premium pay for hours worked counts as rest periods for purposes covered in section 7.6 of the Contract.)

102

## SIDE LETTER
### REGARDING STAFFING AND PATIENT CARE ISSUES

1. **RN SCOPE OF PRACTICE**

(a) A Registered Nurse shall directly provide:

(b) Ongoing patient assessments as defined in the Business and Professions Code, Section 2725(b). Such assessments shall be performed, and the findings documented in the patient's medical record, for each shift, and upon receipt of the patient when he/she is transferred to another patient care area.

(c) The planning, supervision, implementation, and evaluation of the nursing care provided to each patient. The implementation of nursing care may be delegated by the Registered Nurse responsible for the patient to other licensed nursing staff or may be assigned to unlicensed staff, subject to any limitations of their licensure, certification, level of validated competency, and/or regulation.

(d) The assessment, planning, implementation and evaluation of patient education, including recycling discharge teaching of each patient. Any assignment of specific patient education tasks to patient care personnel shall be made by the Registered Nurse responsible for the patient.

(e) The Medical Center shall comply with Title 22, AB 394, applicable staffing regulations, and applicable laws regarding meal and break relief.

(f) The Medical Center shall provide information regarding RN and LVN scopes of practice to nursing managers and appropriate caregivers within the Medical Center.

(g) As provided by Title 22, every patient will have a documented RN with responsibility for the nursing process for every shift in the Critical Care, Medical/Surgical, Emergency Departments, and Women and Infants units.

2. **PATIENT CARE ASSIGNMENTS**

All patient care personnel, including temporary staff as described in subsection 70217(m) of Title 22 (registry staff), shall be subject to the process of competency validation for their assigned patient care unit or units. Prior to the completion of validation of the competency standards for a patient care unit, patient care assignments shall be subject to the following restrictions:

(A) Assignments shall include only those duties and responsibilities for which competency has been validated.

---

(B) A Registered Nurse who has demonstrated competency for the patient care unit shall be responsible for making care as described in Item 1, RN Scope of Practice above, and for providing clinical supervision and coordination of the care given by LVNs and unlicensed nursing personnel, and shall be assigned as a resource Nurse for those Registered Nurses and LVNs who have not completed competency validation for that unit.

(C) Registrant Nurses shall not be assigned usual responsibility for patient care, including the duties and responsibilities described in Item 1, RN Scope of Practice above, or for providing clinical supervision and coordination of the care given by LVNs and unlicensed nursing personnel, until all the standards of competency for that unit have been validated.

3. **RESOURCE NURSE/CLINICAL FLOAT**

Each campus shall maintain the current providers and practices relating to Resource Nurses/Clinical Floats. Thus, the current Clinical Float program will be maintained at ABSMC. The current Resource Nurse program will be maintained at SMC based on the following:

Summit Medical Center will maintain the current Resource Nurse positions current in the past, to provide assistance when needed within the clinical clusters or nursing areas throughout the shift. Resource Nurses will not be given a patient care assignment and shall not be counted in the unit's staffing numbers. Resource Nurses in the Critical Care Float Pool shall be available to assist on the nursing units identified in Appendix A in SMC clusters B, C, and E. As units or work is transferred between facilities, the Resource Nurse will follow the work.

4. **FLOAT POOL**

The Medical Center will create a Float Pool team of professional Nurses whose unit/assignment varies from shift to shift. Within this Float Pool, there will be both benefited and Casual positions. The purpose of the Float Pool is to augment staffing in the nursing areas where help is needed. Nurses will be assigned to each of the units to which they are expected to float.

Case 3:07-cv-05863-MHP   Document 1-6   Filed 11/20/2007   Page 48 of 54



## MISCELLANEOUS SIDE LETTER AGREEMENTS

### 1. RN PATIENT ASSIGNMENTS UNDER AB 394

As reflected in Section 34.1 of the Agreement entered into on August 18, 2005, Alta Bates Summit Medical Center has stated its intention to hire only Registered Nurses into vacant and newly-posted positions requiring licensure in certain designated units. As set forth in this agreement, it is the Medical Center's goal to assign all patients in these units to an RN. The parties recognize, however, that due to various factors, including the presence on certain units of valuable LVNs, many of whom are long-term employees of the Medical Center, this goal will be achieved over time through attrition and other steps taken by the Medical Center. These other steps shall include the following:

(a) LVNs in the designated units with patient assignments shall be assigned to designated relief positions, when such relief positions are available and where the LVN has the competence to perform such work.

