1  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  MATTHEW P. VANDALL (State Bar No. 196962)
   Email: vandall@kmm.com
3  KAUFF, McCLAIN & McGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California 94104
   Telephone: (415) 421-3111
5  Facsimile:  (415) 421-0938

6  Attorneys for Defendant
   ALTA BATES SUMMIT MEDICAL CENTER
7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 CHARLOTTE KIRTON                    CASE NO. C 07-05863 MHP

12                 Plaintiff,          **NOTICE TO PLAINTIFF OF
                                       REMOVAL OF ACTION**
13 v.
                                       COMPLAINT FILED:  October 22, 2007
14 ALTA BATES SUMMIT MEDICAL           TRIAL DATE:       Not set
   CENTER; and DOES 1 - 20,
15
                   Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

KAUFF, McCLAIN
& McGUIRE LLP
351 CALIFORNIA STREET
THIRTEENTH FLOOR
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

1    TO PLAINTIFF CHARLOTTE KIRTON AND HER ATTORNEYS OF

2    RECORD:

3            PLEASE TAKE NOTICE THAT a Notice of Removal and Certification of

4    Interested Parties was filed in the United States District Court for the Northern District of

5    California on November 20, 2007 by Defendant Alta Bates Summit Medical Center.  A

6    copy of the Notice of Removal is attached hereto as **Exhibit 1**.  A copy of Defendant's

7    Notice to State Court of Removal of Action is attached hereto as **Exhibit 2**.  Copies of

8    the documents provided by the Clerk of the United States District Court for the Northern

9    District of California at the time of filing the Notice of Removal and Certification of

10    Interested Parties are attached hereto as **Exhibit 3**.

11    DATED:  November 20, 2007              KAUFF, McCLAIN & McGUIRE LLP

12

13                                          By: _____

14                                                MATTHEW P. VANDALL

15                                          Attorneys for Defendant
                                            ALTA BATES SUMMIT MEDICAL
16                                          CENTER

17

18    4818-2630-9890.1

19

20

21

22

23

24

25

26

27

28

KAUFF, McCLAIN
& McGUIRE LLP
351 CALIFORNIA STREET
THIRTEENTH FLOOR
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

-1-

## PROOF OF SERVICE BY HAND DELIVERY

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Post Street, Suite 2600, San Francisco, California 94104. On **November 20, 2007**, I served a true and correct copy of the within documents:

### NOTICE TO PLAINTIFF OF REMOVAL OF ACTION

on the interested parties in said action by placing true and correct copies in a sealed envelope and giving it into the care of **FREEWHEELIN' ATTORNEY SERVICE** for same-day hand delivery to the parties as follows:

> **C. Donald Amamgbo**
> **Amagbo & Associates, APC**
> **7901 Oakport Street, Suite 4900**
> **Oakland, CA  94621**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **November 20, 2007**, at San Francisco, California.

_____
Janice M. Tasista

KAUFF, McCLAIN
& McGUIRE LLP
351 CALIFORNIA STREET
THIRTEENTH FLOOR
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

NOTICE TO PLAINTIFF OF REMOVAL OF ACTION                    CASE NO. C 07-05863 MHP