| Attorney or party without attorney (name and address): <br> MATTHEW P. VANDALL SB#196962 <br> KAUFF, McCLAIN & McGUIRE LLP <br> 1 POST STREET, STE. 2600 <br> SAN FRANCISCO, CA    94104- <br> Attorney for (name): DEFENDANT(S) | Telephone No: <br> (415) 421-3111 | For Court Use Only |
|---|---|---|
| Insert name of court and name of judicial district and branch court, if any: <br> UNITED STATES DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: <br> CHARLOTTE KIRTON, | | |
| Defendant: <br> ALTA BATES SUMMIT MEDICAL CENTER, ET AL., | | |
| Reference Number: <br> 10117.0179 | **PROOF OF SERVICE** | Case Number: <br> 07-5863 MHP |

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:

DEFENDANT'S NOTICE OF REMOVAL AND CERTIFICATION OF INTERESTED PARTIES; NOTICE TO PLAINTIFF OF REMOVAL OF ACTION; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;

in the within action by personally delivering true copies thereof to the person served as follows:

```
          Served:  AMAMGBO & ASSOCIATES
       By Serving: ANITA JONES, RECEPTION
          Address: AMAMGBO & ASSOCIATES
                   7901 OAKPORT ST.,
                   OAKLAND, CA           94621-
   Date of Service: 11/20/07
   Time of Service: 3:27 PM
```

Person Serving (name, address, and telephone No.):

Josh Morgon

**FreeWheelin'** <br>
ATTORNEY SERVICE <br>
41 Sutter Street, Suite 1777 <br>
San Francisco, California 94104 <br>
(415) 487-1750

Fee for service: <br>
Registered California process server. <br>
(1) Employee or independent contractor. <br>
(2) Registration No: 848 <br>
(3) County: San Francisco <br>
(4) Reg. Exp. Date: December 30, 2007

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/20/07                Signature: _____