UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE KIRTON<br>           Plaintiff(s),<br><br>v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER;<br>and DOES 1-20,<br>           Defendant(s).<br>_____/ | CASE NO. CV 07-05863<br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  March 10, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Maureen E. McClain | Defendant | (415) 421-3111 | mcclain@kmm.com |
| Matthew Vandall | Defendant | (415) 421-3111 | vandall@kmm.com |
| C. Donald Amamgbo | Plaintiff | (510) 615-6000 | donald@amamgbolaw.com |
| Daniel Etoh | Plaintiff | (510) 615-6000 | detoh@amamgbolaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 2/15/08

_____
Attorney for Plaintiff
CHARLOTTE KIRTON

Dated: 2/20/08

/s/
_____
Attorney for Defendant
ALTA BATES SUMMIT
MEDICAL CENTER

Rev 12.05