**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: March 12, 2008

Case No.   C 07-5863  MHP              Judge: MARILYN H. PATEL

Title: CHARLOTTE KIRTON -v- ALTA BATES SUMMIT MEDICAL CENTER

Attorneys:  Plf: Daniel Etoh
            Dft: Keith Chrestionsen, Danielle Ellis

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Discovery limited to 20 request/interrogatories/side, 3 depositions/side, no admissions prior to mediation; Mediation to be completed within 90-120 days;

Discovery instruction given;

A further Case Management Conference set for 7/14/2008 at 3:00 pm, with a joint supplemental statement to be filed one week prior.