1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  DANIELLE M. ELLIS (State Bar No. 226581)
   Email: ellis@kmm.com
3  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California 94104
   Telephone:  (415) 421-3111
5  Facsimile:   (415) 421-0938

6  Attorneys for Defendant
   ALTA BATES SUMMIT MEDICAL CENTER
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | CHARLOTTE KIRTON,                        | CASE NO.  CV 07-05863 MHP
12 |            Plaintiff,                    | **NOTICE OF CHANGE IN COUNSEL**
13 | v.                                       |
   |                                          | **COMPLAINT FILED:** October 22, 2007
14 | ALTA BATES SUMMIT MEDICAL CENTER;         | **TRIAL DATE:** No date set.
   | and DOES 1-20,
15 |
   |            Defendants.
16

17         This notice is to inform the Court that Matthew Vandall is no longer

18 associated with Kauff, McClain & McGuire LLP, counsel for the Defendant Alta Bates

19 Summit Medical Center.  His name therefore should be taken off the service list in the

20 above case.

21 DATED:      April 8, 2008             Respectfully submitted,

22                                        KAUFF MCCLAIN & MCGUIRE LLP

23
                                          By:         /S/
24                                              MAUREEN E. McCLAIN

25                                        Attorneys for Defendant
                                          ALTA BATES SUMMIT MEDICAL
26                                        CENTER

27 4834-8125-4658.1

28

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

NOTICE OF CHANGE IN COUNSEL                                CASE NO. CV 07-05863 MHP