MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
DANIELLE M. ELLIS (State Bar No. 226581)
Email: ellis@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:   (415) 421-0938

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE KIRTON,<br><br>    Plaintiff,<br><br>v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER; and DOES 1-20,<br><br>    Defendants. | CASE NO.  CV 07-05863 MHP<br><br>**EVIDENCE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>DATE:     June 2, 2008<br>TIME:      2:00 p.m.<br>COURTROOM:  15, 18th Flr.<br>JUDGE:    Hon. Marilyn Hall Patel<br><br>COMPLAINT FILED: October 22, 2007<br>TRIAL DATE: No date set. |

Defendant Alta Bates Summit Medical Center submits the attached evidence in support of its motion for summary judgment or in the alternative summary adjudication.  A table of contents appears below:

### TABLE OF CONTENTS

| **Evidence** | **Exhibit** |
|---|---|
| Declaration of Danielle M. Ellis | 1 |
| Relevant Excerpts to Charlotte Kirton's Deposition | A |
| Declaration of Jim DeAngelis | 2 |
|    Charlotte Kirton's December 2005 termination letter | A |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

EVIDENCE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

CASE NO. CV 07-05863 MHP

1  May 2000 Final Warning and Three Hour Suspension ........................................B
2  January 2001 Final Written Warning and three day suspension ........................C
3  March 2001 Formal Written Warning ................................................................D
4  January 2003 Formal Written Warning .............................................................E
5  October 2004 Last and Final Written Warning and three day suspension .........F
6  March 2005 Final Written Warning and three day suspension..........................G
7  October 2005 Last and Final Written Warning ..................................................H
8  1996 arbitration transcript ..................................................................................I
9  Termination provisions of the collective bargaining agreement.........................J
10 CBA Appendix A: Floating Provisions .............................................................k

DATED:    April 28, 2008          Respectfully submitted,

KAUFF MCCLAIN & MCGUIRE LLP


By:_____/S/_____
   MAUREEN E. MCCLAIN
   DANIELLE M. ELLIS

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

4828-6358-0418.1

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111