MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
DANIELLE M. ELLIS (State Bar No. 226581)
Email: ellis@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:   (415) 421-3111
Facsimile:   (415) 421-0938

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE KIRTON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER; and DOES 1-20,<br><br>　　　　　　　Defendants. | CASE NO. CV 07-05863 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**DATE:**　　June 2, 2008<br>**TIME:**　　2:00 p.m.<br>**COURTROOM:** 15, 18th Flr.<br>**JUDGE:**　　Hon. Marilyn Hall Patel<br><br>**COMPLAINT FILED:** October 22, 2007<br>**TRIAL DATE:** No date set. |

　　　　　The Motion for Summary Judgment filed by Defendant, Alta Bates Summit Medical Center ("ABSMC") as to Plaintiff, Charlotte Kirton ("Kirton") came on regularly for hearing on June 2, 2008 at 2:00 p.m. before this Court in Courtroom 15, the Honorable Marilyn Hall Patel presiding.  Maureen McClain of Kauff, McClain & McGuire LLP, appeared as attorney for ABSMC, and Daniel Etoh of Amangbo & Associates, appeared as attorney for Kirton.

　　　　　After considering the moving and opposition papers, evidence and arguments of the parties, and all other matters presented to the Court, the Court finds that there is no genuine issue as to any material fact and that ABSMC is entitled to

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

CASE NO. CV 07-05863 MHP

summary judgment as a matter of law.  ABSMC Motion for Summary Judgment is granted.  Each of Kirton's causes of action against ABSMC has no merit and thus, each is subject to summary judgment in favor of ABSMC as set forth below:

      1.    Counts I-VII (for discrimination, retaliation, breach of the covenant of good faith and fair dealing, intentional infliction of emotional distress, negligence, wrongful termination and harassment) are preempted by the Section 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. §185, as they require interpretation of the governing collective bargaining agreement to determine whether Kirton's termination was in accordance to the policies set forth within.  These claims are also barred by the six-month statute of limitations set forth in Section 301 of the LMRA as it has been approximately two years since the alleged wrongful acts occurred and the time Kirton filed her complaint in this matter.

**IT IS HEREBY ORDERED THAT** ABSMC's Motion for Summary Judgment is GRANTED, and that judgment be entered on Kirton's complaint in favor of ABSMC.

DATED: _____, 2008

                                            HON. MARILYN HALL PATEL

**[OR IN THE ALTERNATIVE]**

      1.    Kirton's First Cause of Action for Discrimination is subject to summary judgment as Kirton has insufficient evidence to establish that ABSMC's actions were based on her race and/or national origin.

      2.    Kirton's Second Cause of Action for retaliation is subject to summary judgment as there is insufficient evidence to establish that ABSMC's actions were retaliatory.

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

CASE NO. CV 07-05863 MHP

3. Kirton's Third Cause of Action for breach of the covenant of good faith and fair dealing is subject to summary judgment as damages do not flow from Kirton's failure to follow personnel policies.

4. Kirton's Fourth Cause of Action for intentional infliction of emotional distress is subject to summary judgment as there is no evidence that ABSMC's actions were extreme and outrageous.

5. Kirton's Fifth Cause of Action for negligence is subject to summary judgment as it is barred by the exclusivity provisions of the Workers' Compensation Law.

6. Kirton's Sixth Cause of Action for wrongful termination is subject to summary judgment as Kirton has failed to state a viable claim under FEHA or Article I, Section of the California Constitution.

7. Kirton's Seventh Cause of Action for harassment is subject to summary judgment as there is insufficient evidence to establish a claim for harassment.

**IT IS HEREBY ORDERED THAT** ABSMC's Motion for Summary Judgment is GRANTED, and that judgment be entered on Kirton's complaint in favor of ABSMC.

DATED: _____, 2008        _____
                                   HON. MARILYN HALL PATEL

4842-7371-8018.1

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 3 -

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

CASE NO. CV 07-05863 MHP