1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  DANIELLE M. ELLIS (State Bar No. 226581)
   Email: ellis@kmm.com
3  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California  94104
   Telephone:   (415) 421-3111
5  Facsimile:    (415) 421-0938

6  Attorneys for Defendant
   ALTA BATES SUMMIT MEDICAL CENTER
7
   DANIEL ETOH (State Bar No. 236536)
8  Email: detoh@amamgbolaw.com
   AMAMGBO & ASSOCIATES, APC
9  7901 Oakport Street, Suite 4900
   Oakland, CA  94621
10 Telephone:   (510) 615-6000
   Facsimile:    (510) 615-6025
11
   Attorneys for Plaintiff
12 CHARLOTTE KIRTON

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16 | CHARLOTTE KIRTON,                          | CASE NO.  CV 07-05863 MHP
17 |                          Plaintiff,         | **STIPULATION AND [PROPOSED]**
18 | v.                                          | **ORDER FOR PROTECTIVE**
   |                                              | **ORDER**
19 | ALTA BATES SUMMIT MEDICAL CENTER;           |
20 | and DOES 1-20,                              | COMPLAINT FILED: October 22, 2007
   |                                              | TRIAL DATE: No date set.
21 |                          Defendants.        |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER FOR PROTECTIVE ORDER                                CASE NO. CV 07-05863 MHP

Plaintiff Charlotte Kirton ("Plaintiff") and Defendant Alta Bates Summit Medical Center ("Defendant"), by their respective counsel, hereby stipulate and agree as follows:

1. Discovery in this case may concern confidential personnel and private, personal information regarding Defendant's employees or former employees. Such information is referred to as "Confidential Information" in the remainder of this Stipulation. Plaintiff and Defendants (hereafter "the parties") enter into this Stipulation to address such privacy concerns.

2. Therefore, the parties HEREBY STIPULATE that Confidential Information, whether presented in documents, discovery responses, summaries or any other means, will be used only for purposes related to this action, and will not be publicly disseminated or discussed outside of the captioned lawsuit.

3. "Confidential Information" is that information which has not lawfully been made public and which concerns or relates to any home addresses, e-mail addresses, unlisted telephone numbers, dates of birth, social security numbers, or other data protected from disclosure by applicable law. A party producing information that it considers to be subject to these protections will clearly label it "Confidential." If another party believes that information produced by another party should have been marked "Confidential," it will promptly notify all other parties of that position. If the parties disagree as to whether a document constitutes "Confidential Information," they will attempt in good faith to resolve that disagreement and, if unable to do so, will submit the issue to the court. The information in dispute will be treated as "Confidential" pending a ruling from the court.

4. Confidential Information, produced pursuant to this Order may be disclosed or made available only to counsel for a party (including the paralegal, clerical and secretarial staff employed by such counsel), to a trier of fact or law in any forum in which the claims asserted in this action may be adjudicated or enforced and the administrators of that forum, and to a "Qualified Person." A Qualified Person is a person who falls into one of the following categories: (a) any prospective witness or deponent

-1-

KAUFF McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER FOR PROTECTIVE ORDER

CASE NO. CV 07-05863 MHP

(or their counsel) connected to this case, (b) any expert or consultant (together with their clerical staff) retained or non-retained expert treating health care providers by such counsel to assist in the prosecution, defense or settlement of this action, (c) court reporters, (d) third party deposition subpoena services, (e) copy services, or (f) any other person or entity as to whom all parties in writing agree.

5. Any person or entity to whom Confidential Information is disclosed pursuant to items (a)-(f) in paragraph 4, above, shall, prior to receiving such Confidential Information, be provided with a copy of this Stipulation and Protective Order by the party granting disclosure of the Confidential Information and must acknowledge in writing, by executing the form set forth in Attachment A hereto, that he or she has been informed of, and accepts the obligation not to disclose Confidential Information, prior to receiving such information. Such forms will be maintained by counsel for the party sharing Confidential Information and undertaking to have such forms executed.

