1  C. DONALD AMAMGBO, ESQ SBN 164716
   ALIEU ISCANDARI, ESQ SBN 184307
2  DANIEL ETOH, ESQ SBN 236563
   NICK AGBO, ESQ SBN 236523
3  **AMAMGBO & ASSOCIATES, PLC**
   7901 Oakport Street, Suite 4900
4  Oakland, CA 94621
5  Tel.   (510)615-6000
   Fax.  (510)615-6025
6  EMAIL.  detoh@amamgbolaw.com

7  Attorneys for Plaintiff
   **CHARLOTTE KIRTON**
8

9             UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA

11

12 CHARLOTTE KIRTON;            )   CASE No. CV 07-05863 MHP
                                )
13            Plaintiff,        )
                                )
14                              )
                                )   **{PROPOSED} ORDER GRANTING IN
15 v.                           )   PART PLAINTIFF'S MOTION FOR
                                )   SUMMARY JUDGMENT, OR IN THE
16                              )   ALTERNATIVE PARTIAL SUMMARY
                                )   JUDGMENT**
17                              )
   ALTA BATES SUMMIT MEDICAL    )   Action Filed: Oct. 22, 2007
18 CENTER; and DOES 1 - 20,     )   Trial Date: None
                                )   Courtroom: 15, 18th Floor
19            Defendants        )   Judge: Hon. Marilyn Hall Patel

20

21                         **ORDER**
22
       This matter came on for hearing regularly on June 2, 2008, at 2:00 p.m. in Court Room 15
23
   of the United States District Court, Northern District of California for the argument of defendant's
24
   motion for Summary Judgment or in the alternative partial Summary Judgment. Daniel Etoh, Esq
25
   appeared on behalf of Plaintiff Charlotte Kirton. Maureen E. McClain and Danielle Ellis appeared
26
   on behalf of defendant Alta Bates Summit Medical Center.
27
       After reviewing all the evidence and hearing arguments for plaintiff and defendant, the
28
   court hereby denies defendant's motion for Summary Judgment in regards to plaintiff's causes of
   actions for racial discrimination, retaliation, breach of covenant of good faith and fair dealing,

intentional infliction of emotional distress, negligence, and wrongful termination, on the ground that the provision of Section 301 of the LMRA is inapplicable to these causes of action and further on the ground that the facts and arguments present shows triable issues of facts regarding these causes of action.

Partial Summary judgment is granted as regards plaintiff's cause of action for harassment as it has no merit.

IT IS SO ORDERED.

DATED:                              , 2008

_____
Hon. Marilyn Hall Patel