1  C. DONALD AMAMGBO, ESQ SBN 164716
   ALIEU ISCANDARI, ESQ SBN 184307
2  DANIEL ETOH, ESQ SBN 236563
   NICK AGBO, ESQ SBN 236523
3  **AMAMGBO & ASSOCIATES, PLC**
   7901 Oakport Street, Suite 4900
4  Oakland, CA 94621
5  Tel.   (510)615-6000
   Fax.   (510)615-6025
6  EMAIL. detoh@amamgbolaw.com

7  Attorneys for Plaintiff
   CHARLOTTE KIRTON
8

9

10 MAUREEN E. MCCLAIN, SBN 062050
   Email: mcclain@kmm.com
11 DANIELLE M. ELLIS SBN 226581
   Email: ellis@kmm.com
12 KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
13 San Francisco, CA 94104
   Tel: 415-421-3111
14 Fax: 415-421-0938

15

   Attorneys for Defendant
16 ALTA BATES SUMMIT MEDICAL CENTER

17

18                    UNITED STATES DISTRICT COURT
19                   NORTHERN DISTRICT OF CALIFORNIA

20

21 CHARLOTTE KIRTON;           )    CASE No. CV 07-05863 MHP
                               )
22            Plaintiff,       )
                               )
23                             )
                               )    **JOINT STATEMENT OF UNDISPUTED**
24 v.                          )    **FACTS IN OPPOSITION TO**
                               )    **DEFENDANT'S MOTION FOR**
25                             )    **SUMMARY JUDGMENT, OR IN THE**
                               )    **ALTERNATIVE PARTIAL SUMMARY**
26                             )    **JUDGMENT**
   ALTA BATES SUMMIT MEDICAL   )
27 CENTER; and DOES 1 - 20,    )    Action Filed: Oct. 22, 2007
                               )    Trial Date: None
28            Defendants       )    Courtroom: 15, 18th Floor
   _____      Judge: Hon. Marilyn Hall Patel

1.

| | |
|---|---|
| 1. Plaintiff's employment with defendant was terminated on December 14, 2004 | **UNDISPUTED** |
| 2. In May 2000, Plaintiff received a Final Warning and an eight hour suspension for failing to maintain her Basic Life Support certification. | **UNDISPUTED** |

Dated: May 12, 2008

Respectfully Submitted
AMAMGBO & ASSOCIATES


By_____/S/_____
              Daniel Etoh, Esq
Attorney for Plaintiff Charlotte Kirton


May 12, 2008

Respectfully Submitted
KAUFF MCCLAIN & MCGUIRE LLP


By_____
       Maureen E. McClain
       Danielle M. Ellis
Attorneys for Defendants Alta Bates Summit Medical Center

_____