MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
DANIELLE M. ELLIS (State Bar No. 226581)
Email: ellis@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE KIRTON,<br><br>            Plaintiff,<br><br>v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER; and DOES 1-20,<br><br>            Defendants. | CASE NO. CV 07-05863 MHP<br><br>**DECLARATION OF DANIELLE M. ELLIS IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>DATE: June 9, 2008<br>TIME: 2:00 p.m.<br>COURTROOM: 15, 18th Flr.<br>JUDGE: Hon. Marilyn Hall Patel<br><br>COMPLAINT FILED: October 22, 2007<br>TRIAL DATE: No date set. |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF DANIELLE M. ELLIS IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT.     CASE NO. CV 07-05863 MHP

...

I, Danielle M. Ellis, declare:

1. I am an associate with the law firm of Kauff, McClain & McGuire, LLP, attorneys of record for Defendant Alta Bates Summit Medical Center, in the above-captioned matter. I have personal knowledge of the facts stated in this declaration and, if called as a witness, would be competent to testify thereto.

2. On May 12, 2008, I received a copy of a proposed separate statement of undisputed facts from Daniel Etoh, counsel for Plaintiff Charlotte Kirton, in the above-referenced matter. Attached as **Exhibit A** is a true and correct copy of the statement forwarded by Mr. Etoh, which he subsequently filed with the Court as the "Joint Statement of Undisputed Facts."

3. After receiving the proposed statement, I advised Mr. Etoh that the Court requires the parties to cooperate in good faith to meet and confer on disputed issues and to submit a joint statement separate statement based on those meet and confer attempts. Mr. Etoh advised me that he believed that the proposed statement he sent (Exhibit A) was sufficient to meet the Court's requirements.

4. On May 12, 2008, I advised Mr. Etoh by way of letter that Defendant did not accept the proposed statement (Exhibit A) provided to us and that his declination to provide us with any explanation for his disputes was not in good faith. As such, I declined to sign the proposed statement. Attached as **Exhibit B** is a true and correct copy of the May 12, 2008 letter.

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of May, 2008 at San Francisco, CA.

/S/
DANIELLE M. ELLIS

-1-

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF DANIELLE M. ELLIS IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT.   CASE NO. CV 07-05863 MHP

**EXHIBIT A**

1  C. DONALD AMAMGBO, ESQ SBN 164716
   ALIEU ISCANDARI, ESQ SBN 184307
2  DANIEL ETOH, ESQ SBN 236563
   NICK AGBO, ESQ SBN 236523
3  **AMAMGBO & ASSOCIATES, PLC**
   7901 Oakport Street, Suite 4900
4  Oakland, CA 94621
   Tel.   (510)615-6000
5  Fax.   (510)615-6025
6  EMAIL. detoh@amamgbolaw.com

7  Attorneys for Plaintiff
   CHARLOTTE KIRTON
8

9
   MAUREEN E. MCCLAIN, SBN 062050
10 Email: mcclain@kmm.com
   DANIELLE M. ELLIS SBN 226581
11 Email: ellis@kmm.com
   KAUFF MCCLAIN & MCGUIRE LLP
12 One Post Street, Suite 2600
13 San Francisco, CA 94104
   Tel: 415-421-3111
14 Fax: 415-421-0938

15
   Attorneys for Defendant
16 ALTA BATES SUMMIT MEDICAL CENTER

17

18             UNITED STATES DISTRICT COURT
19             NORTHERN DISTRICT OF CALIFORNIA

20

21 CHARLOTTE KIRTON;              )   CASE No. CV 07-05863 MHP
                                  )
22              Plaintiff,        )
                                  )
23                                )   **JOINT STATEMENT OF UNDISPUTED**
                                  )   **FACTS IN OPPOSITION TO**
24 v.                             )   **DEFENDANT'S MOTION FOR**
                                  )   **SUMMARY JUDGMENT, OR IN THE**
25                                )   **ALTERNATIVE PARTIAL SUMMARY**
                                  )   **JUDGMENT**
26                                )
   ALTA BATES SUMMIT MEDICAL      )   Action Filed: Oct. 22, 2007
27 CENTER; and DOES 1 - 20,       )   Trial Date: None
                                  )   Courtroom: 15, 18th Floor
28              Defendants        )   Judge: Hon. Marilyn Hall Patel

| | |
|---|---|
| 1. Plaintiff's employment with defendant was terminated on December 14, 2004 | **UNDISPUTED** |
| 2. In May 2000, Plaintiff received a Final Warning and an eight hour suspension for failing to maintain her Basic Life Support certification. | **UNDISPUTED** |

Dated: May 12, 2008

Respectfully Submitted
AMAMGBO & ASSOCIATES


By_____/S/_____
Daniel Etoh, Esq
Attorney for Plaintiff Charlotte Kirton


May 12, 2008

Respectfully Submitted
KAUFF MCCLAIN & MCGUIRE LLP


By_____
Maureen E. McClain
Danielle M. Ellis
Attorneys for Defendants Alta Bates Summit Medical Center

**EXHIBIT B**

# KM&M
KAUFF McCLAIN & McGUIRE LLP

ONE POST STREET · SUITE 2600
SAN FRANCISCO, CA 94104

TELEPHONE (415) 421-3111
TELECOPIER (415) 421-0938

NEW YORK
SAN FRANCISCO
LOS ANGELES
WWW.KMM.COM

May 12, 2008

**VIA FACSIMILE AND MAIL 510-615-6025**

Daniel Etoh
Amamgbo & Associates, PLC
7901 Oakport Street, Suite 4900
Oakland, CA 94621

Re: Kirton v. Alta Bates Summit Medical Center
Case No. RG 07352596

Dear Mr. Etoh:

This letter is to advise you that Defendant does not accept the Joint Separate Statement of Undisputed Facts you forwarded to my office. The Court requires that the parties cooperate in good faith to submit a joint statement. The document you provided on the date due to be filed, and your declination to provide us with any explanation for your disputes is not acting in good faith.

As such, we decline to sign the proposed statement and will provide the Court with a declaration attaching the document you provided as an exhibit. We will also ask the Court to consider a separate statement of undisputed facts which we will draft and file with our Reply.

Very truly yours,

Danielle M. Ellis

4814-9610-8034.1

```
********************
***  TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO              0090
RECIPIENT ADDRESS     15106156025
DESTINATION ID
ST. TIME              05/12 10:27
TIME USE              00'33
PAGES SENT            2
RESULT                OK
```



# KM&M
KAUFF McCLAIN & McGUIRE LLP

## ATTORNEYS AT LAW

ONE POST STREET
SUITE 2600
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE (415) 421-3111   FAX (415) 421-0938

NEW YORK
SAN FRANCISCO
LOS ANGELES
WWW.KMM.COM

## FAX COVER SHEET

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressees(s) named below. If you are not the intended recipient of this facsimile, or the agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

**DATE:** May 12, 2008          **FILE NUMBER:** 10117.0179

**To:**

| NAME: | FAX NO.: | PHONE NO.: |
|---|---|---|
| Daniel Etoh, Esq. Amamgbo & Associates, APC | (510) 615-6025 | (510) 615-6000 |

**FROM:** Danielle Ellis, Esq.     **PHONE:** (415) 421-3111

**RE:** Kirton v. ABSMC

| NUMBER OF PAGES WITH COVER PAGE: 2 | ORIGINALS WILL FOLLOW BY OVERNIGHT MAIL |
|---|---|

**Message:**