UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

Date: June 9,, 2008

Case No.   C 07-5863  MHP            Judge: MARILYN H. PATEL

Title: CHARLOTTE KIRTON -v- ALTA BATES SUMMIT MEDICAL CENTER

Attorneys:  Plf:  Daniel Etoh
            Dft: Maureen McClain, Danielle Ellis

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Defendant's Motion for Summary Judgment/Partial Summary Judgment

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Court to issue order.