IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE KIRTON,<br><br>    Plaintiff,<br><br>  v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER,<br><br>    Defendant.<br>_____/ | No. CV 07-05863 MHP<br><br>**JUDGMENT IN A CIVIL CASE** |

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that defendant's motion for summary judgment is granted in part and denied in part, and that this action is remanded to the Superior Court for the County of Alameda.

Dated: June 13, 2008                                          Richard W. Wieking, Clerk

                                                                                   By: Anthony W Bowser<br>
                                                                                    Deputy Clerk