**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking    General Court Number
Clerk    415.522.2000

June 16, 2008

Alameda County Superior Court
1225 Fallon Street
Oakland, CA 94612

RE:  CV 07-05863 MHP   CHARLOTTE KIRTON-v-ALTA BATES SUMMIT MEDICAL CENTER
         Your Case Number: (**RG 07352596**)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (✔)    Certified copies of docket entries

   (✔)    Certified copies of Remand Order

   ( )    Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                    Sincerely,

                    RICHARD W. WIEKING, Clerk

                    by:  Gina Agustine-Rivas
                    Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg