ADRMOP, CLOSED, E-Filing

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:07-cv-05863-MHP
# Internal Use Only

Kirton v. Alta Bates Summit Medical Center
Assigned to: Hon. Marilyn H. Patel
Case in other court: Alameda County Superior Court, RG 07352596
Cause: 28:1441 Petition for Removal- Labor/Mgmnt. Relations

Date Filed: 11/20/2007
Date Terminated: 06/13/2008
Jury Demand: Plaintiff
Nature of Suit: 720 Labor: Labor/Mgt. Relations
Jurisdiction: Federal Question

**Plaintiff**

**Charlotte Kirton**   represented by   **Alieu Iscandari**
Amamgbo & Associates, APC
7901 Oakport Street
Suite 4900
Oakland, CA 94621
510 615-6000
Fax: 510 615-6024
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. Donald Amamgbo**
Amamgbo & Associates, APC
7901 Oakport Street
Suite 4900
Oakland, CA 94621
510 615-6000
Fax: 510 615-6024
Email: Donald@Amamgbolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Ighogboja Etoh**
Amamgbo & Associates, APC
7901 Oakport Street
Suite 4900
Oakland, CA 94621
510/615-6000
Fax: 510/615-6025
Email: detoh@amamgbolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **Nick Agbo**<br>Amamgbo & Associates, APC<br>7901 Oakport Street<br>Suite 4900<br>Oakland, CA 94621<br>510-615-6000<br>Fax: 510-615-6025<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Alta Bates Summit Medical Center** | represented by | **Matthew P. Vandall**<br>MIller Law Group<br>500 Sansome Street<br>Suite 400<br>San Francisco, CA 94111<br>(415) 464-2906<br>Fax: 415 464 4336<br>Email: mpv@millerlawgroup.com<br>*TERMINATED: 04/23/2008*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Maureen E. McClain**<br>Kauff McClain & McGuire LLP<br>One Post Street<br>Suite 2600<br>San Francisco, CA 94104-2412<br>415-421-3111<br>Fax: 415-421-0938<br>Email: mcclain@kmm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Danielle M. Ellis**<br>Kauff McClain & McGuire LLP<br>One Post Street, Suite 2600<br>San Francisco, CA 94104<br>415-421-3111<br>Fax: 415-421-0938<br>Email: ellis@kmm.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2007 | [1](#) | NOTICE OF REMOVAL and Certification of Interested Parties; No Process |