(b) LVN positions with patient assignments that become vacant as a result of the employment of an LVN to a relief position shall be reposted as an RN position.

(c) The positions on the designated units shall be posted as RN positions.

(d) Absences by an LVN in a position with a patient assignment shall be backfilled by an RN, where such an RN is available.

The Medical Center and this Association will meet upon the request of either party to discuss potential alternative assignments for LVNs who have patient assignments, but the parties shall not be obligated to meet more often than quarterly.

The parties recognize that the Medical Center is committed, over time, to applying the same-to-patient ratio in AB 394 as RN-to-Patient ratios.

The parties recognize that certain changes contemplated by this Side Letter and Section 34.1 of the Agreement may require bargaining with other affected labor Organizations. As a result, the parties understand that the effective date of certain of these changes may be delayed pending resolution of those bargaining obligations. The Medical Center agrees to pursue the resolution of those discussions in an effective and prompt manner.

### 2. NURSING UNIT SUPPORT AND RESOURCE AGREEMENT

The Medical Center and the Association agree that:

1. Housekeeping employees will be made available to maintain a sanitary patient care environment, except in cases of extreme emergency.

2. PCA: The nursing management will evaluate the need for PCAs and reassign as deemed appropriate.

105

---

3. Schedule Meetings and Inservices: Units will be adequately staffed in order to cover meetings attendance at staff meetings and/or inservice training.

4. Transport System: The Medical Center will maintain a system of transport devices to meet the transport and messenger needs of the nursing units.

### NURSE PARTICIPATION ON ADVISORY BOARD AFTER SUTTER AFFILIATION WITH SUTTER/ALTA BATES

In the event an advisory board (such as at the Local Member) is created to include community participation, the Medical Center will propose that a bargaining unit Nurse employed by the Medical Center and selected by the bargaining unit be appointed to such board.

### FLEXIBLE SCHEDULING PATTERNS

4. Upon the request of either party, the Association and the Medical Center will meet to consider flexible scheduling patterns on a unit-by-unit basis.

107

The QCL shall report cognitive in/her activities, which shall be self-directed within the scope of this position, to the facility PPC and the Director of Nursing. Coordinates Quality Liaison work schedule and clinical work schedule with Administrative Director of Nursing and clinical manager.

The CLC shall submit written monthly activity summaries to the PPC and the Chief Nursing Officer or designee.

8. In conjunction with Quality Care Liaison peers and nursing management, periodically, but at least annually, evaluates the effectiveness of the Quality Care Liaison role.

**Position Criteria:**

1. Four years current experience as RN at ABSMC.
2. Valid California RN license and current BLS-C card.
3. Scheduled hours to be a minimum of 64 hours per pay period, 40 hours dedicated to Quality Care Liaison.
4. Clinical and Quality Care Liaison roles will occur within the same facility (Summit or Alta Bates).
5. Demonstrates ability to problem solve and seek resolution within a given framework.
6. Demonstrates ability to effectively communicate verbally and in writing.
7. Basic computer competency.
8. Able to work flexible hours.
9. CNA bargaining unit member.
10. Completion, within six months of position acceptance, of a 2-day baseline course which provides an overview of quality, or equivalent experience.
11. Completion, within six months of position acceptance, of Medical Center specific quality training program.

These positions will be posted within 30 days of ratification of the contract.

109

---

**ADDENDUM STAFF NURSE II**
Quality Care Liaison

**Job Summary:**

Under the direction of the Administrative Director of Nursing, the Quality Care Liaison will work in collaboration with the existing quality and administrative structure to improve quality patient care and outcomes.

**Responsibilities:**

1. **Education:**
   Assists with education of nursing staff to improve knowledge of ABSMC quality structures and methodology, resulting in increased staff participation in the quality improvement process.