6. Any document produced by, or used by, a party in this action which contains Confidential Information shall be marked "Confidential" or orally designated as such during a deposition. If any party disagrees with the designation, the parties shall meet and confer over the issue; however, the confidentiality of the document or information shall be observed until the matter has been resolved in a meet and confer process by the Court. If a document or information is produced or provided on a non-confidential basis, the other party may notify the producing party of its view that the document or information is confidential. Such confidentiality shall similarly be maintained until the issue is resolved through the meet and confer process or by the Court. In either instance, the party seeking confidentiality must request the Court's ruling through the usual processes, and must initiate those processes within fifteen (15) days after the meet and confer procedure results in an impasse between the parties.

7. In order to preserve confidentiality, any application or motion, and supporting papers, filed with the Court in this action that includes the documents or other material containing any Confidential Information shall be redacted and designated by

- 2 -

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER FOR PROTECTIVE ORDER          CASE NO. CV 07-05863 MHP

1  writing, typing, stamping or otherwise affixing the legend "CONFIDENTIAL" on copies of
2  the document.
3    8.  Nothing in this Stipulation limits the rights of the parties to obtain
4  otherwise discoverable information. Similarly, nothing in this Stipulation shall be
5  construed as requiring any party to produce information which it considers privileged or
6  otherwise not subject to discovery. By entering into this Stipulation, no party waives any
7  objections it would otherwise have to any discovery request propounded in this action.
8  Nor will disclosure, pursuant to this Stipulation, of materials protected by the right of
9  privacy be deemed a waiver of the third party's claim to right of privacy.
10    9.  Within fifteen (15) days following final disposition of this action, both
11  sides shall return all Confidential Information (including all copies) produced in this
12  litigation. Any documents prepared by Defendant or on its behalf derived from
13  Confidential Information shall be maintained in confidence by Defendant and its counsel,
14  and shall not be distributed or used for any purpose by Defendant and its counsel
15  thereafter.
16    10.  This Stipulation is subject to change only through written agreement
17  of the parties or pursuant to a motion for modification.

18  DATED:  May 6, 2008          Respectfully submitted,
19                               KAUFF MCCLAIN & MCGUIRE LLP
20                               By: /S/
21                                   DANIELLE M. ELLIS
22                               Attorneys for Defendant
                                 ALTA BATES SUMMIT MEDICAL
23                               CENTER
    DATED:  May 6, 2008          Respectfully submitted,
24
25                               AMAMGBO & ASSOCIATES, APC
26                               By: [signature]
                                     DANIEL ETOH
27
28                               Attorneys for Plaintiff
                                 CHARLOTTE KIRTON

- 3 -

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER FOR PROTECTIVE ORDER          CASE NO. CV 07-05863 MHP

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____
                                                                                HON. MARILYN HALL PATEL

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 4 -

STIPULATION AND [PROPOSED] ORDER FOR PROTECTIVE ORDER

CASE NO. CV 07-05863 MHP

**ATTACHMENT A**
**AGREEMENT TO BE BOUND BY THE**
**STIPULATION AND PROTECTIVE ORDER**

The undersigned hereby acknowledges that he or she has read the Stipulation and Protective Order entered into on behalf of the parties to *Charlotte Kirton v. Alta Bates Summit Medical Center, et al.* CV 07-05863 MHP, that he or she understands the provisions prohibiting the disclosure of confidential information for any purpose or in any manner not connected with the prosecution or defense of this action; and that he or she agrees to be bound by all provisions of that order. The undersigned further agrees that when he/she is notified that this lawsuit has been finally concluded, the undersigned is obliged to return to the counsel who produced the documents to him/her any "CONFIDENTIAL" information and/or discovery materials in his/her possession so that such counsel may return all such documents to the producing party.

Dated:_____

_____
Printed name and Address

_____
Signature

4848-4538-9314.1

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER FOR PROTECTIVE ORDER

CASE NO. CV 07-05863 MHP