| | | |
|---|---|---|
| | | from Alameda County Superior Court. Their case number is RG 07352596. (Filing fee $350.00 receipt number 34611012680). Filed by Alta Bates Summit Medical Center. (gba, COURT STAFF) (Filed on 11/20/2007) (gba, COURT STAFF). (Additional attachment(s) added on 1/7/2008: # 1 Notice of Removal Part 2 of 2) (gba, COURT STAFF). (Additional attachment(s) added on 1/7/2008: # 2 Exhibits to Notice of Removal Part 1 of 2) (gba, COURT STAFF). (Additional attachment(s) added on 1/7/2008: # 3 Exhibits to Notice of Removal Part 2 of 2) (gba, COURT STAFF). (Additional attachment(s) added on 1/7/2008: # 4 Exhibit 2 to Notice of Removal Part 1 of 2) (gba, COURT STAFF). (Additional attachment(s) added on 1/7/2008: # 5 Exhibit 2 to Notice of Removal Part 2 of 2) (gba, COURT STAFF). (Entered: 11/27/2007) |
| 11/20/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 3/3/2008. Case Management Conference set for 3/10/2008 04:00 PM. (Attachments: # 1 CMC Standing Order# 2 JCS Standing Order# 3 New Standing Order)(gba, COURT STAFF) (Filed on 11/20/2007) (Entered: 11/27/2007) |
| 11/20/2007 | | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 11/20/2007) (Entered: 11/27/2007) |
| 11/21/2007 | 3 | NOTICE to Plaintiff of Removal of Action by Alta Bates Summit Medical Center (gba, COURT STAFF) (Filed on 11/21/2007) Additional attachment(s) added on 11/28/2007 (gba, COURT STAFF). Additional attachment(s) added on 11/28/2007 (gba, COURT STAFF). (Entered: 11/27/2007) |
| 11/28/2007 | 4 | *Defendant's* ANSWER to Complaint byAlta Bates Summit Medical Center. (Vandall, Matthew) (Filed on 11/28/2007) (Entered: 11/28/2007) |
| 11/28/2007 | 5 | CERTIFICATE OF SERVICE by Alta Bates Summit Medical Center re 1 Notice of Removal, 2 ADR Scheduling Order, 3 Notice (Other) *hand-delivered to Amamgbo & Associates by FreeWheelin Attorney Services* (Vandall, Matthew) (Filed on 11/28/2007) (Entered: 11/28/2007) |
| 01/23/2008 | 6 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *ADR Certification by Parties and Counsel* (McClain, Maureen) (Filed on 1/23/2008) (Entered: 01/23/2008) |
| 02/20/2008 | 7 | NOTICE of need for ADR Phone Conference (ADR L.R. 3-5 d) (Vandall, Matthew) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 02/26/2008 | 8 | ADR Clerks Notice Setting ADR Phone Conference on 3/6/08 at 2:00 p.m. Please take note that plaintiff's counsel initiates the call to all parties. (tjs, COURT STAFF) (Filed on 2/26/2008) (Entered: 02/26/2008) |
| 02/28/2008 | 9 | JOINT CASE MANAGEMENT STATEMENT *and [Proposed] Order* filed by Alta Bates Summit Medical Center. (Ellis, Danielle) (Filed on 2/28/2008) (Entered: 02/28/2008) |
| 03/05/2008 | | ADR Remark: The ADR Phone Conference has been rescheduled to 3/7/08 at 2:00 p.m. (tjs, COURT STAFF) (Filed on 3/5/2008) (Entered: 03/05/2008) |
| 03/07/2008 | 10 | CLERK'S NOTICE: Case Management Conference reset for 3/12/2008 |

| | | |
|---|---|---|
| | | 03:00 PM before the Hon. Marilyn Hall Patel (awb, COURT-STAFF) (Filed on 3/7/2008) (Entered: 03/07/2008) |
| 03/07/2008 | | ADR Remark: ADR Phone Conference conducted on 3/7/08 by DB. (tjs, COURT STAFF) (Filed on 3/7/2008) (Entered: 03/11/2008) |
| 03/13/2008 | 11 | Minute Entry: Initial Case Management Conference held on 3/12/2008 before Hon. Marilyn Hall Patel (Date Filed: 3/13/2008). Limited discovery prior to mediation; Status Conference set for 7/14/2008 03:00 PM, with a joint status report to be filed one week prior (Court Reporter Katherine Powell.) (awb, COURT-STAFF) (Date Filed: 3/13/2008) (Entered: 03/13/2008) |
| 04/08/2008 | 12 | NOTICE of Change In Counsel by Maureen E. McClain *NOTICE OF CHANGE IN COUNSEL* (McClain, Maureen) (Filed on 4/8/2008) (Entered: 04/08/2008) |
| 04/23/2008 | | (Court only) *** Attorney Matthew P. Vandall terminated. (gba, COURT STAFF) (Filed on 4/23/2008) (Entered: 04/23/2008) |
| 04/28/2008 | 13 | MOTION for Summary Judgment *DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* filed by Alta Bates Summit Medical Center. Motion Hearing set for 6/2/2008 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Ellis, Danielle) (Filed on 4/28/2008) (Entered: 04/28/2008) |
| 04/28/2008 | 14 | EXHIBITS re 13 MOTION for Summary Judgment *DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF EVIDENCE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMETN, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT* filed byAlta Bates Summit Medical Center. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Related document(s) 13 ) (Ellis, Danielle) (Filed on 4/28/2008) (Entered: 04/28/2008) |
| 04/28/2008 | 15 | Proposed Order re 14 Exhibits,, 13 MOTION for Summary Judgment *DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT* by Alta Bates Summit Medical Center. (Ellis, Danielle) (Filed on 4/28/2008) (Entered: 04/28/2008) |
| 05/06/2008 | 16 | STIPULATION *STIPULATION AND [PROPOSED] ORDER FOR PROTECTIVE ORDER* by Alta Bates Summit Medical Center. (Ellis, Danielle) (Filed on 5/6/2008) (Entered: 05/06/2008) |
| 05/08/2008 | 17 | STIPULATED PROTECTIVE ORDER; Signed by Judge Marilyn Hall Patel on 5/7/2008. (Attachments: # 1 Supplement)(awb, COURT-STAFF) (Filed |