2. **Quality Issue Identification and Resolution:**
   Responsible to investigate, evaluate, coordinate, and act as a liaison to management regarding quality issues.
   Collaborates with management to identify how to improve gaps in a process, including the feedback and communication loop.

3. Participates in agreed upon performance improvement/quality improvement processes or projects which may include:
   Member of committee—project team representing nursing.
   Data collection.
   Data analysis.

4. Assists with implementation of selected improvement interventions.
   Serves as a liaison with, and provides assistance to, Medical Center committees as appropriate and in accordance with Medical Center code/accrediting guidelines.
   Committees may include facility PPC, Patient Classification Task Force, and other Medical Center committees as identified.
   Acts as a resource regarding quality structure, facilitates identifying quality issues and refers issues through appropriate channels/structure, may help facilitate the process as needed/requested.

5. **Regression:** all areas of Nursing Practice throughout the organization.

6. **Communication:**
   Acts as a conduit of information to and from nursing staff and nursing committees, utilizing direct feedback and group facilitation.
   Directs and/or presents quality issues to the appropriate forum.
   Develops and utilizes mechanisms for ongoing communication of project and processes, outcomes and practical application to nursing staff.
   Provides information about the Quality Care Liaison role.

7. **Reporting Relationship:**
   Reports to unit-based clinical manager for clinical work (24-40 hours per pay period).
   Reports to campus Administrative Director of Nursing for quality liaison work (40 hours per pay period).

108

**INDEX**

12-Hour Shifts, 15, 94, 95, 96, 97, 98
Access to Personnel Records, 71
ACLS Certification, 60
Acuity Staffing System, 54
Additional .60 FTE Positions, 16
Advisory Board, 107
Anniversary Pay, 14, 15, 34, 72, 75
Annual Performance Appraisal, 72, 80
Appointments, 2, 75, 81
Arbitration, 57, 66, 67, 68, 70, 71
Association Leaves of Absence, 35
Association Visitation Rights, 65
Authorization of Overtime, 17
Bargaining unit, 1, 2, 19, 46, 50, 61, 63, 69, 107, 109
Bargaining Unit, 1
BCLS and ACLS Certifications, 60
Benefits, 10
Nurses Working Over 20 Hours Each Week, 33
Pro-Time Nurses, 3
Short-Hour Nurses, 4, 9, 27, 31, 34, 30
Bereavement Leave, 46
Birthday Holiday, 24
Break in Seniority, 50
Bulletin Boards, 51
Call-Back Pay, 12
Cancellation, 47
Casual Assignment, Utilization of Specialties, 95
Casual Nurse, 2
Certificate of Attendance, 41
Certification in Specialty Areas, 83
Certification Duration, 13, 59
Change in Status, 14
Change of Anniversary Date, 34
Charge Nurse, 4
Charge Pay, 13
Child Care Committee, 71
Classification, 2
Clinical Nurse, 105
Clinical Ladder, 79
Clinical Nurse III & IV, 4

Cluster for Restrictions in Force, 77
Cobra Continuation Coverage, 71
Constitutions Objection, 60
Consecutive Weekend Premium, 19
Consolidation of Units, 51
Continuation of Coverage, 32
Conventional Standby, 12
Core Staffing, 64
Credit For Previous Experience, 10
Cross-Campus Float Pool, 11
Cross-Campus Floating, 11
Deferred Wages, 27
Dental Plan, 30
Differentials, 5, 11
Disciplinary Action, 65
Disciplinary Investigation, 70
Discrimination, Prohibition of, 3
Egress Examination, 57
Destruction of Overtime, 18
Doctor or Dental Appointments, 25
Duration of Sick Leave, 25
Double Shifts, 102
Double-time, 17
Early Call-in, 12
Early Retirement, 39
Educational Leave, 39
Effective Date of Balances, 14
Evaluations, 72
Fixable Scheduling, 20, 107
Float Pool, 77
Floating, 11, 12
Floating Fidelity, 28
Floating to Specialty Area, 13
Floating to Work in Specialized Areas, 77
Four-Eight Schedule, 16
Full-Time Nurse, 4
Grievance Procedure, 60, 61
Grievances, 65
Group Life Insurance, 32
Guaranteed Pay, 12
Health Plan, 30
Holiday Standby, 12
Holiday Time Off, 29