| | | |
|---|---|---|
| | | on 5/8/2008) (Entered: 05/08/2008) |
| 05/12/2008 | 18 | AFFIDAVIT in Opposition filed byCharlotte Kirton. (Attachments: # 1 Affidavit DECLARATION, # 2 Proposed Order PROPOSED ORDER, # 3 Affidavit JOINT STATEMENT OF UNDISPUTED FACTS, # 4 Affidavit MPA IN SUPPORT OF OPPOSITION)(Etoh, Daniel) (Filed on 5/12/2008) (Entered: 05/12/2008) |
| 05/13/2008 | 19 | CLERK'S NOTICE Continuing Motion Hearing: Motion Hearing currently on calendar for 6/2/2008 is reset to 6/9/2008 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (awb, COURT-STAFF) (Filed on 5/13/2008) (Entered: 05/13/2008) |
| 05/19/2008 | 20 | Reply Memorandum *REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION* filed byAlta Bates Summit Medical Center. (Ellis, Danielle) (Filed on 5/19/2008) (Entered: 05/19/2008) |
| 05/19/2008 | 21 | Declaration of DANIELLE M. ELLIS in Support of 20 Reply Memorandum filed byAlta Bates Summit Medical Center. (Related document(s) 20 ) (Ellis, Danielle) (Filed on 5/19/2008) (Entered: 05/19/2008) |
| 05/19/2008 | 22 | OBJECTIONS to *DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EVIDENCE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT* by Alta Bates Summit Medical Center. (Ellis, Danielle) (Filed on 5/19/2008) (Entered: 05/19/2008) |
| 06/09/2008 | 23 | Minute Entry: Motion Hearing held on 6/9/2008 before Hon. Marilyn Hall Patel (Date Filed: 6/9/2008) re 13 MOTION for Summary Judgment (Court Reporter Sahar McVickar.) (awb, COURT-STAFF) (Date Filed: 6/9/2008) (Entered: 06/10/2008) |
| 06/13/2008 | 24 | MEMORANDUM AND ORDER by Judge Marilyn Hall Patel granting in part and denying in part 13 Motion for Summary Judgment; Action REMANDED to the Superior Court for the County of Alameda forthwith. (awb, COURT-STAFF) (Filed on 6/13/2008) (Entered: 06/13/2008) |
| 06/13/2008 | 25 | CLERK'S JUDGMENT (awb, COURT-STAFF) (Filed on 6/13/2008) (Entered: 06/13/2008) |
| 06/13/2008 | | (Court only) ***Civil Case Terminated. (awb, COURT-STAFF) (Filed on 6/13/2008) (Entered: 06/13/2008) |
| 06/16/2008 | 26 | Certified copy of remand order and docket sheet sent to Alameda County Superior Court. (gba, COURT STAFF) (Filed on 6/16/2008) (Additional attachment(s) added on 6/16/2008: # 1 Remand Order) (gba, COURT STAFF). (Entered: 06/16/2008) |