Holidays, 14, 19, 27
Home Study, 43
Hours of Work, 9, 10, 13, 15, 16
Inclusive Layoff, 48, 63, 65
In-Service Education, 40, 60
Inter-Affinco Employment, 10
Job Share Program, 98
Job Sharing Committee, 22
Jury Duty, 20, 45, 97
Just Cause, 50, 51, 59, 70
Late Call-In, 13
Layoff, 47, 48
Layoffs, 47, 48, 97
Leaves of Absence, 34, 35
Limits on Overtime, 18
Life Insurance, 32, 53
Lockouts, Prohibition of, 68
Long-Term Disability Assistance, 33
Lunch Period, 17
Major Holiday Off, 28
Major Holiday Option for PM Shift, 28
Mandatory class, 40
Mandatory Overtime, 18
Maternity Leave, 23, 34, 68
Matrimony, 3, 32
NALS, 60
New Employee Notices, 2
New Employee Orientation, 2
Newly-Created Positions, 1
No Discrimination, 3
No Strikes or Lockouts, 68
Nurse Representatives, 64, 65
Nursing Practice Act, 54
Nursing Process, 2, 74, 104
Nursing Unit Support And Resource Agreement, 106
Overtime, 11, 17, 18, 20, 94, 101
Paid Educational Leave, 39
PALS, 60
Parental Leave, 34
Parking, 72
Part-time Nurse, 3, 15, 69
Part-Time Nurses, 24, 29, 92
Patient Care Assignments, 56
Patient Care Issues, 55, 57, 77

Patient Classification Committee, 54, 55, 56
Patient Classification System, 55
Patient Classification Task Force, 55, 108
Payroll Practices, 101
per diem Nurse, 22, 48
Per Diem Nurse, 13
Personal Categories, 3
Personnel Records, 71
Physical Reexamination, 46
Position Posting, 47, 64
Posting, 20, 61, 63
Posting of Work Schedules, 20
PPC, 51, 52, 53, 54, 55, 56, 58, 59, 60, 71, 74, 81, 108, 109
Premium Pay After Seven Consecutive Days of Work, 19, 20
Prescription Drug Plan, 30
Pre-Tax Reimbursement Accounts, 31
Priority for Displaced Nurses, 62
Probationary Period, 49
Professional Leave, 34
Professional Performance Committee, 51
Promotion, 11
Proof Of Jury Service, 45
Quality Care Liaison Program, 58
Recognition, 1
Reduced Schedules, 16
Reduction of Hours For Medical Reasons, 32
Referral Source, 64
resource Nurse, 103
Resource Nurse, 55
Rest Between Shifts, 20, 102
Rest Periods, 18
Retiree Health Care Coverage, 99
Retirement Plan, 33, 36, 37, 38, 39
Retirement Plan Options For Nurses Employed On December 31, 1975, 91
Return From Leave, 35
Review Committee, 53, 54
RN Scope of Practice, 55, 105
RN Nurses or Filled by Non-RN, 61
RN Vacancies Not Filled, 61
Sabbatical, 43
Safety Training, 60

NOTES

Salaries, 4, 9
Schedules, 15, 20
Scheduling of Casual Nurses, 22
Scheduling of Holiday Time Off, 28
Scheduling of Vacation, 26
Scheduling Process, 20, 26, 43, 64
Scope of Bargaining Unit, 1
Security, 1
seniority, 16, 19, 20, 21, 22, 26, 28, 35, 42, 46, 47, 48, 50, 51, 62, 63, 64, 86, 88, 89, 90, 95
Seniority, 10
severance pay, 31
Severance Pay, 30
Shift Differentials While on Overtime, 11
Shift Differentials, 5,6,7,8
Short-Hour Nurses, 9, 78, 101
sick leave, 15, 23, 24, 25, 29, 33, 34, 68, 89, 90, 96, 101
Sick Leave, 15
Sick Leave Report, 25
Six-Month Rule, 64
Specialty Certification, 13
Staff Nurse Classifications, 4
staffing, 19, 20, 21, 22, 26, 30, 34, 35, 36, 39, 40, 42, 43, 53, 54, 55, 56, 57, 62, 64, 86, 87, 89, 97, 104, 105
Staffing, 31
Standardized Procedures Under Nursing Practice Act, 54
standards of nursing practice, 2, 56
Standards of Nursing Practice, 2
Standby and Call-Back Pay, 12

straight-time, 12, 15, 17, 20, 24, 25, 45, 52, 60, 95, 96, 102
Straight-Time, 15
Succession, 71
Tax-Deferred Annuity Program, 36
Temporary Layoff, 47
Temporary Nurse, 48
Temporary Vacancies, 1, 63
Tenure Bonuses, 9, 53
Term Of Agreement, 75
Termination Notice, 51
Three-Shift Schedule, 16
Time Limit, 66, 68
Timekeeping, 17
Unemployment Compensation and Disability, 46
Use of Seniority, 48
Vacancies, 1
Vacation Option, 26
Vacation Segments, 27
Vacations, 23
Vision Plan, 31
Wages, 2,5,6,7,8,9
Waivers, 21
Weekend Differential, 11
Workweek Off, 16, 19, 97
Witness Pay, 6
work on a holiday, 29
work week, 17, 24, 43, 95, 96, 101
Work Week, 15
Work-up, 17
Work-Sharing, 50

iv



1          ## PROOF OF SERVICE BY HAND DELIVERY

2          I am a citizen of the United States and employed in San Francisco County,

3   California. I am over the age of eighteen years and not a party to the within-entitled

4   action. My business address is One Post Street, Suite 2600, San Francisco, California

5   94104. On November 20, 2007, I served a true and correct copy of the within

6   documents:

7          **CIVIL CASE COVER SHEET**

8          **DEFENDANT'S NOTICE OF REMOVAL AND CERTIFICATION OF INTERESTED PARTIES - 28 U.S.C. §§ 1331 & 1441(b) - (Federal**

9          **Question Jurisdiction)**

10

11  on the interested parties in said action by placing true and correct copies in a sealed

12  envelope and giving it into the care of **FREEWHEELIN' ATTORNEY SERVICE** for

13  same-day hand delivery to the parties as follows:

14

15          **C. Donald Amamgbo**
            **Amagbo & Associates, APC**
16          **7901 Oakport Street, Suite 4900**
            **Oakland, CA 94621**

17          I declare under penalty of perjury under the laws of the State of California that the

18  above is true and correct.

19          Executed on **November 20, 2007**, at San Francisco, California.

20

21

22                                              Janice M. Tasista

23

24

25

26

27

28

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DEFENDANT'S NOTICE OF REMOVAL AND CERTIFICATION OF
INTERESTED PARTIES

CASE NO. _____ (ALAMEDA COUNTY
SUPERIOR COURT CASE NO. RG 07352596)

1        <u>**PROOF OF SERVICE BY HAND DELIVERY**</u>

2            I am a citizen of the United States and employed in San Francisco County,

3  California. I am over the age of eighteen years and not a party to the within-entitled

4  action. My business address is One Post Street, Suite 2600, San Francisco, California

5  94104. On **November 20, 2007**, I served a true and correct copy of the within

6  documents:

7          **NOTICE TO STATE COURT OF REMOVAL OF ACTION**

8  on the interested parties in said action by placing true and correct copies in a sealed

9  envelope and giving it into the care of **FREEWHEELIN' ATTORNEY SERVICE** for

10  same-day hand delivery to the parties as follows:

11

12          **C. Donald Amamgbo**
              **Amagbo & Associates, APC**

13          **7901 Oakport Street, Suite 4900**
              **Oakland, CA  94621**

14

15          I declare under penalty of perjury under the laws of the State of California that the

16  above is true and correct.

17          Executed on **November 20, 2007**, at San Francisco, California.

18

19

20                                      Janice M. Tasista

21

22

23

24

25

26

27

28

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE CALIFORNIA STREET
THIRTEENTH FLOOR
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-